UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND C. FOBBS (130215)

VERSUS

DANIEL DAVIS, ET AL

CIVIL ACTION

NO. 11-700-BAJ-SCR

**RULING**

The Court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Stephen C. Riedlinger dated April 2, 2012 (doc. 23), and defendant's objection filed April 16, 2012 (doc. 30).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the defendants' motions for partial summary judgment are denied.

Baton Rouge, Louisiana, August 22, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA