UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND C. FOBBS (130215)

VERSUS

DANIEL DAVIS, ET AL

CIVIL ACTION

NO. 11-700-BAJ-SCR

**RULING**

The Court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Stephen C. Riedlinger dated May 17, 2012 (doc. 34), and defendant's objection filed May 5, 2012 (doc. 35).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, defendants' Motion for Partial Summary Judgment For Failure to Exhaust Administrative Remedies is denied. Defendants are hereby prohibited from raising the issue of failure to exhaust administrative remedies in another dispositive motion.

Baton Rouge, Louisiana, August 22, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA