1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
RAYMOND  C.  FOBBS  #130215    *    CIVIL  ACTION
         Plaintiff            *
                              *    No.  11-700-BAJ-SCR
vs.                           *
                              *    JUDGE  JACKSON
DANIEL  DAVIS,  ET  AL        *
         Defendants           *    MAG.  RIEDLINGER
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

Deposition of RAYMOND C. FOBBS, taken on Friday, November 2, 2012, commencing at 10:59 a.m., in the Rayburn Correctional Center, 27268 Louisiana 21, Angie, Louisiana 70426.

⧠ ORIGINAL

STATE'S EXHIBIT
Blumberg No. 5138
M

2

                          I N D E X

                                                          Page

Caption                                                      1

Appearances                                                  3

Agreement of Counsel                                         4

EXAMINATION BY MS. JOHNSON                                   5

Witness's Certificate                                       95

Reporter's Certificate                                      96

                        *   *   *   *   *

                  E X H I B I T   I N D E X

Exhibit              Description                        Page

  A              Complaint                                85

  B              Amended Tort                             85

  C              Duty Status                              39

  D              Medical records                          52

3

APPEARANCES:

Representing the Plaintiff:

    GRODNER & ASSOCIATES
    2223 Quail Run Drive
    Suite B
    Baton Rouge, Louisiana 70808

    BY:   MARCUS J. PLAISANCE, ESQ.

Representing the Defendants:

    JAMES D. "BUDDY" CALDWELL, ATTORNEY GENERAL
    Louisiana Dept of Justice-Litigation Division
    1885 N. 3rd Street, 4th Floor
    Baton Rouge, Louisiana 70802

    BY:   STACEY JOHNSON, ESQ.

Reported by:

    LYNDA L. PROGLER
    Certified Verbatim Reporter-Master
    Certified Court Reporter
    State of Louisiana

4

STIPULATION

It is stipulated and agreed by and between counsel that the deposition of RAYMOND C. FOBBS is hereby being taken under the Federal Rules of Civil Procedure in accordance with the Rules.

The formalities of sealing and certification are hereby waived. The witness reserves the right to read and sign the deposition. The party responsible for the service of the discovery material shall retain the original.

All objections are to be made in accordance with the Federal Rules of Civil Procedure.

* * * * *

LYNDA L. PROGLER, Certified Verbatim Reporter-Master and Certified Court Reporter, in and for the State of Louisiana, officiated in administering the oath to the witness.

5

RAYMOND C. FOBBS, 27268 Louisiana 21, Angie, Louisiana 70426, after having been first duly sworn, testified on his oath as follows:

EXAMINATION BY MS. JOHNSON:

Q.    Mr. Fobbs, my name is Stacey Johnson.  I am the assistant attorney general assigned to represent the defendants, Daniel Davis, John Sanders, Edward Mayhall, and Tobe Momah, in the federal lawsuit you filed against them on October 12, 2011 and February 24, 2012.

A.    Yes, ma'am.

Q.    Have you ever had your deposition taken before?

A.    No, ma'am.

Q.    Okay.  Well, the lady sitting next to me is the court reporter.  And she's recording this. So you have to answer my questions orally. Shaking your head or nodding isn't going to get into the record.

A.    I understand.

Q.    Okay.  And if there's anything I say that you don't understand, please ask me to repeat it.

People tend to anticipate questions and answer them before they are asked.  So just, you know, please let me finish the question, and then

6

you can answer it.

A.    Yes, ma'am.

MS. JOHNSON:

Marcus, have you and Mr. Fobbs gone over the reading and signing aspect?

MR. PLAISANCE:

We'll read and sign.

MS. JOHNSON:

Okay.

BY MS. JOHNSON:

Q.    All right.  Mr. Fobbs, please state your full name for the record.

A.    Raymond Craig Fobbs.

Q.    Okay.  And what is your current address?

A.    RCC, Rayburn Correction Center.

Q.    And can you give me your DOC number please?

A.    130215.

Q.    Thank you.  How tall are you?

A.    I would say, give or take, maybe five-nine.

Q.    Do you lift weights?

A.    No, ma'am.

Q.    Okay.  And do you exercise?

A.    No, ma'am, because I can't.

8

A.   I can't recall that year.   I think it was '96.   I'm not sure.

Q.   And Mr. Fobbs, do you have any kids?

A.   Yes, ma'am.

Q.   How many kids do you have?

A.   One.

Q.   And do you have a boy or a girl?

A.   A girl.

Q.   How old is she?

A.   She's 18.

Q.   Okay.   And what is your educational background?   What is your highest level of education you completed?

A.   Twelfth grade.

Q.   Mr. Fobbs, are you currently taking prescription medications?

A.   Yes, ma'am.

Q.   Okay.   What are you taking?

A.   I take clonidine .03 three times a day.

Q.   Do you know what that's for?

A.   For blood pressure.

Q.   Okay.

A.   I take HCTZ.   It's a blood pressure pill too.   I take that one time a day.

I take a Norvasc one time a day.

34

Q.    What was the outcome of the hearing?

A.    Ma'am?

Q.    What was the outcome of that hearing on that?

A.    Extended lockdown.

Q.    Okay.  Thank you.

Now, Mr. Fobbs, do you have asthma?

A.    Yes, ma'am.

Q.    And what year were you diagnosed?

A.    I was born with asthma.

Q.    Born with it.

And do you take any medications for asthma?

A.    Yes, ma'am.

Q.    What's the medication?

A.    I have albuterol and an aerosol pump.

Q.    Albuterol.  What form does albuterol come in?  Do you take it in a pill --

A.    It's a pump.

Q.    -- or liquid?

A.    Got two pumps.

Q.    Okay.  You just, basically, to treat your asthma, you use your pumps?

A.    Yeah.  Unless I need -- unless I need a breathing treatment or a shot of Epi, if it gets

35

real worse.

Q.    Do you have the albuterol in your cell?

A.    Yes, ma'am.

Q.    Is it always readily available?

A.    Yes, ma'am.

Q.    Do you take albuterol on a regular basis or only when needed?

A.    Every day.

Q.    Every day?

A.    Yes.

Q.    Have you taken it today?

A.    Yes, ma'am.

Q.    What's your dosage?

A.    Two pumps every four hours.   Two pumps as needed.

Q.    What's your housing here in Rayburn? What kind of --

A.    Sleep, the same thing as a cell.

Q.    You're in a cellblock, or --

A.    The cell, extended lockdown.

Q.    You're in extended lockdown here?

A.    Yes, ma'am.

Q.    When was the last time you were written up?

A.    I -- I had -- maybe about -- maybe about

46

receive a clean jumpsuit after you were exposed to Mace on August 21st?

A.   Maybe about 30 minutes later.

Q.   But you did receive one?

A.   Yeah.

Q.   Okay.  Were you exposed to fresh air after you were -- after Mace was released in your cell?

A.   "Exposed," what you mean by that?

Q.   To fresh air.  Did you go outside after you --

A.   No, ma'am.

Q.   Well, if you --

A.   I didn't go outside until after they -- when they brought me the jumpsuit to bring me to the hospital.

Q.   Okay.  So did you go outside to get to the hospital?

A.   You had to go under the breezeway.

Q.   Okay.  Do you have any evidence that shows that the one-time exposure to Mace on August 21, 2011 caused permanent damage to you?

A.   I couldn't breathe.  I had to go to the hospital.  I had to get a breathing treatment.

Q.   Do you have any permanent damage after

47

you were exposed to Mace?

A.    Not to my knowledge.  Any permanent damage?

Q.    Yes, sir.

A.    No.

Q.    Now, Mr. Fobbs, do you smoke cigarettes?

A.    Yes, I do.

Q.    Okay.  And what is your definition of fumes?

A.    Distinct scent in chemicals.

Q.    And would you agree that there are fumes in cigarette smoke?

A.    Some ways.

Q.    How many years have you smoked?

A.    I can't recall that.

Q.    Do you know your age?

A.    I'm 45.

Q.    No.  I mean the age that you started smoking?

A.    I don't know, ma'am.

Q.    Were you married when you started smoking, or did you start smoking before you were married?

A.    I was smoking before I was married.

Q.    Do you recall if you were smoking before

48

your daughter was born?

A.   Yes, ma'am.

Q.   Do you recall if you were smoking before you graduated from high school?

A.   No, ma'am.

Q.   And did you smoke cigarettes before you were committed to the department in 1997?

A.   Yes, ma'am.

Q.   How often do you smoke?

A.   Off and on.

Q.   Do you smoke on a daily basis off and on?

A.   I got a -- it's a regular routine.  It's like a, you know, I might smoke two or three cigarettes today.  I might not smoke nothing tomorrow.  I'm a casual smoker now, not a chronic smoker.

Q.   How many cigarettes would you say you smoke in a week?

A.   I couldn't say.

Q.   How many packs do you smoke in a week?

A.   A pack will last me probably a week.

Q.   Do you know how many -- I don't smoke -- so how many cigarettes are in a pack?

A.   There's 20.

Q.   Does smoking affect your asthma?

49

A.    Sometime it does, and sometime it don't.

Q.    What happens when the -- what triggers -- what causes smoking to affect your asthma?

A.    Ma'am?

Q.    What causes smoking cigarettes to affect the asthma?

A.    I guess the chemicals, the smoke.

Q.    Do you get your albuterol or inhaler?

A.    Yes, ma'am.

Q.    Do you use that before you smoke?

A.    After.

Q.    After?

A.    Yes, ma'am.

Q.    And why do you do it after instead of before?

A.    It helps me breathe.

Q.    Mr. Fobbs, did you smoke cigarettes on August 21, 2011?

A.    Yes, ma'am.

Q.    Did you smoke cigarettes before you were placed in handcuffs?

A.    Before I --

Q.    Before you were handcuffed at Camp C, did you smoke cigarettes?

A.    No.  I wasn't smoking.  Are you saying

50

smoking a cigarette at that moment?

Q.    No, not at that moment.  I was just talking about sometime during that day.

A.    Yes, ma'am.

Q.    Before you were placed in handcuffs.

A.    Yes, ma'am.

Q.    Did you smoke cigarettes when you returned from the infirmary?

A.    No, ma'am.  You're asking --

Q.    Do you --

A.    -- excuse me.  You're asking me if I smoked a cigarette after when I left the infirmary?

Q.    Yes, sir.  When you returned.  At any time after you returned from the infirmary on August 21st.

A.    That day?

Q.    Yes, sir.

A.    No, ma'am.

Q.    Okay.  Where did you go when you returned from the infirmary?

A.    I went to -- they sent me to Camp J.

Q.    So you were sent to Camp J?  You don't --

A.    Yeah.  They never brought me back into that camp.

51

Q.    Are you exposed to fumes every time you smoke cigarettes?

A.    I assume I am.

Q.    Did you violate, or do you violate your duty status every time you smoke cigarettes?

A.    Do I violate my duty status?

Q.    Yes.

A.    When I smoke a cigarette?

Q.    Yes, sir.

A.    Yes, I do.  Duty status doesn't say I couldn't smoke, but it says "no fumes," so I did.

Q.    And on August 21, 2011, did you violate your duty status when you smoked cigarettes?

A.    Did I violate my duty status?  What you mean?

Q.    I'm saying since you have a permanent restriction, you're not supposed to be exposed to fumes, did you violate your duty status when you smoked a cigarette on August 21st?

A.    I assume I did.

Q.    Now, in your opinion, what is the difference between fumes from Mace and fumes from cigarette smoke?

        MR. PLAISANCE:

                I'm going to object.  That calls for

52

speculation and expert testimony.

But you can answer.

A.    I don't know.

BY MS. JOHNSON:

Q.    Is there a difference in your opinion?

A.    I don't know.

Q.    I'm going to ask you to go back to these duty status orders.  Is there anything on these duty status orders that indicate no exposure to fumes from cigarettes?

A.    Does it say no exposure to fumes from cigarettes?

Q.    From cigarettes.

A.    No.

Q.    Is there anything that says no exposure to fumes from chemical agents?

A.    From chemical agents?

Q.    Yes, sir.

A.    No, ma'am.

Q.    Okay.

MS. JOHNSON:

Now I'm going to show you what has been marked as State's Exhibit F, which are medical records.

(State's Exhibit D)

61

than anything.

Q.   Mr. Fobbs, did Dr. Roundtree ever treat or examine you when you were at LSP?  Dr. Jonathan Roundtree.

A.   Roundtree?

Q.   Yes, sir.

A.   That was a long time ago.

Q.   But had he ever treated you?

A.   He had -- that's who give me the duty status.

Q.   Okay.  Did you tell Dr. Roundtree you smoked cigarettes before the duty status orders were issued?

A.   Not to my knowledge.

Q.   And while you were at LSP, where you ever treated by a Dr. West?

A.   Dr. West?

Q.   Yes.

A.   I don't remember.  Don't know him.
     Dr. Weist?

Q.   Dr. Weist, I'm sorry.

A.   Yes, ma'am.

Q.   Okay.

A.   That was from '98.

Q.   Okay.  And did Dr. Weist ever issue duty

78

in the complaint that you filed?

A.    No.

Q.    You don't?

A.    No.  I don't -- I don't -- I don't remember that.  If he did -- if he did, he had to order them from Camp J.  He didn't order from no hospital.  I didn't -- he didn't told me nothing about no order.

Q.    Don't you also allege Dr. Momah gave you an IV and two breathing treatments?

A.    He didn't give -- I didn't say he gave me no -- I was given.  I was given an IV.

Q.    Now, Mr. Fobbs, do you have any experience in the medical field?

A.    No, ma'am.

Q.    Okay.  And is it true that you allege Dr. Momah was deliberately indifferent to your medical needs on August 21st?

A.    When I asked him for something that's going -- that's to help me, yes, ma'am.

Q.    Okay.  How do you know Dr. Momah was deliberately indifferent to your serious medical needs?

A.    I mean, when I ask you, and you up there, and you supposed to be a doctor, and something is

79

really wrong -- and something is going wrong with me, and I ask you, and you just look at me and walked away, what is -- what is -- I mean, what I supposed to do?

Q.   Did you ask for pain medication --

A.   Yes, I did.

Q.   -- before you left the infirmary?

A.   I asked for that when he came and listened to my lungs.

Q.   Did you suffer from high blood pressure on August 21st?  Were you taking high blood pressure medication?

A.   Do I take high blood pressure --

Q.   Were you taking high blood pressure medication?

A.   I take them three times a day every day.

Q.   I know.  I'm talking about on August 21st though.

A.   Yes.

Q.   Okay.  Did you have access to medical care twenty-four hours a day, seven days a week at Angola?

A.   Medical -- what do you mean?

Q.   Could you declare yourself a medical emergency at any time?

80

A.   Yeah, you could.

Q.   Did you make an emergency sick call requesting pain medication when you returned from the infirmary?

A.   When I returned from the infirmary?

Q.   Uh-huh.

A.   No, ma'am.

Q.   Okay.  In the complaints, it seems like you say he committed conspiracy.  How did he conspire against you?

A.   Let me see.  After the man -- after Michael Thomas took the pictures, investigative service called.  They all was in there talking, the doctor, the EMTs, Major Davis, you know, free personnels.

I said, "Doctor" -- when he listened to my lungs, I asked for something for the burning sensation.  And for him to look up at me and walk away, what that tells you?

Q.   Did Dr. Momah take your blood pressure at the infirmary?

A.   No, ma'am.

Q.   Did an EMT take your blood pressure at the infirmary?

A.   Yes, ma'am.