## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**RAYMOND C. FOBBS #130215**  :  **CIVIL ACTION**

                                                 :  **NUMBER: 11-700-BAJ-SCR**

**VERSUS**

                                                 :  **JUDGE JACKSON**

**DANIEL DAVIS, ET AL.**  :  **MAGISTRATE RIEDLINGER**

STATE OF LOUISIANA
PARISH OF WEST FELICIANA

### AFFIDAVIT

**BEFORE ME**, the undersigned Notary, personally came and appeared:

**JEFFERY FRANKLIN**

the undersigned affiant, having first been duly sworn, did depose and state under oath the following:

1.

I have been employed by the Department of Public Safety and Corrections, Louisiana State Penitentiary at Angola, Louisiana (LSP) for over 11 years.

2.

I am currently a Corrections Sergeant at LSP.

3.

I have read the assertions made by inmate Raymond Fobbs DOC# 130215 in the complaints with respect to what allegedly occurred on the Tiger 1 right tier on August 21, 2011.

1



STATE'S EXHIBIT

Blumberg No. 5138

4.

While standing at the head of the Tiger 1 right tier on August 21, 2011, I observed Captain John Sanders escort inmate Fobbs, who was handcuffed behind the back, to the shower cell and lock it.

5.

Captain Sanders then took the handcuffs off of plaintiff and ordered him to take off his clothes several times. Plaintiff had to take his clothes off so he could be stripped searched before he was placed in administrative segregation.

6.

Inmate Fobbs refused all of the orders Sanders gave him.

7.

At that point, Captain Sanders left the tier, retrieved a can of mace and walked back to the shower cell.

8.

Sanders gave Fobbs several more orders to take off his clothes and plaintiff continued to refuse the orders that were given to him.

9.

Captain Sanders then sprayed a short burst of chemical agent into the shower. Sanders then gave plaintiff several more orders to take off his clothes, but he still refused to comply.

10.

Sanders sprayed another short burst of chemical agent into the shower.

11.

Sanders then ordered plaintiff to take off his clothes at which time he complied.

12.

Inmate Fobbs was stripped searched, given a shower and a clean jump suit.

13.

Captain Sanders then placed restraints on plaintiff and he told me to open the shower so he could escort Fobbs to a cell.

14.

As the shower door opened, inmate Fobbs tried to head butt Captain Sanders, at which time Sanders had to wrestle plaintiff to the ground.

15.

Sanders then had to struggle with offender Fobbs to get him to go into the cell.

16.

Shortly thereafter, plaintiff was taken off of the unit, so he could be escorted to the Treatment Center and then to Camp J.

The above facts are true and correct to the best of my knowledge, information and belief under penalty of perjury.

_____
WITNESS

_____
WITNESS

_____
JEFFERY FRANKLIN

SWORN TO AND SUBSCRIBED before me, this __13th__ day of __December__, 2012, at Angola, Louisiana.

_Connie M. Cann #77912_
EX OFFICIO NOTARY Connie McCann
LOUISIANA DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS/LSP

4