

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
P.O. BOX 94005
**BATON ROUGE**
70804-9005


RECEIVED
NOV 0 1 2012

October 31, 2012

## VIA CERTIFIED MAIL RETURN RECEIPT NO.
### 7011 2000 0001 0786 0803

Donna Grodner
Attorney at Law
2223 Quail Run Drive, Suite B
Baton Rouge, Louisiana 70808

> RE:  *Raymond C. Fobbs #130215 v. Daniel Davis, et al.*
> USDC Suit No: USM-11-700
> ORM No. 12G0118FO7722
> FARA No. 3393950

Dear Ms. Grodner:

Enclosed, please find the defendants' supplemental responses to plaintiff's Request for Production of Documents Nos. 7, 13, 14, 18, 19 and Interrogatory No. 3.

Please contact me at (225) 326-6402 if you have any questions.

Sincerely,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY: _____
STACEY JOHNSON
ASSISTANT ATTORNEY GENERAL

Enclosures

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RECEIVED

NOV 0 1 2012

BY:

| | | |
|---|---|---|
| RAYMOND C. FOBBS #130215 | : | CIVIL ACTION |
| | : | NUMBER: 11-700-BAJ-SCR |
| VERSUS | | |
| | : | JUDGE JACKSON |
| DANIEL DAVIS, ET AL. | : | MAGISTRATE RIEDLINGER |

**DEFENDANT'S *SUPPLEMENTAL* ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

NOW INTO COURT, through undersigned counsel, come defendants, Daniel Davis, John Sanders, Edward Mayhall and Tobe Momah, who answer plaintiff's First Set of Interrogatories as follows:

**INTERROGATORY NO. 3:**

Please list any and all documentary evidence which you may introduce at trial; fully describe each such document and list the name and address of the person having possession of the original or any copies thereof; in addition, please describe the substance of the facts you intend to establish through the introduction of each document and the name and address of the person you intend to have identify and/or authenticate the document at the time of trial.

**RESPONSE TO INTERROGATORY NO. 3:**

The answering defendants and their attorney object to this Interrogatory in that the information sought, particularly use of the phrase "fully describe each such document and list the name and address of the person having possession of the original or any copies thereof; in addition, please describe the substance of the facts you intend to establish through the introduction of each

1

document and" is unduly burdensome and irrelevant *because the documents clearly speak for themselves.* Additionally, certification letters indicate whether the documents came from Louisiana State Penitentiary or Rayburn Correctional Center.

Without waiving said objection, see Exhibit S.

**PRODUCTION OF DOCUMENT NO. 7:**

Produce any and all medical records including requests for medical attention regarding or relating to Mr. Raymond Fobbs. See attached release.

**RESPONSE TO PRODUCTION OF DOCUMENT NO. 7:**

The answering defendants and their attorney object to the Request for Production in that the information sought, particularly use of the phrase "produce any and all medical records including requests for medical attention regarding or relating to Mr. Raymond Fobbs," is unduly burdensome, not relevant to the subject lawsuit, which alleges specific acts on a specific date, nor will the information lead to the discovery of relevant, material and admissible evidence.

Without waiving said objection, see Exhibit S.

**PRODUCTION OF DOCUMENT NO. 13:**

Please produce any exhibits which you may offer at the trial of this matter.

**RESPONSE TO PRODUCTION OF DOCUMENT NO. 13:**

See Exhibit S.

**PRODUCTION OF DOCUMENT NO. 14:**

Please produce each document identified in your answers to Interrogatories above.

**RESPONSE TO PRODUCTION OF DOCUMENT NO. 14:**

See Exhibit S.

**PRODUCTION OF DOCUMENT NO. 18:**

All accident reports, incident reports, ambulance run reports, newspaper articles or television news reports which relate to the incident in your possession.

**RESPONSE TO PRODUCTION OF DOCUMENT NO. 18:**

See Exhibit S. The answering defendants and their attorney are not in possession of newspaper articles or television news reports that related to the alleged incident.

**PRODUCTION OF DOCUMENT NO. 19:**

Produce the entire file of Mr. Raymond Fobbs, including all ARPs, requests for medical treatment and all other records in your possession.

**RESPONSE TO PRODUCTION OF DOCUMENT NO. 19:**

The answering defendants and their attorney object to the Request for Production in that the information sought, particularly use of the phrase "produce the entire file of Mr. Raymond Fobbs, including all ARPs, requests for medical treatment and all other records in your possession," is extremely vague as to time, unduly burdensome, not relevant to the subject lawsuit, which alleges specific acts on a specific date, nor will the information lead to the discovery of relevant, material and admissible evidence. See La. R.S. 15:574.12.

Without waiving said objection, see Exhibit S.

**The Defendants Reserve the Right to Supplement and/or Amend these Discovery Responses.**

Respectfully submitted,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY: _____

3

Stacey Johnson
Bar Roll No. 27331
Assistant Attorney General

Louisiana Dept. of Justice
Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6402
Facsimile: (225) 326-6495
Johnsonst@ag.state.la.us

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2012, a copy of the foregoing Defendant's *Supplemental*

Answers to Plaintiff's First Set of Interrogatories and Request for Production of Documents mailed

by United States Postal Service, via Certified Mail, Return Receipt No. 7011 2000 0001 0786 0803,

to:

Donna Grodner
Grodner Law Firm
2223 Quail Run Drive, Suite B
Baton Rouge, LA  70808

Stacey Johnson # 27331
Attorney for Defendant

4



**BOBBY JINDAL**
GOVERNOR

**JAMES M. Le BLANC**
SECRETARY

# State of Louisiana

Department of Public Safety and Corrections
B.B. "Sixty" Rayburn Correctional Center

TO:          **WHOM IT MAY CONCERN**

SUBJECT:     **MEDICAL RECORDS:**
             **RAYMOND C. FOBBS, DOC #130215**

I certify the attached 20 pages, listed below, are true and correct copies from the Medical Record of *Offender Raymond C. Fobbs, DOC #130215*.

- August 2, 2007
- November 26, 2007
- January 2, 2008
- March 11, 2008
- April 18, 2008
- September 3, 2008
- December 3, 2008
- August 24, 2009
- October 1, 2009
- December 21, 2009
- Exhibit "A"
- Exhibit "B"
- Exhibit "C"

**WITNESSES:**

*Cynthia Crain*

*Lolece Morris*

*Bessie Carter, RN, CCHP, DON*
**Bessie Carter**
**Director of Nursing**

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS 24th OF October, 2012.

*Daisy P. Wascom*
Daisy Wascom #84493
**EX-OFFICIO NOTARY**
**Department of Public Safety & Corrections**

STATE'S
EXHIBIT
**S**

27268 Highway 21 North • Angie, Louisiana 70426 • (985) 661-6300 • Fax (985) 661-6304
www.doc.la.gov
An Equal Opportunity Employer

Exhibit A

Raymond Jobbs       130215   Cuda3k
97.6        84        20      126/9v         201
3-11-08              Flu  S/p Toenail Removal
                        Flu HTN

ALLERGIES:  NKDA / 40y/o

S - says he wants to be back on Norvasc

O - toenail: well healed.

A - HTN

P - DC Verapamil ER    Rx sent
    Norvasc 10  J q day × 1 yr
    A1C in 1 month.
    1:32 pm
    [signature] 3/11/08   next m

[signature]

TY STATUS _____        ☐ APPOINTMENT _____

_____

SC ORDERS _____        PHYSICIAN SIGNATURE _____

TC 19   06/2006                 PHYSICIANS CLINIC

LOUISIANA STATE PENITENTIARY

E.   ARROW, JR. TREATMENT C        R        *Exhibit B*

PHYSICIANS CLINIC

NAME: Raymond Jobbs    DOC#: 130215    CAMP: Cuda 3k    JOB ASSIGN: _____

TEMP: 99.4    PULSE: 80    RESP: 20    B/P: 122/90    WEIGHT: 200

DATE: 2-24-08                Flu Asthma, Congestion

TIME: _____

ALLERGIES: NKDA / HT: 69" / 40 y/o

S - no longer c/o congestion.
   get upset when he was told about switching
   from clonidine to another BP med since
   clonidine will be not be available to out camp.

O - lungs : clear
    Heart: RRR s̄ ⊝ .

A - Asthma, good control.
    HTN   good control

P - ↓ clonidine 0.2 mg TID × 2 days
                      0.2      BID × 2 days then DC
    ↑ Verapamil ER 360 mg po q̄ 3 pd PC
    RTC ~ 2 weeks for F/U HTN

    KRGW 02/24/08   2#

                                        Next

DUTY STATUS: _____                    ☐ APPOINTMENT: _____

DIET: _____

MISC. ORDERS: _____            PHYSICIAN SIGNATURE: _____

I-TC 19   06/2006                 PHYSICIANS CLINIC

SIANA STATE PENITENT'
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

Exhibit C

NAME: _Raymond Fobus_  DOC#: _130215_  CAMP: _Gtr_  JOB ASSIGN: _____

TEMP: _99.0_  PUSLE: _72_  RESP: _18_  B/P: _120/92_  WEIGHT: _195_

DATE: _2/25/08_    F/u HTN, ATH asthma attack,

TIME: _11:16 AM_    Hematuria

ALLERGIES: _NKDA_   423/m   Ht: 69 in.

→ UA blood on Bf 2-3months

→ asthma worsag the uycurebid as Rp
                                    NX6 0 6/08

→ Chest CTA b/l O whezzy
   → rhonah all over

- Hematuree
- HTN controlled

→

→ Cont Acubid albas ciet

→ UA 1week uf+ blood
  wilts Refer to Urologist

→ CBC in CMP 1week PSA
  → Uek work

→ Pulm Fo test

→ RTC in 2weeks

DUTY STATUS: _____    ☐ APPOINTMENT: _____

JET: _____

ISC ORDERS: _____    PHYSICIAN SIGNATURE: _____

TC 19   06/2006    PHYSICIANS CLINIC

## UISIANA STATE PENITENT
### R.E. BARROW, JR. TREATMENT CENTER
### PHYSICIANS CLINIC

NAME: Raymond Jobbs  DOC#: 130215  CAMP: Rav²  JOB ASSIGN: _____

TEMP: 98⁴  PUSLE: 82  RESP: 18  B/P: 138/90  WEIGHT: 194

DATE: 8/2/07  40 Bm  F/U toenail, HTN

TIME: 0950

ALLERGIES: _____ NKA _____

11/24/07                           8/2/07
─────                              ─────
129/76                             138/90

(R) Great toenail — ∅ Purulence
or Drainage, ∅ Swelling
constipation Hx recurra
Heart RRR s̄ ⁿ
Lungs CTA

A constipation
asthma — stable

P) oral Fleets
Renew Benadryl
accolde
Ipratropium Bromide
albuterol INH
aerobid
HCTZ
Clonidine
Verapamil ER

DUTY STATUS: _____ 8/2/07

DIET: _____

MISC ORDERS: _____

LSP-TC 19   06/2006

APPOINTMENT: _____

PHYSICIAN SIGNATURE: _____

PHYSICIANS CLINIC

Louisiana State Penitentiary
.E. Barrow, Jr. Treatment Center
Physician's Clinic

| Name FOBBS , RAYMOND | DOC 130215 | Location CBA U/R | Date: 11/26/2007 |
|---|---|---|---|

BP:    /    Temp    Pulse    Resp:    Height    Wt.:    Time:

DOB 8/23/67                40 year old B    Male

Allergies:    None Known

Reason for Visit:    ORTHO

Chief Complaint:

O2 Saturation [          ]

40 ♂ fx'd MC p̄
hitting someone 8/07 —
pain to dorsum of wrist

Xrg: ? S2 interval widening
5th MC fx — healed

⊖ shift test
TTP dorsal wrist
base 5th mc

Assessment:
1. Healed 5th MC fx
2. Wrist p̄
3.
4.
5.

Plan:
1. RTC 6 wks
2. Wrist brace Refused

11/26/07

11/26/7    Date    MD Signature

**Louisiana State Penitentiary**
**E. Barrow, Jr. Treatment Cent.**
**Physician's Clinic**

| Name | | DOC | Location | Date: |
|------|------|-----|----------|-------|
| **FOBBS** | **, RAYMOND** | **130215** | **CBA U/R** | **1/2/2008** |

BP: **141** / **86**   Temp **98.3**   Pulse **101**   Resp:**18**   Height **69**   Wt.: **185**

DOB **8/23/67**       **40** year old **B**    Male

Time: **8:27:44 AM**

Allergies:   None Known

Reason for Visit:   MIN SX

Chief Complaint:

O2 Saturation [          ]

1 / lidocaine Betadine sterile
precaution

tre nail ⓛ great toe
removed. õ complication
No phenol
Dressing applied to
nail.

ATU 1/3/08 to 1/13/08.
① Remove dressing
② Clean c̄ saline
③ Apply Triple Abx
④ Cover c̄ dressing
gauze or bandaid as
needed

Assessment:
1. S/P ⓛ great toe nail removal
2.
3.
4.
5.

Plan:

Start on 1/12/08.
Resta D/ flucan 200mg po q week Friday x 2mo
No shower x 2 hrs.
1. CMP in 1 week x nxt visit
2. Motrin 800mg po tid x 10 days
3. No duty x 10 days
4. Wound check & dressing @ ATU in 10 days
   open toe slipper ⓛ foot x 10 days

11:00 A
D. Demler M

1/2/08
Date

MD Signature

**OUISIANA STATE PENITENTIAPY**
**BARROW, JR. TREATMENT Cl    ER**
**ANGOLA, LOUISIANA 70712**

## AUTHORIZATION FOR SURGICAL TREATMENT

**PLEASE READ THE FORM CAREFULLY.** State law requires us to obtain your consent for your contemplated surgery. What you are being asked to sign is confirmation that we have discussed the nature and purpose of your contemplated operation and the risks associated with it, and that we have answered all of your questions in a satisfactory manner. Ask about anything you do not understand.

1. I hereby authorize ___*Dr. P Singh*___ With associates or assistants of his choice to perform upon

___*Raymond Fobbs*___ ___*130215*___ the following surgical, diagnostic or medical
           **Name**                    **DOC#**

procedure___TOENAIL REMOVAL___.

Including any necessary or advisable anesthesia, to include local anesthesia and outpatient anesthesia (i.e. I.V. sedation). I further advise the doctors to perform any other procedure that in their judgement is advisable for my well being. This operation has been explained to me. Alternative methods of treatment, if any, have also been explained to me, as have the advantages and disadvantages of each. I am advised that though good results are expected, the possibility and nature of complications cannot be accurately anticipated and that, therefore, there can be no guarantee as expressed or implied either as to the results of the medical procedure or as to cure.

2. In general terms, the nature and purpose of this operation or medical procedure is:

___APPLICATION OF LOCAL ANESTHESIA FOLLOWED BY REMOVAL OF TOENAIL___

Some risks (but not all) known to be associated with this procedure, including anesthesia are:

___INFECTION, BLEEDING, RECURRENCE___

REACTION TO ANESTHESIA INCLUDING SEIZURE AND DEATH

I have been informed of the probability of occurrence of each of the foregoing risks as the result of, or in connection with, the surgical or medical procedure contemplated herein.

I hereby authorize and direct the above named doctor with associates or assistants to provide such additional services as they may deem reasonable and necessary including, but not limited to, the administration of any anesthetic agent, or services of the x-ray department or laboratories, and hereby consent thereto.

I hereby state that I have read and understand the consent, all questions about the procedure(s) have been answered in a satisfactory manner, and that all blanks were filled in prior to my signature. This consent is valid until revoked by me in writing.

SIGNATURE OF PATIENT: ___*Raymond 130215*___    DATE: ___*1-2-09*___

SIGNATURE OF RELATIVE: _____ (Where Required)
SIGNATURE OF REPRESENTATIVE: _____ (Where Required)

WITNESS: _____

I certify that all blanks in this form were filled in prior to signature and I explained them to the patient or his representative before requesting the patient or his representative to sign it.

___*[signature]*___
Signature of the above-named physician

Raymond Jobbs       130215   Cuda3k
97.6        84        20      126/90      201

DATE  3-11-08            The S/p Toenail Removal
TIME  _____               Fu HTN

ALLERGIES  NKDA / 40y/o _____

S - says he wants to be back on Norvasc

O - toenail: well healed.

A - HTN

P - DC Verapamil ER      Rx sent
    Norvase 10 ☐ q day × 1 yr
    RTC ~ 1 month.
    132/
    RTucker 3/11/08     next ~

TY STATUS _____        ☐ APPOINTMENT _____

T _____

SC ORDERS _____       PHYSICIAN SIGNATURE _____

CTC 19   06/2006            PHYSICIANS CLINIC

LOUISIANA STATE PENITENTIARY
F___RROW, JR. TREATMENT C___R
PHYSICIANS CLINIC

NAME: Raymond Fobbs    DOC#: 130215    CAMP: Code ½    JOB ASSIGN: _____

TEMP: 98.1    PUSLE: 68    RESP: 20    B/P: 122/86    WEIGHT: 203

DATE: 4/18/08    F/u ATU, blood in urine, HTN

TIME: _____

ALLERGIES: NKDA HO y/o / H: 69"

UA ⊕ ∅ blood

pt. states He is noncompliens
ī prescribed meds for HTN
and "I buy clonidine from
another inmate" pt was informes
in Detail re the risks of such
noncompliens
(i.e. Rebound HTN, CVA, MI, CRF,
CHF)

HTN - appears controlled at
this time

✱ _____ RNuchie LPN 4/18/08 ___

DUTY STATUS: _____    ✱ APPOINTMENT: 3 mo

DIET: _____

MISC ORDERS: _____    PHYSICIAN SIGNATURE: _____

P-TC 19    06/2006    PHYSICIANS CLINIC

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIP RETURN

NAME: FOBBS,RAYMOND                          DOC#: 130215

DATE RETURNED TO TREATMENT CENTER 09/03/2008          LOCATION: J GTR 2/L

♦   CLINIC   EKL/PFT'S 7:30 AM        Time returned to TC: _____AM/PM

♦   OTHER #:_____

Returned:  __ With Paperwork          __ Discharge to Camp
                                                                    AM
           __ Without Paperwork          Security Notified:_____PM

           __ Obtain Results             Admit to: __ Nursing Unit I

Nurses Signature: _____          __ Nursing Unit II

LOUISIANA STATE PENITENTI
ARROW, JR. TREATMENT CEN
ANGOLA, LOUISIANA

CONSULTANT REFERRAL FORM

PATIENT'S NAME: _Raymond Fibbs_    DATE: _12/3/08_

DOC#: _130215_    DOB: _____    HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician): _GU_

---

**BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:**

Recurrent hematuria x 1 yr
Sometimes with LUTS

slip sent

CT Surin
UIA
cytology
①

12/5/08 D Denham

---

Provisional Diagnosis:    Requested by:

Hematuria

---

NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow. **DO NOT** allow the inmate to have access to this information.

**Louisiana State Penitentiary**
**R.E. Barrow, Jr. Treatment Center**
**Physician's Clinic**

| Name | | DOC | Location | | Date: |
|---|---|---|---|---|---|
| FOBBS | , RAYMOND | 130215 | CBC U/L | | 12/3/2008 |

BP: 133 / 86    Temp 97.4    Pulse 80    Resp:18    Height 69    Wt.: 200    Time: 10:33:37 AM

DOB 8/23/67        41 year old B    Male

Allergies:    None Known

Reason for Visit:    CLINIC A

Chief Complaint:    F/U HTN, HYPOKAEMIA

O2 Saturation [       ]

*[handwritten clinical notes]*

Words Clonidine 0.3 hod.
Norvase Doesn't work - os

Heartburn + belch.
Hematuria off + on for One yr
sometu c LUTS

K 3.9
PSA 0.8

PFS - pend

Rx sent

**Assessment:**
1. HTN
2. Hypokalemia - resolved
3. Asthma
4. Recurrent hematuria
5.

**Plan:**
1. Tums ✓
   refer GU 7KB out
2.
3.
4. ATC 3mo

12.3.08    *[signature]*        12/3/08    *[MD signature]*

Date                MD Signature

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
CHRONIC CARE PHYSICIAN'S VISIT / ASTHMA FLOWSHEET

NAME: Raymond Fobbs          DOC#: 130215      CAMP: _____
DATE: 8-24-09    TIME: _____   AGE: _____   RACE: _____
ALLERGIES: _____
TEMP: _____ PULSE: _____ RESP: _____ B/P: 120/20 O2 Sat: _____ HT.: _____ WT: 28
FAMILY HISTORY OF ASTHMA: ☑yes ☐no   HISTORY OF HOSPITALIZATION/INTUBATION: ☐yes ☐no
HISTORY OF GERD: ☐yes ☐no    HISTORY OF SINUS INFECTION/SEASONAL ALLERGIES: ☐yes ☐no
PT. COMPLAINTS: _____
PREVIOUS LAB REVIEW: ☐yes ☐no
CURRENT MEDICATION THERAPY REVIEW: ☐yes ☐no
MEDICATION COMPLIANCE: ☐yes ☐no ☐sometimes        STEROID HISTORY USE: ☐yes ☐no
DIET: _____
DIET COMPLIANCE: ☐yes ☐no        EXERCISE RECOMMENDED: ☐yes ☐no
FREQUENCY OF ATU VISITS: _____   AGE OF ONSET: _____
INSTRUCTED ON COMPLICATIONS OF THE DISEASE PROCESS: ☐yes ☐no
SMOKING CESSATION ADVISED: ☐yes ☐no        CHEST X-RAY: ☐yes ☐no
PHYSICAL ASSESSMENT: _____ ☑ Lungs _____
_____

CHECK ONE OF THE FOLLOWING CONTROLS AND ENTER APPLICABLE DATA:
☐ GOOD CONTROL
     MD EVALUATION INITIALLY EVERY 4 MONTHS:
          MD EVALUATION        ☐yes ☐no
     THEN EVERY 6 MONTHS:
          MD EVALUATION        ☐yes ☐no
          *THERAPEUTIC MEDICATION LEVEL EVERY 6 MONTHS (if indicated) ☐yes ☐no
          Medication: _____   Level: _____
     YEARLY FLU VACCINE:        ☐yes ☐no ☐refused

☑ FAIR CONTROL
     EVERY 3 MONTHS:
          MD EVALUATION        ☑yes ☐no
     EVERY 6 MONTHS:
          *THERAPEUTIC MEDICATION LEVEL EVERY 6 MONTHS (if indicated) ☐yes ☐no
          Medication: _____   Level: _____
     YEARLY FLU VACCINE:        ☑yes ☐no ☐refused
     REFERRAL TO PULMONARY CLINIC (if needed):        ☐yes ☑no

☐ POOR CONTROL
     EVERY 2 MONTHS:
          MD EVALUATION        ☐yes ☐no

     EVERY 6 MONTHS:
          *THERAPEUTIC MEDICATION LEVEL EVERY 6 MONTHS (if indicated) ☐yes ☐no
          Medication: _____   Level: _____
     YEARLY FLU VACCINE:        ☐yes ☐no ☐refused
     REFERRAL TO PULMONARY CLINIC: ☐yes ☐no

ADDITIONAL PLAN: _____
_____

M.D./NP/PA SIGNATURE: _____

OUISIANA STATE PENITENTIA
R. BARROW, JR. TREATMENT CE ER
CHRONIC CARE PHYSICIAN'S VISIT / HYPERTENSION FLOWSHEET

NAME: Raymond Fobbs        DOC#: 130215    CAMP: _____
DATE: 8-24-09    TIME: _____    AGE: _____    RACE: _____
ALLERGIES: NKD
TEMP: _____    PULSE: _____    RESP: _____    B/P: 120/70    HT.: _____    WT: _____
HYPERTENSION FAMILY HISTORY    ☐yes  ☑no
PT. COMPLAINTS: _____
PREVIOUS LAB REVIEW: ☑yes ☐no
CURRENT MEDICATION THERAPY REVIEW: ☑yes ☐no
MEDICATION COMPLIANCE: ☑yes ☐no ☐sometimes
DIET _____
DIET COMPLIANCE: ☑yes ☐no
EXERCISE RECOMMENDED: ☑yes ☐no
INSTRUCTED ON COMPLICATIONS OF THE DISEASE PROCESS: ☐yes ☐no
SMOKING CESSATION ADVISED: ☐yes ☐no  Quit a lives
PHYSICAL ASSESSMENT: _____ On HCTZ & Clonid 0.3 TID

CHECK ONE OF THE FOLLOWING CONTROLS AND ENTER APPLICABLE DATA:
☑ GOOD CONTROL (<140/90) _____

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BASELINE YEARLY: | EKG | ☐yes ☑no | | Chest X-ray | ☑yes ☐no | | CHEM 14 | ☐yes | ☑no |
| | FLP | ☐yes ☑no | | Edema | ☐yes ☑no | | | | |

EVERY 6 MONTHS:    MD EVALUATION    ☑yes ☐no

BLOOD PRESSURE CHECKS IF INDICATED: ☐yes ☑no _____

☐ FAIR CONTROL (140-159 to 90-100) _____

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BASELINE YEARLY: | EKG | ☐yes ☐no | | Chest X-ray | ☐yes ☐no | | CHEM 14 | ☐yes | ☐no |
| | FLP | ☐yes ☐no | | Edema | ☐yes ☐no | | | | |

EVERY 3 MONTHS:    MD EVALUATION    ☐yes ☐no

BLOOD PRESSURE CHECKS IF INDICATED: ☐yes ☐no _____

☐ POOR CONTROL (>160/100) _____

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BASELINE YEARLY: | EKG | ☐yes ☐no | | Chest X-ray | ☐yes ☐no | | CHEM 14 | ☐yes | ☐no |
| | FLP | ☐yes ☐no | | Edema | ☐yes ☐no | | | | |

EVERY MONTH:    MD EVALUATION    ☐yes ☐no

BLOOD PRESSURE CHECKS IF INDICATED: ☐yes ☐no _____

ADDITIONAL PLAN: FLP Chm 14

_____ SIGNATURE:

Gill Clinic

**Louisiana State University Health Care Services Division**
**Medical Center of Louisiana at New Orleans**

Acct. # 9512734
T   MRN: 98283209
FOBBS, RAYMOND
8/23/1967        10/1/2009

‖‖‖‖‖‖‖‖‖‖‖‖‖  2  M  J

**INMATE PROGRESS NOTES**

BP $\frac{152}{108}$  182  RR  T 98.1

DIRECTIONS: <u>Original</u> to be placed on the patient's record. <u>Carbon</u> to be returned to the referring physician.

REFERRING AGENCY: Angola

NKDA

SG – 1.025
Ph – 7
Leu - neg
Nit - neg
Pro - neg
Gluc - neg
Blood - 50

<u>WRITE FIRMLY - USE BALL POINT PEN</u>

SUBJECTIVE AND OBJECTIVE:

c/o hematuria x TYR

ASSESSMENT:

PMH:  HTN
Asthma

PLAN:
(Include labs requested, medication ordered, and treatment plan)

PHYSICIAN'S SIGNATURE

PHYSICIAN ID#

NOTE: RETURN APPOINTMENTS SHOULD BE ORDERED ONLY WHEN
PRISON STAFF PHYSICIANS CANNOT PROVIDE ADEQUATE FOLLOW-UP.
PHYSICIAN, RETURN APPOINTMENT REQUEST SHOULD BE MADE
WITH A GENERAL TIME FRAME.
EXAMPLE: "RETURN TO CLINIC IN TWO WEEKS".
SPECIFIC DATES WILL BE MADE BY THE
OUTPATIENT DEPARTMENT CORRESPONDENCE CLERK.
<u>CONTACT CLINIC NURSE FOR ANY PROBLEMS.</u>

MCLN 0029 (R 3/06)

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIP RETURN

NAME: FOBBS,RAYMOND                          DOC#: 130215

DATE RETURNED TO TREATMENT CENTER 10/01/2009        LOCATION: C TIG 2/L

♦    CLINIC   MCNO/UROLOGY CL 12:    Time returned to TC: ___5___ AM/PM

♦    OTHER #:___NEW___

Returned:  __With Paperwork        __Discharge to Camp
                                                                    AM
          __ Without Paperwork      Security Notified:___ PM

          __ Obtain Results          Admit to: __ Nursing Unit I

Nurses Signature:_____           __ Nursing Unit II

Hematuria x 1 Year

U/A C & S done @ cme today

Schedule CT

Schedule Cystoscope

D/C to Camp T-0 Dr. Williams

C-01 Form A

076165

## REQUEST FOR MEDICAL TREATMENT

Institution: **LOUISIANA STATE PENITENTIARY**          Date: _10-1-09_

Name: _Raymond Fobbs_ DOC# _132215_ Housing: _C-Tiger 3/L_ Job Assignment: _L/D_

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:**

Declared emergency 2° H/A

_Inmate Signature_

**HEALTH CARE PROVIDER SCREENING**

Date/Time: _10-1-09_ / _1838_ Location: _ATU_       Work Related / (Emergency) Routine Sick Call (Circle One)

Screening: B/P _133/93_ Pulse _84_ Resp _16_ Temp _97.8_

Pt A+O x4 in NAD AMb elatты ẽ difficulty c/o H/A + "think BP is ↑." Pt reports went on a trip today + did not yet take PM meds. Pt reveals PEARL, no JVD or TD noted. Pt denies cp pain. Pt denies weakness, Dizziness, heart, or vision Δ's. remains Pt unremarkable. + Pt voices & c/c.

NKDA

**Disposition:**

HCTZ 25 mg
Clonidine 0.3 mg given from Trip packet

**MD NOTES**

ventolin
Accolate, Aerobid, HCTZ, clonidine a 3mg
Tetracycline, micro-K, Claritin, Prilosec,

SC prn

☑ Emergency access Fee $6

Provider Signature: _Michael D Erwin, Emt-P #95_    Physician/NP Signature: _____

☐ No Medical Co-Payment
☐ Medical Access Fee @ $3.00 _____
☐ Prescription @ $2.00 each _____

Total _$6.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

X _____          _____          _10-01-2009_          _Michael Erwin_
INMATE SIGNATURE                    DOC#                      DATE                WITNESS SIGNATURE

Yellow-Inmate's Copy

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIPS

DATE: 12/21/2009

NAME: FOBBS,RAYMOND                          DOC#: 130215

◆   EKL ID#: 98283209

◆   OTHER #: _____

SCHEDULED FOR CLINIC/DEPARTMENT:

| MCNO/CT 2021 PERDIDO 930AM |
|---|

WAS THE PATIENT SEEN IN CLINIC/DEPARTMENT: _____ (YES) _____ NO
IF NO, GIVE REASON WHY:

| |
|---|

INMATE REFUSAL: _____ YES _____ (NO)
REASON FOR RESCHEDULE:

| |
|---|

WAS PATIENT ADMITTED: _____ YES _____ (NO)
REASON FOR ADMIT:

| |
|---|

SIGNATURE: _Joanne Cooker_____

************PLEASE FAX A COPY OF ALL REPORTS TO TRIPS AT L.S.P.*********
        FAX # (225) 655-2275          PHONE # (225) 655 2261
        ****RETURN THIS FROM TO L.S.P. WITH SECURITY****

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIP RETURN

NAME: FOBBS, RAYMOND                              DOC#: 130215

DATE RETURNED TO TREATMENT CENTER 12/21/2009         LOCATION: C TIG 2/L

◆   CLINIC   MCNO/CT 2021 PERDID      Time returned to TC: _____ AM/PM

◆   OTHER #: ABD / Pel

Returned:   __ With Paperwork                    __ Discharge to Camp

            ✓ Without Paperwork                  Security Notified: _____ AM
                                                                            PM
            ✓ Obtain Results                     Admit to: __ Nursing Unit I

Nurses Signature: _____              __ Nursing Unit II

LSU Radiology Reports

Page 1 of 1

| Patient Name: Raymond Fobbs | MRN: 98283209 (MCLNO) |
| Age: 42 Years (8/23/1967) | Gender: Male |

 **Radiology**

MCLNO - Medical Center of LA NO
2021 Perdido St
New Orleans LA 70112

| | | |
|---|---|---|
| Ordering Physician: | | Order Date: | |
| Interpreting Physician: | Patrick, Eric S | Performed Date: | 12/21/2009 11:33 |
| Priority: | OPROUT | Result Date: | 12/27/2009 02:17 |
| Report Status: | Final | | |
| Test Type: | CT ABDOMEN W/ AND W/O CONTRAST | | |

```
Staff Radiologist: ERIC PATRICK
** FINAL ** Reading Doctor: ERIC PATRICK
-------------------------------------------------------------------------

CLINICAL HISTORY:    599.71

Accession No.       Date       Time         CPT      Procedure
1829515        12/21/2009 11:33:00 74170 CT ABDOMEN   EN W/ A    ND W/O CONTRAST

RESULT: CT abdomen and pelvis with and without contrast

Clinical Information: Hematuria.

Findings: The lung bases are clear. No free air in the abdomen or pelvis.
Appendix appears normal. Early degenerative changes at the lower lumbar
spine. Bones are otherwise unremarkable. Bilateral extra renal pelvis. No
renal stones. 5.1 x 3.8 cm solid enhancing lesion within the urinary
bladder. Heart is normal in size. No significant pericardial fluid is
seen. Liver, spleen, gallbladder, pancreas, adrenal glands, and kidneys
are within normal limits. Ureters are normal in course and caliber. No
free fluid in the abdomen or pelvis.

IMPRESSION:  Large solid enhancing lesion within the urinary bladder, as
above. Direct visualization advised.
```

| Diagnosis Code | Description |
|---|---|
| | |

Electronic Signature:
Eric S Patrick (Staff) - Timestamp: 12/27/2009 02:17