

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
P.O. BOX 94005
BATON ROUGE
70804-9005

November 27, 2012

**VIA CERTIFIED MAIL RETURN RECEIPT NO.**
**7008 1830 0001 3730 8681**

Donna Grodner
Attorney at Law
2223 Quail Run Drive, Suite B
Baton Rouge, Louisiana 70808

RE: *Raymond C. Fobbs #130215 v. Daniel Davis, et al.*
USDC Suit No: USM-11-700
ORM No. 12G0118FO7722
FARA No. 3393950

Dear Ms. Grodner:

Enclosed please find the defendants' supplemental responses to plaintiff's First Set of Interrogatory Nos. 2, 3, 5 and 7 and Request for Production of Document Nos. 5 and 13.

Thank you.

Sincerely,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY: _____
STACEY JOHNSON
ASSISTANT ATTORNEY GENERAL

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAYMOND C. FOBBS #130215 | : | CIVIL ACTION |
| | : | NUMBER: 11-700-BAJ-SCR |
| VERSUS | : | JUDGE JACKSON |
| DANIEL DAVIS, ET AL. | : | MAGISTRATE RIEDLINGER |

## DEFENDANT'S *THIRD SUPPLEMENTAL* ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORY NOS. 2, 3, 5 AND 7 AND REQUEST FOR PRODUCTION OF DOCUMENT NOS. 5 AND 13

NOW INTO COURT, through undersigned counsel, come defendants, Daniel Davis, John Sanders, Edward Mayhall and Tobe Momah, who answer plaintiff's First Set of Interrogatory Nos. 2 and 5 and Request for Production of Document No. 5 as follows:

## INTERROGATORY NO. 2:

Please identify and describe in detail any person who may have or claims to have knowledge of the incident/accident or any of the events leading up to the accident or related events occurring thereafter. As to each such person, please state the full name, address (business and home), telephone number (business and home) and occupation including place of employment (address and telephone number) and rank or title if applicable.

## RESPONSE TO INTERROGATORY NO. 2:

The answering defendants and their attorney re-urge all of the objections asserted in their initial response to plaintiff's Interrogatory No. 2.

The answering defendants and their attorney also object to the portion of Interrogatory No. 2, which asks for the business and home addresses and telephone numbers of individuals, as the request

1

is extremely invasive, and the information is not likely or calculated to lead to the discovery of relevant, material and admissible evidence.

Without waiving said objections, all of the witnesses can be contact through their employer, i.e. the Department of Public Safety and Corrections, Louisiana State Penitentiary and/or Elayn Hunt Correctional Center.

1. Dr. Tobe Momah, former physician at LSP – defendant, can be served through undersigned counsel

2. Edward Mayhall, Corrections Officer at LSP - defendant, can be served through undersigned counsel.

3. John Sanders, Corrections Officer at LSP –defendant, can be served through undersigned counsel

4. Daniel Davis, Corrections Officer at LSP – defendant, can be served through undersigned counsel

5. Latoya Dennis, Corrections Officer at LSP – subpoena can be served through the Department of Public Safety and Corrections, Louisiana State Penitentiary.

6. Darryl Smith ("Mike"), Inmate at LSP – current housing unit, Main Prison, CBB Lower Left.

7. Leon Brent, Inmate at LSP – current housing unit, Camp F.

8. Eli Wilson, Investigator at LSP – subpoena can be served through the Department of Public Safety and Corrections, Louisiana State Penitentiary.

9. Russell Johnson, E.M.T. at LSP - subpoena can be served through the Department of Public Safety and Corrections, Louisiana State Penitentiary.

10. Sandy McClure, E.M.T. at LSP- subpoena can be served through the Department of Public Safety and Corrections, Louisiana State Penitentiary.

11. Leminda Nicholas, former E.M.T. at LSP – subpoena for Leminda Nicholas can be sent to undersigned counsel.

12. Dr. Jonathan Roundtree, former Medical Director at LSP- works at Elayn Hunt Correctional Center, subpoena can be served through the Department of Public Safety and Corrections at Elayn Hunt Correctional Center.

13. Cassandra Temple, Duty Investigator, LSP- subpoena can be served through the Department of Public Safety and Corrections, Louisiana State Penitentiary.

14. Chad Menzina, Assistant Warden, LSP- subpoena can be served through the Department of Public Safety and Corrections, Louisiana State Penitentiary.

15. Angela Butler, Corrections Officer, LSP- subpoena can be served through the Department of Public Safety and Corrections, Louisiana State Penitentiary.

16. Jeffery Franklin, Corrections Officer, LSP- subpoena can be served through the Department of Public Safety and Corrections, Louisiana State Penitentiary.

17. Dr. Gregory Wiest, former physician at LSP. (Dr. Wiest is deceased).

18. Dr. Raman Singh, former Medical Director, LSP – works at DOC Headquarters, subpoena can be served through the Department of Public Safety and Corrections.

**INTERROGATORY NO. 3:**

Please list any and all documentary evidence which you may introduce at trial; fully describe each such document and list the name and address of the person having possession of the original or any copies thereof; in addition, please describe the substance of the facts you intend to establish

through the introduction of each document and the name and address of the person you intend to have identify and/or authenticate the document at the time of trial.

**RESPONSE TO INTERROGATORY NO. 3:**

The answering defendants and their attorney object to this Interrogatory in that the information sought, particularly use of the phrase "fully describe each such document and list the name and address of the person having possession of the original or any copies thereof; in addition, please describe the substance of the facts you intend to establish through the introduction of each document and" is unduly burdensome and irrelevant *because the documents clearly speak for themselves.*

Without waiving said objection, see Exhibits A - H.

**INTERROGATORY NO. 5:**

Please "identify" all inmates on the prison yard Camp C on August 21, 2011, around 3:00 to 4:00 p.m.

**RESPONSE TO INTERROGATORY NO. 5:**

The answering defendants and their attorney object to this Interrogatory in that the information sought, particularly use of the phrase "please "identify" all inmates on the prison yard Camp C on August 21, 2011, around 3:00 to 4:00 p.m.," is unduly burdensome, **as there were over 1,000 inmates housed at Camp C on the aforementioned date and inmates move around/ in and out of the Camp C yard, dormitories, canteen, pill call, chow lines, hobby shop, chapel and education building freely on an ongoing basis.**

Without waiving said objection, see Exhibits I and J. Exhibit I provides the master list of the inmates that were housed on the Tiger Unit on August 21, 2011. Exhibit J provides the current

4

location of the inmates listed in Exhibit I.

## INTERROGATORY NO. 7:

Please identify each expert you have contracted in this matter and for each you may call on the trial of this matter and provide the following:

    a. list of each opinion;

    b. list of each fact relied upon for each opinion;

    c. all studies and/or test relied upon for each opinion;

    d. rate of compensation paid and/or owing for services; and

    e. list of all cases within the past 5 years in which the expert has provided trial or deposition testimony.

## RESPONSE TO INTERROGATORY NO. 7:

Dr. William Hines. See Exhibit C. (Dr. Hines' signed report).

## PRODUCTION OF DOCUMENT NO. 5:

Please produce the log book for the chemical weapons used during August 2011.

## RESPONSE TO PRODUCTION OF DOCUMENT NO. 5:

See Exhibit D.

## PRODUCTION OF DOCUMENT NO. 13:

Please produce any exhibits which you may offer at the trial of this matter.

## RESPONSE TO PRODUCTION OF DOCUMENT NO. 13:

See Exhibits A – H.

5

The Defendants Reserve the Right to Supplement and/or Amend these Discovery
Responses.

Respectfully submitted,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY: _____
Stacey Johnson
Bar Roll No. 27331
Assistant Attorney General

Louisiana Dept. of Justice
Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6402
Facsimile: (225) 326-6495
Johnsonst@ag.state.la.us

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2012, a copy of the foregoing Defendants' *Third
Supplemental* Answers to Plaintiff's First Set of Interrogatory Nos. 2, 3 5 and 7 and Request for
Production of Document Nos. 5 and 13 was sent by United States Postal Service, Certified Mail,
Return Receipt No. 7008 1830 0001 3730 8681 to:

Donna Grodner
Grodner Law Firm
2223 Quail Run Drive, Suite B
Baton Rouge, LA 70808

_____
Stacey Johnson # 27331
Attorney for Defendants

6