**State of Louisiana**
DEPARTMENT OF JUSTICE
P.O. BOX 94005
BATON ROUGE
70804-9005


RECEIVED
DEC 06 2012
BY:

...WELL
..NERAL

December 4, 2012

**VIA FAX (225) 769-1997 AND REGULAR MAIL**

Donna Grodner
Attorney at Law
2223 Quail Run Drive, Suite B
Baton Rouge, Louisiana 70808

> **RE:** ***Raymond C. Fobbs #130215 v. Daniel Davis, et al.***
> USDC Suit No: USM-11-700
> ORM No. 12G0118FO7722
> FARA No. 3393950

Dear Ms. Grodner:

Enclosed, please find the defendants' *fourth supplemental* responses to plaintiff's First Set of Interrogatories Requests for Production of Document.

Please contact me at (225) 326-6402 if you have any questions.

Sincerely,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY: _____
STACEY JOHNSON
ASSISTANT ATTORNEY GENERAL

Enclosures

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND C. FOBBS #130215      :      CIVIL ACTION

     :      NUMBER: 11-700-BAJ-SCR

VERSUS

     :      JUDGE JACKSON

DANIEL DAVIS, ET AL.      :      MAGISTRATE RIEDLINGER

### DEFENDANTS' *FOURTH SUPPLEMENTAL* ANSWERS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

NOW INTO COURT, through undersigned counsel, come defendants, Daniel Davis, John Sanders, Edward Mayhall and Tobe Momah, who answer plaintiff's First Set of Requests for Production of Documents as follows:

### PRODUCTION OF DOCUMENT NO. 13:

Please produce any exhibits which you may offer at the trial of this matter.

### RESPONSE TO PRODUCTION OF DOCUMENT NO. 13:

See Exhibit A.

**The Defendants Reserve the Right to Supplement and/or Amend these Discovery Responses.**

Respectfully submitted,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY: _____
Stacey Johnson
Bar Roll No. 27331
Assistant Attorney General

Louisiana Dept. of Justice

1

Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6402
Facsimile: (225) 326-6495
Johnsonst@ag.state.la.us

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2012, a copy of the foregoing Defendants' *Fourth*

*Supplemental* Answers to Plaintiff's First Set of Requests for Production of Documents was faxed

and sent by United States Postal Service to:

Donna Grodner
Grodner Law Firm
2223 Quail Run Drive, Suite B
Baton Rouge, LA  70808

Stacey Johnson # 27331
Attorney for Defendant

2



BOBBY JINDAL
GOVERNOR

JAMES M. LE BLANC
SECRETARY

# State of Louisiana
### Department of Public Safety and Corrections
### Elayn Hunt Correctional Center

DATE:    December 3, 2012

TO:    Stacey Johnson, Assistant Attorney General
Civil Rights Division
1885 North Third Street
Baton Rouge, LA 70802

FROM:    Jonathan Roundtree, M.D.
Staff Physician

RE:    Raymond Fobbs, DOC# 130215

In response to your interrogatories, Dr. Wiest issued the first duty status in August 1998. I issued a new duty status following an update of the entire duty status system in 2009. At the time, I felt that the patient would benefit from an indoor duty status which would place him away from chronic exposure to pesticides, herbicides, and dust. Additionally, the addition of, away from fumes, would keep the patient from chronic exposure to cleaning and laundry chemicals, as well as, chronic exposure to paint fumes and paint thinners, smoke exposure at the incinerator, chemicals used in silk screening and, laminates and veneers in hobbycraft. Please note that this a chronic exposure duty status which does not prevent a single incidental exposure to chemical agents used in mace by DOC security. If the patient had been diagnosed with severe asthma (severe asthma would be a condition where the patient is hospitalized 3 or more times over one year) he would have been placed on a No Chemical Agents list to prevent usage of such agents. Thus, this patient did not qualify. Also, in review of the medical record I determined that the patient complained of upper respiratory symptoms related to his asthma only twice after the exposure to mace over the following year, neither of which required hospitalization in the LSP nursing units or an outside facility. Also, to add, away from chemicals, would have been redundant as I requested him to be away from fumes of any sort as mentioned above. To say away from chemicals can not be accomplished as the dorms and tiers where the patients are housed are being swept, painted, cleaned and refurbished. The above narrative contains opinions I will express at the trial and the basis and reasons for them.

Addendum: I reviewed the plaintiff's medical records from 2007 to present before the report was prepared. There are no exhibits attached to support my findings. I have been licensed to practice medicine in the State of Louisiana for over twenty-four (24) years. I am currently employed by the Department of Public Safety and Corrections as a staff physician at Elayn Hunt Correctional Center. I have testified in over fifteen (15) cases in the last four (4) years in the Federal Court System. The list is available in the Attorney General's for reference.

Respectfully submitted,

Jonathan Roundtree, M.D.
Staff Physician

STATE'S
EXHIBIT
A

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAYMOND C. FOBBS #130215 | : | CIVIL ACTION |
| | : | NUMBER: 11-700-BAJ-SCR |
| VERSUS | : | JUDGE JACKSON |
| DANIEL DAVIS, ET AL. | : | MAGISTRATE RIEDLINGER |

### DEFENDANTS' *FOURTH SUPPLEMENTAL* ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

NOW INTO COURT, through undersigned counsel, come defendants, Daniel Davis, John Sanders, Edward Mayhall and Tobe Momah, who answer plaintiff's First Set of Interrogatories as follows:

### INTERROGATORY NO. 3:

Please list any and all documentary evidence which you may introduce at trial; fully describe each such document and list the name and address of the person having possession of the original or any copies thereof; in addition, please describe the substance of the facts you intend to establish through the introduction of each document and the name and address of the person you intend to have identify and/or authenticate the document at the time of trial.

### RESPONSE TO INTERROGATORY NO. 3:

The answering defendants and their attorney object to this Interrogatory in that the information sought, particularly use of the phrase "fully describe each such document and list the name and address of the person having possession of the original or any copies thereof; in addition, please describe the substance of the facts you intend to establish through the introduction of each

1

document and" is unduly burdensome and irrelevant *because the documents clearly speak for themselves.*

Without waiving said objection, see Exhibit A.

**INTERROGATORY NO. 7:**

Please identify each expert you have contracted in this matter and for each you may call on the trial of this matter and provide the following:

    a.  list of each opinion;

    b.  list of each fact relied upon for each opinion;

    c.  all studies and/or test relied upon for each opinion;

    d.  rate of compensation paid and/or owing for services; and

    e.  list of all cases within the past 5 years in which the expert has provided trial or deposition testimony.

**RESPONSE TO INTERROGATORY NO. 7:**

Dr. Jonathan Roundtree. See Exhibit A.

**The Defendants Reserve the Right to Supplement and/or Amend these Discovery Responses.**

Respectfully submitted,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY: _____
Stacey Johnson
Bar Roll No. 27331
Assistant Attorney General

Louisiana Dept. of Justice
Litigation Division

2

1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6402
Facsimile: (225) 326-6495
Johnsonst@ag.state.la.us

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2012, a copy of the foregoing Defendants' *Fourth Supplemental* Answers to Plaintiff's First Set of Interrogatories mailed by United States Postal Service, via fax and U.S. Mail to:

Donna Grodner
Grodner Law Firm
2223 Quail Run Drive, Suite B
Baton Rouge, LA  70808

Stacey Johnson # 27331
Attorney for Defendant

3



BOBBY JINDAL
GOVERNOR

JAMES M. LE BLANC
SECRETARY

# State of Louisiana

Department of Public Safety and Corrections
Elayn Hunt Correctional Center

DATE:     December 3, 2012

TO:     Stacey Johnson, Assistant Attorney General
Civil Rights Division
1885 North Third Street
Baton Rouge, LA 70802

FROM:     Jonathan Roundtree, M.D.
Staff Physician

RE:     Raymond Fobbs, DOC# 130215

In response to your interrogatories, Dr. Wiest issued the first duty status in August 1998. I issued a new duty status following an update of the entire duty status system in 2009. At the time, I felt that the patient would benefit from an indoor duty status which would place him away from chronic exposure to pesticides, herbicides, and dust. Additionally, the addition of, away from fumes, would keep the patient from chronic exposure to cleaning and laundry chemicals, as well as, chronic exposure to paint fumes and paint thinners, smoke exposure at the incinerator, chemicals used in silk screening and, laminates and veneers in hobbycraft. Please note that this a chronic exposure duty status which does not prevent a single incidental exposure to chemical agents used in mace by DOC security. If the patient had been diagnosed with severe asthma (severe asthma would be a condition where the patient is hospitalized 3 or more times over one year) he would have been placed on a No Chemical Agents list to prevent usage of such agents. Thus, this patient did not qualify. Also, in review of the medical record I determined that the patient complained of upper respiratory symptoms related to his asthma only twice after the exposure to mace over the following year, neither of which required hospitalization in the LSP nursing units or an outside facility. Also, to add, away from chemicals, would have been redundant as I requested him to be away from fumes of any sort as mentioned above. To say away from chemicals can not be accomplished as the dorms and tiers where the patients are housed are being swept, painted, cleaned and refurbished. The above narrative contains opinions I will express at the trial and the basis and reasons for them.

Addendum: I reviewed the plaintiff's medical records from 2007 to present before the report was prepared. There are no exhibits attached to support my findings. I have been licensed to practice medicine in the State of Louisiana for over twenty-four (24) years. I am currently employed by the Department of Public Safety and Corrections as a staff physician at Elayn Hunt Correctional Center. I have testified in over fifteen (15) cases in the last four (4) years in the Federal Court System. The list is available in the Attorney General's for reference.

Respectfully submitted,

Jonathan Roundtree, M.D.
Staff Physician

STATE'S
EXHIBIT
A

6925 Highway 74 • Post Office Box 174 • St. Gabriel, Louisiana 70776 • (225) 642-3306 • Fax (225) 319-4596
www.doc.la.gov
An Equal Opportunity Employer



James D. "Buddy" Caldwell
Attorney General

**State of Louisiana**
DEPARTMENT OF JUSTICE
P.O. BOX 94005
BATON ROUGE
70804-9005

*STACEY JOHNSON, Assistant Attorney General*
*Civil Rights Section, Litigation Division*
*Phone: (225) 326-6402     Fax: (225) 326-6495*

## TRANSMITTAL COVER SHEET

**Date:**     December 4, 2012

**To:**     Donna Grodner

**RE:**     Raymond C. Fobbs #130215 v. Daniel Davis, et al

**FAX #:**     (225) 769-1997

**Number of Pages:** 8 (Including Cover Page)

**From:**     STACEY JOHNSON

**Comments to receiving party:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

If you have problems receiving this transmittal, contact:
Stacey Johnson at (225) 326-6402

-------------------------------------------------------

**NOTE:** This fax may contain highly confidential material from the Department of Justice, intended only for the name in the cover above. If your name is not on this sheet, please deliver this fax to the intended recipient. If you do not know who this person is, please call the phone number above to arrange the return or destruction of this material.



JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
P.O. BOX 94005
BATON ROUGE
70804-9005

December 4, 2012

<u>VIA FAX (225) 769-1997 AND REGULAR MAIL</u>

Donna Grodner
Attorney at Law
2223 Quail Run Drive, Suite B
Baton Rouge, Louisiana 70808

RE:     *Raymond C. Fobbs #130215 v. Daniel Davis, et al.*
        USDC Suit No: USM-11-700
        ORM No. 12G0118FO7722
        FARA No. 3393950

Dear Ms. Grodner:

Enclosed, please find the defendants' *fourth supplemental* responses to plaintiff's First Set of Interrogatories Requests for Production of Document.

Please contact me at (225) 326-6402 if you have any questions.

Sincerely,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY:

STACEY JOHNSON
ASSISTANT ATTORNEY GENERAL

Enclosures

BOBBY JINDAL
GOVERNOR

JAMES M. Le BLANC
SECRETARY

## State of Louisiana
Department of Public Safety and Corrections
Elayn Hunt Correctional Center

DATE:  December 3, 2012

TO:  Stacey Johnson, Assistant Attorney General
Civil Rights Division
1885 North Third Street
Baton Rouge, LA 70802

FROM:  Jonathan Roundtree, M.D.
Staff Physician

RE:  Raymond Fobbs, DOC# 130215

In response to your interrogatories, Dr. Wiest issued the first duty status in August 1998. I issued a new duty status following an update of the entire duty status system in 2009. At the time, I felt that the patient would benefit from an indoor duty status which would place him away from chronic exposure to pesticides, herbicides, and dust. Additionally, the addition of, away from fumes, would keep the patient from chronic exposure to cleaning and laundry chemicals, as well as, chronic exposure to paint fumes and paint thinners, smoke exposure at the incinerator, chemicals used in silk screening and, laminates and veneers in hobbycraft. Please note that this a chronic exposure duty status which does not prevent a single incidental exposure to chemical agents used in mace by DOC security. If the patient had been diagnosed with severe asthma (severe asthma would be a condition where the patient is hospitalized 3 or more times over one year) he would have been placed on a No Chemical Agents list to prevent usage of such agents. Thus, this patient did not qualify. Also, in review of the medical record I determined that the patient complained of upper respiratory symptoms related to his asthma only twice after the exposure to mace over the following year, neither of which required hospitalization in the LSP nursing units or an outside facility. Also, to add, away from chemicals, would have been redundant as I requested him to be away from fumes of any sort as mentioned above. To say away from chemicals can not be accomplished as the dorms and tiers where the patients are housed are being swept, painted, cleaned and refurbished. The above narrative contains opinions I will express at the trial and the basis and reasons for them.

Addendum: I reviewed the plaintiff's medical records from 2007 to present before the report was prepared. There are no exhibits attached to support my findings. I have been licensed to practice medicine in the State of Louisiana for over twenty-four (24) years. I am currently employed by the Department of Public Safety and Corrections as a staff physician at Elayn Hunt Correctional Center. I have testified in over fifteen (15) cases in the last four (4) years in the Federal Court System. The list is available in the Attorney General's for reference.

Respectfully submitted,

Jonathan Roundtree, MD

Jonathan Roundtree, M.D.
Staff Physician

STATE'S
EXHIBIT
A

6925 Highway 74 • Post Office Box 174 • St. Gabriel, Louisiana 70776 • (225) 642-3306 • Fax (225) 319-4596
www.doc.la.gov
An Equal Opportunity Employer

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND C. FOBBS #130215 : CIVIL ACTION

VERSUS : NUMBER: 11-700-BAJ-SCR

: JUDGE JACKSON

DANIEL DAVIS, ET AL. :

: MAGISTRATE RIEDLINGER

## DEFENDANTS' FOURTH SUPPLEMENTAL ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

NOW INTO COURT, through undersigned counsel, come defendants, Daniel Davis, John Sanders, Edward Mayhall and Tobe Momah, who answer plaintiff's First Set of Interrogatories as follows:

## INTERROGATORY NO. 3:

Please list any and all documentary evidence which you may introduce at trial; fully describe each such document and list the name and address of the person having possession of the original or any copies thereof; in addition, please describe the substance of the facts you intend to establish through the introduction of each document and the name and address of the person you intend to have identify and/or authenticate the document at the time of trial.

## RESPONSE TO INTERROGATORY NO. 3:

The answering defendants and their attorney object to this Interrogatory in that the information sought, particularly use of the phrase "fully describe each such document and list the name and address of the person having possession of the original or any copies thereof; in addition, please describe the substance of the facts you intend to establish through the introduction of each

1

document and" is unduly burdensome and irrelevant *because the documents clearly speak for themselves.*

Without waiving said objection, see Exhibit A.

## INTERROGATORY NO. 7:

Please identify each expert you have contracted in this matter and for each you may call on the trial of this matter and provide the following:

    a.  list of each opinion;

    b.  list of each fact relied upon for each opinion;

    c.  all studies and/or test relied upon for each opinion;

    d.  rate of compensation paid and/or owing for services; and

    e.  list of all cases within the past 5 years in which the expert has provided trial or deposition testimony.

## RESPONSE TO INTERROGATORY NO. 7:

Dr. Jonathan Roundtree. See Exhibit A.

The Defendants Reserve the Right to Supplement and/or Amend these Discovery Responses.

Respectfully submitted,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY: _____

Stacey Johnson
Bar Roll No. 27331
Assistant Attorney General

Louisiana Dept. of Justice
Litigation Division

2

1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6402
Facsimile: (225) 326-6495
Johnsonst@ag.state.la.us

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2012, a copy of the foregoing Defendants' *Fourth*
*Supplemental* Answers to Plaintiff's First Set of Interrogatories mailed by United States Postal
Service, via fax and U.S. Mail to:

Donna Grodner
Grodner Law Firm
2223 Quail Run Drive, Suite B
Baton Rouge, LA  70808

Stacey Johnson # 27331
Attorney for Defendant

3