

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
P.O. BOX 94005
BATON ROUGE
70804-9005



RECEIVED
DEC 07 2012
BY: _____

December 5, 2012

**VIA FAX (225) 769-1997 AND REGULAR MAIL**

Donna Grodner
Attorney at Law
2223 Quail Run Drive, Suite B
Baton Rouge, Louisiana 70808

RE:    *Raymond C. Fobbs #130215 v. Daniel Davis, et al.*
        USDC Suit No: USM-11-700
        ORM No. 12G0118FO7722
        FARA No. 3393950

Dear Ms. Grodner:

Enclosed, please find the defendants' *fifth set* of supplemental answers to plaintiff's First Set of Interrogatories and Request for Production of Documents.

Please contact me at (225) 326-6402 if you have any questions.

Sincerely,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY: _____
STACEY JOHNSON
ASSISTANT ATTORNEY GENERAL

Enclosures

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND C. FOBBS #130215        :       CIVIL ACTION

           :       NUMBER: 11-700-BAJ-SCR

VERSUS

           :       JUDGE JACKSON

DANIEL DAVIS, ET AL.        :       MAGISTRATE RIEDLINGER

**DEFENDANTS' *FIFTH SUPPLEMENTAL* ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

**NOW INTO COURT,** through undersigned counsel, come defendants, Daniel Davis, John Sanders, Edward Mayhall and Tobe Momah, who answer plaintiff's First Set of Interrogatories as follows:

**INTERROGATORY NO. 3:**

Please list any and all documentary evidence which you may introduce at trial; fully describe each such document and list the name and address of the person having possession of the original or any copies thereof; in addition, please describe the substance of the facts you intend to establish through the introduction of each document and the name and address of the person you intend to have identify and/or authenticate the document at the time of trial.

**RESPONSE TO INTERROGATORY NO. 3:**

The answering defendants and their attorney object to this Interrogatory in that the information sought, particularly use of the phrase "fully describe each such document and list the name and address of the person having possession of the original or any copies thereof; in addition, please describe the substance of the facts you intend to establish through the introduction of each

1

document and" is unduly burdensome and irrelevant *because the documents clearly speak for themselves.*

Without waiving said objection, see Exhibit A.

**The Defendants Reserve the Right to Supplement and/or Amend these Discovery Responses.**

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
**ATTORNEY GENERAL**

BY: _____
Stacey Johnson
Bar Roll No. 27331
Assistant Attorney General

Louisiana Dept. of Justice
Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6402
Facsimile: (225) 326-6495
Johnsonst@ag.state.la.us

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2012, a copy of the foregoing Defendants' *Fifth Supplemental* Answers to Plaintiff's First Set of Interrogatories mailed by fax and United States Postal Service to:

Donna Grodner
Grodner Law Firm
2223 Quail Run Drive, Suite B
Baton Rouge, LA 70808

_____
Stacey Johnson # 27331
Attorney for Defendant

2

Form C-05-001-W-1
15 July 2011

*mace x2*
*RVB UOF*

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

**RECEIVED**

AUG 26 2011

INSTITUTION: Louisiana State Penitentiary

LEGAL PROGRAMS DEPARTMENT

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Raymond Fobbs | #130215 | Tiger 4 Right | 8/21/11 | Approx 2:50pm |

| LOCATION OF INCIDENT | WITNESSES: |
|---|---|
| Tiger 1 Right | N/A |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured in Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team/Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other - Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike – Individual
- ☐ Hunger Strike – Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation – Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Warden

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☒ Assault With No Significant Injury
  - ☒ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☒ Without Weapon
  - ☐ Throwing of Substances
- ☒ Use of Force
  - ☐ Immediate
  - ☐ Planned
  - ☒ Chemical Agents on Single Offender
  - ☐ Use of Taser
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☐ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☐ Staff on Offender
- ☐ Individual Hunger Strike

\* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time Captain John Sanders entered the Tiger ½ lobby with offender Raymond Fobbs handcuffed behind the back. Capt. Sanders walked offender Fobbs to the Tiger 1 Right shower while I stood at the head of the tier. Offender Fobbs was locked in the shower and Capt. Sanders took the handcuffs off of him and ordered him several times to take off his clothes, (so that he could be shookdown before being placed in Adm. Seg.) Offender Fobbs refused all of these orders. Capt. Sanders left the tier, retrieved a can of chemical agents and walked back to the shower. Capt. Sanders again ordered offender Fobbs several times to take off his clothes and he continued to refuse all off these orders. Capt. Sanders then sprayed a short burst of chemical

| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |
|---|---|---|
| *Jeffery Franklin* | 8/21/11 | 4:30pm |
| Jeffery Franklin, Sergeant | | |

UOR/Page 2

| Name: Raymond Fobbs | Number: #130215 | Dorm or Cellblock: Tiger 4 Right | Date of Incident: 8/21/11 | Time of Incident: Approx 2:50pm |
|---|---|---|---|---|
| Location of Incident: Tiger 1 Right | | Witnesses: N/A | | |

### (Description of Incident Continued)

agents into the shower. Capt. Sanders then ordered offender Fobbs several more times to take off his clothes but he still refused these orders. Capt. Sanders then sprayed another short burst of chemical agents into the shower. Capt. Sanders then ordered offender Fobbs to take off his clothes and he complied with these orders. Offender Fobbs was shookdown given a shower and clean jump suit. Capt. Sanders then placed restraints on offender Fobbs and told me to open the shower so that he could escort this offender to his cell. As the shower door opened offender Fobbs tried to head butt Capt. Sanders at which time Capt. Sanders had to wrestle offender Fobbs to the ground. Capt. Sanders then had to struggle with offender Fobbs to get him to go into his cell. Shortly after offender Fobbs was taken off of the unit to go to the Treatment Center and then Camp J.

_Jeffery Franklin_

REPORTING OFFICER
Jeffery Franklin, Sergeant

DATE COMPLETED    8/21/11

TIME COMPLETED    4:30pm

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RAYMOND C. FOBBS #130215     :     **CIVIL ACTION**

    :     **NUMBER: 11-700-BAJ-SCR**

**VERSUS**

    :     **JUDGE JACKSON**

DANIEL DAVIS, ET AL.     :     **MAGISTRATE RIEDLINGER**

### DEFENDANTS' *FIFTH SUPPLEMENTAL* ANSWERS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

NOW INTO COURT, through undersigned counsel, come defendants, Daniel Davis, John Sanders, Edward Mayhall and Tobe Momah, who answer plaintiff's First Set of Requests for Production of Documents as follows:

### PRODUCTION OF DOCUMENT NO. 13:

Please produce any exhibits which you may offer at the trial of this matter.

### RESPONSE TO PRODUCTION OF DOCUMENT NO. 13:

See Exhibit A.

**The Defendants Reserve the Right to Supplement and/or Amend these Discovery Responses.**

Respectfully submitted,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY: _____

Stacey Johnson
Bar Roll No. 27331
Assistant Attorney General

Louisiana Dept. of Justice

1

Form C-05-001-W-1
15 July 2011

*mace x2*
*RBB 40F*

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

**RECEIVED**

AUG 2 6 2011

LEGAL PROGRAMS DEPARTMENT

INSTITUTION: Louisiana State Penitentiary

| NAME Raymond Fobbs | NUMBER #130215 | DORM OR CELLBLOCK Tiger 4 Right | DATE OF INCIDENT 8/21/11 | TIME OF INCIDENT Approx 2:50pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT Tiger 1 Right | | WITNESSES: N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured in Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team/Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike – Individual
- [ ] Hunger Strike – Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation – Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Warden

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [x] Assault With No Significant Injury
  - [x] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [x] Without Weapon
  - [ ] Throwing of Substances
- [x] Use of Force
  - [ ] Immediate
  - [ ] Planned
  - [x] Chemical Agents on Single Offender
  - [ ] Use of Taser
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [ ] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [ ] Staff on Offender
- [ ] Individual Hunger Strike

\* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time Captain John Sanders entered the Tiger ½ lobby with offender Raymond Fobbs handcuffed behind the back. Capt. Sanders walked offender Fobbs to the Tiger I Right shower while I stood at the head of the tier. Offender Fobbs was locked in the shower and Capt. Sanders took the handcuffs off of him and ordered him several times to take off his clothes, (so that he could be shookdown before being placed in Adm. Seg.) Offender Fobbs refused all of these orders. Capt. Sanders left the tier, retrieved a can of chemical agents and walked back to the shower. Capt. Sanders again ordered offender Fobbs several times to take off his clothes and he continued to refuse all off these orders. Capt. Sanders then sprayed a short burst of chemical

| _Jeffery Franklin_ | 8/21/11 | 4:30pm |
|---|---|---|
| REPORTING OFFICER Jeffery Franklin, Sergeant | DATE COMPLETED | TIME COMPLETED |

UOR/Page 2

| Name: Raymond Fobbs | Number: #130215 | Dorm or Cellblock: Tiger 4 Right | Date of Incident: 8/21/11 | Time of Incident: Approx 2:50pm |
|---|---|---|---|---|
| Location of Incident: Tiger 1 Right | | Witnesses: N/A | | |

### (Description of Incident Continued)

agents into the shower. Capt. Sanders then ordered offender Fobbs several more times to take off his clothes but he still refused these orders. Capt. Sanders then sprayed another short burst of chemical agents into the shower. Capt. Sanders then ordered offender Fobbs to take off his clothes and he complied with these orders. Offender Fobbs was shookdown given a shower and clean jump suit. Capt. Sanders then placed restraints on offender Fobbs and told me to open the shower so that he could escort this offender to his cell. As the shower door opened offender Fobbs tried to head butt Capt. Sanders at which time Capt. Sanders had to wrestle offender Fobbs to the ground. Capt. Sanders then had to struggle with offender Fobbs to get him to go into his cell. Shortly after offender Fobbs was taken off of the unit to go to the Treatment Center and then Camp J.

_Jeffery Franklin_

REPORTING OFFICER
Jeffery Franklin, Sergeant

8/21/11
DATE COMPLETED

4:30pm
TIME COMPLETED