

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

State of Louisiana
DEPARTMENT OF JUSTICE
P.O. BOX 94005
BATON ROUGE
70804-9005

RECEIVED
DEC 1 0 2012
BY:_____

December 6, 2012

VIA FAX (225) 769-1997 AND REGULAR MAIL

Donna Grodner
Attorney at Law
2223 Quail Run Drive, Suite B
Baton Rouge, Louisiana 70808

RE:  *Raymond C. Fobbs #130215 v. Daniel Davis, et al.*
     USDC Suit No: USM-11-700
     ORM No. 12G0118FO7722
     FARA No. 3393950

Dear Ms. Grodner:

Enclosed, please find the defendants' *sixth set* of supplemental answers to plaintiff's First Set of Interrogatories.

Please contact me at (225) 326-6402 if you have any questions.

Sincerely,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY: _____
STACEY JOHNSON
ASSISTANT ATTORNEY GENERAL

Enclosure

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND C. FOBBS #130215  :  CIVIL ACTION

  :  NUMBER: 11-700-BAJ-SCR

VERSUS

  :  JUDGE JACKSON

DANIEL DAVIS, ET AL.  :  MAGISTRATE RIEDLINGER

## DEFENDANT'S *SIXTH SUPPLEMENTAL* ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

NOW INTO COURT, through undersigned counsel, come defendants, Daniel Davis, John Sanders, Edward Mayhall and Tobe Momah, who answer plaintiff's First Set of Interrogatories as follows:

**INTERROGATORY NO. 2:**

Please identify and describe in detail any person who may have or claims to have knowledge of the incident/accident or any of the events leading up to the accident or related events occurring thereafter. As to each such person, please state the full name, address (business and home), telephone number (business and home) and occupation including place of employment (address and telephone number) and rank or title if applicable.

**RESPONSE TO INTERROGATORY NO. 2:**

The answering defendants and their attorney re-urge all of the objections asserted in their initial response to plaintiff's Interrogatory No. 2.

The answering defendants and their attorney also object to the portion of Interrogatory No. 2, which asks for the business and home addresses and telephone numbers of individuals, as the request

1

is extremely invasive, and the information is not likely or calculated to lead to the discovery of relevant, material and admissible evidence.

Without waiving said objections, all of the witnesses can be contact through their employer, i.e. the Department of Public Safety and Corrections, Louisiana State Penitentiary.

1. Col. Rusty Bordelon, Armory, LSP  - subpoena can be served through the Department of Public Safety and Corrections, Louisiana State Penitentiary or through undersigned counsel.

2. Bobby Achord, Colonel in Charge of Investigative Services Department, LSP – subpoena can be served through the Department of Public Safety and Corrections, Louisiana State Penitentiary or  through undersigned counsel.

**The Defendants Reserve the Right to Supplement and/or Amend these Discovery Responses.**

Respectfully submitted,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY: _____
Stacey Johnson
Bar Roll No. 27331
Assistant Attorney General

Louisiana Dept. of Justice
Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6402
Facsimile: (225) 326-6495
Johnsonst@ag.state.la.us

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2012, a copy of the foregoing Defendants' *Sixth*

*Supplemental* Answers to Plaintiff's First Set of Interrogatories was sent by fax and U.S. Mail Postal

Service to:

Donna Grodner
Grodner Law Firm
2223 Quail Run Drive, Suite B
Baton Rouge, LA  70808

Stacey Johnson # 27331
Attorney for Defendants

3

**State of Louisiana**
DEPARTMENT OF JUSTICE
P.O. BOX 94005
BATON ROUGE
70804-9005

James D. "Buddy" Caldwell
Attorney General

*STACEY JOHNSON, Assistant Attorney General*
*Civil Rights Section, Litigation Division*
*Phone: (225) 326-6402     Fax: (225) 326-6495*

## TRANSMITTAL COVER SHEET

**Date:**        December 6, 2012

**To:**          Donna Grodner

**RE:**          Raymond C. Fobbs #130215 v. Daniel Davis, et al

**FAX #:**       (225) 769-1997

**Number of Pages:** 5 (Including Cover Page)

**From:**        STACEY JOHNSON

**Comments to receiving party:**
**************************************************

If you have problems receiving this transmittal, contact:
Stacey Johnson at (225) 326-6402

----------------------------------------------------------------

**NOTE:** This fax may contain highly confidential material from the Department of Justice, intended only for the name in the cover above. If your name is not on this sheet, please deliver this fax to the intended recipient. If you do not know who this person is, please call the phone number above to arrange the return or destruction of this material.

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2012, a copy of the foregoing Defendants' *Sixth*

*Supplemental* Answers to Plaintiff's First Set of Interrogatories was sent by fax and U.S. Mail Postal

Service to:

Donna Grodner
Grodner Law Firm
2223 Quail Run Drive, Suite B
Baton Rouge, LA 70808

Stacey Johnson # 27331
Attorney for Defendants