

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
P.O. BOX 94005
BATON ROUGE
70804-9005



RECEIVED
DEC 14 2012
BY:_____

December 13, 2012

**VIA CERTIFIED MAIL RETURN RECEIPT NO.**
**7011 3500 0003 2439 4282**

Donna Grodner
Attorney at Law
2223 Quail Run Drive, Suite B
Baton Rouge, Louisiana 70808

RE:   *Raymond C. Fobbs #130215 v. Daniel Davis, et al.*
USDC Suit No: USM-11-700
ORM No. 12G0118FO7722
FARA No. 3393950

Dear Ms. Grodner:

Enclosed please find the defendants' answers to plaintiff's Second Set of Interrogatories and Request for Production of Documents and Third Set of Interrogatories.

Thank you.

Sincerely,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY: _____
STACEY JOHNSON
ASSISTANT ATTORNEY GENERAL

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND C. FOBBS #130215      :      CIVIL ACTION

     :      NUMBER: 11-700-BAJ-SCR

VERSUS

     :      JUDGE JACKSON

DANIEL DAVIS, ET AL.      :      MAGISTRATE RIEDLINGER

**DEFENDANT'S ANSWERS TO PLAINTIFF'S
SECOND AND THIRD SETS OF INTERROGATORIES AND SECOND SET OF
REQUEST FOR PRODUCTION OF DOCUMENTS**

**NOW INTO COURT**, through undersigned counsel, come defendants, Daniel Davis, John Sanders, Edward Mayhall and Tobe Momah, who answer plaintiff's Second and Third Set of Interrogatories and Second Set of Requests for Production of Documents as follows:

**SECOND SET OF INTERROGATORIES**

**INTERROGATORY NO. 1:**

We have been informed that the investigative file for the incident of August 21, 2011, concerning Mr. Fobbs is "missing". Please provide the following:

     a. identify each person who handled the file;

     b. identify each person who contributed to the file and describe the substance of the contribution of each; and

     c. provide a chain of custody in chronological order.

**RESPONSE TO INTERROGATORY NO. 1:**

The answering defendants and their attorney object to the instant discovery request, as it contains mischaracterizations. Namely, use of the phrase "we have been informed that the

1

investigative file for the incident of August 21, 2011, concerning Mr. Fobbs is "missing" contains gross mischaracterizations.

Without waiving said objection, Eli Wilson's affidavit, attached hereto as Exhibit A, specifically states, "I personally searched investigative files by inmate name and date at the prison...nor is there an **investigative file** from the incident that occurred at LSP on August 21, 2011."

**INTERROGATORY NO. 2:**

We have been informed that the photographs taken of Mr. Fobbs after the incident of August 21, 2011, are "missing". Please provide the following:

    a.  identify each person who took the photos;

    b.  identify each person who handled the photos and what each did with the photos or images;

    c.  provide a chain of custody.

**RESPONSE TO INTERROGATORY NO. 2:**

The answering defendants and their attorney object to Interrogatory No. 2, as the phrase "we have been informed that the photographs taken of Mr. Fobbs after the incident of August 21, 2011, are "missing," contains gross mischaracterizations.

The answering defendants and their attorney also object to subparagraph b of the instant discovery request because there is no evidence that pictures have ever been "produced" or that photographs were "handled" by anyone.

Without waiving the objections, E.M.T. Michael Thomas took pictures of plaintiff on August 21, 2011. See Exhibits A and B for answers to subparagraph c.

## INTERROGATORY NO. 3:

We have been informed that the gas log book for the canister that was sprayed on Mr. Fobbs during the incident of August 21, 2011, is "missing". Please provide the following:

a. identify each person who handled the book after that date;

b. identify each person who contributed to the book and describe the substance of that contribution of each; and

c. provide a chain of custody for the log book in chronological order.

## RESPONSE TO INTERROGATORY NO. 3:

The answering defendants and their attorney object to Interrogatory No. 3, as it also contains mischaracterizations, particularly the phrase "we have been informed that the gas log book for the canister that was sprayed on Mr. Fobbs during the incident on August 21, 2011 is "missing." In your correspondence of November 13, 2012, you indicate "we have been informed that the log book as since been "located."

The answering defendants and their attorney also object to the instant discovery request because it asks for a chain of custody of the log book records. The information is irrelevant.

Without waiving said objections, plaintiff was provided copies of the gas logs from August 21, 2011 on or about November 27, 2012, the date the defendants' Third Supplemental Responses to Plaintiff's Interrogatories and Requests for Production of Documents was forwarded to your office by United States Postal Service, Certified Mail, Return Receipt No. 7008 1830 0001 3730 8681.

## THIRD SET OF INTERROGATORIES

### INTERROGATORY NO. 1

Provide the names of the inmates at Camp C, Tiger 1, Administrative Segregation on August 21, 2011.

### RESPONSE TO INTERROGATORY NO. 1

The answering defendants and their attorney object to the instant discovery request because plaintiff was provided the names of the inmates on or about November 27, 2012, the date the defendants' Third Supplemental Responses to Plaintiff's Interrogatories and Requests for Production of Documents was sent by United States Postal Service, Certified Mail, Return Receipt No. 7008 1830 0001 3730 8681.

## SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

### PRODUCTION OF DOCUMENT NO. 1:

Please produce all DOC and LSP Regulations/Rules related to or regarding the document or evidence retention policy.

### RESPONSE TO PRODUCTION OF DOCUMENTNO. 1:

See Exhibits C and D.

**The Defendants Reserve the Right to Supplement and/or Amend these Discovery Responses.**

Respectfully submitted,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY: _____
Stacey Johnson
Bar Roll No. 27331

4

Assistant Attorney General

Louisiana Dept. of Justice
Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6402
Facsimile: (225) 326-6495
Johnsonst@ag.state.la.us

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2012, a copy of the foregoing Defendant's Answers to

Plaintiff's Second and Third Sets of Interrogatories and Second Set of Request for Production of

Documents was faxed and mailed by United States Postal Service to:

Donna Grodner
Grodner Law Firm
2223 Quail Run Drive, Suite B
Baton Rouge, LA  70808

Stacey Johnson # 27331
Attorney for Defendant

5

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RAYMOND C. FOBBS #130215      :      CIVIL ACTION

     :      NUMBER: 11-700-BAJ-SCR

VERSUS

     :      JUDGE JACKSON

DANIEL DAVIS, ET AL.      :      MAGISTRATE RIEDLINGER

*******************************************************************************

STATE OF LOUISIANA
PARISH OF WEST FELICIANA

## AFFIDAVIT

**BEFORE ME**, the undersigned Ex Officio Notary, personally came and appeared:

### ELI WILSON

who, after first being duly sworn, did depose and say that:

1.

I have worked at the Louisiana State Penitentiary, Angola, Louisiana (LSP) for 19 years.

2.

I have been an Investigator at the prison for the past 12 years.

3.

At the request of the Attorney General's Office, I reviewed the claims Raymond Fobbs (DOC #130215) asserts in the original and amended complaints as it relates to pictures that were allegedly taken on August 21, 2011, the date he alleges he was subjected to excessive force.

1



STATE'S EXHIBIT A

4.

I am also aware that defendant John Sanders' medical record from the aforementioned date indicates pictures were taken of his arms.

5.

I personally searched investigative files by inmate name and date at the prison.

6.

This affidavit is written to advise the Court that there are no pictures nor is there an investigative file from the incident that occurred at LSP on August 21, 2011.

The above facts are true and correct to the best of my knowledge, information and belief under penalty of perjury.

_____                    _____
WITNESS                                                          ELI WILSON

_____
WITNESS

SWORN TO AND SUBSCRIBED before me, this ___25___ day of _Septembes_ , 2012, at Angola, Louisiana.

_____/Connie McCann
EX OFFICIO NOTARY #77912
LOUISIANA DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS/LSP

2

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND C. FOBBS #130215      :      CIVIL ACTION

     :      NUMBER: 11-700-BAJ-SCR

VERSUS

     :      JUDGE JACKSON

DANIEL DAVIS, ET AL.      :      MAGISTRATE RIEDLINGER

*************************************************************************

STATE OF LOUISIANA
PARISH OF WEST FELICIANA

### AFFIDAVIT

BEFORE ME, the undersigned Ex Officio Notary, personally came and appeared:

### BOBBY ACHORD

who, after first being duly sworn, did depose and say that:

1.

I have been employed as the Colonel in charge of the Investigative Services Department at Louisiana State Penitentiary (LSP) for the past 12 years. Eight investigators work in the Department, which is staffed 24 hours a day, 7 days week.

2.

I retired as a State Police Command Inspector after 25 years of service. I had 3 State Police Troops. 25 narcotics agents and 9-10 detectives under my command at the agency.

3.

At the request of the Attorney General's Office. I reviewed the claims Raymond Fobbs (DOC #130215) asserts in the original and amended complaint as it relates to pictures that were



STATE'S
EXHIBIT
B

1

taken of him at the Assessment and Treatment Unit ("ATU") on August 21, 2011, the date he alleges he was subjected to excessive force.

4.

I also reviewed offender Fobbs' and John Sanders' medical records, the disciplinary and unusual occurrence reports and the Duty Investigator Log Book records from August 21, 2011.

5.

This affidavit is being provided in response to Interrogatory No. 2 of plaintiff's Second Set of Interrogatories, which asks for the chain of custody of the pictures.

6.

LSP is the largest maximum security prison in the nation.

7.

At the time of the alleged events giving rise to the lawsuit, over 5,000 inmates were housed at the prison.

8.

A camera, which belongs to the Investigative Services Department, has been locked in a cabinet at the ATU for several years.

9.

In light of the fact that a majority of the inmates at Angola have been convicted of crimes of violence, it is not uncommon for offenders to initiate verbal and/or physical confrontations with security.

10.

Having the camera at the hospital serves an important purpose.

11.

For instance, if after being advised of an incident, an investigator determines pictures need to be taken of an offender(s) and/or employee(s), the investigator will call the ATU and ask medical personnel to take pictures before the offender and/or employee receives medical treatment or before an offender returns to his housing unit.

12.

Investigators have discretion in determining whether an investigation needs to be instituted after they receive information from security. Whether an individual sustained significant injuries during an incident is one of the main factors investigators use to determine whether an investigation should be instituted.

13.

An investigator who asks medical personnel to take pictures will subsequently proceed to the hospital, retrieve the memory card with the pictures needed for the investigation from the camera, put a new memory card in the camera, return to Investigative Services, save pictures needed for the particular investigation and discard unrelated photographs.

14.

Once a case file is opened, pictures become evidence. Pictures are printed and maintained in a master case file. In most instances, pictures are also maintained on a separate case file on the investigator's computer.

15.

Even though medical personnel will sometimes take pictures of unidentified offenders who are involved in incidents without being asked to do so by an investigator, Investigative

3

Services only retains pictures on matters that are investigated and/or matters within which case files are opened.

16.

On August 21, 2011, Major Daniel Davis called the Duty Investigator, Lt. Col. Cassandra Temple, concerning a confrontation plaintiff was involved in.

17.

After reviewing her notes, it is obvious Lt. Col. Temple determined it was not necessary to institute an investigation and/or open a case file.

18.

Since the matter was not investigated and a case file was not opened, Lt. Col. Temple did not call the ATU and ask that pictures be taken of Fobbs.

19.

Unbeknownst to the Investigative Services Department, E.M.T. Michael Thomas took pictures of the plaintiff while he was at the ATU with our camera and noted the same in inmate Fobbs' medical records. At this time, it is unknown who took pictures of John Sanders.

20.

No one in Investigative Services was ever personally notified by medical personnel that pictures were taken of inmate Fobbs on August 21, 2011.

21.

We can only assume that the photos that were taken by E.M.T. Michael Thomas on August 21, 2011 were deleted from the memory card by an unknown investigator after he/she reviewed data on the card pertinent to the investigation he/she was working and determined the unrelated photos could be discarded.

4

22.

Lt. Col. Eli Wilson personally searched investigative files by inmate name and date at the prison and did not find pictures or an investigative file from an incident plaintiff was involved in on August 21, 2011. Other investigators in the Department also checked their records and found that we did not institute an investigation and/or work a case from the aforementioned date.

23.

I am familiar with the Department of Public Safety and Corrections and LSP's document retention policies.

24.

Photographs on a memory card are not considered part of the record unless and until it is determined an investigation needs to be instituted and an investigative file is opened on a particular matter.

25.

In the instant case, the document retention policies were not violated because no investigation was instituted and an investigative file was not opened after Lt. Col. Temple was advised of the confrontation plaintiff was involved in on August 21, 2011.

5

The above facts are true and correct to the best of my knowledge, information and belief under penalty of perjury.

_Brandy McMullen_
WITNESS

_Carmen C. Shipley_
WITNESS

_Bobby Achord_
BOBBY ACHORD

SWORN TO AND SUBSCRIBED before me, this ___13th___ day of ___December___, 2012, at ~~Baton Rouge~~ ANGOLA, Louisiana.

_____
~~EX-OFFICIO~~ NOTARY PUBLIC
~~LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS/LSP~~
TERRI L. CANNON
BAR ROLL #17504

6

BOBBY JINDAL                                                          JAMES M. Le Bl.
  Governor
 Secretary

# State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

## STATE OF LOUISIANA
## WEST FELICIANA PARISH
## ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Directive No. 01.018 Records Management Program

Effective for the date of 8/21/2011


*Connie M. McCann*

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 11/15/12

STATE'S
EXHIBIT
C

Raymond Fobbs vs. Daniel Davis

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

| October 25, 2010 | CHAPTER: ADMINISTRATION, ORGANIZATION AND MANAGEMENT | DIRECTIVE NO. 01.018 |
|---|---|---|
| | SUBJECT: RECORDS MANAGEMENT PROGRAM | ACA STANDARD: 4-4095, 4-4415 |
| LOUISIANA STATE PENITENTIARY | REFERENCE: Department Regulation No. A-01-009, A-02-015, A-05-010; B-03-001, B-06-001, HC-33; Penitentiary Directive No. 13.013 | |

PURPOSE:  To establish the procedures for the effective handling and storing of vital penitentiary records.

APPLICABILITY:   All Louisiana State Penitentiary Wardens, Administrative Program Director, Department/Division Heads and the Property Control Officer.

DEFINITION:

Electronic Document:  Any document in electronic, magnetic, optical or other format, except an audio recording, used to create, transfer or store a document. (This includes digitally imaged records.)

Imaged Document Management System (IDMS):  A computer system or electronic filing system (or set of computer programs) used to track and store electronic documents and/or images of paper documents.

Optical Character Recognition (OCR): The mechanical or electronic translation of scanned images of handwritten, typewritten or printed text into machine-encoded text; OCR makes it possible to edit the text, search for a word or phrase, store it more compactly, display or print a copy free of scanning artifacts and apply techniques such as machine translation, text-to-speech and text mining.

Record:  All documents, papers, letters, books, drawings, maps, plats, photographs, magnetic or optical media, microfilm, microphotograph, motion picture film, or other document or any other material, regardless of physical form or characteristic, generated or received under law in connection with the transaction of official business, or preserved by an agency or political subdivision because of other informational or legal value. This term shall not be construed to include library and museum material developed or acquired and preserved solely for reference or exhibition purposes, extra copies maintained for convenience in reference or stocks of standard publications, or processed documents. (La. R.S. 44:402)

Penitentiary Directive No. 01.018
October 25, 2010
Page 2 of 9

Record Retention Schedule:   A document listing all records series for the Department, including an indication for that series of the length of time the records are to be retained. This schedule becomes effective when approved by the Secretary of State, Division of State Archives.

Record Series:  File units or documents arranged according to a filing system or kept together because they relate to a particular subject or function, result from an activity, document a specific type of transaction, or have some other relationship arising from their creation, receipt or use (such as documents with specific restrictions on access or use.)  A group of like records that are treated as a unit for records management purposes. All record series may contain many separate files, but shall be treated as a single unit for all purposes relating to records retention.

Records Management Officer:  An employee appointed by the Secretary who is responsible for implementing and maintaining the Department's Records Management Program.

Records Management Program:  A program designed to provide maximum economy and efficiency in the creation, organization, use, maintenance or disposition of records to ensure records are retained as long as needed and unneeded records are not created or retained beyond their usefulness.

Records Retention Coordinator:  An employee appointed by the Warden that is responsible for maintaining the records retention program for their institution

POLICY:     It is the policy of Louisiana State Penitentiary to maintain an active, continuing program for the economical and efficient management of records. All departmental records created and maintained shall be scheduled for retention and disposal in the manner prescribed by applicable law and procedures developed by the Secretary of State, Division of Archives, Records Management and History (Division of Archives).  The retention of e-mail shall be in accordance with the provisions of Department Regulation No. A-05-010.

PROCEDURE:

A.     OWNERSHIP OF RECORDS

All records of the Department are subject to the provisions of this directive and Department Regulation No. A-01-009.  The Department has sole ownership of its records.  Employees who create records have no ownership interest in the records. Records of the Department may not be removed without proper authority.

Penitentiary Directive No. 01.018
October 25, 2010
Page 3 of 9

B.   PHYSICAL MAINTENANCE OF RECORDS

All departmental records shall be maintained so that they remain accessible and are easily retrievable to authorized staff and protected from unauthorized use or damage (i.e., fireproof file cabinets, restricted access, storage in dry and pest-free areas, etc.) All active and inactive building and/or facility blueprints or construction plans are to be stored in cardboard mailing tubes or appropriate blueprint cabinets and labeled accordingly.

The Records Retention Coordinator shall notify the Records Management Officer within 24 hours of the discovery that departmental records have been damaged.

C.   ESTABLISHMENT OF CONTROL

Centralized control over retention and disposition of all records shall be in accordance with the provisions of this regulation and state statutes. However, departmental records shall remain decentralized to ensure the people who work with them shall have access.

The Department may, at its discretion, cause any public record maintained by it or any part thereof to be microfilmed, or otherwise reproduced, in order to accomplish efficient storage and preservation of such records.

D.   PERSONNEL AND RESPONSIBILITY

1.   Records Retention Coordinator

a.   The Administrative Program Director is appointed as the Records Retention Coordinator (RRC) at LSP and the Property Control Officer (PCO) is appointed as her designee.

b.   Duties of the RRC shall include:

1)   Ensuring that LSP's records management program is developed and implemented consistent with Department Regulation No. A-01-009.

2)   Ensuring that all employees are aware of records management responsibilities and established recordkeeping requirements.

3)   Acting as liaison between the Records Management Officer and each respective location within LSP.

Penitentiary Directive No. 01.018
October 25, 2010
Page 4 of 9

4)    Overseeing the creation, maintenance and disposal of files pursuant to the Records Management Program and approved records disposition schedules.

5)    Advising the institution of any changes in approved disposition schedules at their respective locations.

6)    Ensuring that a review of all records at Louisiana State Penitentiary is conducted annually and procedures are followed to ensure proper disposition of records.

7)    Recommending necessary procedural changes to the Records Management Officer.

8)    Reporting any alleged instance of unauthorized disposition of a record to the Records Management Officer.

2.    Employees
Records management is a collective responsibility which all employees have an equal obligation to maintain. All employees shall be aware of the policies, procedures and tools for managing records and shall be responsible for applying them to all records within their control as follows:

a.    All employees shall maintain records according to Department policy and unit procedures;

b.    Maintaining Department records only in designated locations (i.e. centralized storage areas within the facility, individual departments throughout the facility, on facility equipment (i.e. PC's, laptops, PDA's or BlackBerrys), off-site archives designated by the Warden, and/or other unit designated locations);

c.    All employees shall safeguard records until the records are authorized for disposition. The unauthorized removal, concealment, falsification, mutilation and/or disposal of Department records is prohibited;

d.    In no case may any employee destroy any record based upon a concern that the record may be harmful to the Department in a potential investigation, audit or litigation;

e.    An employee shall report any apparent instances of unauthorized disposition to his supervisor or the Records Retention Coordinator.

Penitentiary Directive No. 01.018
October 25, 2010
Page 5 of 9

E.   RECORDS LOCATION INVENTORY

In conjunction with the Records Management Officer, the RRC shall establish and maintain a records management inventory for every location at which records are stored, using the Location Survey Response Form-Parts A and B (Form A-01-009-A.) This form shall be completed in its entirety and submitted to the Records Management Officer.

The RRC shall ensure that the Records Management Inventory is reviewed on an annual basis. If any revisions are required, a new Location Survey Response Form-Parts A and B (Form A-01-009-A) shall be completed and submitted to the Records Management Officer by January 31st of each year.

F.   RECORDS RETENTION AND DISPOSAL

1.   If any Department employee does not agree with the retention period of a record series or discovers a record that does not have a retention period, the RRC shall be contacted, who will, in turn, contact the Records Management Officer, with justification, to request an addition of or modification to the retention period.

2.   All records shall be disposed of in accordance with the current Records Retention Schedule (copy attached), with appropriate approval of the Certificate of Records Disposal, UNLESS a record scheduled for destruction is involved in an active suit, arbitration, investigation or audit. See Department Regulation No. A-05-010 for additional information concerning retention of records involved in an active suit, arbitration, investigation or audit.

3.   Any area requesting destruction of records maintained within the institution shall complete a Certificate of Records Disposal (Form A-01-009-B) and forward it to the RRC who shall forward the signed document to the Records Management Officer no less than 30 days in advance of the scheduled disposal date. By signing the form, the RRC certifies that "all state and federal audits have been completed, all applicable audit reports have been accepted and resolved by all applicable federal and state agencies and no legal actions are pending regarding or involving the documents scheduled for destruction."

4.   The Records Management Officer shall confirm the Records Retention Record for the record series and return a signed and approved copy of the Certificate of Records Disposal to the requestor so that destruction can occur. No record may be disposed of without a signed Certificate of Records Disposal from the Records Management Officer. If a request is denied in whole or in part, an explanation for the denial shall be included.

Penitentiary Directive No. 01.018
October 25, 2010
Page 6 of 9


G.    DISPOSAL/DESTRUCTION

1.    WARNING:  Employees who intentionally and knowingly destroy documents related to civil or criminal litigation, audits or investigations against the Department shall be subject to disciplinary action, up to and including termination and civil and/or criminal penalties.

2.    Records must be securely destroyed using either a shredding device at the facility, a shredding service approved by the Records Management Officer or incinerated.

3.    Unless otherwise required by law, regulatory agency, contract or this regulation, once a final version of a record is created, employees should dispose of prior drafts, whether electronic or tangible records.

4.    Unless otherwise required by law, regulatory agency, contract or this regulation, if formal minutes of meetings are prepared and have been made available, employees may destroy personal notes of those meetings.

5.    Annual Records Clean-Out

   a.    The RRC shall ensure that documents are timely destroyed after the expiration of the applicable retention period on an annual basis. The annual clean out shall include a review of all hard copy records as well as computer files. Those that exceed the retention period shall be processed for disposal, unless a litigation hold notice (see Department Regulation A-05-010 "Electronically Stored Information and Data Preservation" for additional information) has been issued.

   b.    The following are examples of the types of records that generally should be discarded during the Records Clean-Out period; however, some of these types of records may be retained to reflect compliance with polices/procedures.

   - Extra copies of any final record;
   - Working copies and drafts (both paper and electronic);
   - Intra-departmental notices (e.g., from the Human Resources Office) concerning various employee programs (e.g., health coverage);
   - Copies of newsletters;
   - Copies of meeting agendas;
   - Handouts from meetings;
   - Printed copies of electronic records may be discarded provided that the records are not subject to a specific legal retention period so long as the original electronic file continues to be maintained. These

Penitentiary Directive No. 01.018
October 25, 2010
Page 7 of 9

electronic records include, but are not limited to advertising and marketing materials, so-called "junk mail", brochures, flyers, announcements, registration forms, etc.

·  Obsolete calendars, lists, newspaper and magazine clippings, personal phone and address lists, greeting cards and unneeded business cards from others.

H.   IMAGED DOCUMENT MANAGEMENT SYSTEM
(See Department Regulation No. A-01-009)

I.   DIGITAL IMAGING QUALITY CONTROL PROCEDURES

1.   At the point of scan, the individual scanner operator will review each image as it is scanned through the machine to ensure clarity and completeness with each image scanned.  Issues that may cause the scanner operator to stop the machine and rescan pages include, but are not limited to:

a.   Portion of the page is folded over, obstructing page content;

b.   Legal papers were not unfolded during the assembly process, obstructing page content;

c.   Post-It note(s) on page, obstructing page content;

d.   Worn pages with rips and tears need to be taped and copied and the copy scanned;

e.   Images cannot clearly be read and may require a change in the DPI setting;

f.   Page orientation is not appropriate;

g.   Illegible pages (images too dark or not dark enough);

h.   Pages did not run through scanner appropriately thus the full image is not available;

i.   Duplication of pages.

2.   The individual scanner operator shall correct any issue(s) found. Resolution of these issues may involve an on-screen fix or may require the actual page to be rescanned and inserted in the appropriate place within the electronic file.

Penitentiary Directive No. 01.018
October 25, 2010
Page 8 of 9

3.   Once the documents have completed the page by page quality control (QC) process, the indices shall be reviewed for correctness to ensure the appropriate documents are attached to the correct index.

4.   Upon completion of the QC process and index verification, the original documents shall be retained for a period of at least 90 days prior to disposal of the original documents. The RRC shall develop internal procedures for the 90 day retention period of OCR digitally imaged documents to include document destruction procedures and to ensure appropriate disposal of imaged documents following the retention period.

     NOTE: This 90 day retention period of the original document is applicable ONLY to those records with a retention period of ten years or less. Digitally imaged records with a retention period of ten years or more may not be disposed of until the retention period has expired and the approval of the Records Management Officer.

J.   ARTIFACTS

All photographs, other visual material and artifacts significant to LSP or the Department's history shall not be disposed of in any manner. These items shall be sent to the Louisiana State Penitentiary Museum once the retention period has expired and LSP no longer has a use for the artifacts.

K.   ACCESS

1.   Access to the storage archives will be strictly monitored. The Property Control Officer will be responsible for providing escort for retrieval of records and will monitor the orderly input of new records for storage and archives. If the Property Control Officer is not available, the Administrative Program Director or her designee will escort employees to the archives for record retrieval.

2.   A set of keys will be maintained at the Armory for authorized emergency access. The Warden and Deputy Wardens have the authority to approve utilization of the archive keys for emergency records retrieval. The Armory will be responsible for maintaining a logbook of issuance and return of archives keys. Such emergency access (if after hours) will be performed under escort by the Angola Police Department.

3.   A logbook will be maintained at the archives to record the access to the facility. All records archived or retrieved *must* be entered in the logbook.

Penitentiary Directive No. 01.018
October 25, 2010
Page 9 of 9

L.    RECORDS STORAGE

1.    Office files and offender records shall be archived in accordance with Department Regulation No. B-03-001, inactive medical records shall be archived in accordance with Department Regulation No. B-06-001, Health Care Policy HC-33 and Penitentiary Directive No. 13.013, and inactive personnel files shall be archived in accordance with Department Regulation No. A-02-015.

2.    All items for storage must be placed in a perma-file storage box (letter or legal size), and be clearly labeled with adequate description of the contents to facilitate retrieval.

3.    The temperature will be checked twice a week and recorded in a logbook by the Property Control Officer.

4.    A diagram will be kept next to the door and it will clearly show the designated department storage areas.

5.    Each department will be responsible and held accountable for orderly storage of records in the archive facility at all times.

Burl Cain, CCE
Warden

Attachment:  Records Retention Schedule

Forms:        A-01-009-A  Location Survey Response Form
              A-01-009-B  Certificate of Records Disposal

The policy supersedes Penitentiary Directive No. 01.018 dated August 3, 2009.

Case 3:11-cv-00700-JWD-SCR   Document 66-17   12/19/12   Page 25 of 53

# Records Retention Schedule

SS ARC 932 (07/07)   2010-117

Louisiana Secretary of State, Division of Archives, Records Management and History
Post Office Box 94125, Baton Rouge, LA 70804

Http://www.sos.louisiana.gov

Page   1   of   8

Indicate Use of Form

___ ORIGINAL SUBMISSION
✓ RENEWAL
___ REPLACEMENT PAGE
___ ADDENDUM PAGE

**Agency No** | **Agency / Division / Section** La. Dept of Public Safety & Corrections – Corrections Services

**PRISON RECORDS RETENTION SCHEDULE**
Department Regulation No. A-01-009 – Schedule B

| Item Number | Records Series Title | Retention Period | | | Security | Archival | State Records Center | Vital | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | In Office | In Storage | Total Retention | | | | | |
| 1 | General Administrative Office Files | ACT | 2FY | ACT+2FY | M | S | N | V | Reports, memoranda, correspondence, directives, meeting notes. ACT = end of current FY in which record was created or received |
| 2 | Policies, procedures, regulations | ACT | 2FY | ACT+2FY | M | S | N | V | History of changes in regulations, policies, procedures. ACT= end of current FY in which record was created or received |
| 3 | Security Records | ACT | 2FY | ACT+2FY | M | S | N | U | Rosters, drug screens, bed counts, security equipment reports, shakedown reports, unusual occurrence reports, inspections, post rosters, tool audits, unit log books, shift rosters, maintenance reports, gate passes, callouts, key/tool inventory, use of force reports, recreation documents, meeting notes. ACT = end of FY in which record was created or received |
| 4 | Patient Medical Records | ACT | 6CY | ACT+6CY | C | S | N | V | Must be maintained for 6 years from the date full term sentence expires; includes mental health records. ACT= until full term date expires |

**Permitted Retention Period Abbreviations**

ACT – Active Period (when used define term in remarks column)

FY- Fiscal Year (July 1 - June 30)

CY – Calendar Year (Jan 1 - Dec 31)

AY – Academic Year (Aug 1 - July 31)

FFY – Federal Fiscal Year (Oct 1 - Sept 30)

MO – Months   WK – Week   DY - Day(s)

PERM - Permanent

**Security Status Codes**

P – Public Record

M – May Contain Confidential Information

C – Confidential Information

**Archival Processing Codes**

A – Transfer to State Archives

R – Retain in Agency Archives

S – Review by State Archives

O – Other (Specify in Remarks)

**State Records Center Use**

Y – Yes

N - No

**Vital Record Identification Code**

V= Vital

I = Important

U= Useful

**Agency Abbreviations**

Agency Approval

Date Signed   8/31/2010

Secretary of State, State Archives & Records Services   Carol ___ CRy

Date Approved   9/2/10

# Records Retention Schedule

SS ARC 932 (07/07)

Louisiana Secretary of State, Division of Archives, Records Management and History
Post Office Box 94125, Baton Rouge, LA 70804                    Http://www.sos.louisiana.gov

Page  2  of  8

| Agency No | Agency / Division / Section La Dept of Public Safety & Corrections – Corrections Services | | | | | | | | Indicate Use of Form: |
|---|---|---|---|---|---|---|---|---|---|
| | **PRISON RECORDS RETENTION SCHEDULE** Department Regulation No. A-01-009 – Schedule B | | | | | | State Records Center | | __ORIGINAL SUBMISSION  x__RENEWAL  __REPLACEMENT PAGE  __ADDENDUM PAGE |
| Item Number | Records Series Title | Retention Period | | | Security | Archival | | Vital | Remarks |
| | | In Office | In Storage | Total Retention | | | | | |
| 5 | Pharmacy Records | ACT | 4FY | ACT+4FY | C | S | N | I | Prescriptions ACT = end of FY Rx dispensed |
| 6 | Legal Records | ACT | 3CY | ACT+3CY | M | S | N | V | Appeals, lawsuits, subpoenas, public records request ACT= until end of FY in which matter is resolved (final judgment rendered) |
| 7 | Classification Records | ACT | 2FY | ACT+2FY | P | S | N | I | Offender classification info, classification and reclassification board records  ACT= end of FY in which record was created or received |
| 8 | Visiting | ACT | 2FY | ACT+2FY | M | S | N | U | ACT = while offender is in physical custody |
| 9 | Calendars, phone message pads, routine correspondence | ACT | 1FY | ACT+1FY | P | S | N | U | ACT=end of FY in which record was created |
| 10 | Human Resources – Personnel records | ACT | 5FY | ACT+5FY | M | S | N | V | Employment records  All ENF's applications/resume/transcripts, NCIC -- SEE NEXT PAGE FOR CONTINUATION |

**Permitted Retention Period Abbreviations**

ACT – Active Period (when used define term in remarks column)
FY- Fiscal Year (July 1 - June 30)
CY - Calendar Year (Jan 1 - Dec 31)
AY - Academic Year (Aug 1 - July 31)
FFY - Federal Fiscal Year (Oct 1  Sept 30)
MO - Months  WK – Week  DY - Day(s)
PERM - Permanent

**Security Status Codes**

P – Public Record
M - May Contain Confidential Information
C – Confidential Information

**Archival Processing Codes**

A – Transfer to State Archives
R – Retain in Agency Archives
S – Review by State Archives
O – Other (Specify in Remarks)

**State Records Center Use**

Y – Yes
N - No

**Vital Record Identification Code**

V= Vital
I = Important
U= Useful

**Agency Abbreviations**

DB – Disciplinary Board
Rx - Prescription

ARP – Administrative Remedy Procedure

NCIC – National Crime Information Center

ENF- Employee Notification Form

Agency Approval          Date Signed  8/31/2010          Secretary of State, State Archives & Records Services          Date Approved  9/2/10

Case 3:11-cv-00700-JWD-SCR   Document 66-17   12/19/12   Page 26 of 53

# Records Retention Schedule

SS ARC 932 (07/07)

Case 3:11-cv-00700-JWD-SCR   Document 66-17   12/19/12   Page 27 of 53

Louisiana Secretary of State, Division of Archives, Records Management and History
Post Office Box 94125, Baton Rouge, LA 70804

Http://www.sos.louisiana.gov

Page   3  of  8

**Indicate Use of Form**

__ ORIGINAL SUBMISSION
_x_ RENEWAL
__ REPLACEMENT PAGE
__ ADDENDUM PAGE

| Agency No | Agency / Division / Section La. Dept of Public Safety & Corrections – Corrections Services **PRISON RECORDS RETENTION SCHEDULE** Department Regulation No. A-01-009 – Schedule B | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Item Number** | **Records Series Title** | In Office | In Storage | Total Retention | Security | Archival | State Records Center | Vital | **Remarks** |
| | Human Resources – Personnel records (*continued from previous page*) SEE ALSO ITEM #23 | ACT | 5FY | ACT+5FY | | | | | reports/LAACCH/Fingerprint card, Bank Deposit info, new hire info (SSA-1945, probationary period memo, emergency contact form, drug free workplace receipt, essential functions form, FLSA form, recoupment of overpayment, relatives employed, malfeasance form, power of attorney, outside employment form, law enforcement supplement, driving history, selective service, receipt of employee manual, sexual harassment form, incarcerated relative form, appointment affidavit, PPR rating, backup documentation for pay issues [Civil Service Rule 6.5(g)] selective certification, premium pay, shift differential, non-mandatory deduction authorizations (i.e. dental insurance, etc.) grievance/disciplinary and related correspondence), miscellaneous correspondence relating to employment |
| 11 | Inmate/Offender Records | ACT | 6CY | ACT+6CY | M | S | N | V | Must be maintained for 6 years from the date the full term sentence expires.  ACT=the period during which the offender is in the custody of the DPS&C. |

| **Permitted Retention Period Abbreviations** | **Security Status Codes** | **State Records Center Use** | **Agency Abbreviations** |
|---|---|---|---|
| ACT – Active Period (when used define term in remarks column) FY – Fiscal Year (Jul. 1 – June 30) CY – Calendar Year (Jan 1 – Dec 31) AY – Academic Year (Aug 1 – July 31) FFY – Federal Fiscal Year (Oct 1 – Sept 30) MO – Months  WK – Week  DY – Day(s) TERM – permanent | P – Public Record M – May Contain Confidential Information C – Confidential Information | Y - Yes N - No | LAACCH – La Criminal History Clearinghouse FLSA – Fair Labor Standards Act PPR – Performance, Planning, and Review |
| | **Archival Processing Codes** A – Transfer to State Archives R – Retain in Agency Archives S – Review by State Archives O – Other (Specify in Remarks) | **Vital Record Identification Code** V= Vital I = Important U= Useful | |

Agency Approval          Date Signed 8/31/2006          Secretary of State, State Archives & Records Services          Date Approved 9/2/11

Case 3:11-cv-00700-JWD-SCR    Document 66-17    12/19/12    Page 28 of 53

# Records Retention Schedule

SS ARC 932 (07/07)

Louisiana Secretary of State, Division of Archives, Records Management and History
Post Office Box 94125, Baton Rouge, LA 70804

Http://www.sos.louisiana.gov

**Indicate Use of Form**

_ ORIGINAL SUBMISSION
_x_ RENEWAL
_ REPLACEMENT PAGE
_ ADDENDUM PAGE

**Agency No** | **Agency / Division / Section** La. Dept of Public Safety & Corrections – Corrections Services

**PRISON RECORDS RETENTION SCHEDULE**

Department Regulation No. A-01-009 – Schedule B

| Item Number | Records Series Title | Retention Period | | | Security | Archival | State Records Center | Vital | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | In Office | In Storage | Total Retention | | | | | |
| 12 | Business Services/Fiscal Records, budget documents | ACT | 2FY | ACT+2FY | M | S | N | V | Accounting records, inmate/offender banking records, journal vouchers, requests for purchase/purchase orders/receiving reports, bank statements/reconcilements, accounts payable, financial reports, ISIS reports, journal vouchers, budget documents, purchasing and insurance records, current records, inventory records. ACT=until end of fiscal year in which record was created or received |
| 13 | Business Services/Inmate Offender Banking | ACT | 3FY | ACT+3FY | M | S | N | V | Inmate/Offender banking records, deposit details and summary reports, weekly request for checks, weekly control ledgers, monthly bank statements/reconcilements and general inmate/offender banking system reports and research papers. ACT=until end of FY in which record was created or received |
| 14 | Maintenance Records | ACT | 2FY | ACT+2FY | P | S | N | U | Vehicle logs (MV-3), vehicle preventive maintenance records, records of facility maintenance/repairs. ACT=end of FY in which record was created or received |

| Permitted Retention Period Abbreviations | Security Status Codes | State Records Center Use | Agency Abbreviations |
|---|---|---|---|
| ACT – Active Period (when used define term in remarks column) | P – Public Record | Y – Yes | |
| FY- Fiscal Year (July 1- June 30) | M – May Contain Confidential Information | N – No | |
| CY – Calendar Year (Jan 1 – Dec 31) | C – Confidential Information | | |
| AY – Academic Year (Aug 1 – July 31) | **Archival Processing Codes** | **Vital Record Identification Code** | |
| FFY – Federal Fiscal Year (Oct 1 – Sept 30) | A – Transfer to State Archives | V= Vital | |
| MO – Months  Wk – Week  DY - Days) | R – Retain in Agency Archives | I = Important | |
| PERM – Permanent | S – Review by State Archives | U= Useful | |
| | O – Other (Specify in Remarks) | | |

Agency Approval _____   Date Signed  8/31/2010

Secretary of State, State Archives & Records Services _____   Date Approved  9/2/11

# Records Retention Schedule

Louisiana Secretary of State, Division of Archives, Records Management and History
Post Office Box 94125, Baton Rouge, LA 70804
Http://www.sos.louisiana.gov

| Agency No | Agency / Division / Section **La. Dept of Public Safety & Corrections – Corrections Services** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

**PRISON RECORDS RETENTION SCHEDULE**
Department Regulation No. A-01-009 – Schedule B

Indicate Use of Form
_ORIGINAL SUBMISSION
x RENEWAL
_REPLACEMENT PAGE
_ADDENDUM PAGE

| Item Number | Records Series Title | Retention Period | | | Security | Archival | State Records Center | Vital | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | In Office | In Storage | Total Retention | | | | | |
| 15 | Building and Construction | ACT | PERM | PERM | C | R | N | U | Building/facility blueprints or construction plans. May be useful for historical purposes. ACT=until end of FY in which record was created or received |
| 16 | Property Control Records | ACT | 3FY | ACT+3FY | P | S | N | V | Home storage/personal assignments forms (DA5210), driver authorization forms (DA 2054) and all property certification files/records. ACT=until end of fiscal year in which record was created or received |
| 17 | Vehicle/Equipment Titles and Registration Forms | ACT | 3FY | ACT+3FY | P | S | N | V | Must be maintained for the life of the vehicle/equipment. ACT=until after disposal of the vehicle/equipment |
| 18 | Medical/Administrative and Infirmary Records | ACT | 5FY | ACT+5FY | P | S | M | I | Tool counts, needle/syringe counts, controlled substance counts, census reports, QI reports, staff rosters/schedule, meeting notes, statistical reports, other correspondence relative to health services. ACT=until end of fiscal year created or received |
| 19 | K-9 and Livestock | ACT | 2FY | ACT+2FY | P | S | N | U | Veterinary records, registration, identification records, health records, certifications. ACT=while animal is alive or is otherwise disposed of |

| Permitted Retention Period Abbreviations | Security Status Codes | State Records Center Use | Agency Abbreviations |
|---|---|---|---|
| ACT – Active Period (when used define term in remarks column)<br>FY – Fiscal Year (July 1-June 30)<br>CY – Calendar Year (Jan 1 – Dec 31)<br>AY – Academic Year (Aug 1 – July 31)<br>FFY – Federal Fiscal Year (Oct 1 – Sept 30)<br>MO – Months, WK – Weeks, DY – Day(s)<br>PERM – Permanent | P – Public Record<br>M – May Contain Confidential Information<br>C – Confidential Information | Y – Yes<br>N – No | QI – Quality Improvement |
| | **Archival Processing Codes**<br>A – Transfer to State Archives<br>R – Retain in Agency Archives<br>S – Review by State Archives<br>O – Other (Specify in Remarks) | **Vital Record Identification Code**<br>V= Vital<br>I = Important<br>U= Useful | |

Agency Approval        Date Signed   8/31/2010        Secretary of State, State Archives & Records Services        Date Approved   9/2/10

Case 3:11-cv-00700-JWD-SCR   Document 66-17   12/19/12   Page 30 of 53

# Records Retention Schedule

SS ARC 932 (07/07)

Louisiana Secretary of State, Division of Archives, Records Management and History
Post Office Box 94125, Baton Rouge, LA 70804

Http://www.sos.louisiana.gov

**Agency / Division / Section  La. Dept of Public Safety & Corrections – Corrections Services**

**PRISON RECORDS RETENTION SCHEDULE**

Department Regulation No. A-01-009 – Schedule B

Indicate Use of Form

\_ ORIGINAL SUBMISSION

x \_ RENEWAL

\_ REPLACEMENT PAGE

\_ ADDENDUM PAGE

| Item Number | Records Series Title | Retention Period | | | Security | Archival | State Records Center | Vital | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | In Office | In Storage | Total Retention | | | | | |
| 20 | Cemetery records | PERM | | PERM | P | R | N | I | Records for on-site cemetery, location of burial plot, and identification of offender buried |
| 21 | ACA records | ACT | 4CY | ACT+4CY | P | S | N | U | ACT= until in of CY in which certification re-certification is issued |
| 22 | Investigative Reports | ACT | 6FY | ACT+6FY | M | S | N | U | ACT= until investigation is closed |
| 23 | Human Resources - Personnel Records – Vital Information | ACT | 5FY | ACT+5FY | M | S | N | V | After retention period REMOVE FROM EMPLOYEE EMPLOYMENT RECORD AND FORWARD TO HEADQUARTERS FOR APPROPRIATE ACTION/RETENTION: Comprehensive ENF, Adjusted Service Date form (prior state service), all retirement forms (enrollment, changes, beneficiary, air time, refunds, any LASERS/TRSL/LSERS form), employee retirement contribution reports (member statements with year to date contributions, copy of driver's license, copy of social security card, copy of birth certificate, all OGB documents (enrollment, changes, terminations, etc), all life insurance documents (enrollment, changes, termination, beneficiary, etc), military status form (DD214)  ACT= while employee is actively employed |

| Permitted Retention Period Abbreviations | Security Status Codes | State Records Center Use | Agency Abbreviations |
|---|---|---|---|
| ACT – Active Period (when used define term in remarks column) | P – Public Record | Y – Yes | ENF – employee notification form |
| FY– Fiscal Year (July 1- June 30) | M – May Contain Confidential Information | N – No | LASERS – La State Employees Retirement System |
| CY – Calendar Year (Jan 1 – Dec 31) | C – Confidential Information | | |
| AY – Academic Year (Aug 1 – July 31) | **Archival Processing Codes** | **Vital Record Identification Code** | TRSL – Teachers' Retirement System of La |
| FFY – Federal Fiscal Year (Oct 1 – Sept 30) | A – Transfer to State Archives | V= Vital | LSERS – La School Employees Retirement System |
| MO- Month  WK – Week  DY – Days) | R – Retain in Agency Archives | I = Important | ACA – American Correctional Association |
| PERM – Permanent | S – Review by State Archives | U= Useful | OGB – Office of Group Benefits |
| | O – Other (Specify in Remarks) | | |

Agency Approval                    Date Signed  8/31/2010                    Secretary of State, State Archives & Records Services  Carrie Jason, CCH                    Date Approved

# Records Retention Schedule

Case 3:11-cv-00700-JWD-SCR   Document 66-17   12/19/12   Page 31 of 53

SS ARC 932 (07/07)

Louisiana Secretary of State, Division of Archives, Records Management and History
Post Office Box 94125, Baton Rouge, LA 70804

Http://www.sos.louisiana.gov

Page 7 of 8

Indicate Use of Form

\_ ORIGINAL SUBMISSION
\_x\_ RENEWAL
\_ REPLACEMENT PAGE
\_ ADDENDUM PAGE

| Agency No | Agency / Division / Section La. Dept of Public Safety & Corrections – Corrections Services | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **PRISON RECORDS RETENTION SCHEDULE** Department Regulation No. A-01-009 – Schedule B | | | | | | | | |
| Item Number | Records Series Title | Retention Period | | | Security | Archival | State Records Center | Vital | Remarks |
| | | In Office | In Storage | Total Retention | | | | | |
| 24 | Human Resources – FORM I-9 | ACT | 5CY | ACT+5CY | M | S | N | U | ACT=while employee is actively employed |
| 25 | Human Resources – Time and Attendance | ACT | 5CY | ACT+5CY | M | S | N | U | Leave records (leave slips, ZT02/ZT0G reports, timesheets, overtime reports), pre-payroll and payroll reports  ACT= until end of CY in which record was created or received |
| 26 | Human Resources – Employee Medical Record | ACT | 6FY | ACT+6FY | M | S | N | U | TB test, accident reports, physical exam, FMLA, crisis leave, drug test, warden's unusual occurrence, medical reports/claims, worker's compensation, essential function  ACT= while employee is actively employed |
| 27 | Human Resources – General Files | ACT | 5FY | ACT+5FY | M | S | N | U | Civil Service Audits (paper  walk in, full performance), unclassified authority, WAE, job descriptions, SER request, SER chart ACT=until position is abolished |
| 28 | Contracts | ACT | 10FY | ACT+10FY | M | S | N | U | Professional services, operational services, cooperative endeavors, memorandum of understanding  ACT = until end of fiscal year in which contract expires or is terminated |
| 29 | Education – Offender Education Records | ACT | 5FY | ACT+5FY | M | S | N | U | Enrollment/exit, test scores, FERPA form, certificates/diploma, grant forms ACT=until end of FY in which offender exits program |

**Permitted Retention Period Abbreviations**

ACT – Active Period (when used define term in remarks column)
FY – Fiscal Year (July 1 – June 30)
CY – Calendar Year (Jan 1 – Dec 31)
AY – Academic Year (Aug 1 – July 31)
FFY – Federal Fiscal Year (Oct 1 – Sept 30)
MO – Months  WK – Week  DY – Days)
PERM – Permanent

**Security Status Codes**
P – Public Record
M – May Contain Confidential Information
C – Confidential Information

**Archival Processing Codes**
A – Transfer to State Archives
R – Retain in Agency Archives
S – Review by State Archives
O – Other (Specify in Remarks)

**State Records Center Use**
Y – Yes
N – No

**Vital Record Identification Code**
V= Vital
I = Important
U= Useful

**Agency Abbreviations**
TB-Tuberculosis

FMLA-Family Medical Leave Act

WAE – When Actually Employed

SER – special entrance rate

FERPA-Families Equal Rights Privacy Act

Agency Approval     Date Signed   8/31/2010     Secretary of State, State Archives & Records Services     Date Approved  9/2/10

# Records Retention Schedule

Case 3:11-cv-00700-JWD-SCR   Document 66-17   12/19/12   Page 32 of 53

SS ARC 932 (07/07)

Louisiana Secretary of State, Division of Archives, Records Management and History
Post Office Box 94125, Baton Rouge, LA 70804

Http://www.sos.louisiana.gov

Page 8 of 8

Indicate Use of Form

___ORIGINAL SUBMISSION

_x_ RENEWAL

___REPLACEMENT PAGE

___ADDENDUM PAGE

**Agency No**

**Agency / Division / Section** La. Dept of Public Safety & Corrections – Corrections Services

PRISON RECORDS RETENTION SCHEDULE

Department Regulation No. A-01-009 – Schedule B

| Item Number | Records Series Title | Retention Period | | | Security | Archival | State Records Center | Vital | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | In Office | In Storage | Total Retention | | | | | |
| 30 | Safety/Sanitation Records | ACT | 5FY | ACT+5FY | P | S | N | I | Health Department inspections/reports/plans of action, correspondence, Fire Marshal inspections/reports/plans of action, correspondence, other regulatory agency inspections/reports/plans of action, correspondence . ACT= until end of FY in which record was created or received and no deficiencies noted by regulatory agency |
| 31 | Training Records – **Data Entry backup materials** (supporting documentation) | ACT | 3CY | ACT+3CY | M | S | N | I | Employee training verification. ACT= while employee is actively employed |
| 32 | Training Records – **Lesson Plans and supporting materials** | PERM | | PERM | P | R | N | I | Content required for legal defense |
| 33 | Training Records – **American Heart Association Site Reviews** | ACT | 2CY | ACT+2CY | M | S | N | I | ACT = until end of calendar year in which certification was received |
| 34 | ARPs – Offender Grievances/DBs – Disciplinary Reports, Disciplinary Board Appeals | ACT | 3CY | ACT+3CY | M | S | N | U | ACT = until one year after the date of Secretary's response |

**Permitted Retention Period Abbreviations**

ACT – Active Period (when used define term in remarks column)

FY - Fiscal Year (July 1- June 30)

CY - Calendar Year (Jan 1 – Dec 31)

AY – Academic Year (Aug 1 – July 31)

FFY - Federal Fiscal Year (Oct 1 – Sept 30)

MO - Months, WK - Week, DY - Day(s)

PERM – Permanent

**Security Status Codes**

P – Public Record

M – May Contain Confidential Information

C – Confidential Information

**Archival Processing Codes**

A – Transfer to State Archives

R – Retain in Agency Archives

S – Review by State Archives

O – Other (Specify in Remarks)

**State Records Center Use**

Y – Yes

N – No

**Vital Record Identification Code**

V= Vital

I = Important

U= Useful

**Agency Abbreviations**

ARP – Administrative Remedy Procedure

DB – Disciplinary Board

_Agency Approval_   _Date Signed_ 8/31/2010   _Secretary of State, State Archives & Records Services_   _Date Approved_ 9/2/10

Form A-01-009-A
10 July 2009

## Location Survey Response - Part A:  Location Details

1. Agency Name:

2. Location Number:

3. Location Name (known as):

4. Location Main Phone Number:

5. Facility Manager:

6. Facility Manager Phone Number:

Please enter the PHYSICAL ADDRESS of the Location (using E911 address) you are reporting in the spaces provided below.  If no physical address exists for location, enter a mailing address in the notes field.

7a. Physical Address Number
7b.  City
7c. State
7d.  +4 Postal Code
7e. Country
7f. Nearest Intersection to Location

8. Is Location Owned or Leased by Agency?
9. Is this location a Vendor?
10. If Yes to Vendor, Name of Vendor
11. Is this a private residence?

12. Site Code (SLABS database) if known       You can look up your agency's information on the Office of Facility Planning's
13. State ID (SLABS database) if known         Web site at **www.gcr1.com/fpc/**.

Case 3:11-cv-00700-JWD-SCR    Document 66-17    12/19/12    Page 33 of 53

## Location Survey Response - Part B: Storage Details

14. Agency Name: 

15. Location Number: 

List below each floor occupied by your agency (include basement and attics if records are stored in either location). For each floor, indicate the floor number and each suite number occupied by placing a Y (Yes), N (No) or U (Unsure) in each column that applies to where your agency stores records for that floor.

| (a) Floor Occupied | (b) Suite or Room Numbers on Floor | (c) Vital Records | (d) Permanent Records | (e) Records over 50 Years old | (f) Non-Permanent Records | (g) Central Storage or File Room | (h) Data Center or Central Computer System Location | (i) Agency Computer Back ups |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

35. Notes and Comments on Location Address (below):

Form A-01-009-B
10 July 2009

# Certificate of Records Disposal

Louisiana Department of Public Safety and Corrections, Corrections Services
Post Office Box 94304, Baton Rouge, LA 70804-9304

Page _____ of _____

_____(facility) is requesting authorization to dispose of the below listed records in accordance with the Department's Records Retention Schedule.

I certify that all state and federal audits have been completed, all applicable audit reports have been accepted and resolved by all applicable federal and state agencies and no legal actions are pending regarding or involving the documents scheduled for destruction.

| Item Number | Records Series Title | Retention Period | | | Remarks |
|---|---|---|---|---|---|
| | | FY In Office | FY In Storage | Total Retention | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Agency Request
(Records Retention Coordinator)                    Date

Approved By
(Records Management Officer)                    Date

Case 3:11-cv-00700-JWD-SCR    Document 66-17    12/19/12    Page 35 of 53

BOBBY JINDAL
Governor
Secretary

JAMES M. Le B

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

## STATE OF LOUISIANA
## WEST FELICIANA PARISH
## ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT COPIES of the original documents maintained at the Louisiana State Penitentiary.

Depart. Reg. No. A-01-009 Records Management Program

Effective for the date of 8/21/2011

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 11/15/12

Raymond Fobbs vs. Daniel Davis



STATE'S
EXHIBIT
D

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

Department Regulation
No. A-01-009

04 October 2010

ADMINISTRATIVE
General
Records Management Program

1.  **AUTHORITY:** Secretary of the Department of Public Safety and Corrections as contained in Chapter 9 of Title 36.

2.  **REFERENCES:** La. R.S. 44:1 et seq. and 30:2043; Louisiana Administrative Code "Records Management Polices and Practices" Title 4, Part XVII; Senate Concurrent Resolution No. 14 of the 2006 Regular Session and Act 785 of the 2010 Regular Session; Department Regulation Nos. A-01-009 "Records Management Program," A-05-007 "Internet, E-Mail and Web-Mail Usage and Access" and A-05-010 "Electronically Stored Information and Data Preservation."

3.  **PURPOSE:** To state the Secretary's policy regarding maintenance of the Department's Records Management Program.

4.  **APPLICABILITY:** Deputy Secretary, Undersecretary, Assistant Secretary, Chief of Operations, Regional Wardens, Wardens, Director of Probation and Parole, Director of Prison Enterprises and the Director of Information Services. Each Unit Head is responsible for ensuring that appropriate unit written policy and procedures are in place to comply with the provisions of this regulation.

5.  **POLICY:** It is the Secretary's policy to maintain an active, continuing program for the economical and efficient management of records. All departmental records created and/or maintained shall be scheduled for retention and disposal in the manner prescribed by applicable law and procedures developed by the Secretary of State, Division of Archives, Records Management and History (Division of Archives.) The retention of e-mail shall be in accordance with the provisions of Department Regulation No. A-05-010 "Electronically Stored Information and Data Preservation."

6.  **DEFINITIONS:**

    A.  Electronic Document: Any document in electronic, magnetic, optical or other format, except an audio recording, used to create, transfer or store a document. (This includes digitally imaged records.)

    B.  Imaged Document Management System (IDMS): A computer system or electronic filing system (or set of computer programs) used to track and store electronic documents and/or images of paper documents.

Department Regulation No. A-01-009
04 October 2010
Page Two

C.    Optical Character Recognition (OCR):  The mechanical or electronic translation of scanned images of handwritten, typewritten or printed text into machine-encoded text; OCR makes it possible to edit the text, search for a word or phrase, store it more compactly, display or print a copy free of scanning artifacts and apply techniques such as machine translation, text-to-speech and text mining.

D.    Record:  All documents, papers, letters, books, drawings, maps, plats, photographs, magnetic or optical media, microfilm, microphotograph, motion picture film, or other document or any other material, regardless of physical form or characteristic, generated or received under law in connection with the transaction of official business, or preserved by an agency or political subdivision because of other informational or legal value.  This term shall not be construed to include library and museum material developed or acquired and preserved solely for reference or exhibition purposes, extra copies maintained for convenience as reference documents, stocks of standard publications or processed documents. (La. R.S. 44:402)

E.    Record Retention Schedule:  A document listing all records series for the Department, including an indication for that series of the length of time the records are to be retained.  This schedule becomes effective when approved by the Secretary of State, Division of State Archives.

F.    Record Series:  File units or documents arranged according to a filing system or kept together because they relate to a particular subject or function, result from an activity, document a specific type of transaction, or have some other relationship arising from their creation, receipt or use (such as documents with specific restrictions on access or use.)  A group of like records that are treated as a unit for records management purposes.  All record series may contain many separate files, but shall be treated as a single unit for all purposes relating to records retention.

G.    Records Management Officer:  An employee appointed by the Secretary who is responsible for implementing and maintaining the Department's Records Management Program.

H.    Records Management Program:  A program designed to provide maximum economy and efficiency in the creation, organization, use, maintenance or disposition of records to ensure records are retained as long as needed and unneeded records are not created or retained beyond their usefulness.

I.    Records Retention Coordinator: An employee appointed by the Unit Head that is responsible for maintaining the records retention program for their division, institution, office or unit.

Department Regulation No. A-01-009
04 October 2010
Page Three

7.    PROCEDURES:

A.    Ownership of Records

All records of the Department are subject to the provisions of this regulation.    The Department has sole ownership of its records. Employees who create records have no ownership interest in the records. Records of the Department may not be removed without proper authority.

B.    Physical Maintenance of Records

All departmental records shall be maintained so that they remain accessible and are easily retrievable to authorized staff and protected from unauthorized use or damage (i.e., fireproof file cabinets, restricted access, storage in dry and pest-free areas, etc.)  All active and inactive building and/or facility blueprints or construction plans are to be stored in cardboard mailing tubes or appropriate blueprint cabinets/racks and labeled accordingly.    Unit procedures shall be established for the maintenance of records in a safe and secure manner.

The Records Retention Coordinator shall notify the Records Management Officer within 24 hours of the discovery that departmental records have been damaged.

C.    Establishment of Control

Centralized control over retention and disposition of all records shall be in accordance with the provisions of this regulation and state statutes. However, departmental records shall remain decentralized to ensure the people who work with them shall have access.

The Department may, at its discretion, cause any public record maintained by it or any part thereof to be microfilmed, or otherwise reproduced, in order to accomplish efficient storage and preservation of such records.

D.    Personnel and Responsibility

1)    Unit Heads

Each Unit Head is responsible for establishing and maintaining an active and continuing records management program for their unit which includes:

a.    Assigning a Records Retention Coordinator (see Section 7.D.3)b.) to develop and implement the unit's comprehensive records management program consistent with this regulation

Department Regulation No. A-01-009
04 October 2010
Page Four

and notifying the Department's Records Management Officer of this assignment;

b. Ensuring that all employees are aware of records management responsibilities and established recordkeeping requirements.

2) Employees

Records management is a collective responsibility which all employees have an equal obligation to maintain. All employees shall be aware of the policies, procedures and tools for managing records and shall be responsible for applying them to all records within their control as follows:

a. All employees shall maintain records according to Department policy and unit procedures;

b. Maintaining Department records only in designated locations (i.e. centralized storage areas within the facility, individual departments throughout the facility, on facility equipment (i.e. PC's, laptops, PDA's or BlackBerrys), off-site archives designated by the Unit Head, and/or other unit designated locations);

c. All employees shall safeguard records until the records are authorized for disposition. The unauthorized removal, concealment, falsification, mutilation and/or disposal of Department records is prohibited;

d. In no case may any employee destroy any record based upon a concern that the record may be harmful to the Department in a potential investigation, audit or litigation;

e. An employee shall report any apparent instances of unauthorized disposition to his supervisor or the unit's Records Retention Coordinator.

3) Records Management Officer/Records Retention Coordinator

The Records Management Program consists of two levels of personnel responsible for records management as follows:

a. The Records Management Officer whose duties shall include:

Department Regulation No. A-01-009
04 October 2010
Page Five

    i.    Overseeing compliance with the Department's Records Management Program;

    ii.    Providing records management assistance and coordination for Department personnel;

    iii.    Ensuring the Department's disposition schedules are updated on an ongoing basis;

    iv.    Ensuring the classification and retention of records for litigation hold purposes are in accordance with the provisions of Department Regulation No. A-05-010 "Electronically Stored Information and Data Preservation."

    v.    Ensuring that training in records management pursuant to this regulation is provided to all Records Retention Coordinators and other staff as appropriate.

b.    Records Retention Coordinators whose duties shall include:

    i.    Acting as liaison between the Records Management Officer and each respective location within the Coordinator's unit;

    ii.    Overseeing the creation, maintenance and disposal of files at the unit pursuant to the provisions of this regulation and approved records disposition schedules;

    iii.    Advising the district, institution, office or unit of any changes in approved disposition schedules at their respective locations;

    iv.    Ensuring that a review of all records at their respective locations is conducted annually and procedures are followed to ensure proper disposition of records;

    v.    Recommending necessary procedural changes to the Records Management Officer;

    vi.    Reporting any alleged instance of unauthorized disposition of a record to the Records Management Officer.

Department Regulation No. A-01-009
04 October 2010
Page Six

E.    Records Location Inventory

1)    In conjunction with the Records Management Officer, each unit shall establish and maintain a records management inventory for every location at which records are stored, using the Location Survey Response Form-Parts A and B (Form A-01-009-A.) This form shall be completed in its entirety and submitted to the Records Management Officer.

2)    All units shall review their respective Records Management Inventory on an annual basis. If any revisions are required, a new Location Survey Response Form-Parts A and B (Form A-01-009-A) shall be completed and submitted to the Records Management Officer by January 31st of each year.

F.    Records Retention

1)    The Records Management Officer shall review the Department's Records Retention Schedules on an annual basis to determine if any changes have occurred operationally or legislatively and revise as needed, by December 31st of each year.

2)    The Records Management Officer shall ensure that the Department's Records Retention Schedules are renewed every five years with the Secretary of State, Division of Archives.

3)    If any Department employee does not agree with the retention period of a record series or discovers a record that does not have a retention period, the Records Retention Coordinator shall be contacted, who will, in turn, contact the Records Management Officer, with justification, to request an addition of or modification to the retention period.

4)    All records shall be disposed of in accordance with the current Records Retention Schedule (copy attached), with appropriate approval of the Certificate of Records Disposal, UNLESS a record scheduled for destruction is involved in an active suit, arbitration, investigation or audit. See Department Regulation A-05-010 "Electronically Stored Information and Data Preservation" for additional information concerning retention of records involved in an active suit, arbitration, investigation or audit.

5)    Any area requesting destruction of records maintained within their district, institution, office or unit shall complete a Certificate of Records Disposal (Form A-01-009-B) and forward it to the Records Retention Coordinator who shall forward the signed document to

Department Regulation No. A-01-009
04 October 2010
Page Seven

the Records Management Officer no less than 30 days in advance of the scheduled disposal date. By signing the form, the Records Retention Coordinator certifies that "all state and federal audits have been completed, all applicable audit reports have been accepted and resolved by all applicable federal and state agencies and no legal actions are pending regarding or involving the documents scheduled for destruction."

6)    The Records Management Officer shall confirm the Records Retention Record for the record series and return a signed and approved copy of the Certificate of Records Disposal to the requestor so that destruction can occur. No record may be disposed of without a signed Certificate of Records Disposal from the Records Management Officer. If a request is denied in whole or in part, an explanation for the denial shall be included.

G.    Disposal/Destruction

1)    WARNING

Employees who intentionally and knowingly destroy documents related to civil or criminal litigation, audits or investigations against the Department shall be subject to disciplinary action, up to and including termination and civil and/or criminal penalties.

2)    Records must be securely destroyed using either a shredding device at the facility, a shredding service approved by the Records Management Officer or incinerated.

3)    Unless otherwise required by law, regulatory agency, contract or this regulation, once a final version of a record is created, employees should dispose of prior drafts, whether electronic or tangible records.

4)    Unless otherwise required by law, regulatory agency, contract or this regulation, if formal minutes of meetings are prepared and have been made available, employees may destroy personal notes of those meetings.

5)    Annual Records Clean-Out

a.    Unit policy shall ensure that documents are timely destroyed after the expiration of the applicable retention period on an annual basis. The annual clean out shall include a review of all hard copy records as well as computer files. Those that exceed the retention period shall be processed for disposal.

Department Regulation No. A-01-009
04 October 2010
Page Eight

unless a litigation hold notice (see Department Regulation A-05-010 "Electronically Stored Information and Data Preservation" for additional information) has been issued.

b.    The following are examples of the types of records that generally should be discarded during the Records Clean-Out period; however, some of these types of records may be retained to reflect compliance with polices/procedures.

- Extra copies of any final record;
- Working copies and drafts (both paper and electronic);
- Intra-departmental notices (e.g., from the Human Resources Office) concerning various employee programs (e.g., health coverage);
- Copies of newsletters;
- Copies of meeting agendas;
- Handouts from meetings;
- Printed copies of electronic records may be discarded provided that the records are not subject to a specific legal retention period so long as the original electronic file continues to be maintained. These electronic records include, but are not limited to advertising and marketing materials, so-called "junk mail", brochures, flyers, announcements, registration forms, etc.
- Obsolete calendars, lists, newspaper and magazine clippings, personal phone and address lists, greeting cards and unneeded business cards from others.

H.    Imaged Document Management System

1)    The Undersecretary shall be responsible for the development, implementation and maintenance of the Department's Imaged Document Management System (IDMS.) The IDMS approved by the Undersecretary shall include provisions for data migration to ensure that records being imaged today are accessible, retrievable and readable in the future. To ensure consistency of the Department's IDMS and the scope of accessibility of documents stored within the IDMS, no unit is authorized to implement an IDMS without prior approval from the Undersecretary.

2)    Any new IDMS system shall include Optical Character Recognition (OCR) digital imaging functionality. All IDMS's shall comply with the provisions of the Department's records retention requirements, as well as the requirements of Department Regulation No. A-05-010 "Electronically Stored Information and Data Preservation."

Department Regulation No. A-01-009
04 October 2010
Page Nine

3) The original of OCR digitally imaged records or documents may not be disposed of without assurance that the quality control procedures defined in Section 7.I. have been fully satisfied.

4) The Office of Information Services shall direct purging of documents for the preceding fiscal year(s) from the IDMS in accordance with the Department's Records Retention Schedule by December 31st of each year.

I. Digital Imaging Quality Control Procedures

Upon implementation of the Department's IDMS as authorized by the Undersecretary, each Unit Head shall insure that a comprehensive quality control system is implemented to ensure the integrity of the imaged documents.

1) At the point of scan, the individual scanner operator shall review each image as it is scanned through the machine to ensure clarity and completeness with each image scanned. Issues that may cause the scanner operator to stop the machine and rescan the pages include, but are not limited to:

    a. Portion of the page is folded over, obstructing page content;

    b. Legal papers were not unfolded during the assembly process, obstructing page content;

    c. Worn pages with rips and tears need to be taped and copied and the copy scanned;

    d. Images cannot clearly be read and may require a change in the DPI setting;

    e. Page orientation is not appropriate;

    f. Illegible pages (images too dark or not dark enough);

    g. Duplication of pages.

2) The individual scanner operator shall correct any issue(s) found. Resolution of these issues may involve an on-screen fix or may require the actual page to be rescanned and inserted in the appropriate place within the electronic file.

3) Once the documents have completed the page by page quality control (QC) process pursuant to this regulation, the indices shall

Department Regulation No. A-01-009
04 October 2010
Page Ten

be reviewed for correctness to ensure the appropriate documents are attached to the correct index.

4)  Upon completion of the QC process and index verification, the unit shall retain the original documents for a period of at least 90 days prior to disposal of the original documents. Each Unit Head shall develop internal procedures for the 90 day retention period of OCR digitally imaged documents to include document destruction procedures and to ensure appropriate disposal of imaged documents following their retention period.

NOTE: This 90 day retention period of the original document is applicable ONLY to those records with a retention period of ten years or less. Digitally imaged records with a retention period of ten years or more may not be disposed of until the retention period has expired and the approval of the Records Management Officer.

J.  Artifacts

All photographs, other visual material and artifacts significant to the unit or the Department's history shall not be disposed of in any manner. These items shall be sent to the Louisiana State Penitentiary Museum once the retention period has expired and the respective unit/facility/division no longer has a use for the artifacts.

K.  Audit

The Records Management Officer may request an audit of any district, institution, office or unit to ensure all records are scheduled for retention and destruction in accordance with the Records Management Program.

s/James M. Le Blanc
Secretary

This regulation supersedes Department Regulation No. A-01-009 dated 10 July 2009.

Attachment:  Records Retention Schedule (SS ARC 932 07/07)

Forms:  A-01-009-A Location Survey Response Form-Parts A and B
A-01-009-B Certificate of Records Disposal

Case 3:11-cv-00700-JWD-SCR    Document 66-17    12/19/12    Page 47 of 53

June 10, 2008

## REPORTS REQUIRED BY DEPARTMENT REGULATIONS (DEPARTMENT REGULATION NO. A-01-012)

### A. ADMINISTRATION

| Department Regulation Number | Department Regulation Title | Name of Report | Responsible Party | Reporting Frequency | Submit To | Comments |
|---|---|---|---|---|---|---|
| A-01-005 | Records Management | Inventory and Retention Forms | OIS Director | Annually | Division of Archives | By July 1 if revisions are made |
| A-02-002 | Pay Administration and Management | Lump Sum/Permanent Adjustment Report | Unit Heads | Annually | Headquarters HR | By July 10 each year |
| | | | | Annually | Civil Service, Secretary, Dep. Secretary, Chief of Operations, Undersecretary, Asst. Secretary, & Regional Wardens | By July 31 each year |
| A-02-004 | Employee Awards | Awards Report | Unit Heads | Annually | Undersecretary | By June 1 each year |
| | | | Undersecretary | Annually | Civil Service | Between July 1 & 31 each year |
| A-02-009 | Drug-Free Workplace | Employee Drug Testing Report | Unit Business Offices | Annually | Headquarters HR | By Nov. 1 each year |
| | | | Headquarters HR | Annually | Division of Administration | Feb. 1, 2009 & by Dec. 1 each year thereafter |
| A-02-029 | Internal Correspondence Course Training | Quarterly Report | Unit Heads | Quarterly | Department's Training Director | By the 10th day of the month following each quarter |
| | | | Department's Training Director | Quarterly | Correspondence Course Training Advisory Board | For review and assessment |
| A-03-001 | Asset Management | Annual Inventory Report | Department's Property Control Manager | Annually | Undersecretary | Notification of annual inventory 30 days prior to scheduled date & send final report (includes supplies & staff houses in which state-owned property is contained and when houses are vacated) |
| | | Quarterly and Annual Inventory Reports | Department's Property Control Manager | Quarterly and Annually | Headquarters Accounting Director | No later than 15 days after end of each quarter/fiscal year respectively |
| | | Unusual Occurrence Report | Department's Property Control Manager | When the Property Control Manager has knowledge property has been lost, stolen, destroyed or unaccounted | Unit Head | Unit Head shall investigate and notify appropriate law enforcement |
| | | Final Report | Undersecretary | Annually | Secretary & Division of Administration | Upon completion of annual inventory |
| | | Property Acquisitions | Department's Property Control Manager | When property is acquired | Division of Administration, Property Assistance Agency | Within 45 days of receipt |
| A-03-005 | Cellular Telephone and BlackBerry Assignment | Cellular or Blackberry Assignments | Undersecretary | Annually | Secretary | By August 1 each year |

Case 3:11-cv-00700-JWD-SCR    Document 66-17    12/19/12    Page 48 of 53

June 12, 2006
Page Two

| Department Regulation Number | Department Regulation Title | Name of Report | Responsible Party | Reporting Frequency | Submit To | Comments |
|---|---|---|---|---|---|---|
| A-03-011 | Vehicle Fleet Management | Fringe Benefits for State Vehicle Usage Report | Headquarters HR | Annually | Division of Administration | Due in February of each year for the prior calendar year |
| " | | Accident Reports | Authorized Driver | When an accident occurs | Unit Head | |
| " | | " | Unit Head | After review of reports | Department's Risk Management Coordinator | |
| " | | Request for Private License Plate | Unit Head | When private license plate is needed for investigative cases | Secretary | For approval |
| " | | " | Unit Head | After Secretary's approval | Office of Motor Vehicles | |
| " | | Request for Undercover License Plate | Unit Head | When undercover license plate is needed | Secretary | For approval |
| " | | " | Unit Head | After Secretary's approval | Louisiana State Police Investigative Support Section | |
| A-05-002 | Use of Department Computers | Windows Updates | Unit Heads | Monthly | OIS Field Helpdesk | Send via e-mail |
| A-05-003 | Information Systems Automation Survey | Automation Survey | OIS Director | Annually | Unit Heads | By July 1 each year |
| " | " | " | Unit Heads | Annually | OIS Director | By July 31 each year |
| " | " | " | OIS Director | Annually | Undersecretary | Within 10 days of receiving completed surveys |
| " | " | " | Undersecretary | Annually | Secretary | By Nov. 25 each year |
| " | " | Undersecretary's Annual Management and Program Analysis Report | Secretary | Annually | Governor, Commissioner/Administration, House Comm./Appropriations, Senate Committee/Finance & standing committees of each house having oversight for Department | |
| A-05-006 | Demographic and Management Reports | Demographic and Management Reports | OIS Director | Ongoing | Secretary & as established | |
| A-05-007 | Internet, E-mail and Web-mail Usage and Access | Notice of Separation Report | Headquarters HR | Monthly | OIS via e-mail to "OIS Notes Administrator" | By the 10th of each month for prior month |
| " | " | Web-mail Access Report | OIS Director | Monthly | Undersecretary | By the 20th of each month. (The report shall include the most recent date the employee accessed the account.) |
| A-07-004 | Executive Branch - Green Government | Methods Taken to Increase Energy Efficiency and Conservation and Waste Reduction Efforts Report | Unit Heads | Quarterly | Undersecretary or designee | By the 15th of the month following the end of each quarter (contingent upon implementation by the Undersecretary or designee) |

Case 3:11-cv-00700-JWD-SCR    Document 66-17    12/19/12    Page 49 of 53

June 03 2004

| REPORTS REQUIRED BY DEPARTMENT REGULATIONS | | | | | |
|---|---|---|---|---|---|
| **B. CLASSIFICATION, SENTENCING AND SERVICE FUNCTIONS** | | | | | |
| Department Regulation Number | Department Regulation Title | Name of Report | Responsible Party | Reporting Frequency | Submit To | Comments |
| B-06-001 | Health Care Manual | | | | | See Health Care Policies listed below |
| * | HC-06/Medical Releases | Probation and Parole Annual Report | Probation and Parole Director | Annually | Secretary & Medical/Mental Health Director | By Aug. 1 each year for prior fiscal year |
| * | HC-09/Communicable Disease and Infection Control | Test Results | Wardens | Monthly | Director of Nursing/DCI | By the 5th of each month for prior month |
| * | * | * * Nursing | Monthly | Medical/Mental Health Director | nursing staff/DCI will compile data/report |
| * | HC-17/Pharmaceuticals | Changes to the DPS&C Formulary (Form HC-17-A) | Institutional Pharmacy & Therapeutics Committee | As Needed | DPS&C Pharmacy & Therapeutics Committee | Results shall be reported to the Medical/Mental Health Director for approval. |
| * | * | Non-Formulary Drug Request (Form HC-17-B) | Unit's Physician | As Needed | Unit's Medical Director | For approval |
| * | * | * | Unit's Medical Director | As Needed | Unit's Pharmacist | If approved, the pharmacist shall purchase & dispense the medication. |
| * | * | Information from DPS&C P&T Committee meetings | DPS&C P&T Committee | Following each meeting | Medical/Mental Health Director | For approval |
| * | * | * | * | * | Unit Health Care Authority | If approved, copies of the information shall be distributed to the Unit Head and institutional P&T Committee members. |
| * | HC-32/Peer Review, Internal Review and Quality Assurance | External Medical Professionals Review Report | Unit's Health Care Authority | Every two years at the Unit Health Authority's discretion | Chief of Operations, Medical/Mental Health Director, Regional Warden & Warden | |
| * | | Internal Review Report | Unit's Health Care Authority | Quarterly | Chief of Operations, Medical/Mental Health Director, Regional Warden & Warden | |
| * | HC-38/Suicide Prevention, Suicide Intervention and Post Suicide Management | Investigations/Unusual Occurrence Reports regarding suicides and attempted suicides | Unit Heads | When there is a suicide or attempted suicide | Department's Treatment Projects Coordinator | Refer to D. R. No. C-05-001 for additional reporting requirements |
| * | * | Suicide Reports | Department's Treatment Projects Coordinator | At the Department's Treatment Projects Coordinator's discretion | Secretary, Dep. Secretary, Asst. Secretary, Medical/Mental Health Director & Unit Heads | Refer to D.R. No. C-05-001 for additional reporting requirements |

Case 3:11-cv-00700-JWD-SCR     Document 66-17     12/19/12     Page 50 of 53

June 10, 2008

Page Two

| Department Regulation Number | Department Regulation Title | Name of Report | Responsible Party | Reporting Frequency | Submit To | Comments |
|---|---|---|---|---|---|---|
| B-08-015 | Offender Organizations | Offender Organization Approvals | Warden | When an offender organization requests approval | Regional Warden | Notice of Approval includes a brief description of organization's nature & purpose |
| " | " | Offender Organization 3-month Suspensions | Warden | When an offender organization is suspended | Regional Warden | At the time it occurs |
| " | " | End of Suspension Report | Warden | At the end of 3-month suspension | Regional Warden & Chief of Operations | Includes a recommendation regarding disciplinary action against organization |
| " | " | Warden | Chief of Operations or designee | Annually | Chief or designee | " |
| " | " | Monthly Financial Statements | Organization | Monthly | Unit Administrative Director | No later than the 15th of each month (for approval) |
| " | " | " | " | Monthly | Club Presidents & Sponsors | No later than 25th of same month |
| " | " | Quarterly Financial Statements | Unit's Administrative Director | Quarterly | Headquarters Accounting Director | No later than 15th day after end of each quarter |
| B-06-018 | Effective Communication with the Hearing Impaired | Hearing Aid Repairs | Unit Heads | Quarterly | Medical Department at LSP | Include vendor's name, date of repair and specific repair performed |
| " | " | Medical Evaluation for Hearing Impairment | Unit Heads | Quarterly | Medical Department at LSP | Include results of assessment, data, request for accommodation, provision of auxiliary aids or service, etc. |
| B-09-007 | Offender Canteens | List of Prices/Deletions of Canteen Items | Canteen Review Committee | Annually | PROCRD | |
| " | " | " | PROCRD | Annually | Regional Wardens | For approval |
| " | " | " | Regional Wardens | Annually | Chief of Operations & Undersecretary | For final approval |
| " | " | Quarterly Financial Reports | Unit Heads or designees | Quarterly | Headquarters Accounting Director | By the 15th of the month following the end of each quarter |

Case 3:11-cv-00700-JWD-SCR   Document 66-17   12/19/12   Page 51 of 53

Area 12 2008

## REPORTS REQUIRED BY DEPARTMENT REGULATIONS

### C. FIELD OPERATIONS

| Department Regulation # | Department Regulation Title | Name of Report | Responsible Party | Reporting Frequency | Submit To | Comments |
|---|---|---|---|---|---|---|
| | Institutional Capacities and Weekly Reporting | Bed Utilization Report | Wardens | After each Wed. midnight | Regional Wardens | |
| " | " | " | Regional Wardens | Following Monday each week | Region 2 Warden | |
| | | Statewide Bed Vacancy Summary | Region 2 Warden | Friday of each week | Secretary, Chief of Operations & Regional Wardens | |
| " | and Apprehensions | | | | | |
| " | " | | Headquarters Fugitive Unit/OAS | Anually | Secretary, Chief of Operations & Assistant Secretary | By Aug. 1 each year (all escapes & apprehensions) |
| " | " | Investigative Report | Wardens | Following an escape | Secretary, Chief of Operations & Assistant Secretary | Includes a plan of action |
| C-05-001 | Monthly Reports/Unusual Occurrence Reports Operational Units | Monthly Report | Unit Heads | Monthly | Secretary, Deputy Secretary, Undersecretary & Assistant Secretary | By the 10th of each month for prior month |
| | | Annual Report | Unit Heads | Annually | Secretary, Deputy Secretary, Undersecretary & Assistant Secretary | No later than July 30 for prior fiscal year |
| | Panel | Administrative Review Report | At the Chief of Operations & Regional Wardens discretion | When there is a serious unusual occurrence | Secretary | Upon completion of review, process of serious unusual occurrences by Review Panel |
| C-05-002 | Duty Officers | Duty Officer Log (all incidents of a serious nature) | Duty Officers | E-mail information pursuant to D.R. No. C-05-001 | Secretary, Deputy Secretary, Chief of Operations, Assistant Secretary, Regional Warden & Communications Director | Refer to D.R. No. C-05-001 for additional notifications |
| C-09-003 | Purchase of Products and Services by the Department | Exception Report | Unit Heads | When units do not utilize Prison Enterprises for services and purchases | Secretary, Undersecretary, Prison Enterprises Director & PROCRD Director | If there is a compelling reason to utilize another vendor |

Case 3:11-cv-00700-JWD-SCR    Document 66-17    12/19/12    Page 52 of 53

## Location Survey Response - Part B: Storage Details

14. Agency Name: 

15. Location Number: 

List below each floor occupied by your agency (include basement and attics if records are stored in either location). For each floor, indicate the floor number and each suite number occupied by placing a Y (Yes), N (No) or U (Unsure) in each column that applies to where your agency stores records for that floor.

| (a) Floor Occupied | (b) Suite or Room Numbers on Floor | (c) Vital Records | (d) Permanent Records | (e) Records over 50 Years old | (f) Non-Permanent Records | (g) Central Storage or File Room | (h) Data Center or Central Computer System Location | (i) Agency Computer Back ups |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

35. Notes and Comments on Location Address (below):

Form A-01-009-B
10 July 2009

# Certificate of Records Disposal

Louisiana Department of Public Safety and Corrections, Corrections Services
Post Office Box 94304, Baton Rouge, LA 70804-9304

Page _____ of _____

_____ (facility) is requesting authorization to dispose of the below listed records in accordance with the Department's Records Retention Schedule.

I certify that all state and federal audits have been completed, all applicable audit reports have been accepted and resolved by all applicable federal and state agencies and no legal actions are pending regarding or involving the documents scheduled for destruction.

| Item Number | Records Series Title | Retention Period | | | Remarks |
| --- | --- | --- | --- | --- | --- |
| | | FY In Office | FY In Storage | Total Retention | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Agency Request _____ Date _____
(Records Retention Coordinator)

Approved By _____ Date _____
(Records Management Officer)

Case 3:11-cv-00700-JWD-SCR     Document 66-17     12/19/12     Page 53 of 53