```
*************** -COMM. JOURNAL- ******************** DATE NOV-08-2012 ***** TIME 04:27 ********

        MODE = MEMORY TRANSMISSION                START=NOV-08 04:26    END=NOV-08 04:27

          FILE NO.=959

STN    COMM.    ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES     DURATION
NO.             ABBR NO.

001    OK       ☎           3266495                                     002/002   00:00:26
```

```
***** e-STUDIO190F ***************** -GRODNER & ASSOC - ***** -        225 769 1997- *********
```



Donna U. Grodner
Marcus J. Plaisance
Blake S. Leger

dgrodner@grodnerlaw.com
mplaisance@grodnerlaw.com
bleger@grodnerlaw.com

Serious Personal Injury Attorney
**DONNA GRODNER**

November 8, 2012

Stacey Johnson
Assistant Attorney General
Louisiana Dept. of Justice
Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, La 70802
225.326.6402 fax 225.326.6495
johnsonst@ag.state.la.us

Re:    Fobbs v. Maj. Daiel Davis; Capt John Sanders; Sgt. Mayhall; and Dr. Momah Tobe,
       11-00700 (MDLA)

Dear Ms. Johnson:

    Thank you for *Defendants' Answers to Plaintiff's First Interrogatories and Request for Production of Documents to Defendant.*

    We have not been served with Exhibits K or L and ask that same be produced.

    We wish to conduct a 37.1 conference on the following items:

    MAJOR DANIEL DAVIS
    CAPTAIN JOHN SANDERS
    SERGEANT MAYHALL
    DR. MOMAH TOBE

**REQUEST FOR PRODUCTION NUMBER 9:**
    Please produce a copy of YOUR driver's license.
**REQUEST FOR PRODUCTION NUMBER 10:**
    Please produce YOUR personnel file including all disciplinary action.
**REQUEST FOR PRODUCTION NUMBER 11:**
    Please produce each Employee Rule Violation Report in which YOUR name appears.

Grodner Law Firm
2223 Quail Run Drive, Suite B    Baton Rouge, LA 70808    T: 225.769.1919    F: 225.769.1997
Toll Free: 366.769.1845    W: www.grodnerlaw.com



Donna U. Grodner
Marcus J. Plaisance
Blake S. Leger

dgrodner@grodnerlaw.com
mplaisance@grodnerlaw.com
bleger@grodnerlaw.com

Serious Personal Injury Attorney
**DONNA GRODNER**

November 8, 2012

Stacey Johnson
Assistant Attorney General
Louisiana Dept. of Justice
Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, La 70802
225.326.6402 fax 225.326.6495
johnsonst@ag.state.la.us

Re:    Fobbs v. Maj. Daiel Davis; Capt John Sanders; Sgt. Mayhall; and Dr. Momah Tobe,
        11-00700 (MDLA)

Dear Ms. Johnson:

Thank you for *Defendants' Answers to Plaintiff's First Interrogatories and Request for Production of Documents to Defendant.*

We have not been served with Exhibits K or L and ask that same be produced.

We wish to conduct a 37.1 conference on the following items:

MAJOR DANIEL DAVIS
CAPTAIN JOHN SANDERS
SERGEANT MAYHALL
DR. MOMAH TOBE

**REQUEST FOR PRODUCTION NUMBER 9:**
        Please produce a copy of YOUR driver's license.
**REQUEST FOR PRODUCTION NUMBER 10:**
        Please produce YOUR personnel file including all disciplinary action.
**REQUEST FOR PRODUCTION NUMBER 11:**
        Please produce each Employee Rule Violation Report in which YOUR name appears.

Grodner Law Firm
2223 Quail Run Drive, Suite B    Baton Rouge, LA 70808    T: 225.769.1919    F: 225.769.1997
Toll Free: 866.769.1845    W: www.grodnerlaw.com

You have refused to produce these matters on the basis of relevance. We believe that these same actors have repeatedly committed these same acts on multiple inmates and that complaints have filed. To the extent that you are claiming qualified immunity, reasonableness of their actions is at issue. Additionally, your clients are claiming they did not wrongfully administer chemical agents or administer corporal punishment or use unnecessary and excessive force. We believe the evidence will show pattern, practice and/or habit. Finally, we have asserted a claim for punitive damages asserting a callous disregard and wanton and reckless disregard for the federally protected rights of an inmate. Repeat behavior is relevant to deterrence. Please produce the documents.

### REQUEST FOR PRODUCTION NUMBER I.:

Please produce the La. DOC Corrections Services Employee Manual and each of your Department Regulations and each Institutional Policy.

Your client has not produced the Use of Force Policy C-02-006.
Your client has not produced the policy on use of chemical agents.
Your client has not produced the policy on strip searching inmates.
Please produce these applicable policies.

### INTERROGATORY NUMBER II.:

Please identify and describe in detail any person who may have or claims to have knowledge of the incident/accident or any of the events leading up to the accident or related events occurring thereafter. As to each such person, please state the full name, address (business and home), telephone number (business and home) and occupation including place of employment (address and telephone number) and rank or title if applicable.

You have refused to produce the requested information on the basis of security. As witnesses you may call, Plaintiff is entitled to contact and other information requested. You are not in a position to accept service of process for nonparties. Please produce the information requested.

### INTERROGATORY NUMBER III.:
Please "identify" all inmates on the prison year Camp C on August 21, 2011, around 3:00 to 4:00 p.m.

Your client has not produced this information, because it does not have a list. If the information exists, please produce. We have a right to identify witnesses.

Please call, at your convenience, so that we may conduct the conference.

Sincerely,

Donna Grodner