**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**RAYMOND C. FOBBS #130215**          **CIVIL ACTION**

                                      **NUMBER: 11-700-BAJ-SCR**
**VERSUS**
                                      **JUDGE JACKSON**

**DANIEL DAVIS, ET AL.**              **MAGISTRATE REIDLINGER**

**RESPONSE TO STATEMENT OF UNDISPUTED FACTS**

1.      Plaintiff, Raymond Fobbs (DOC #130215), is an inmate sentenced to the custody of the Louisiana Department of Public Safety and Corrections (the Department), and at all times relevant hereto, was confined at Louisiana State Penitentiary in Angola, Louisiana. (LSP). Plaintiff is currently incarcerated at Rayburn Correctional Center in Angie, Louisiana. (RCC).

RESPONSE:

        Admitted.

2.      Defendant, Daniel Davis, is a Corrections Major at LSP.

RESPONSE:

        Admitted.

3.      Defendant, Edward Mayhall, is a Corrections Master Sergeant at LSP.

RESPONSE:

        Admitted.

4.      Defendant, John Sanders, is a Corrections Captain at LSP.

RESPONSE:

        Admitted.

5.      Defendant, Tobe Momah, is a former staff physician at LSP.

RESPONSE:

        Admitted.

6.      Plaintiff's claims of verbal harassment and/or threats and rejection of

ARP fail to state a claim upon which relief can be granted.

RESPONSE:

This is a not a statement of fact that requires a response.

7.     Plaintiff's state law claims of conspiracy and medical malpractice, as well as and any other state law claims that are asserted and/or inferred herein, are barred by the 11th Amendment.

RESPONSE:

This is a not a statement of fact that requires a response.

Respectfully submitted:
By Donna Grodner

s/Donna Grodner
Donna U. Grodner (20840)
Marcus J. Plaisance (33316)
Blake S. Leger (32251)
GRODNER LAW FIRM
2223 Quail Run Drive, Suite B-1
Baton Rouge, Louisiana 70808
(225)769-1919 FAX 769-1997

Certificate

I do hereby certify that I have served the below listed counsel via fax or email on January 7, 2013.

s/Donna Grodner

Stacey Johnson
Assistant Attorney General
Louisianan Dept. of Justice
Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, La 70802
225.326.6402 fax 225.326.6495
johnsonst@ag.state.la.us