

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
P.O. BOX 94005
BATON ROUGE
70804-9005

November 9, 2012

**VIA FAX (225) 769-1997 AND REGULAR MAIL**

Donna Grodner
Attorney at Law
2223 Quail Run Drive, Suite B
Baton Rouge, Louisiana 70808

RE:  *Raymond C. Fobbs #130215 v. Daniel Davis, et al.*
USDC Suit No: USM-11-700
FARA No: 3393950

Dear Ms. Grodner:

I am in receipt of your letter dated November 8, 2012, wherein you request a Rule 37.1 discovery conference to discuss the defendants' responses to plaintiff's Request for Production of Documents Nos. 9, 10, 11, 12 and Interrogatory No. 11. You also ask me to provide you with Exhibits K and L, which you allege, were not included in the documents that were forwarded to you on October 12, 2012. Copies of the exhibits are enclosed.

I am available from 9:00 a.m. – 2:00 p.m. on Tuesday, November 13, 2012, Wednesday, November 14, 2012 and Thursday, November 15, 2012. Please let me know, in writing, the date and time you would like the discovery conference to be held. You can contact me directly at (225) 326-6402 on the date and time we agree upon.

Sincerely,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY: _____
STACEY JOHNSON
ASSISTANT ATTORNEY GENERAL

Enclosures



EXHIBIT
C

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RAYMOND C. FOBBS #130215          :          CIVIL ACTION

                                  :          NUMBER: 11-700-BAJ-SCR

VERSUS

                                  :          JUDGE JACKSON

DANIEL DAVIS, ET AL.              :          MAGISTRATE RIEDLINGER
*********************************************************************************************

STATE OF LOUISIANA
PARISH OF WEST FELICIANA

### AFFIDAVIT

BEFORE ME, the undersigned Ex Officio Notary, personally came and appeared:

### ELI WILSON

who, after first being duly sworn, did depose and say that:

1.

I have worked at the Louisiana State Penitentiary, Angola, Louisiana (LSP) for 19 years.

2.

I have been an Investigator at the prison for the past 12 years.

3.

At the request of the Attorney General's Office, I reviewed the claims Raymond Fobbs

(DOC #130215) asserts in the original and amended complaints as it relates to pictures that were

allegedly taken on August 21, 2011, the date he alleges he was subjected to excessive force.



STATE'S
EXHIBIT

K

1

4.

I am also aware that defendant John Sanders' medical record from the aforementioned date indicates pictures were taken of his arms.

5.

I personally searched investigative files by inmate name and date at the prison.

6.

This affidavit is written to advise the Court that there are no pictures nor is there an investigative file from the incident that occurred at LSP on August 21, 2011.

The above facts are true and correct to the best of my knowledge, information and belief under penalty of perjury.

_____     _____
WITNESS                                          ELI WILSON

_____
WITNESS

SWORN TO AND SUBSCRIBED before me, this __25__ day of __September__, 2012, at Angola, Louisiana.

Connie McCann/Connie McCann
EX OFFICIO NOTARY #77912
LOUISIANA DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS/LSP

2



BOBBY JINDAL
Governor
Secretary

JAMES M. Le BL/

# State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Chemical Agent Report for July, August 2011

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 9 | 28 | 12



Raymond Fobbs vs. Daniel Davis

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer



| BOBBY JINDAL | | JAMES M. LeBLANC |
|---|---|---|
| Governor | | Secretary |

## State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

TO:    Joe Lamartiniore
         Assistant Warden III/OC/SS

FROM:    Robert Butler
         Assistant Warden II/Camp C

DATE:    October 3, 2011

RE:    Chemical Agent Report

Below is a list of Camp C inmates who were gassed during the months of July, August, and September 2011 for failing to comply with orders given.

| Date | Inmate Name | Inmate Number | Starting Weight | Ending Weight |
|---|---|---|---|---|
| | | | | |
| 8/21/11 | Raymond Fobbs | 130215 | 94 | 44 |
| | | | | |
| | | | | |
| | | | | |

This is for your information and further handling.

*Robert Butler*
Robert Butler
Assistant Warden II/Camp C

RB/kdc

Louisiana State Penitentiary, Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

NOV-09-2012  10:25   LADOJ CIVIL RIGHTS                    225 326 6495   P.07

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RAYMOND C. FOBBS #130215        :      CIVIL ACTION

                                            :      NUMBER: 11-700-BAJ-SCR

VERSUS

                                            :      JUDGE JACKSON

DANIEL DAVIS, ET AL.           :      MAGISTRATE RIEDLINGER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA
PARISH OF WEST FELICIANA

## AFFIDAVIT

BEFORE ME, the undersigned Ex Officio Notary, personally came and appeared:

## ANGELA BUTLER

who, after first being duly sworn, did depose and say that:

1.

I have worked at the Louisiana State Penitentiary, Angola, Louisiana (LSP) since 1999.

2.

I have worked at Camp C since April 2012.

3.

At the request of the Attorney General's Office, I searched for the log book records from the Tiger Unit from August 21, 2011 at the Camp C Entrance Building, as well as the Archives Building.

4.

This affidavit is written to advise the Court that the log book was not found.

1

5.

I was, however, able to find the Chemical Agent Quarterly Report for Camp C. The report is attached.

The above facts are true and correct to the best of my knowledge, information and belief under penalty of perjury.

_____
WITNESS

_____
WITNESS

_____
ANGELA BUTLER

SWORN TO AND SUBSCRIBED before me, this ___2___ day of ___October___, 2012, at Angola, Louisiana.

_____
EX OFFICIO NOTARY #77912 Connie McCann
LOUISIANA DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS/LSP

2