



BOBBY JINDAL
GOVERNOR

JAMES M. LE BLANC
SECRETARY

# State of Louisiana

Department of Public Safety and Corrections
Elayn Hunt Correctional Center

DATE:     December 3, 2012

TO:     Stacey Johnson, Assistant Attorney General
Civil Rights Division
1885 North Third Street
Baton Rouge, LA 70802

FROM:     Jonathan Roundtree, M.D.
Staff Physician

RE:     Raymond Fobbs, DOC# 130215

In response to your interrogatories, Dr. Wiest issued the first duty status in August 1998. I issued a new duty status following an update of the entire duty status system in 2009. At the time, I felt that the patient would benefit from an indoor duty status which would place him away from chronic exposure to pesticides, herbicides, and dust. Additionally, the addition of, away from fumes, would keep the patient from chronic exposure to cleaning and laundry chemicals, as well as, chronic exposure to paint fumes and paint thinners, smoke exposure at the incinerator, chemicals used in silk screening and, laminates and veneers in hobbycraft. Please note that this a chronic exposure duty status which does not prevent a single incidental exposure to chemical agents used in mace by DOC security.   If the patient had been diagnosed with severe asthma (severe asthma would be a condition where the patient is hospitalized 3 or more times over one year) he would have been placed on a No Chemical Agents list to prevent usage of such agents. Thus, this patient did not qualify. Also, in review of the medical record I determined that the patient complained of upper respiratory symptoms related to his asthma only twice after the exposure to mace over the following year, neither of which required hospitalization in the LSP nursing units or an outside facility. Also, to add, away from chemicals, would have been redundant as I requested him to be away from fumes of any sort as mentioned above. To say away from chemicals can not be accomplished as the dorms and tiers where the patients are housed are being swept, painted, cleaned and refurbished. The above narrative contains opinions I will express at the trial and the basis and reasons for them.

Addendum: I reviewed the plaintiff's medical records from 2007 to present before the report was prepared.  There are no exhibits attached to support my findings. I have been licensed to practice medicine in the State of Louisiana for over twenty-four (24) years. I am currently employed by the Department of Public Safety and Corrections as a staff physician at Elayn Hunt Correctional Center. I have testified in over fifteen (15) cases in the last four (4) years in the Federal Court System. The list is available in the Attorney General's for reference.

Respectfully submitted,

*Jonathan Roundtree, MD*

Jonathan Roundtree, M.D.
Staff Physician

6925 Highway 74 • Post Office Box 174 • St. Gabriel, Louisiana 70776 • (225) 642-3306 • Fax (225) 319-4596
www.doc.la.gov
An Equal Opportunity Employer

PLAINTIFF'S
EXHIBIT
Ex 1

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RAYMOND C. FOBBS #130215     :     CIVIL ACTION

    :     NUMBER: 11-700-BAJ-SCR

VERSUS

    :     JUDGE JACKSON

DANIEL DAVIS, ET AL.     :     MAGISTRATE RIEDLINGER

## DEFENDANTS' SECOND NOTICE OF DESGINATION OF EXPERT

**NOW INTO COURT,** through undersigned counsel, comes the defendants, Daniel Davis, John Sanders, Edward Mayhall and Tobe Momah, who pursuant to Federal Rules of Civil Procedure Rule 26, respectfully represent the following:

The defendants have designated the following individual to serve as an expert witness in this matter:

> Dr. Jonathan Roundtree
> Elayn Hunt Correctional Center
> 6925 Highway 74
> St. Gabriel, Louisiana 70776

Dr. Roundtree's testimony will include, but will not be limited to, testimony regarding:

1. The duty status orders that were issued to plaintiff at Louisiana State Penitentiary

2. The purpose of issuing duty status orders on plaintiff's behalf, as well as providing detailed information about the orders

3. His opinion regarding the plaintiff's diagnoses, duty status before and after the alleged events giving rise to the lawsuit.

1

Dr. Roundtree indicates that the list of cases he has testified in is on file at the Attorney General's Office in the report. Our office has record of him testifying in the following cases in the last four (4) years:

1. Rickey Barnes v. David Johnson, et al (USM-03-83)

2. Ernest Montgomery v. F. Boutee, et al (USM-07-94)

3. Lavar King v. Carl Smith, et al (USM-08-290)

4. Anthony Walker v. Msgt. Willie Washington (USM-03-843)

5. Gabriel Logan v. N. Burl Cain (USM-09-389)

6. John Causey v. Troy Poret, et al (USM-07-238)

Respectfully submitted,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY: _____
Stacey Johnson
Bar Roll No. 27331
Assistant Attorney General

Louisiana Dept. of Justice
Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6402
Facsimile: (225) 326-6495
Johnsonst@ag.state.la.us

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2012, a copy of the foregoing Defendants' Second Notice of Designation of Expert was faxed and mailed by United States Postal Service, via Certified Mail, Return Receipt No. 7010 1870 0000 9238 1319, to:

Donna Grodner

2

Grodner Law Firm
2223 Quail Run Drive, Suite B
Baton Rouge, LA  70808

Stacey Johnson # 27331
Attorney for Defendant