

Donna U. Grodner
Marcus J. Plaisance
Blake S. Leger

Serious Personal Injury Attorney
**DONNA GRODNER**

dgrodner@grodnerlaw.com
mplaisance@grodnerlaw.com
bleger@grodnerlaw.com

December 12, 2012
VIA FACSIMILE

Stacey Johnson
Louisiana Department of Justice-B.R.
P.O. Box 94005
Baton Rouge, LA 70804
fax 225.326.6495
johnsonst@ag.state.la.us

      **RE:**    **Raymond Fobbs v. Davis, et al**
               **Middle District of Louisiana**
               **Docket #: 3:11-cv-00700-BAJ-SCR**

Dear Ms. Johnson,

We are in receipt of your letter of December 4, 2012. One of the issues you addressed is that "DOC numbers, which are used to identify offenders, are akin to social security number." This is simply not the case and the objection appears to be in bad faith.

An offender's DOC numbers can be viewed by anyone online without any special access or otherwise. Furthermore, these numbers are commonplace in pleadings, both civil and criminal, which are public record. As such, please have your clients respond fully to Plaintiff's discovery relative to the respective interrogatories.

Next, your clients have identified Dr. Roundtree as a purported expert in this matter. It also appears from the document produced that Dr. Roundtree was a treating physician of Mr. Fobbs following the incident in question. As such, please clarify whether Dr. Roundtree will testify as a fact witness treating physician or as a hired expert. If Defendants seek to classify Dr. Roundtree as an expert, please have your clients comply with FRCP 26(a)(2)(B) relative to providing all necessary documentation thereunder required and as requested in discovery. For example, there is no fee disclosed and while Dr. Roundtree asserts he has testified in over fifteen cases in the last four years, only six are listed.

**PLAINTIFF'S EXHIBIT**

E-2

**Grodner Law Firm**
2223 Quail Run Drive, Suite B   Baton Rouge, LA 70808   **T:** 225.769.1919
Toll Free: 866.769.1845   **W:** www.grodnerlaw.com

Page 2 of 2
December 12, 2012

Finally, you advise that a request to view the original chemical agent log book records for the Tiger 1 and Tiger 2 units is being denied. Other than having been provided copies, please advise of the basis for the denial and if the original records have been maintained. Further, please advise if your client will refuse to provide the originals subject to formal discovery requests.

Please feel free to contact my office should you have any questions or concerns. As always your courtesies in this matter are greatly appreciated.

Sincerely,

Marcus J. Plaisance