

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
P.O. BOX 94005
BATON ROUGE
70804-9005



December 17, 2012

**VIA FAX (225) 769-1997 AND REGULAR MAIL**

Donna Grodner
Attorney at Law
2223 Quail Run Drive, Suite B
Baton Rouge, Louisiana 70808

> RE:   ***Raymond C. Fobbs #130215 v. Daniel Davis, et al.***
> USDC Suit No: USM-11-700
> ORM No. 12G0118FO7722
> FARA No. 3393950

Dear Ms. Grodner:

I received a voice mail from a representative from your office today requesting a copy of plaintiff's deposition transcript. This letter is written to advise you that a party cannot compel the production of copies of an original deposition transcript that is in the possession of the other parties counsel. In other words, the civil procedure rule governing the production of documents and tangible things is not an appropriate mechanism to obtain a copy of a transcript of a deposition from another party who had ordered transcripts and received them upon payment of an applicable fee. See Federal Rules of Civil Procedure Rules 30(f)(2), 34 and 37.

In response to the letter Marcus Plaisance faxed to me last week, Dr. Jonathan Roundtree will testify an expert at the trial of this matter. He has given expert testimony in the six cases that were listed on the Notice of Designation of Expert you were provided. The information he provided in his expert report on that issue was made in error. The expert report is silent as to compensation because Dr. Roundtree is employed by the Department of Public Safety and Corrections. As such, he did not receive compensation separate and apart from his regular salary to prepare the report and testify in the case.

Also, you sent a letter to me earlier today regarding witness depositions. I responded to the first correspondence on that issue on December 10, 2012. Since the discovery deadlines have elapsed, the defendants object to scheduling any depositions and/or discussing any issues concerning discovery until the court issues a ruling on the pending Motion for Extension of Deadlines you filed on Friday, December 14, 2012.



PLAINTIFF'S
EXHIBIT

_Ex3_

Sincerely,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY:

STACEY JOHNSON
ASSISTANT ATTORNEY GENERAL