UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RAYMOND C. FOBBS            *      CIVIL ACTION 3:11-CV-00700
                           *
v.                         *
                           *      JUDGE
MAJOR DANIEL DAVIS;        *      JOHN W. DEGRAVELLES
CAPTAIN JOHN SANDERS;      *
SERGEANT MAYHALL,          *      MAGISTRATE JUDGE
DR. MOMAH TOBE             *      STEPHEN C. RIEDLINGER
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER ADJUDICATING
MOTION IN LIMINE TO EXCLUDE DEFENSE EXHIBITS
AND WITNESSES**

CONSIDERING the *Motion in Limine to Exclude Defense Exhibits and Witnesses*, the motion is hereby _____.

Specifically, is ordered as follows:

**Defense Exhibit 1** the Daniel Davis Training Transcript is

_____.

**Defense Exhibit 2** the Edward Mayhall Training Transcript is

_____.

**Defense Exhibit 3** the John Sanders Training Transcript is

_____.

**Defense Exhibit 5** a letter from Dr. Hines to Stacey Johnson is

_____.

**Defense Exhibit 6**, pages 1-2, letters from Dr. Roundtree to Stacey

Johnson is _____.

**Defense Exhibit 7** a certified copy of the duty investigator logbook is

_____.

**Defense Exhibit 9** a certified copy of a disciplinary report against

Raymond Fobbs written by Captain Sanders is _____.

**Defense Exhibit 10 and 11** are certified copies of Unusual Occurrence

Reports authored by the Defendants are _____.

**Defense Exhibit 18** a certified copy of a page from a book at LSP is

_____.

**Defense Exhibit 21** a certified copy of an excerpt of Department

Regulation No. B-05-001 regarding Administrative Remedy Procedure is

_____.

**Cassandra Temple** is _____.

**LaToya Dennis** is _____.

**Jeffrey Franklin** is _____.

Baton Rouge, Louisiana, this ___ day of _____, 2015.


_____
Judge John DeGravelles