

BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.


Daniel Davis Training Transcript


*Connie MᶜCann*

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 10|22|14


Raymond Fobbs vs. Daniel Davis Case



STATE'S
EXHIBIT

1

Blumberg No. 5108

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 ⬧ Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

FOBBS000000001

```
                               DANIELDAVISTRAN.TXT
      TIME: 09:20:16                              CAPPED TRAINING - EMPLOYEE
TRANSCRIPT
                                          DATE RANGE: ******** THRU
   ********

      EMPLOYEE:           DAVIS, DANIEL               TEAM/SHIFT: J/B


  CRS CRS  CLASS  CLSS  FINISH  E CLASS  HRS YRL
  TYP NUM  NUMBR  LOCN   DATE   S HOURS  ACM TOT      COURSE  NAME
  COMMENTS                          TRAINING TYPE
  === ===  =====  ====  ========  = ======  =======  ==========================
  ======================================  =========================
  STY 016  07839  LSP  02/02/14 P 000.25    1.45 SAFETY PROCEDURES        Camp J/B
Roll Call/Safety Procedu DOC MANDATORY
  SEC 075  06212  LSP  02/01/14 P 000.45    1.20 USE OF FORCE REGULATIIONS Camp J/B
Roll call/ use of force  DOC MANDATORY
  SEC 017  04381  LSP  01/05/14 P 000.50    0.75 RESTRAINTS  USE OF        J/B: USE
OF RESTRAINTS            ALL OTHER COURSES
  STY 006  17467  LSP  01/04/14 P 000.25    0.25 SAFETY TRAINING TOPICS    J/B:
SAFETY MTG: CLOSE CALLS       ALL OTHER COURSES
  SEC 035  05144  LSP  12/31/13 P 001.50   52.50 POST ORDERS              cellblock
post orders              ALL OTHER COURSES
  SEC 075  06195  LSP  12/21/13 P 000.75   51.00 USE OF FORCE REGULATIIONS USE OF
FORCE DIRECTIVE          ALL OTHER COURSES
  SEC 075  06184  LSP  12/17/13 P 000.50   50.25 USE OF FORCE REGULATIIONS SUPERVISOR
TRAINING: USE OF FORCE ALL OTHER COURSES
  ADM 197  04017  LSP  12/11/13 P 000.50   49.75 ETHICS (NOT FOR PREA TRAI ONLINE
ETHICS TRAINING          ALL OTHER COURSES
  SEC 105  05997  LSP  12/07/13 P 000.25   49.25 SECURITY PROCEDURES       SECURITY
CAMERAS                  ALL OTHER COURSES
  ADM 052  00156  LSP  12/03/13 P 000.25   49.00 VEHICLE FLEET TRACK TRAIN MOTOR
VEHICLE OPERATION          ACA MANDATORY
  SEC 035  05102  LSP  12/02/13 P 001.00   48.75 POST ORDERS              CELL
BLOCK POST ORDERS           ALL OTHER COURSES
  ADM 154  00709  LSP  12/02/13 P 000.50   47.75 DRUG TESTING             NEW DRUG
TESTING - ONLINE COURSE  ALL OTHER COURSES
  SEC 045  04743  LSP  11/22/13 P 001.25   47.25 OFFENDER RULES AND REGULA
DISCIPLINARY RULES & PROCEDURES  ALL OTHER COURSES
  ADM 116  18600  LSP  10/30/13 P 001.00   46.00 STAFF MEETING            STAFF
MEETING/                 ALL OTHER COURSES
  STY 006  17217  LSP  10/03/13 P 000.25   45.00 SAFETY TRAINING TOPICS   SAFETY
MEETING                    ACA MANDATORY
  ACA 015  01878  LSP  08/13/13 P 000.25   44.75 ACA ORIENTATION          A C A
STANDARDS                  ACA MANDATORY
  ADM 206  00386  LSP  07/29/13 P 000.25   44.50 EMPLOYEE CODE OF CONDUCT  EMPLOYEE
CONDUCT                  ALL OTHER COURSES
  ADM 194  18594  LSP  07/21/13 P 000.25   44.25 INSTITUTIONAL POLICIES &  NOTIFYING
SUPERVISORS OF CONFRON ALL OTHER COURSES
  ADM 116  18046  LSP  07/02/13 P 000.50   44.00 STAFF MEETING            GENERAL
SECURITY PROCEDURES      ALL OTHER COURSES
  SEC 011  00238  TAC  05/21/13 P 001.50   43.50 ELECTRONIC CAPTURE DEVICE
SUPERVISORS TRAINING ELECTRONIC B ACA MANDATORY
  SEC 010  03194  TAC  05/21/13 P 001.00   42.00 DEFENSIVE TACTICS USE OF
SUPERVISORS TRAINING ASP (PPCT)    ACA MANDATORY
  SEC 008  01720  TAC  05/21/13 P 001.00   41.00 CHEMICAL WEAPONS USE OF
SUPERVISORS TRAINING CHEMICAL AGE ACA MANDATORY
  ADM 154  00608  TAC  05/21/13 P 000.50   40.00 DRUG TESTING
SUPERVISORS TRAINING TOX CUP       ACA MANDATORY
  SEC 075  06017  TAC  04/30/13 P 001.00   39.50 USE OF FORCE REGULATIIONS INSERVICE
                    ACA MANDATORY
  SEC 017  04184  TAC  04/30/13 P 001.50   38.50 RESTRAINTS  USE OF        INSERVICE
                    ACA MANDATORY
                                      Page 1
```

DANIELDAVISTRAN.TXT

```
SEC 010   03176   TAC   04/30/13 P 001.50   37.00 DEFENSIVE TACTICS USE OF  INSERVICE
                        ACA MANDATORY
CPR 013   00721   TAC   04/30/13 P 004.00   35.50 HRTSVR 1STAID CPR AED STU INSERVICE
                        ACA MANDATORY
STY 006   16785   LSP   04/04/13 P 000.50   31.50 SAFETY TRAINING TOPICS      SAFETY
MEETING                 ACA MANDATORY
FRM 008   07443   LSP   03/26/13 P 004.00   31.00 FIREARMS CERTIFICATION ON recert
                        ACA MANDATORY
STY 006   16688   LSP   03/07/13 P 000.25   27.00 SAFETY TRAINING TOPICS      TOOL
CONTROL PROCESS         ACA MANDATORY
SEC 009   04440   LSP   03/07/13 P 000.75   26.75 CONTRABAND
CONTRABAND FOUND ON VISITORS/RE ALL OTHER COURSES
SEC 186   00838   TAC   03/05/13 P 001.00   26.00 SOCIAL NETWORKING           CRI
                        ACA MANDATORY
SEC 168   02228   TAC   03/05/13 P 000.50   25.00 SUICIDE PRECAUTIONS         CRI
                        ACA MANDATORY
SEC 132   04538   TAC   03/05/13 P 001.50   24.50 FIRE & EMERGENCY PROCEDUR EIR
                        ACA MANDATORY
SEC 090   01569   TAC   03/05/13 P 001.00   23.00 LEGAL RESPONSIBILITIES IN EIR
                        ACA MANDATORY
SEC 078   02266   TAC   03/05/13 P 001.00   22.00 OFFENDER SUPERVISION        EIR
                        ACA MANDATORY
SEC 076   03460   TAC   03/05/13 P 000.50   21.00 HOSTAGE SITUATIONS PACES  CRI
                        ACA MANDATORY
SEC 072   01781   TAC   03/05/13 P 001.00   20.50 OFFENDER MANIPULATION       EIR
                        ACA MANDATORY
SEC 045   04348   TAC   03/05/13 P 001.50   19.50 OFFENDER RULES AND REGULA EIR
                        ACA MANDATORY
SEC 020   01623   TAC   03/05/13 P 001.00   18.00 SECURITY CUSTODY CONTROL  CRI
                        ACA MANDATORY
RPT 007   03926   TAC   03/05/13 P 001.00   17.00 REPORT WRITING              EIR
                        ACA MANDATORY
MIS 055   04658   TAC   03/05/13 P 000.50   16.00 CULTURAL DIVERSITY & AWAR EIR
                        ACA MANDATORY
MIS 009   04454   TAC   03/05/13 P 001.00   15.50 PREA SEXUAL ASSAULT-ABUSE CRI
                        ACA MANDATORY
IMT 022   01039   TAC   03/05/13 P 001.00   14.50 CONFLICT RESOLUTION         EIR
                        ACA MANDATORY
IMT 014   04940   TAC   03/05/13 P 001.00   13.50 SEXUAL HARASSMENT           EIR
                        ACA MANDATORY
HLS 063   01728   TAC   03/05/13 P 001.00   12.50 MEDICATION (PILL CALL) DI CRI
                        ACA MANDATORY
HLS 050   01168   TAC   03/05/13 P 001.00   11.50 SPECIAL NEEDS OFFENDERS     EIR
                        ACA MANDATORY
HLS 047   02937   TAC   03/05/13 P 000.50   10.50 COMMUNICABLE DISEASES HIV EIR
                        ACA MANDATORY
HLS 014   02761   TAC   03/05/13 P 000.50   10.00 MENTAL HEALTH               CRI
                        ACA MANDATORY
DLC 001   04728   TAC   03/05/13 P 000.50    9.50 DEFENSIVE DRIVING COURSE  CRI
                        ACA MANDATORY
ADM 234   00688   TAC   03/05/13 P 000.50    9.00 FAITH BASED TRAINING        EIR
                        ACA MANDATORY
ADM 197   03465   TAC   03/05/13 P 002.00    8.50 ETHICS (NOT FOR PREA TRAI CRI
                        ACA MANDATORY
ADM 146   03290   TAC   03/05/13 P 000.50    6.50 DRESS CODE                  EIR
                        ACA MANDATORY
ADM 127   06637   TAC   03/05/13 P 000.50    6.00 VIOLENCE FREE WORKPLACE     EIR
                        ACA MANDATORY
ADM 108   06419   TAC   03/05/13 P 001.00    5.50 DRUG FREE WORK PLACE        EIR
                        ACA MANDATORY
ADM 093   02282   TAC   03/05/13 P 001.00    4.50 AMERICANS WITH DISABILITI CRI
                        ACA MANDATORY
ADM 016   04252   TAC   03/05/13 P 001.00    3.50 EMPLOYEE RULES AND DISCIP EIR
```

FOBBS000000003

DANIELDAVISTRAN.TXT

```
                        ACA MANDATORY
ADM 014   01249   TAC   03/05/13 P 000.50    2.50 EMPLOYEE ASSISTANCE PROGR EIR
                        ACA MANDATORY
ACA 017   01702   TAC   03/05/13 P 000.50    2.00 DEESCALATION TECHNIQUES   EIR
                        ACA MANDATORY
ACA 015   01774   TAC   03/05/13 P 000.50    1.50 ACA ORIENTATION          EIR
                        ACA MANDATORY
ADM 052   00139   LSP   03/04/13 P 000.25    1.00 VEHICLE FLEET TRACK TRAIN MOTOR
VEHICLE OPERATIONS          ALL OTHER COURSES
HLS 033   01058   LSP   02/21/13 P 000.25    0.75 MEDICAL-PROCEDURES-SIDE E
PSYCHIATRIC MEDS. COMPLIANCE PRO ALL OTHER COURSES
STY 006   16431   LSP   01/05/13 P 000.25    0.50 SAFETY TRAINING TOPICS     UTILIZING
SAFETY EQUIPMENT PROPE ACA MANDATORY
SEC 147   02080   LSP   01/05/13 P 000.25    0.25 COUNT PROCEDURES
RECOUNTS;ROLL CALL COUNTS/DISCIP ALL OTHER COURSES
WBT 023   00001   LSP   12/31/12 P 002.50   92.25 3-PES COMBINED COURSES     BASIC;
PLANNING; EVULATION        ALL OTHER COURSES
STY 006   16387   LSP   12/08/12 P 000.25   89.75 SAFETY TRAINING TOPICS
UNDERSTANDING FIRE &EVACUATION PR ACA MANDATORY
ADM 202   00386   LSP   10/28/12 P 001.50   89.50 CORRECTIONAL OFFI OATH-GR
CORRECTIONAL OFFICERS OATH        ALL OTHER COURSES
SEC 019   37051   LSP   10/21/12 P 000.50   88.00 PROCESS AND PROCEDURE FOR  ON-LINE
ETHICS TRAINING            ALL OTHER COURSES
ADM 240   00094   LSP   10/15/12 P 001.00   87.50 LA CODE OF GOVERNMENTAL E CODE OF
ETHICS FOR PUBLIC SERVANT
ADM 202   00385   LSP   10/14/12 P 001.25   86.50 CORRECTIONAL OFFI OATH-GR
CORRECTIONAL OFFICERS OATH        ALL OTHER COURSES
ADM 202   00384   LSP   09/30/12 P 000.75   85.25 CORRECTIONAL OFFI OATH-GR
CORRECTIONS OFFICER OATH          ALL OTHER COURSES
ADM 202   00381   LSP   09/25/12 P 001.75   84.50 CORRECTIONAL OFFI OATH-GR
CORRECTIONS OFFICER OATH          ALL OTHER COURSES
WBT 007   00063   LSP   09/18/12 P 001.00   82.75 PES PLANNING PROCESS       PES
EVALUATION PROCESS               ALL OTHER COURSES
WBT 006   00070   LSP   09/18/12 P 000.50   81.75 PES BASICS CPTP            PES
BASICS / CPTP SUPERVISORS     ALL OTHER COURSES
SEC 019   37038   LSP   09/11/12 P 001.00   81.25 PROCESS AND PROCEDURE FOR  ON-LINE
ETHICS TRAINING/INSTRUCT ALL OTHER COURSES
SEC 105   05719   LSP   09/06/12 P 000.50   80.25 SECURITY PROCEDURES        SECURITY
AWARENESS                  ACA MANDATORY
STY 006   16157   LSP   09/05/12 P 000.50   79.75 SAFETY TRAINING TOPICS     SAFETY
MEETING / CAUTION ON WET   ACA MANDATORY
SEC 045   04175   LSP   09/02/12 P 000.50   79.25 OFFENDER RULES AND REGULA
OFFENDER  VISITATION              ALL OTHER COURSES
ADM 146   03134   LSP   09/01/12 P 001.50   78.75 DRESS CODE                 EMPLOYEE
DRESS CODE                 DOC MANDATORY
SEC 075   05845   LSP   08/28/12 P 000.50   77.25 USE OF FORCE REGULATIIONS    USE OF
FORCE                      ALL OTHER COURSES
ADM 146   03126   LSP   08/23/12 P 001.00   76.75 DRESS CODE                 EMPLOYEE
 DRESS CODE                DOC MANDATORY
SEC 062   05261   LSP   08/19/12 P 000.50   75.75 KEY CONTROL                KEY
CONTROL                    ALL OTHER COURSES
FDS 008   00501   LSP   08/18/12 P 000.50   75.25 FOOD SERVICE TRAINING      KITCHEN
CLEANLINESS                ALL OTHER COURSES
SEC 153   00831   LSP   08/17/12 P 000.50   74.75 CELL BLOCK PROCEDURES & R CELLBLOCK
ROSTERS AND LOGS           ALL OTHER COURSES
ADM 146   03122   LSP   08/14/12 P 001.00   74.25 DRESS CODE                 EMPLOYEE
DRESS CODE                 DOC MANDATORY
ADM 244   00004   LSP   08/10/12 P 001.00   73.25 INTERNAL PES TRAINING      INTERNAL
PES TRAINING PROVIDED BY ALL OTHER COURSES
STY 006   16130   LSP   08/09/12 P 001.00   72.25 SAFETY TRAINING TOPICS     HEAVY
LIFTING ( THE UNSAFE ACT   ACA MANDATORY
ADM 116   16897   LSP   08/08/12 P 001.00   71.25 STAFF MEETING
SUPERVISORS/STAFF MEETING/FENCE  ALL OTHER COURSES
```

Page 3

FOBBS000000004

```
                              DANIELDAVISTRAN.TXT
 ADM 203  02018  LSP  08/04/12 P 000.50   70.25 LEAVE POLICY              EMPLOYEE
LEAVE USAGE               ALL OTHER COURSES
 SEC 019  37034  LSP  08/03/12 P 000.50   69.75 PROCESS AND PROCEDURE FOR ON-LINE
PES TRAINING.            ALL OTHER COURSES
 SEC 062  05223  LSP  07/31/12 P 001.50   69.25 KEY CONTROL               KEY
CONTROL                  ALL OTHER COURSES
 SEC 045  04133  LSP  07/25/12 P 000.50   67.75 OFFENDER RULES AND REGULA OFFENDER
GROOMING / HYGENE        ALL OTHER COURSES
 SEC 045  04120  LSP  07/22/12 P 001.00   67.25 OFFENDER RULES AND REGULA OFFENDER
GROOMING/ HYGENE         ALL OTHER COURSES
 SEC 147  02011  LSP  07/12/12 P 000.50   66.25 COUNT PROCEDURES          COUNT
PROCEDURES                  ALL OTHER COURSES
 SEC 045  04117  LSP  07/12/12 P 001.00   65.75 OFFENDER RULES AND REGULA INMATE
GROOMING / HYGENE        ALL OTHER COURSES
 SEC 062  05210  LSP  07/08/12 P 001.00   64.75 KEY CONTROL               KEY
CONTROL                     ALL OTHER COURSES
 RPT 012  00732  LSP  07/06/12 P 000.50   63.75 LOG BOOK DOCUMENTATION    logbook
proper documentation    ALL OTHER COURSES
 ADM 194  17574  LSP  07/03/12 P 000.50   63.25 INSTITUTIONAL POLICIES &  UNDERAGE
VISITORS PROCEDURES      ALL OTHER COURSES
 ADM 203  01998  LSP  07/02/12 P 000.50   62.75 LEAVE POLICY              LEAVE
USAGE                       ALL OTHER COURSES
 ADM 146  03090  LSP  06/28/12 P 001.00   62.25 DRESS CODE                OFFENDER
 DRESS CODE              DOC MANDATORY
 SEC 153  00822  LSP  06/14/12 P 002.00   61.25 CELL BLOCK PROCEDURES & R ESCORTING
CELLBLOCK OFFENDERS      ALL OTHER COURSES
 SEC 153  00821  LSP  06/08/12 P 000.50   59.25 CELL BLOCK PROCEDURES & R ROUNDS IN
DORMS AND CELLBLOCKS     ALL OTHER COURSES
 SEC 147  01998  LSP  06/05/12 P 000.50   58.75 COUNT PROCEDURES          DORM
COUNT PROCEDURES            ALL OTHER COURSES
 ADM 154  00581  LSP  06/04/12 P 000.50   58.25 DRUG TESTING              OFFENDER
DRUG/ALCOHOL TESTING     ALL OTHER COURSES
 ADM 203  01983  LSP  05/31/12 P 000.50   57.75 LEAVE POLICY              EMPLOYEE
LEAVE USAGE              ALL OTHER COURSES
 ADM 203  01982  LSP  05/30/12 P 000.25   57.25 LEAVE POLICY              EMPLOYEE
LEAVE USAGE               ALL OTHER COURSES
 SEC 075  05760  LSP  05/27/12 P 000.25   57.00 USE OF FORCE REGULATIIONS USE OF
FORCE                     ALL OTHER COURSES
 ADM 203  01979  LSP  05/26/12 P 001.00   56.75 LEAVE POLICY              EMPLOYEE
ATTENDANCE               ALL OTHER COURSES
 SEC 075  05745  LSP  05/17/12 P 001.00   55.75 USE OF FORCE REGULATIIONS USE OF
FORCE                     ACA MANDATORY
 SEC 062  05099  LSP  05/11/12 P 000.25   54.75 KEY CONTROL               KEY
CONTROL                  ALL OTHER COURSES
 ADM 203  01975  LSP  05/08/12 P 001.00   54.50 LEAVE POLICY
EMPLOYEE LEAVE USAGE        ALL OTHER COURSES
 ADM 203  01976  LSP  05/03/12 P 000.50   53.50 LEAVE POLICY              EMPLOYEE
LEAVE USAGE             ALL OTHER COURSES
 ADM 116  16470  LSP  05/03/12 P 000.50   53.00 STAFF MEETING             OUTCAMP
SERVICES STAFF MEETING   ACA MANDATORY
 ADM 116  16420  LSP  04/27/12 P 000.75   52.50 STAFF MEETING
SUPERVISORS MEETING            ALL OTHER COURSES
 ADM 203  01970  LSP  04/19/12 P 000.25   51.75 LEAVE POLICY              EMPLOYEE
LEAVE USAGE                ALL OTHER COURSES
 ADM 203  01966  LSP  04/18/12 P 001.00   51.50 LEAVE POLICY              EMPLOYEE
LEAVE USAGE              ALL OTHER COURSES
 ADM 203  01963  LSP  04/15/12 P 000.75   50.50 LEAVE POLICY              LEAVE
USAGE                      ALL OTHER COURSES
 STY 006  15790  LSP  04/10/12 P 000.25   49.75 SAFETY TRAINING TOPICS    LIFTING
OF LOCKER BOXES.          ACA MANDATORY
 SEC 007  03238  LSP  04/04/12 P 001.50   49.50 CHASE TEAM & SCENARIOS    CHASE BOAT
CREW MTG: BOAT MAINTEN ALL OTHER COURSES
 ADM 203  01961  LSP  04/01/12 P 000.75   48.00 LEAVE POLICY              LEAVE
                                Page 4
```

FOBBS000000005

```
                          DANIELDAVISTRAN.TXT
USAGE                      ALL OTHER COURSES
  SEC 075   05688   TAC  03/29/12 P 001.00   47.25 USE OF FORCE REGULATIIONS INSERVICE
                         ACA MANDATORY
  SEC 017   03765   TAC  03/29/12 P 001.50   46.25 RESTRAINTS   USE OF       INSERVICE
                         ACA MANDATORY
  SEC 010   02881   TAC  03/29/12 P 001.50   44.75 DEFENSIVE TACTICS USE OF  INSERVICE
                         ACA MANDATORY
  CPR 013   00426   TAC  03/29/12 P 004.00   43.25 HRTSVR 1STAID CPR AED STU INSERVICE
                         ACA MANDATORY
  SEC 020   01445   LSP  03/27/12 P 000.50   39.25 SECURITY CUSTODY CONTROL   SECURITY
AND CONTROL              ACA MANDATORY
  SEC 045   04016   LSP  03/22/12 P 000.50   38.75 OFFENDER RULES AND REGULA  OFFENDER
RULES                   ACA MANDATORY
  STY 016   07383   TAC  03/20/12 P 000.50   38.25 SAFETY PROCEDURES          INSERVICE
                         ACA MANDATORY
  SEC 186   00454   TAC  03/20/12 P 000.50   37.75 SOCIAL NETWORKING          INSERVICE
                         ACA MANDATORY
  SEC 168   02028   TAC  03/20/12 P 000.50   37.25 SUICIDE PRECAUTIONS        INSERVICE
                         ACA MANDATORY
  SEC 132   04008   TAC  03/20/12 P 001.50   36.75 FIRE & EMERGENCY PROCEDUR EIR
                         ACA MANDATORY
  SEC 090   01422   TAC  03/20/12 P 001.00   35.25 LEGAL RESPONSIBILITIES IN EIR
                         ACA MANDATORY
  SEC 078   02111   TAC  03/20/12 P 001.00   34.25 OFFENDER SUPERVISION       EIR
                         ACA MANDATORY
  SEC 076   03133   TAC  03/20/12 P 000.50   33.25 HOSTAGE SITUATIONS PACES   INSERVICE
                         ACA MANDATORY
  SEC 072   01618   TAC  03/20/12 P 001.00   32.75 OFFENDER MANIPULATION      EIR
                         ACA MANDATORY
  SEC 045   03867   TAC  03/20/12 P 001.50   31.75 OFFENDER RULES AND REGULA EIR
                         ACA MANDATORY
  SEC 020   01427   TAC  03/20/12 P 000.50   30.25 SECURITY CUSTODY CONTROL   INSERVICE
                         ACA MANDATORY
  RPT 007   03536   TAC  03/20/12 P 001.00   29.75 REPORT WRITING             EIR
                         ACA MANDATORY
  MIS 055   04333   TAC  03/20/12 P 000.50   28.75 CULTURAL DIVERSITY & AWAR EIR
                         ACA MANDATORY
  MIS 009   03886   TAC  03/20/12 P 001.00   28.25 PREA SEXUAL ASSAULT-ABUSE INSERVICE
                         ACA MANDATORY
  IMT 022   00929   TAC  03/20/12 P 001.00   27.25 CONFLICT RESOLUTION        EIR
                         ACA MANDATORY
  IMT 014   04376   TAC  03/20/12 P 001.00   26.25 SEXUAL HARASSMENT          EIR
                         ACA MANDATORY
  IMT 014   04375   TAC  03/20/12 P 001.00   25.25 SEXUAL HARASSMENT          INSERVICE
                         ACA MANDATORY
  HLS 063   01595   TAC  03/20/12 P 001.50   24.25 MEDICATION (PILL CALL) DI INSERVICE
                         ACA MANDATORY
  HLS 050   01059   TAC  03/20/12 P 001.00   22.75 SPECIAL NEEDS OFFENDERS    EIR
                         ACA MANDATORY
  HLS 047   02615   TAC  03/20/12 P 000.50   21.75 COMMUNICABLE DISEASES HIV EIR
                         ACA MANDATORY
  HLS 014   02610   TAC  03/20/12 P 000.50   21.25 MENTAL HEALTH              INSERVICE
                         ACA MANDATORY
  ADM 234   00544   TAC  03/20/12 P 000.50   20.75 FAITH BASED TRAINING       EIR
                         ACA MANDATORY
  ADM 197   02711   TAC  03/20/12 P 000.50   20.25 ETHICS (NOT FOR PREA TRAI INSERVICE
                         ACA MANDATORY
  ADM 146   03005   TAC  03/20/12 P 000.50   19.75 DRESS CODE                 EIR
                         ACA MANDATORY
  ADM 127   06071   TAC  03/20/12 P 000.50   19.25 VIOLENCE FREE WORKPLACE    EIR
                         ACA MANDATORY
  ADM 108   05768   TAC  03/20/12 P 001.00   18.75 DRUG FREE WORK PLACE       EIR
                         ACA MANDATORY
```

Page 5

FOBBS000000006

```
                                    DANIELDAVISTRAN.TXT
  ADM 093   02051   TAC   03/20/12 P 001.00    17.75 AMERICANS WITH DISABILITI INSERVICE
                          ACA MANDATORY
  ADM 016   03860   TAC   03/20/12 P 001.00    16.75 EMPLOYEE RULES AND DISCIP EIR
                          ACA MANDATORY
  ADM 014   01135   TAC   03/20/12 P 000.50    15.75 EMPLOYEE ASSISTANCE PROGR EIR
                          ACA MANDATORY
  ACA 017   01325   TAC   03/20/12 P 000.50    15.25 DEESCALATION TECHNIQUES   EIR
                          ACA MANDATORY
  ACA 015   01655   TAC   03/20/12 P 000.50    14.75 ACA ORIENTATION          EIR
                          ACA MANDATORY
  SEC 147   01968   LSP   03/18/12 P 000.75    14.25 COUNT PROCEDURES          OFFENDER
COUNT PROCEDURES          ALL OTHER COURSES
  SEC 041   02858   LSP   03/13/12 P 000.75    13.50 SEARCHES AND PATDOWNS     PROPER
SHAKEDOWN PROCEDURES        ALL OTHER COURSES
  SEC 041   02812   LSP   03/07/12 P 000.25    12.75 SEARCHES AND PATDOWNS     PROPER
SHAKEDOWN PROCEDURES        ALL OTHER COURSES
  STY 006   15647   LSP   03/04/12 P 000.25    12.50 SAFETY TRAINING TOPICS    PROPER
USE OF EXTENTION CORDS     ACA MANDATORY
  ADM 146   03004   LSP   03/04/12 P 000.75    12.25 DRESS CODE               EMPLOYEE
DRESS CODE                DOC MANDATORY
  ADM 116   16191   LSP   02/29/12 P 000.50    11.50 STAFF MEETING
SUPERVISOR'S MEETING            ALL OTHER COURSES
  FRM 008   07235   LSP   02/28/12 P 004.00    11.00 FIREARMS CERTIFICATION ON RECERT
                          ACA MANDATORY
  ACA 015   01646   LSP   02/28/12 P 000.50     7.00 ACA ORIENTATION          A C A
GUIDELINES                ACA MANDATORY
  ACA 008   01106   LSP   02/23/12 P 000.50     6.50 ACA TRAINING             ACA
GUIDELINES                ACA MANDATORY
  ACA 008   01105   LSP   02/19/12 P 001.25     6.00 ACA TRAINING             ACA
GUIDELINES                ACA MANDATORY
  STY 006   15552   LSP   02/05/12 P 000.25     4.75 SAFETY TRAINING TOPICS    PROPER
USE OF LADDERS            ACA MANDATORY
  SEC 075   05478   LSP   02/05/12 P 001.25     4.50 USE OF FORCE REGULATIIONS USE OF
FORCE GUIDELINES          ACA MANDATORY
  SEC 045   03771   LSP   01/26/12 P 000.25     3.25 OFFENDER RULES AND REGULA OFFENDER
VISITATIONS GUIDELINES ALL OTHER COURSES
  ADM 203   01914   LSP   01/22/12 P 001.25     3.00 LEAVE POLICY             EMPLOYEE
LEAVE USAGE               ALL OTHER COURSES
  ADM 146   02963   LSP   01/12/12 P 000.50     1.75 DRESS CODE               EMPLOYEE
DRESS CODE                DOC MANDATORY
  SEC 041   02753   LSP   01/08/12 P 001.00     1.25 SEARCHES AND PATDOWNS     OFFENDER
SHAKEDOWN PROCEDURE        ALL OTHER COURSES
  SEC 041   02751   LSP   01/02/12 P 000.25     0.25 SEARCHES AND PATDOWNS     OFFENDER
SHAKEDOWN PROCEDURES       ALL OTHER COURSES
  SEC 017   03695   LSP   12/29/11 P 000.50    60.50 RESTRAINTS   USE OF      PROPER
RESTRAINT USAGE            ALL OTHER COURSES
  SEC 017   03693   LSP   12/25/11 P 001.00    60.00 RESTRAINTS   USE OF      PROPER
PROCEDURES;HOW TO MOVE AND ALL OTHER COURSES
  ADM 146   02957   LSP   12/20/11 P 001.00    59.00 DRESS CODE               DRESS
CODE                      DOC MANDATORY
  ADM 116   15855   LSP   12/15/11 P 000.50    58.00 STAFF MEETING
SUPERVISORS  MEETING            ALL OTHER COURSES
  SEC 147   01938   LSP   12/11/11 P 000.50    57.50 COUNT PROCEDURES          OFFENDER
COUNT PROCEDURES          ALL OTHER COURSES
  SEC 147   01934   LSP   12/06/11 P 000.50    57.00 COUNT PROCEDURES          COUNT
PROCEDURES                ACA MANDATORY
  ADM 203   01901   LSP   12/01/11 P 000.50    56.50 LEAVE POLICY             EMPLOYEE
LEAVE USAGE               DOC MANDATORY
  ADM 203   01888   LSP   11/27/11 P 001.25    56.00 LEAVE POLICY             LEAVE
USAGE POLICY              DOC MANDATORY
  ADM 146   02929   LSP   11/13/11 P 000.75    54.75 DRESS CODE               EMPLOYEE
DRESS CODE                DOC MANDATORY
  STY 006   15165   LSP   11/08/11 P 000.25    54.00 SAFETY TRAINING TOPICS    PROPER
```

Page 6

FOBBS000000007

```
                               DANIELDAVISTRAN.TXT
USE OF LADDERS              ACA MANDATORY
  SEC 041  02709  LSP  11/08/11 P 001.00    53.75 SEARCHES AND PATDOWNS      OFFENDER
SHAKEDOWNS                  ACA MANDATORY
  SEC 035  04355  LSP  10/06/11 P 000.50    52.75 POST ORDERS               CELL
BLOCK POST ORDERS          ALL OTHER COURSES
  SEC 035  04353  LSP  10/02/11 P 001.00    52.25 POST ORDERS               cell
block post orders          ALL OTHER COURSES
  SEC 035  04333  LSP  09/26/11 P 000.25    51.25 POST ORDERS               CELL
BLOCK  POST ORDERS          ACA MANDATORY
  IMT 014  03979  LSP  09/22/11 P 001.25    51.00 SEXUAL HARASSMENT         SEXUAL
HARASSMENT                  ACA MANDATORY
  SEC 105  05239  LSP  09/12/11 P 000.25    49.75 SECURITY PROCEDURES       SECURITY
AND CONTROL                 ACA MANDATORY
  SEC 020  01351  LSP  09/08/11 P 000.50    49.50 SECURITY CUSTODY CONTROL  SECURITY
AND CONTROL                 ACA MANDATORY
  HLS 026  02565  LSP  08/30/11 P 000.75    49.00 HEALTH CARE TRAINING      HEALTH
CARE SERVICES               DOC MANDATORY
  ADM 116  15177  LSP  08/25/11 P 000.50    48.25 STAFF MEETING
STAFF/LOCKERS;DB;LOGS;ORANGE JS; ALL OTHER COURSES
  SEC 078  01873  LSP  08/24/11 P 000.25    47.75 OFFENDER SUPERVISION      USE OF
PHONE & EXTENDED LOCKDOWN ACA MANDATORY
  SEC 078  01869  LSP  08/21/11 P 000.25    47.50 OFFENDER SUPERVISION      USE OF
PHONE & LOGS FOR EXT. LOC ACA MANDATORY
  ADM 060  02117  LSP  08/20/11 P 000.50    47.25 ADMINISTRATIVE TRAINING
ADMINISTRATION;ORGANIZATION & M ALL OTHER COURSES
  STY 006  14866  LSP  08/16/11 P 000.50    46.75 SAFETY TRAINING TOPICS    motor
vehicle operations          ACA MANDATORY
  ADM 108  05219  LSP  08/07/11 P 000.25    46.25 DRUG FREE WORK PLACE      DRUG FREE
WORKPLACE                   DOC MANDATORY
  SEC 132  03570  LSP  08/06/11 P 000.25    46.00 FIRE & EMERGENCY PROCEDUR MOTOR
VEHICLE OPERATIONS          ACA MANDATORY
  ADM 064  00517  LSP  08/05/11 P 000.75    45.75 RETURN TO WORK-POLICIES    RETURN
TO WORK PROGRAM             DOC MANDATORY
  SEC 186  00195  TAC  08/04/11 P 001.00    45.00 SOCIAL NETWORKING         IN SERVICE
                            ACA MANDATORY
  SEC 168  01819  TAC  08/04/11 P 000.50    44.00 SUICIDE PRECAUTIONS       IN SERVICE
                            ACA MANDATORY
  SEC 132  03559  TAC  08/04/11 P 001.50    43.50 FIRE & EMERGENCY PROCEDUR EIR
                            ACA MANDATORY
  SEC 090  01279  TAC  08/04/11 P 001.00    41.00 LEGAL RESPONSIBILITIES IN EIR
                            ACA MANDATORY
  SEC 090  01279  TAC  08/04/11 P 001.00    42.00 LEGAL RESPONSIBILITIES IN EIR
                            ACA MANDATORY
  SEC 078  01847  TAC  08/04/11 P 001.00    40.00 OFFENDER SUPERVISION      EIR
                            ACA MANDATORY
  SEC 076  02595  TAC  08/04/11 P 000.50    39.00 HOSTAGE SITUATIONS PACES  IN SERVICE
                            ACA MANDATORY
  SEC 072  01486  TAC  08/04/11 P 001.00    38.50 OFFENDER MANIPULATION     EIR
                            ACA MANDATORY
  SEC 045  03414  TAC  08/04/11 P 001.50    37.50 OFFENDER RULES AND REGULA EIR
                            ACA MANDATORY
  SEC 020  01328  TAC  08/04/11 P 000.50    36.00 SECURITY CUSTODY CONTROL  IN SERVICE
                            ACA MANDATORY
  RPT 007  03266  TAC  08/04/11 P 001.00    35.50 REPORT WRITING            EIR
                            ACA MANDATORY
  MIS 111  04655  TAC  08/04/11 P 000.50    34.50 COMPETENCY TEST-ASSESSMEN IN SERVICE
                            ACA MANDATORY
  MIS 055  03920  TAC  08/04/11 P 000.50    34.00 CULTURAL DIVERSITY & AWAR EIR
                            ACA MANDATORY
  MIS 009  03451  TAC  08/04/11 P 001.00    33.50 PREA SEXUAL ASSAULT-ABUSE IN SERVICE
                            ACA MANDATORY
  IMT 022  00852  TAC  08/04/11 P 001.00    32.50 CONFLICT RESOLUTION       EIR
                            ACA MANDATORY
```

Page 7

FOBBS000000008

DANIELDAVISTRAN.TXT

```
IMT 014  03873  TAC  08/04/11 P 001.00   31.50 SEXUAL HARASSMENT        EIR
                     ACA MANDATORY
HLS 063  01448  TAC  08/04/11 P 001.00   30.50 MEDICATION (PILL CALL) DI IN SERVICE
                     ACA MANDATORY
HLS 050  00930  TAC  08/04/11 P 001.00   29.50 SPECIAL NEEDS OFFENDERS  EIR
                     ACA MANDATORY
HLS 047  02382  TAC  08/04/11 P 000.50   28.50 COMMUNICABLE DISEASES HIV EIR
                     ACA MANDATORY
HLS 014  02503  TAC  08/04/11 P 000.50   28.00 MENTAL HEALTH           IN SERVICE
                     ACA MANDATORY
DLC 001  04120  TAC  08/04/11 P 001.00   27.50 DEFENSIVE DRIVING COURSE IN SERVICE
                     ACA MANDATORY
ADM 234  00393  TAC  08/04/11 P 000.50   26.50 FAITH BASED TRAINING    EIR
                     ACA MANDATORY
ADM 197  02245  TAC  08/04/11 P 000.50   26.00 ETHICS (NOT FOR PREA TRAI IN SERVICE
                     ACA MANDATORY
ADM 146  02811  TAC  08/04/11 P 000.50   25.50 DRESS CODE              EIR
                     ACA MANDATORY
ADM 127  05536  TAC  08/04/11 P 000.50   25.00 VIOLENCE FREE WORKPLACE EIR
                     ACA MANDATORY
ADM 108  05195  TAC  08/04/11 P 001.00   24.50 DRUG FREE WORK PLACE    EIR
                     ACA MANDATORY
ADM 093  01809  TAC  08/04/11 P 001.00   23.50 AMERICANS WITH DISABILITI IN SERVICE
                     ACA MANDATORY
ADM 016  03503  TAC  08/04/11 P 001.00   22.50 EMPLOYEE RULES AND DISCIP EIR
                     ACA MANDATORY
ADM 014  01061  TAC  08/04/11 P 000.50   21.50 EMPLOYEE ASSISTANCE PROGR EIR
                     ACA MANDATORY
ACA 017  01058  TAC  08/04/11 P 000.50   21.00 DEESCALATION TECHNIQUES EIR
                     ACA MANDATORY
ACA 015  01539  TAC  08/04/11 P 000.50   20.50 ACA ORIENTATION         EIR
                     ACA MANDATORY
ADM 108  05184  LSP  07/28/11 P 001.25   20.00 DRUG FREE WORK PLACE    DRUG-FREE
WORKPLACE               DOC MANDATORY
ADM 116  15008  LSP  07/20/11 P 000.50   18.75 STAFF MEETING           STAFF/
SUPERVISOR'S MEETING       ALL OTHER COURSES
ADM 194  16717  LSP  07/18/11 P 000.25   18.25 INSTITUTIONAL POLICIES &
HEALTH;FIRE;SAFETY & SANITATION I ACA MANDATORY
STY 006  14732  LSP  07/14/11 P 000.50   18.00 SAFETY TRAINING TOPICS
developement of a safety plan     ACA MANDATORY
SEC 075  05308  TAC  07/12/11 P 002.00   17.50 USE OF FORCE REGULATIIONS IN SERVICE
                     ACA MANDATORY
SEC 010  02685  TAC  07/12/11 P 002.00   15.50 DEFENSIVE TACTICS USE OF IN SERVICE
                     ACA MANDATORY
CPR 016  00060  TAC  07/12/11 P 004.00   13.50 AHA REFRESHER NON CERTIFI IN SERVICE
                     ACA MANDATORY
STY 006  14720  LSP  07/10/11 P 001.25    9.50 SAFETY TRAINING TOPICS
DEVELOPMENT OF SAFETY PLAN      ACA MANDATORY
SEC 009  03575  LSP  06/26/11 P 000.25    8.25 CONTRABAND
CONTRABAND POLICY           ACA MANDATORY
ADM 014  01051  LSP  06/25/11 P 000.50    8.00 EMPLOYEE ASSISTANCE PROGR EMPLOYEE
ASSISTANCE PROGRAM      DOC MANDATORY
SEC 041  02472  LSP  05/15/11 P 000.75    7.50 SEARCHES AND PATDOWNS    SEARCHES
OF INMATES              ACA MANDATORY
SEC 017  03460  LSP  05/10/11 P 000.50    6.75 RESTRAINTS  USE OF      PROPER
APPLICATION OF RESTRAINTS ACA MANDATORY
SEC 078  01816  LSP  05/05/11 P 000.50    6.25 OFFENDER SUPERVISION    LOCKDOWN
                     ACA MANDATORY
SEC 103  01635  LSP  05/01/11 P 000.75    5.75 OFFENDER RIGHTS & RESPONS OFFENDER
PERSONAL PROPERTY       ACA MANDATORY
ADM 194  16509  LSP  04/26/11 P 000.50    5.00 INSTITUTIONAL POLICIES & EMPLOYEE
POLITICAL ACTIVITY       DOC MANDATORY
SEC 147  01830  LSP  04/21/11 P 000.50    4.50 COUNT PROCEDURES        OFFENDER
```

FOBBS000000009

```
                              DANIELDAVISTRAN.TXT
COUNTS AND MOVEMENTS       ACA MANDATORY
 FRM 008   06955   LSP  02/24/11 P 004.00     4.00 FIREARMS CERTIFICATION ON RECERT
                        DOC MANDATORY
 ADM 203   01686   LSP  11/22/10 P 000.50    49.25 LEAVE POLICY
NON-DISCIPLINARY REMOVALS         ALL OTHER COURSES
 ADM 116   13786   LSP  11/21/10 P 001.00    48.75 STAFF MEETING
STAFF/RODEO;SHAKEDOWNS;COUNTS;OF ALL OTHER COURSES
 SEC 007   03231   LSP  11/03/10 P 001.00    47.75 CHASE TEAM & SCENARIOS    CHASE BOAT
CREW MTG: CHASE PRACTI ALL OTHER COURSES
 MIS 055   03503   LSP  10/17/10 P 001.00    46.75 CULTURAL DIVERSITY & AWAR   cultural
awareness                 ACA MANDATORY
 ADM 116   13430   LSP  10/13/10 P 000.50    45.75 STAFF MEETING         staff/work
rosters;ccr offenders; ALL OTHER COURSES
 ACA 017   00890   LSP  10/08/10 P 000.50    45.25 DEESCALATION TECHNIQUES
DE-ESCALATION SKILLS           ACA MANDATORY
 MIS 055   03565   LSP  10/04/10 P 001.00    44.75 CULTURAL DIVERSITY & AWAR  CULTURAL
AWARENESS                 ACA MANDATORY
 SEC 103   01337   LSP  10/03/10 P 001.00    43.75 OFFENDER RIGHTS & RESPONS
RESPONSIBILITY/AUTHORITY OF CORR. ACA MANDATORY
 SEC 168   01597   TAC  09/28/10 P 001.00    42.75 SUICIDE PRECAUTIONS     IN SERVICE
                        ACA MANDATORY
 SEC 105   04611   TAC  09/28/10 P 000.50    41.75 SECURITY PROCEDURES     IN SERVICE
                        ACA MANDATORY
 SEC 076   02312   TAC  09/28/10 P 000.50    41.25 HOSTAGE SITUATIONS PACES  IN SERVICE
                        ACA MANDATORY
 MIS 111   04269   TAC  09/28/10 P 000.50    40.75 COMPETENCY TEST-ASSESSMEN IN SERVICE
                        ACA MANDATORY
 MIS 009   02885   TAC  09/28/10 P 001.00    40.25 PREA SEXUAL ASSAULT-ABUSE IN SERVICE
                        ACA MANDATORY
 IMT 014   03366   TAC  09/28/10 P 001.00    39.25 SEXUAL HARASSMENT      IN SERVICE
                        ACA MANDATORY
 HLS 063   01279   TAC  09/28/10 P 001.50    38.25 MEDICATION (PILL CALL) DI IN SERVICE
                        ACA MANDATORY
 ADM 197   01687   TAC  09/28/10 P 001.00    36.75 ETHICS (NOT FOR PREA TRAI IN SERVICE
                        ACA MANDATORY
 ADM 093   01531   TAC  09/28/10 P 001.00    35.75 AMERICANS WITH DISABILITI IN SERVICE
                        ACA MANDATORY
 SEC 103   01396   LSP  09/24/10 P 001.00    34.75 OFFENDER RIGHTS & RESPONS
RESPONSIBILITIES OF OFFENDERS/AUT ACA MANDATORY
 RPT 007   02855   LSP  09/11/10 P 001.00    33.75 REPORT WRITING         REPORT
WRITING                   ACA MANDATORY
 STY 006   13679   LSP  09/08/10 P 000.25    32.75 SAFETY TRAINING TOPICS   SAFETY
MTG: MSDS SHEETS            ALL OTHER COURSES
 ADM 080   00153   LSP  09/04/10 P 000.25    32.50 FAMILY & MEDICAL LEAVE AC  F M L A
                        ALL OTHER COURSES
 RPT 007   02669   LSP  08/28/10 P 001.00    32.25 REPORT WRITING         REPORT
WRITING                   ACA MANDATORY
 IMT 022   00643   LSP  08/19/10 P 001.00    31.25 CONFLICT RESOLUTION     MAMAGING
CONFLICT                  ACA MANDATORY
 SEC 072   01147   LSP  08/13/10 P 001.00    30.25 OFFENDER MANIPULATION    OFFENDER
CONTROL TECHNIQUES         ACA MANDATORY
 HLS 050   00803   LSP  08/04/10 P 000.50    29.25 SPECIAL NEEDS OFFENDERS   SPECIAL
NEEDS OFFENDERS            ACA MANDATORY
 ACA 015   01298   LSP  07/31/10 P 000.50    28.75 ACA ORIENTATION        A C A
                        ACA MANDATORY
 ADM 146   02481   LSP  07/27/10 P 000.50    28.25 DRESS CODE           DRESS
CODE                    DOC MANDATORY
 ADM 116   12861   LSP  07/27/10 P 001.00    27.75 STAFF MEETING
STAFF/ROSTERS;PROTECTION;PROPERTY ALL OTHER COURSES
 ACA 017   00697   LSP  07/15/10 P 000.50    26.75 DEESCALATION TECHNIQUES
DE-ESCALATION SKILLS           ACA MANDATORY
 SEC 075   04691   TAC  06/17/10 P 004.00    26.25 USE OF FORCE REGULATIIONS IN SERVICE
                        ACA MANDATORY
                              Page 9
```

FOBBS000000010

```
                              DANIELDAVISTRAN.TXT
     CPR 008   00130   TAC  06/17/10 P 004.00    22.25 HRTSVR 1ST AID CPR AED ST IN SERVICE
                           ACA MANDATORY
     ADM 064   00356   LSP  06/15/10 P 000.25    18.25 RETURN TO WORK-POLICIES
TRANSITIONAL DUTY                     DOC MANDATORY
     ADM 234   00117   LSP  06/09/10 P 001.50    18.00 FAITH BASED TRAINING      FAITH
BASED PROGRAMS                    ACA MANDATORY
     ADM 116   12563   LSP  06/04/10 P 000.50    16.50 STAFF MEETING             STAFF
/ACA;LOGBOOKS;HAWK ADMIN.   ALL OTHER COURSES
     ADM 016   03089   LSP  05/27/10 P 001.75    16.00 EMPLOYEE RULES AND DISCIP  EMPLOYEE
RULES                        DOC MANDATORY
     ADM 108   04413   LSP  05/13/10 P 001.25    14.25 DRUG FREE WORK PLACE       DRUG FREE
WORKPLACE                    DOC MANDATORY
     ADM 108   04439   LSP  05/09/10 P 000.75    13.00 DRUG FREE WORK PLACE       DRUG
FREE WORKPLACE                    DOC MANDATORY
     SEC 132   02865   LSP  04/29/10 P 001.75    12.25 FIRE & EMERGENCY PROCEDUR
SAFETY;EMERGENCY AND FIRE PROCED ACA MANDATORY
     SEC 053   01024   TAC  04/16/10 P 000.50    10.50 WEAPONS TRAINING          SUPERVISOR
TRAINING ASP                 DOC MANDATORY
     SEC 008   01191   TAC  04/16/10 P 001.00    10.00 CHEMICAL WEAPONS USE OF   SUPERVISOR
TRAINING CHEMICAL            DOC MANDATORY
     ADM 154   00486   TAC  04/16/10 P 001.50     9.00 DRUG TESTING              SUPERVISOR
TRAINING TOX CUP             DOC MANDATORY
     SEC 078   01417   LSP  04/11/10 P 001.25     7.50 OFFENDER SUPERVISION      OFFENDER
SUPERVISION                  ACA MANDATORY
     ADM 116   12370   LSP  04/07/10 P 000.50     6.25 STAFF MEETING             STAFF/EXIT
DOORS;GRASS CREWS;VEH. ALL OTHER COURSES
     ADM 014   00852   LSP  04/01/10 P 001.00     5.75 EMPLOYEE ASSISTANCE PROGR EMPLOYEE
ASSISTANCE PROGRAM           DOC MANDATORY
     FRM 008   06708   LSP  02/25/10 P 004.00     4.75 FIREARMS CERTIFICATION ON RECERT
SPECIAL                      ACA MANDATORY
     ADM 116   11940   LSP  01/29/10 P 000.25     0.75 STAFF MEETING             SEC.
LEBLANC AND WDN. CAIN MEMOS   ALL OTHER COURSES
     ADM 116   11841   LSP  01/12/10 P 000.50     0.50 STAFF MEETING
STAFF/property;vacations;RS;veh.1 ALL OTHER COURSES
     ADM 203   01551   LSP  12/29/09 P 000.25    59.05 LEAVE POLICY
NON-DISCIPLINARY REMOVALS             ALL OTHER COURSES
     ADM 108   04271   LSP  12/28/09 P 000.25    58.80 DRUG FREE WORK PLACE       MRC
                           ACA MANDATORY
     ADM 108   04269   LSP  12/16/09 P 000.25    58.55 DRUG FREE WORK PLACE       DRUG FREE
WK PL PART 1                 ACA MANDATORY
     SEC 007   02869   LSP  12/03/09 P 008.00    58.30 CHASE TEAM & SCENARIOS     BOAT
LOUISIANA-A COURSE ON RESPON ALL OTHER COURSES
     ADM 234   00022   LSP  11/20/09 P 000.25    50.30 FAITH BASED TRAINING      FAITH
BASED PROGRAMS SECTION 2 OF ACA MANDATORY
     ADM 234   00021   LSP  11/20/09 P 000.25    50.05 FAITH BASED TRAINING      FAITH
BASED PROGRAMS SESSION 1 OF ACA MANDATORY
     ADM 127   04608   LSP  11/18/09 P 000.25    49.80 VIOLENCE FREE WORKPLACE   VIOLENCE
FREE WK PLACE 1 OF 2      ACA MANDATORY
     ADM 116   11631   LSP  11/18/09 P 000.50    49.55 STAFF MEETING
STAFF/SUPERVISORS;DR. LICENSE;CIV ALL OTHER COURSES
     ADM 127   04611   LSP  11/16/09 P 000.25    49.05 VIOLENCE FREE WORKPLACE   VIOLENCE
FREE WK PLC 2 OF 2        ACA MANDATORY
     ADM 116   11476   LSP  11/12/09 P 001.00    48.80 STAFF MEETING
STAFF/RODEO;CHAIN OF COMMAND;REPO ALL OTHER COURSES
     STY 003   02594   LSP  09/01/09 P 000.25    47.80 EMERGENCY PREPAREDNESS    SAFETY &
EMER. PART B(2 OF 4)      ACA MANDATORY
     STY 006   12044   LSP  08/24/09 P 000.25    47.55 SAFETY TRAINING TOPICS    MATERIAL
SAFETY DATA SHEETS/ MSDS ALL OTHER COURSES
     SEC 105   03953   TAC  08/04/09 P 000.50    47.30 SECURITY PROCEDURES       IN-SERVICE
                           ACA MANDATORY
     SEC 076   02057   TAC  08/04/09 P 000.50    46.80 HOSTAGE SITUATIONS PACES  IN-SERVICE
                           ACA MANDATORY
     MIS 111   03571   TAC  08/04/09 P 000.50    46.30 COMPETENCY TEST-ASSESSMEN IN-SERVICE
                              Page 10
```

FOBBS000000011

```
                          DANIELDAVISTRAN.TXT
                        ACA MANDATORY
  MIS 009   02290   TAC  08/04/09 P 001.00    45.80 PREA SEXUAL ASSAULT-ABUSE IN-SERVICE
                        ACA MANDATORY
  HLS 063   01069   TAC  08/04/09 P 001.50    44.80 MEDICATION (PILL CALL) DI IN-SERVICE
                        ACA MANDATORY
  HLS 014   02177   TAC  08/04/09 P 001.00    43.30 MENTAL HEALTH             IN-SERVICE
                        ACA MANDATORY
  DLC 001   03380   TAC  08/04/09 P 001.00    42.30 DEFENSIVE DRIVING COURSE  IN-SERVICE
                        ACA MANDATORY
  ADM 197   01228   TAC  08/04/09 P 001.00    41.30 ETHICS (NOT FOR PREA TRAI IN-SERVICE
                        ACA MANDATORY
  ADM 116   10832   LSP  08/04/09 P 000.50    40.30 STAFF MEETING             CP. D
SUPERVISORS MEETING/DAILY S ALL OTHER COURSES
  ADM 093   01151   TAC  08/04/09 P 004.00    39.80 AMERICANS WITH DISABILITI IN-SERVICE
                        ACA MANDATORY
  HLS 069   01397   LSP  07/20/09 P 000.25    35.80 BLOODBORNE PATHOGENS INFE
INF.CONTROL.PART B SESSION 2 OF 2 ACA MANDATORY
  IMT 014   02646   TAC  07/16/09 P 002.00    35.55 SEXUAL HARASSMENT
SUPERVISOR/PPR CLS                ACA MANDATORY
  ADM 184   00443   TAC  07/16/09 P 001.00    33.55 PERFORMANCE PLAN REVIEW O PPR
REFRESHER                      ACA MANDATORY
  STY 003   02628   LSP  07/01/09 P 000.25    32.55 EMERGENCY PREPAREDNESS     SESSION 4
OF 4                     ACA MANDATORY
  HLS 026   01864   LSP  06/29/09 P 000.25    32.30 HEALTH CARE TRAINING       HEPATITIS
AWARENESS               ALL OTHER COURSES
  ADM 116   10496   LSP  06/16/09 P 000.50    32.05 STAFF MEETING             MONTHLY
SUPERVISOR'S MEETING/UOR ALL OTHER COURSES
  ADM 064   00230   LSP  05/29/09 P 000.25    31.55 RETURN TO WORK-POLICIES    PART B
RETURN TO WORK/TRAN DUTY   ACA MANDATORY
  STY 006   11559   LSP  05/27/09 P 000.25    31.30 SAFETY TRAINING TOPICS     HEAT
STRESS                  ALL OTHER COURSES
  ADM 194   13659   LSP  05/18/09 P 000.50    31.05 INSTITUTIONAL POLICIES &   USE OF
MICROWAVE OVENS             ALL OTHER COURSES
  ADM 194   13628   LSP  05/13/09 P 001.00    30.55 INSTITUTIONAL POLICIES &  USE OF
MICROWAVE OVENS               ALL OTHER COURSES
  ADM 064   00227   LSP  05/13/09 P 000.25    29.55 RETURN TO WORK-POLICIES    PART (A)
RETURN TO WORK              ACA MANDATORY
  STY 006   11471   LSP  05/08/09 P 000.25    29.30 SAFETY TRAINING TOPICS     ELECTRICAL
SAFETY/ELECTRICAL SHOC ALL OTHER COURSES
  ADM 194   13640   LSP  05/05/09 P 000.50    29.05 INSTITUTIONAL POLICIES &  USE OF
MICROWAVE OVENS              ALL OTHER COURSES
  ADM 194   13569   LSP  04/30/09 P 000.50    28.55 INSTITUTIONAL POLICIES &   USE OIF
MICROWAVE OVENS            ALL OTHER COURSES
  ADM 116   10227   LSP  04/29/09 P 002.00    28.05 STAFF MEETING             CAMP D
SUPERVISOR MTG: T-CODES; O ALL OTHER COURSES
  ADM 194   13563   LSP  04/26/09 P 001.25    26.05 INSTITUTIONAL POLICIES &   USE OF
MICROWAVE OVENS             ALL OTHER COURSES
  ADM 194   13531   LSP  04/12/09 P 000.75    24.80 INSTITUTIONAL POLICIES &      USE
OF MICROWAVES              ALL OTHER COURSES
  ADM 194   13613   LSP  04/06/09 P 000.50    24.05 INSTITUTIONAL POLICIES &  USE OF
MICROWAVE OVENS             ALL OTHER COURSES
  ADM 194   13528   LSP  04/02/09 P 000.50    23.55 INSTITUTIONAL POLICIES &   USE OF
MICROWAVES                ALL OTHER COURSES
  ADM 194   13407   LSP  03/29/09 P 000.75    23.05 INSTITUTIONAL POLICIES &  USE OF
MICROWAVE OVENS             ALL OTHER COURSES
  ADM 194   13398   LSP  03/24/09 P 000.25    22.30 INSTITUTIONAL POLICIES &   EMPLOYEE
GRIEVANCE PROCEDURE    ALL OTHER COURSES
  ADM 194   13401   LSP  03/23/09 P 000.05    22.05 INSTITUTIONAL POLICIES &   EMPLOYEE
GRIEVANCE PROCEDURE     ALL OTHER COURSES
  ADM 194   13342   LSP  03/18/09 P 000.50    22.00 INSTITUTIONAL POLICIES &    EMPLOYEE
GRIEVANCE PROCEDURE    ALL OTHER COURSES
  ADM 171   00129   LSP  03/16/09 P 001.00    21.50 EXECUTIVE STAFF MEETING   CAMP D
SUPERV. MTG: ACA; KEY INVE ALL OTHER COURSES
```

FOBBS000000012

```
                                   DANIELDAVISTRAN.TXT
 ADM 194   13327   LSP   03/15/09 P 000.75   20.50 INSTITUTIONAL POLICIES &   EMPLOYEE
GREIVANCE PROCEDURE        ALL OTHER COURSES
 ADM 194   13311   LSP   03/10/09 P 000.25   19.75 INSTITUTIONAL POLICIES &   EMPLOYEE
GRIEVANCE PROCEDURE        ALL OTHER COURSES
 ADM 194   13323   LSP   03/09/09 P 000.50   19.50 INSTITUTIONAL POLICIES &   EMPLOYEE
GREIVANCE PROCEDURE        ALL OTHER COURSES
 ADM 194   13356   LSP   03/04/09 P 000.25   19.00 INSTITUTIONAL POLICIES &   EMPLOYEE
GRIEVANCE PROCEDURE        ALL OTHER COURSES
 ADM 194   13265   LSP   02/28/09 P 000.50   18.75 INSTITUTIONAL POLICIES &   EMPLOYEE
GRIEVANCE PROCEDURE        ALL OTHER COURSES
 FRM 008   06492   LSP   02/26/09 P 004.00   18.25 FIREARMS CERTIFICATION ON
                        ACA MANDATORY
 ADM 194   13282   LSP   02/24/09 P 001.00   14.25 INSTITUTIONAL POLICIES &   EMPLOYEE
GRIEVANCE PROCEDURE        ALL OTHER COURSES
 ADM 194   13274   LSP   02/19/09 P 000.25   13.25 INSTITUTIONAL POLICIES &   EMPLOYEE
GRIEVANCE PROCEDURE        ALL OTHER COURSES
 RPT 007   02045   LSP   02/15/09 P 000.25   13.00 REPORT WRITING
IDENTIFYING ANS REPORTING HAZARD ALL OTHER COURSES
 ADM 194   13225   LSP   02/15/09 P 001.75   12.75 INSTITUTIONAL POLICIES &   EMPLOYEE
GRIEVANCE  PROCEDURE       ALL OTHER COURSES
 HLS 025   03873   TAC   02/10/09 P 004.00   11.00 FIRST AID CPR            IN-SERVICE
                        ACA MANDATORY
 SEC 075   04000   TAC   02/05/09 P 004.00    7.00 USE OF FORCE REGULATIIONS IN-SERVICE
                        ACA MANDATORY
 ADM 013   02657   LSP   01/27/09 P 000.50    3.00 DEPART RULES-POLICIES-REG  EMPLOYEE
GRIEVANCE PROCEDURE        ALL OTHER COURSES
 ADM 194   13166   LSP   01/18/09 P 000.75    2.50 INSTITUTIONAL POLICIES &   EMPLOYEE
 GRIEVANCE                  ALL OTHER COURSES
 ADM 194   13072   LSP   01/13/09 P 000.25    1.75 INSTITUTIONAL POLICIES &   EMPLOYEE
GRIEVANCE PROGRAM          ALL OTHER COURSES
 ADM 194   13071   LSP   01/12/09 P 000.50    1.50 INSTITUTIONAL POLICIES &   EMPLOYEE
 GRIEVANCE                  ALL OTHER COURSES
 ADM 194   13250   LSP   01/07/09 P 000.25    1.00 INSTITUTIONAL POLICIES &   EMPLOYEE
GREVIENCE PROCEDURE        ALL OTHER COURSES
 ADM 194   13147   LSP   01/04/09 P 000.75    0.75 INSTITUTIONAL POLICIES &   EMPLOYEE
GRIEVANCE PROCEDURE        ALL OTHER COURSES
 ADM 194   13042   LSP   12/25/08 P 000.50   81.90 INSTITUTIONAL POLICIES &   EMPLOYEE
GRIEVANCE PROCEDURE        ALL OTHER COURSES
 ADM 194   12999   LSP   12/21/08 P 000.75   81.40 INSTITUTIONAL POLICIES &   EMPLOYEE
GRIEVANCE PROGRAM          ALL OTHER COURSES
 STY 016   05989   LSP   12/20/08 P 001.00   80.65 SAFETY PROCEDURES         COR. BOOK
                        ACA MANDATORY
 SEC 141   00459   LSP   12/20/08 P 000.50   79.65 APPROPRIATE CONDUCT WITH  COR. BOOK
                        ACA MANDATORY
 SEC 132   02063   LSP   12/20/08 P 001.00   79.15 FIRE & EMERGENCY PROCEDUR COR. BOOK
                        ACA MANDATORY
 SEC 103   00869   LSP   12/20/08 P 001.00   78.15 OFFENDER RIGHTS & RESPONS COR. BOOK
                        ACA MANDATORY
 SEC 078   01153   LSP   12/20/08 P 001.00   77.15 OFFENDER SUPERVISION      COR. BOOK
                        ACA MANDATORY
 SEC 057   04847   LSP   12/20/08 P 001.00   76.15 OFFENDER POSTED POLICIES  COR. BOOK
                        ACA MANDATORY
 SEC 044   00492   LSP   12/20/08 P 000.50   75.15 RADIO OPERATION-COMMUNICA COR. BOOK
                        ACA MANDATORY
 RPT 007   02010   LSP   12/20/08 P 001.00   74.65 REPORT WRITING            COR. BOOK
                        ACA MANDATORY
 MIS 055   02858   LSP   12/20/08 P 001.00   73.65 CULTURAL DIVERSITY & AWAR COR. BOOK
                        ACA MANDATORY
 IMT 022   00495   LSP   12/20/08 P 000.50   72.65 CONFLICT RESOLUTION       COR. BOOK
                        ACA MANDATORY
 HLS 069   01238   LSP   12/20/08 P 000.50   72.15 BLOODBORNE PATHOGENS INFE COR. BOOK
                        ACA MANDATORY
 HLS 050   00575   LSP   12/20/08 P 000.50   71.65 SPECIAL NEEDS OFFENDERS   COR. BOOK
```

FOBBS000000013

```
                              DANIELDAVISTRAN.TXT
                         ACA MANDATORY
   ADM 158   00909   LSP  12/20/08 P 001.00   71.15 OFFENDER SOCIAL CULLTURE   COR. BOOK
                         ACA MANDATORY
   ADM 146   01990   LSP  12/20/08 P 000.50   70.15 DRESS CODE                 COR. BOOK
                         ACA MANDATORY
   ADM 144   00508   LSP  12/20/08 P 000.50   69.65 DEPARTMENT MASTER PLAN OV  COR. BOOK
                         ACA MANDATORY
   ADM 143   01162   LSP  12/20/08 P 000.50   69.15 INTERPERSONAL RELATIONS I  COR. BOOK
                         ACA MANDATORY
   ADM 127   04002   LSP  12/20/08 P 000.50   68.65 VIOLENCE FREE WORKPLACE    COR. BOOK
                         ACA MANDATORY
   ADM 108   03774   LSP  12/20/08 P 001.00   68.15 DRUG FREE WORK PLACE       COR. BOOK
                         ACA MANDATORY
   ADM 016   02480   LSP  12/20/08 P 001.00   67.15 EMPLOYEE RULES AND DISCIP  COR. BOOK
                         ACA MANDATORY
   ACA 017   00514   LSP  12/20/08 P 001.00   66.15 DEESCALATION TECHNIQUES    COR. BOOK
                         ACA MANDATORY
   ACA 015   01114   LSP  12/20/08 P 000.50   65.15 ACA ORIENTATION            COR. BOOK
                         ACA MANDATORY
   HLS 026   01694   LSP  12/16/08 P 001.25   64.65 HEALTH CARE TRAINING         HUNGER
STRIKE                   ALL OTHER COURSES
   HLS 026   01683   LSP  12/11/08 P 000.25   63.40 HEALTH CARE TRAINING         HUNGER
STRIKE                   ALL OTHER COURSES
   HLS 026   01698   LSP  12/10/08 P 000.50   63.15 HEALTH CARE TRAINING         HUNGER
STRIKE                   ALL OTHER COURSES
   STY 016   05993   LSP  12/02/08 P 000.25   62.65 SAFETY PROCEDURES          ASCENDING
AND DESCENDING STAIRS A ALL OTHER COURSES
   HLS 026   01674   LSP  11/27/08 P 000.50   62.40 HEALTH CARE TRAINING         HUNGER
STRIKE                   ALL OTHER COURSES
   HLS 026   01671   LSP  11/23/08 P 000.75   61.90 HEALTH CARE TRAINING         HUNGER
STRIKE                   ALL OTHER COURSES
   HLS 026   01642   LSP  11/18/08 P 000.50   61.15 HEALTH CARE TRAINING         HUNGER
STRIKE                   ALL OTHER COURSES
   HLS 026   01648   LSP  11/13/08 P 000.25   60.65 HEALTH CARE TRAINING         HUNGER
STRIKE                   ALL OTHER COURSES
   ADM 154   00430   LSP  11/12/08 P 000.75   60.40 DRUG TESTING                 INMATE
DRUG/ALCOHOL TESTING        ALL OTHER COURSES
   ADM 154   00436   LSP  11/03/08 P 000.25   59.65 DRUG TESTING                 INMATE
DRUG/ALCOHOL TESTING        ALL OTHER COURSES
   ADM 154   00405   LSP  10/30/08 P 001.25   59.40 DRUG TESTING                 INMATE
DRUG AND ALCOHOL TESTING  ALL OTHER COURSES
   ADM 154   00417   LSP  10/29/08 P 000.25   58.15 DRUG TESTING                 INMATE
DRUG/ALCOHOL TESTING        ALL OTHER COURSES
   ADM 154   00394   LSP  10/16/08 P 001.25   57.90 DRUG TESTING                 INMATE
DRUG/ALCOHOL TESTING        ALL OTHER COURSES
   SEC 105   03458   LSP  10/07/08 P 000.50   56.65 SECURITY PROCEDURES         MAXIMUM
SECURITY DORM.              ALL OTHER COURSES
   ADM 194   12044   LSP  10/02/08 P 000.25   56.15 INSTITUTIONAL POLICIES &    MAXIMUM
SECURITY  DORM             ALL OTHER COURSES
   ADM 194   12311   LSP  09/28/08 P 000.75   55.90 INSTITUTIONAL POLICIES &    MAXIMUM
SECURITY  DORM             ALL OTHER COURSES
   ADM 093   00847   TAC  09/25/08 P 004.00   55.15 AMERICANS WITH DISABILITI  ADA CLASS
                         ACA MANDATORY
   ADM 194   12061   LSP  09/23/08 P 001.50   51.15 INSTITUTIONAL POLICIES &    MAXIMUM
SECURITY DORM PROGRAM       ALL OTHER COURSES
   ADM 116   09286   LSP  09/23/08 P 000.50   49.65 STAFF MEETING               CAMP D
SUPERVISORS  MEETING        ALL OTHER COURSES
   ADM 194   12304   LSP  09/18/08 P 000.50   49.15 INSTITUTIONAL POLICIES &    MAXIMUM
SECURITY DORM.              ALL OTHER COURSES
   ADM 194   12166   LSP  09/09/08 P 000.75   48.65 INSTITUTIONAL POLICIES &   MAXIMUM
SECURITY DORM PROGRAM       ALL OTHER COURSES
   SEC 105   03361   LSP  08/31/08 P 001.75   47.90 SECURITY PROCEDURES         MAX.
SECURITY DORM PROGRAM            ALL OTHER COURSES
                              Page 13
```

FOBBS000000014

```
                              DANIELDAVISTRAN.TXT
ADM 168   00500  LSP  08/17/08 P 000.50   46.15 OFFENDER BEHAVIOR MGTEMEN  MAXIMUM
SECURITY   DORMITORY PRO ALL OTHER COURSES
HLS 026   01530  LSP  08/15/08 P 000.75   45.65 HEALTH CARE TRAINING       HUNGER
STRIKE                      ALL OTHER COURSES
HLS 026   01524  LSP  08/15/08 P 000.25   44.90 HEALTH CARE TRAINING       HUNGER
STRIKE                      ALL OTHER COURSES
HLS 026   01575  LSP  08/07/08 P 000.25   44.65 HEALTH CARE TRAINING       HUNGER
STRIKE                      ALL OTHER COURSES
HLS 026   01474  LSP  08/03/08 P 000.75   44.40 HEALTH CARE TRAINING       HUNGER
STRIKE                      ALL OTHER COURSES
HLS 026   01505  LSP  07/29/08 P 000.50   43.65 HEALTH CARE TRAINING       HUNGER
STRIKE                      ALL OTHER COURSES
HLS 026   01468  LSP  07/24/08 P 001.00   43.15 HEALTH CARE TRAINING       HUNGER
STRIKE                      ALL OTHER COURSES
ADM 194   11651  LSP  07/23/08 P 000.25   42.15 INSTITUTIONAL POLICIES &   HUNGER
STRIKE                      ALL OTHER COURSES
ADM 116   08779  LSP  07/23/08 P 001.00   41.90 STAFF MEETING
SUPERVISORS MEETING              ALL OTHER COURSES
ADM 203   01108  LSP  07/15/08 P 000.50   40.90 LEAVE POLICY               EMPLOYEE
LEAVE USAGE                 ALL OTHER COURSES
ADM 203   01095  LSP  07/10/08 P 000.50   40.40 LEAVE POLICY               employee
leave usage                 ALL OTHER COURSES
ADM 201   00683  LSP  07/06/08 P 000.50   39.90 MISSION STATEMENT          MISSION
STATEMENT                   ALL OTHER COURSES
ADM 201   00696  LSP  07/01/08 P 000.15   39.40 MISSION STATEMENT          MISSION
STATEMENT                   ALL OTHER COURSES
ADM 201   00674  LSP  06/30/08 P 000.25   39.25 MISSION STATEMENT          MISSION
STATEMENT                   ALL OTHER COURSES
ADM 194   11520  LSP  06/26/08 P 000.50   39.00 INSTITUTIONAL POLICIES &   TELEPHONE
USAGE                       ALL OTHER COURSES
ADM 194   11495  LSP  06/22/08 P 000.75   38.50 INSTITUTIONAL POLICIES &   USE OF
TELEPHEONES                 ALL OTHER COURSES
ADM 203   01033  LSP  06/12/08 P 000.50   37.75 LEAVE POLICY
UNSCHEDULED  ABSENCES            ALL OTHER COURSES
ADM 203   01017  LSP  06/08/08 P 000.75   37.25 LEAVE POLICY
UNSCHEDULED LEAVE POLICY         ALL OTHER COURSES
ADM 203   00998  LSP  06/03/08 P 000.50   36.50 LEAVE POLICY               CRISIS
LEAVE PROGRAM               ALL OTHER COURSES
ADM 203   00994  LSP  06/02/08 P 000.25   36.00 LEAVE POLICY               CRISIS
LEAVE PROGRAM               ALL OTHER COURSES
ADM 203   00970  LSP  05/28/08 P 000.25   35.75 LEAVE POLICY               CRISIS
LEAVE  PROGRAM              ALL OTHER COURSES
SEC 009   02247  LSP  05/15/08 P 000.25   35.50 CONTRABAND
CONTRABAND  POLICY               ALL OTHER COURSES
SEC 009   02208  LSP  05/14/08 P 000.25   35.25 CONTRABAND
CONTRABAND  POLICY               ALL OTHER COURSES
SEC 009   02184  LSP  05/06/08 P 000.25   35.00 CONTRABAND
CONTRABAND  POLICY               ALL OTHER COURSES
ADM 194   11041  LSP  04/30/08 P 000.75   34.75 INSTITUTIONAL POLICIES &   EMPLOYEE
POLITICAL ACTIVITY          ALL OTHER COURSES
SEC 168   00959  TAC  04/29/08 P 000.50   34.00 SUICIDE PRECAUTIONS        IN-SERVICE
CLASSROOM INSTRUCTION   ACA MANDATORY
SEC 076   01778  TAC  04/29/08 P 000.50   33.50 HOSTAGE SITUATIONS PACES   IN-SERVICE
CLASSROOM INSTRUCTION   ACA MANDATORY
MIS 111   02464  TAC  04/29/08 P 000.50   33.00 COMPETENCY TEST-ASSESSMEN  IN-SERVICE
CLASSROOM INSTRUCTION   ACA MANDATORY
MIS 013   01728  TAC  04/29/08 P 001.00   32.50 COMMUNICATION SKILLS       IN-SERVICE
CLASSROOM INSTRUCTION   ACA MANDATORY
MIS 009   01572  TAC  04/29/08 P 000.50   31.50 PREA SEXUAL ASSAULT-ABUSE  IN-SERVICE
CLASSROOM INSTRUCTION   ACA MANDATORY
IMT 014   02017  TAC  04/29/08 P 001.00   31.00 SEXUAL HARASSMENT          IN-SERVICE
CLASSROOM INSTRUCTION   ACA MANDATORY
HLS 063   00762  TAC  04/29/08 P 001.50   30.00 MEDICATION (PILL CALL) DI  IN-SERVICE
```

Page 14

FOBBS000000015

DANIELDAVISTRAN.TXT

```
CLASSROOM INSTRUCTION  ACA MANDATORY
  HLS 014  01947  TAC  04/29/08 P 000.50   28.50 MENTAL HEALTH            IN-SERVICE
CLASSROOM INSTRUCTION  ACA MANDATORY
  ADM 197  00842  TAC  04/29/08 P 000.50   28.00 ETHICS (NOT FOR PREA TRAI IN-SERVICE
CLASSROOM INSTRUCTION  ACA MANDATORY
  ADM 093  00729  TAC  04/29/08 P 001.00   27.50 AMERICANS WITH DISABILITI IN-SERVICE
CLASSROOM INSTRUCTION  ACA MANDATORY
  ADM 194  10985  LSP  04/25/08 P 000.25   26.50 INSTITUTIONAL POLICIES &  EMPLOYEE
POLITICAL ACTIVITY       ALL OTHER COURSES
  ADM 203  00902  LSP  04/22/08 P 000.25   26.25 LEAVE POLICY             EMPLOYEE
LEAVE USAGE              ALL OTHER COURSES
  ADM 203  00882  LSP  04/21/08 P 000.25   26.00 LEAVE POLICY             EMPLOYEE
LEAVE  USAGE            ALL OTHER COURSES
  ADM 203  00862  LSP  04/17/08 P 000.25   25.75 LEAVE POLICY             EMPLOYEE
LEAVE USAGE            ALL OTHER COURSES
  ADM 116  08391  LSP  04/16/08 P 000.50   25.50 STAFF MEETING            CAMP D
SUPERVISORS MEETING      ALL OTHER COURSES
  ADM 028  00204  LSP  04/16/08 P 000.25   25.00 DO NOT USE SEE WBT 35    EMPLOYEE
LEAVE  USAGE            ALL OTHER COURSES
  SEC 119  00318  LSP  04/13/08 P 000.75   24.75 TEMPERATURE INDEX        TEMP.
CHECKS                   ALL OTHER COURSES
  SEC 119  00281  LSP  03/30/08 P 000.75   24.00 TEMPERATURE INDEX        LIVING
AND WORK AREAS TEMP.  CHE ALL OTHER COURSES
  ADM 194  10813  LSP  03/25/08 P 000.25   23.25 INSTITUTIONAL POLICIES &  HAIR CARE
SERVICES                 ALL OTHER COURSES
  ADM 194  11038  LSP  03/24/08 P 000.25   23.00 INSTITUTIONAL POLICIES &  HAIR CARE
SERVICES              ALL OTHER COURSES
  FDS 008  00354  LSP  03/20/08 P 000.50   22.75 FOOD SERVICE TRAINING    FOOD
SERVICES / SAFETY AND SANIT ALL OTHER COURSES
  FDS 008  00271  LSP  03/16/08 P 000.75   22.25 FOOD SERVICE TRAINING    FOOD
SERVICE                  ALL OTHER COURSES
  FDS 008  00284  LSP  03/11/08 P 000.50   21.50 FOOO SERVICE TRAINING    RELIGIOUS
DIETS                 ALL OTHER COURSES
  FDS 008  00303  LSP  03/06/08 P 000.50   21.00 FOOD SERVICE TRAINING    RELIGIOUS
DIETS                 ALL OTHER COURSES
  ADM 116  08173  LSP  03/05/08 P 000.50   20.50 STAFF MEETING            CAMP D
SUPERVISORS  MEETING     ALL OTHER COURSES
  SEC 075  03452  TAC  03/04/08 P 004.00   20.00 USE OF FORCE REGULATIIONS IN-SERVICE
                       ACA MANDATORY
  HLS 025  03558  TAC  03/04/08 P 004.00   16.00 FIRST AID CPR            IN-SERVICE
                       ACA MANDATORY
  ADM 101  00188  LSP  03/02/08 P 000.50   12.00 DO NOT USE SEE WBT 36    PAY
ADMIN. AND MANGT.          ALL OTHER COURSES
  ADM 101  00173  LSP  02/29/08 P 000.25   11.50 DO NOT USE SEE WBT 36    PAY ADMIN
AND MANGT.               ALL OTHER COURSES
  FRM 008  06178  LSP  02/28/08 P 004.00   11.25 FIREARMS CERTIFICATION ON
                       DOC MANDATORY
  ADM 203  00808  LSP  02/21/08 P 000.50    7.25 LEAVE POLICY             EMPLOYEE
LEAVE USAGE              ALL OTHER COURSES
  ADM 203  00791  LSP  02/17/08 P 000.75    6.75 LEAVE POLICY             EMPLOYEE
LEAVE  USAGE            ALL OTHER COURSES
  ADM 116  08021  LSP  02/12/08 P 000.25    6.00 STAFF MEETING            EMPLOYEE
LEAVE USAGE              ALL OTHER COURSES
  FDS 008  00238  LSP  02/11/08 P 000.50    5.75 FOOD SERVICE TRAINING    FOOD
SERVICE                  ALL OTHER COURSES
  FDS 008  00241  LSP  02/07/08 P 000.25    5.25 FOOD SERVICE TRAINING    FOOD
SERVICE                  ALL OTHER COURSES
  ADM 146  01607  LSP  02/07/08 P 000.25    5.00 DRESS CODE               DRESS
CODE                     ALL OTHER COURSES
  SEC 119  00256  LSP  02/03/08 P 000.75    4.75 TEMPERATURE INDEX
TEMPERATURE CONTROL         ALL OTHER COURSES
  ADM 194  13154  LSP  01/31/08 P 000.50    4.00 INSTITUTIONAL POLICIES &  EMPLOYEE
GRIEVANCE PROCEDURE      ALL OTHER COURSES
```

Page 15

FOBBS000000016

DANIELDAVISTRAN.TXT

```
 SEC 119   00206  LSP  01/29/08 P 000.50    3.50 TEMPERATURE INDEX          TEMP.
CONTROL                        ALL OTHER COURSES
 ADM 194   10373  LSP  01/20/08 P 000.75    3.00 INSTITUTIONAL POLICIES &   LOCKED
ROOM MANGT.                    ALL OTHER COURSES
 ADM 194   10532  LSP  01/15/08 P 000.25    2.25 INSTITUTIONAL POLICIES &   LOCKED
ROOM MANGT.                    ALL OTHER COURSES
 ADM 116   08023  LSP  01/15/08 P 000.25    2.00 STAFF MEETING
SUPERVISORS  MEETING           ALL OTHER COURSES
 ADM 194   10516  LSP  01/14/08 P 000.25    1.75 INSTITUTIONAL POLICIES &   ADMIN.
SEG./PROTECTIVE CUSTODY U ALL OTHER COURSES
 ADM 194   10194  LSP  01/10/08 P 000.25    1.50 INSTITUTIONAL POLICIES &   TELEPHONE
USAGE RECORD KEEPING       ALL OTHER COURSES
 ADM 194   10192  LSP  01/09/08 P 000.25    1.25 INSTITUTIONAL POLICIES &   ADMIN.
SEG./PROTECTIVE CUSTODY U ALL OTHER COURSES
 ADM 194   09996  LSP  01/06/08 P 000.75    1.00 INSTITUTIONAL POLICIES &   TELELPHONE
USAGE                          ALL OTHER COURSES
 ADM 194   10034  LSP  01/01/08 P 000.25    0.25 INSTITUTIONAL POLICIES &   TELEPHONE
USAGE RECORD KEEPING       ALL OTHER COURSES
 ADM 194   10018  LSP  12/31/07 P 000.25   75.70 INSTITUTIONAL POLICIES &   TELEPHONE
USAGE RECORD KEEPING       ALL OTHER COURSES
 ADM 168   00429  LSP  12/26/07 P 001.50   75.45 OFFENDER BEHAVIOR MGTEMEN
MANAGEMENT OF INMATES          ALL OTHER COURSES
 ADM 168   00275  LSP  12/13/07 P 000.25   73.95 OFFENDER BEHAVIOR MGTEMEN
MANAGEMENT OF INMATES          ALL OTHER COURSES
 ADM 168   00276  LSP  12/12/07 P 000.25   73.70 OFFENDER BEHAVIOR MGTEMEN MANAGEMENT
OF INMATES                     ALL OTHER COURSES
 ADM 168   00380  LSP  12/09/07 P 000.75   73.45 OFFENDER BEHAVIOR MGTEMEN inmates
who throw objects              ALL OTHER COURSES
 ADM 168   00374  LSP  12/04/07 P 000.15   72.70 OFFENDER BEHAVIOR MGTEMEN management
of inmtes who throw su ALL OTHER COURSES
 ADM 168   00235  LSP  12/03/07 P 000.15   72.55 OFFENDER BEHAVIOR MGTEMEN Managment
of inmates of inmates w ALL OTHER COURSES
 ADM 168   00201  LSP  12/02/07 P 001.00   72.40 OFFENDER BEHAVIOR MGTEMEN
Restriction placed on inmates fou ALL OTHER COURSES
 ADM 116   07708  LSP  11/28/07 P 000.15   71.40 STAFF MEETING
Restrictions  on inmates found gu ALL OTHER COURSES
 ADM 168   00299  LSP  11/25/07 P 000.75   71.25 OFFENDER BEHAVIOR MGTEMEN
Restrictions placed on inmates fo ALL OTHER COURSES
 SEC 153   00576  LSP  11/20/07 P 000.15   70.50 CELL BLOCK PROCEDURES & R working
cellblock movements        ALL OTHER COURSES
 SEC 153   00573  LSP  11/19/07 P 000.15   70.35 CELL BLOCK PROCEDURES & R Working
cellblock movements        ALL OTHER COURSES
 SEC 153   00591  LSP  11/15/07 P 000.15   70.20 CELL BLOCK PROCEDURES & R WORKING
CELLBLOCK MOVEMENTS        ALL OTHER COURSES
 SEC 153   00590  LSP  11/14/07 P 000.15   70.05 CELL BLOCK PROCEDURES & R WORKING
CELLBLOCK MOVEMENTS        ALL OTHER COURSES
 SEC 153   00532  LSP  11/11/07 P 000.45   69.90 CELL BLOCK PROCEDURES & R dry cell
                           ALL OTHER COURSES
 SEC 017   02531  LSP  11/01/07 P 000.15   69.45 RESTRAINTS   USE OF        Use of
Restraints                     ALL OTHER COURSES
 SEC 017   02525  LSP  10/31/07 P 000.50   69.30 RESTRAINTS   USE OF        USE OF
RESTRAINTS                     ALL OTHER COURSES
 ADM 168   00171  LSP  10/14/07 P 001.25   68.80 OFFENDER BEHAVIOR MGTEMEN MANAGEMENT
OF INMATES                     ALL OTHER COURSES
 ADM 108   03227  LSP  10/04/07 P 000.50   67.55 DRUG FREE WORK PLACE       DRUG FREE
WORKPLACE                      ALL OTHER COURSES
 ADM 194   09244  LSP  09/25/07 P 000.25   67.05 INSTITUTIONAL POLICIES &
THERAPEUTIC  DIETS             ALL OTHER COURSES
 ADM 194   09485  LSP  09/15/07 P 000.55   66.80 INSTITUTIONAL POLICIES &   LOCKDOWN
                           ALL OTHER COURSES
 ADM 194   09483  LSP  09/15/07 P 000.25   66.25 INSTITUTIONAL POLICIES &   LOCKDOWN
                           ALL OTHER COURSES
 ADM 194   09518  LSP  09/11/07 P 000.25   66.00 INSTITUTIONAL POLICIES &   LOCKDOWN
```

Page 16

FOBBS000000017

```
                              DANIELDAVISTRAN.TXT
                          ALL OTHER COURSES
 SEC 153   00413   LSP   09/06/07 P 001.00    65.75 CELL BLOCK PROCEDURES & R  CELL
CHECKS                        ALL OTHER COURSES
 SEC 153   00415   LSP   08/31/07 P 000.25    64.75 CELL BLOCK PROCEDURES & R  CELL
CHECKS                        ALL OTHER COURSES
 ADM 154   00308   TAC   08/22/07 P 001.25    64.50 DRUG TESTING              SUPERVISOR
TRAINING                      DOC MANDATORY
 SEC 153   00333   LSP   08/19/07 P 000.75    63.25 CELL BLOCK PROCEDURES & R  CELL
CHECKS                        ALL OTHER COURSES
 MIS 013   01461   LSP   08/14/07 P 000.25    62.50 COMMUNICATION SKILLS      CHANNELS
OF COMMUNICATIONS        ALL OTHER COURSES
 ADM 116   07286   LSP   08/14/07 P 000.50    62.25 STAFF MEETING            ACA
INSPAECTION                   ALL OTHER COURSES
 MIS 013   01522   LSP   08/13/07 P 000.25    61.75 COMMUNICATION SKILLS      CHANNELS
OF COMMUNICATION         ALL OTHER COURSES
 MIS 013   01438   LSP   08/09/07 P 000.75    61.50 COMMUNICATION SKILLS     CHANNELS
OF COMMUNICATION         ALL OTHER COURSES
 ADM 013   01687   LSP   07/31/07 P 000.25    60.75 DEPART RULES-POLICIES-REG  SMOKING
POLICY                        ALL OTHER COURSES
 ADM 013   01686   LSP   07/30/07 P 000.25    60.50 DEPART RULES-POLICIES-REG  SMOKING
POLICY                        ALL OTHER COURSES
 ADM 201   00504   LSP   07/26/07 P 000.25    60.25 MISSION STATEMENT
PHILOSOPHY MISSION STATEMENT       ALL OTHER COURSES
 ADM 201   00510   LSP   07/25/07 P 000.25    60.00 MISSION STATEMENT
PHILOSOPHY MISSION STATEMENT       ALL OTHER COURSES
 ADM 201   00547   LSP   07/22/07 P 000.75    59.75 MISSION STATEMENT
PHILOSOPHY MISSION STATEMENT       ALL OTHER COURSES
 SEC 020   00817   LSP   07/17/07 P 000.25    59.00 SECURITY CUSTODY CONTROL   SECURITY
AND CONTROL                   ALL OTHER COURSES
 ADM 194   08503   LSP   07/16/07 P 000.25    58.75 INSTITUTIONAL POLICIES &
HANDICAPPED   PARKING               ALL OTHER COURSES
 ADM 127   03246   LSP   07/08/07 P 000.75    58.50 VIOLENCE FREE WORKPLACE     VIOLENCE
FREE WORKPLACE                ALL OTHER COURSES
 HLS 050   00468   LSP   07/01/07 P 000.50    57.75 SPECIAL NEEDS OFFENDERS
                              ACA MANDATORY
 ADM 158   00554   LSP   07/01/07 P 001.00    57.25 OFFENDER SOCIAL CULLTURE
                              ACA MANDATORY
 ADM 146   01434   LSP   07/01/07 P 000.50    56.25 DRESS CODE
                              ACA MANDATORY
 ADM 144   00372   LSP   07/01/07 P 000.50    55.75 DEPARTMENT MASTER PLAN OV
                              ACA MANDATORY
 ADM 143   00886   LSP   07/01/07 P 001.00    55.25 INTERPERSONAL RELATIONS I
                              ACA MANDATORY
 ADM 127   03263   LSP   07/01/07 P 000.50    54.25 VIOLENCE FREE WORKPLACE
                              ACA MANDATORY
 ADM 108   02988   LSP   07/01/07 P 001.00    53.75 DRUG FREE WORK PLACE
                              ACA MANDATORY
 ADM 093   00548   LSP   07/01/07 P 000.50    52.75 AMERICANS WITH DISABILITI
                              ACA MANDATORY
 ADM 016   02023   LSP   07/01/07 P 001.00    52.25 EMPLOYEE RULES AND DISCIP
                              ACA MANDATORY
 ACA 015   01004   LSP   07/01/07 P 000.50    51.25 ACA ORIENTATION
                              ACA MANDATORY
 ADM 194   08437   LSP   06/28/07 P 000.50    50.75 INSTITUTIONAL POLICIES &  TESTING OF
EMERGENCY  EQUIP. AND C ALL OTHER COURSES
 SEC 075   02990   TAC   06/26/07 P 004.00    50.25 USE OF FORCE REGULATIIONS
                              DOC MANDATORY
 HLS 025   03325   TAC   06/26/07 P 004.00    46.25 FIRST AID CPR
                              DOC MANDATORY
 STY 003   02058   LSP   06/24/07 P 000.75    42.25 EMERGENCY PREPAREDNESS     TESTING
OF EMERGENCY EQUIP. AND   ALL OTHER COURSES
 ADM 014   00613   LSP   06/19/07 P 000.25    41.50 EMPLOYEE ASSISTANCE PROGR
EMPLOYEE ASSISTANCE PROGRAM      ALL OTHER COURSES
```

Page 17

FOBBS000000018

```
                                 DANIELDAVISTRAN.TXT
ADM 194   08329   LSP   06/18/07 P 000.25   41.25 INSTITUTIONAL POLICIES &    EMPLOYEE
ASSISTANCE PROGRAM        ALL OTHER COURSES
ADM 194   08228   LSP   06/08/07 P 000.25   41.00 INSTITUTIONAL POLICIES &    MOTOR
VEHICLE OPERATIONS             ALL OTHER COURSES
SEC 169   00293   TAC   06/07/07 P 000.25   40.75 SIGNS OF SUICIDE RISKS
                        DOC MANDATORY
SEC 168   00653   TAC   06/07/07 P 000.25   40.50 SUICIDE PRECAUTIONS
                        DOC MANDATORY
SEC 105   02520   TAC   06/07/07 P 000.50   40.25 SECURITY PROCEDURES
                        DOC MANDATORY
SEC 104   01827   TAC   06/07/07 P 001.00   39.75 SUPERVISION OFFENDERS IN
                        DOC MANDATORY
SEC 076   01592   TAC   06/07/07 P 000.50   38.75 HOSTAGE SITUATIONS PACES
                        DOC MANDATORY
SEC 023   00180   TAC   06/07/07 P 001.00   38.25 WORKING W INCARCERATED OF
                        DOC MANDATORY
MIS 009   00958   TAC   06/07/07 P 000.50   37.25 PREA SEXUAL ASSAULT-ABUSE
                        DOC MANDATORY
HLS 063   00541   TAC   06/07/07 P 001.50   36.75 MEDICATION (PILL CALL) DI
                        DOC MANDATORY
HLS 014   01765   TAC   06/07/07 P 000.50   35.25 MENTAL HEALTH
                        DOC MANDATORY
DLC 001   02476   TAC   06/07/07 P 001.50   34.75 DEFENSIVE DRIVING COURSE
                        DOC MANDATORY
ADM 197   00514   TAC   06/07/07 P 000.50   33.25 ETHICS (NOT FOR PREA TRAI
                        DOC MANDATORY
STY 006   08928   LSP   06/05/07 P 000.50   32.75 SAFETY TRAINING TOPICS    SAFETY
PLANS     ROLL    CALL      ALL OTHER COURSES
STY 016   05148   LSP   06/01/07 P 001.00   32.25 SAFETY PROCEDURES
                        ACA MANDATORY
SEC 132   01532   LSP   06/01/07 P 001.00   31.25 FIRE & EMERGENCY PROCEDUR
                        ACA MANDATORY
SEC 103   00550   LSP   06/01/07 P 001.00   30.25 OFFENDER RIGHTS & RESPONS
                        ACA MANDATORY
SEC 045   01575   LSP   06/01/07 P 001.00   29.25 OFFENDER RULES AND REGULA
                        ACA MANDATORY
SEC 044   00400   LSP   06/01/07 P 000.50   28.25 RADIO OPERATION-COMMUNICA
                        ACA MANDATORY
RPT 007   01493   LSP   06/01/07 P 001.00   27.75 REPORT WRITING
                        ACA MANDATORY
MIS 055   02341   LSP   06/01/07 P 001.00   26.75 CULTURAL DIVERSITY & AWAR
                        ACA MANDATORY
MIS 013   01416   LSP   06/01/07 P 000.50   25.75 COMMUNICATION SKILLS
                        ACA MANDATORY
IMT 014   01709   LSP   06/01/07 P 001.00   25.25 SEXUAL HARASSMENT
                        ACA MANDATORY
HLS 069   00746   LSP   06/01/07 P 001.00   24.25 BLOODBORNE PATHOGENS INFE
                        ACA MANDATORY
HLS 050   00467   LSP   06/01/07 P 000.50   23.25 SPECIAL NEEDS OFFENDERS
                        ACA MANDATORY
ADM 158   00553   LSP   06/01/07 P 001.00   22.75 OFFENDER SOCIAL CULLTURE
                        ACA MANDATORY
ADM 146   01433   LSP   06/01/07 P 000.50   21.75 DRESS CODE
                        ACA MANDATORY
ADM 144   00371   LSP   06/01/07 P 000.50   21.25 DEPARTMENT MASTER PLAN OV
                        ACA MANDATORY
ADM 143   00885   LSP   06/01/07 P 001.00   20.75 INTERPERSONAL RELATIONS I
                        ACA MANDATORY
ADM 127   03260   LSP   06/01/07 P 000.50   19.75 VIOLENCE FREE WORKPLACE
                        ACA MANDATORY
ADM 108   02985   LSP   06/01/07 P 001.00   19.25 DRUG FREE WORK PLACE
                        ACA MANDATORY
ADM 093   00546   LSP   06/01/07 P 000.50   18.25 AMERICANS WITH DISABILITI
```

FOBBS000000019

```
                              DANIELDAVISTRAN.TXT
                        ACA MANDATORY
  ADM 016   02021   LSP  06/01/07 P 001.00    17.75 EMPLOYEE RULES AND DISCIP
                        ACA MANDATORY
  ACA 015   01003   LSP  06/01/07 P 000.50    16.75 ACA ORIENTATION
                        ACA MANDATORY
  STY 006   08793   LSP  05/30/07 P 000.25    16.25 SAFETY TRAINING TOPICS    SAFETY
PLANS   ROLL  CALL          ALL OTHER COURSES
  STY 006   08800   LSP  05/25/07 P 000.25    16.00 SAFETY TRAINING TOPICS    SAFETY
PLANS   ROLL  CALL          ALL OTHER COURSES
  ADM 194   07819   LSP  05/21/07 P 000.25    15.75 INSTITUTIONAL POLICIES &
HOUSEKEEPING PLANS    ROLL  CALL   ALL OTHER COURSES
  ADM 194   07822   LSP  05/16/07 P 000.25    15.50 INSTITUTIONAL POLICIES &
HOUSEKEEPING PLANS    ROLL  CALL   ALL OTHER COURSES
  ADM 194   07737   LSP  05/16/07 P 000.25    15.25 INSTITUTIONAL POLICIES &
HOUSEKEEPING PLANS/DIRECTIVE/ROLL ALL OTHER COURSES
  ADM 116   06806   LSP  04/26/07 P 001.00    15.00 STAFF MEETING             STAFF
MEETING                  ALL OTHER COURSES
  ADM 194   07645   LSP  04/24/07 P 000.50    14.00 INSTITUTIONAL POLICIES &  HEALTH;
FIRE;SAFETY AND SANITATIO ALL OTHER COURSES
  ADM 194   07636   LSP  04/19/07 P 000.50    13.50 INSTITUTIONAL POLICIES &  HEALTH;
FIRE; SAFETY AND SANITATI ALL OTHER COURSES
  ADM 194   07576   LSP  04/10/07 P 000.50    13.00 INSTITUTIONAL POLICIES &  USE OF
SEATBELTS       ROLL  CALL  ALL OTHER COURSES
  ADM 146   01345   LSP  04/05/07 P 000.50    12.50 DRESS CODE                DRESS CODE
FOR CORRECTIONAL OFFIC ALL OTHER COURSES
  ADM 146   01352   LSP  03/30/07 P 000.25    12.00 DRESS CODE                DRESS CODE
FOR CORRECTIONAL OFFIC ALL OTHER COURSES
  FRM 008   05857   LSP  02/27/07 P 004.00    11.75 FIREARMS CERTIFICATION ON  FIREARMS
TRAINING                 ALL OTHER COURSES
  ADM 013   01431   LSP  02/27/07 P 001.00     7.75 DEPART RULES-POLICIES-REG roll call
                        ALL OTHER COURSES
  ADM 013   01435   LSP  02/22/07 P 000.50     6.75 DEPART RULES-POLICIES-REG Roll Call:
Razor Wire Ext. Kit    ALL OTHER COURSES
  ADM 013   01430   LSP  02/18/07 P 001.00     6.25 DEPART RULES-POLICIES-REG roll call:
razor wire ext. kt     ALL OTHER COURSES
  ADM 013   01429   LSP  02/13/07 P 000.50     5.25 DEPART RULES-POLICIES-REG Inmate
Personal Property Issuance ALL OTHER COURSES
  ADM 203   00563   LSP  02/07/07 P 000.25     4.75 LEAVE POLICY              ROLL CALL
                        ALL OTHER COURSES
  ADM 203   00551   LSP  02/04/07 P 000.75     4.50 LEAVE POLICY              ROLL CALL
                        ALL OTHER COURSES
  ADM 194   07071   LSP  01/30/07 P 001.00     3.75 INSTITUTIONAL POLICIES &  ROLL CALL
                        ALL OTHER COURSES
  SEC 153   00258   LSP  01/21/07 P 000.75     2.75 CELL BLOCK PROCEDURES & R Double
BunkingAdmin Seg Cell       ALL OTHER COURSES
  ADM 203   00519   LSP  01/21/07 P 000.75     2.00 LEAVE POLICY              Employee
Leave Usage              ALL OTHER COURSES
  ADM 203   00518   LSP  01/20/07 P 000.25     1.25 LEAVE POLICY              Employee
Leave Usuage             ALL OTHER COURSES
  SEC 155   00059   LSP  01/16/07 P 000.50     1.00 HOBBY SHOP TRAINING       Hobbyshop
Operations               ALL OTHER COURSES
  SEC 155   00060   LSP  01/11/07 P 000.50     0.50 HOBBY SHOP TRAINING       Hobbyshop
Operations               ALL OTHER COURSES
  ADM 194   06768   LSP  11/30/06 P 003.50   103.75 INSTITUTIONAL POLICIES &
COLLECTIONS/PRESERVATION OF EVIDE ALL OTHER COURSES
  ADM 194   06767   LSP  11/23/06 P 002.50   100.25 INSTITUTIONAL POLICIES &  USE OF
NARCOTIC/PATROL DOG        ALL OTHER COURSES
  ADM 194   06771   LSP  11/18/06 P 000.50    97.75 INSTITUTIONAL POLICIES &  ROLL
CALL/USE OF FORCE          ALL OTHER COURSES
  ADM 116   06247   LSP  11/16/06 P 000.50    97.25 STAFF MEETING             STAFF
MEETING: KITCHEN;SHAKEDOWN; ALL OTHER COURSES
  ADM 194   08059   LSP  11/14/06 P 000.50    96.75 INSTITUTIONAL POLICIES &
                        ALL OTHER COURSES
```

Page 19

FOBBS000000020

```
                              DANIELDAVISTRAN.TXT
 ADM 194  06766  LSP  11/05/06 P 001.75   96.25 INSTITUTIONAL POLICIES &  RESTRICTED
AREAS/CURFEWS              ALL OTHER COURSES
 SEC 105  02553  LSP  10/29/06 P 000.50   94.50 SECURITY PROCEDURES       RESTRICTED
AREAS/CURFEWS              ALL OTHER COURSES
 SEC 062  03154  LSP  10/24/06 P 000.50   94.00 KEY CONTROL              HANDCUFF
KEY DIST. CONTROL         ALL OTHER COURSES
 SEC 155  00123  LSP  10/15/06 P 000.75   93.50 HOBBY SHOP TRAINING      HOBBYCRAFT
ACTIVITIES                ALL OTHER COURSES
 SEC 155  00122  LSP  10/10/06 P 000.50   92.75 HOBBY SHOP TRAINING      HOBBYCRAFT
ACTIVITIES                ALL OTHER COURSES
 SEC 139  00058  LSP  10/05/06 P 000.25   92.25 PATROLS AND INSPECTIONS  SECURITY
PATROL/INSPECTION         ALL OTHER COURSES
 SEC 007  01968  LSP  10/03/06 P 002.00   92.00 CHASE TEAM & SCENARIOS   USE OF
FORCE FOR NON-DOC/OPP INMA ALL OTHER COURSES
 SEC 139  00054  LSP  10/01/06 P 001.25   90.00 PATROLS AND INSPECTIONS
PATROLS/INSPECTIONS             ALL OTHER COURSES
 SEC 105  02546  LSP  09/26/06 P 000.50   88.75 SECURITY PROCEDURES      REGULATION
ON AIR TRAFFIC            ALL OTHER COURSES
 SEC 008  00851  LSP  09/25/06 P 001.00   88.25 CHEMICAL WEAPONS USE OF  OC SABRE
RED                       DOC MANDATORY
 SEC 147  00972  LSP  09/21/06 P 000.50   87.25 COUNT PROCEDURES         INMATE
COUNTS/MOVEMENTS          ALL OTHER COURSES
 SEC 105  02545  LSP  09/17/06 P 001.00   86.75 SECURITY PROCEDURES
COUNTS/MOVEMENT           ALL OTHER COURSES
 EOP 002  00001  HDQ  09/15/06 P 009.00   85.75 IS 100 ICS INTRO OR EQUAL 115978
SEC 171 00121    WAS ORIGINAL **USE KTMODCLS--ASAP**
 EOP 001  00001  HDQ  09/15/06 P 009.00   76.75 IS 700 NIMS INTRODUCTION 115978
SEC 170 00128    WAS ORIGINAL **USE KTMODCLS--ASAP**
 SEC 105  02524  LSP  09/11/06 P 002.50   67.75 SECURITY PROCEDURES      CELL
DOOR/PIN BOX OPERATION         ALL OTHER COURSES
 IMT 019  00208  LSP  09/07/06 P 002.00   65.25 MOTIVATION OF EMPLOYEES  MANDATORY
SUPERVISOR TRAINING       ALL OTHER COURSES
 SEC 105  02512  LSP  08/30/06 P 001.00   63.25 SECURITY PROCEDURES      SECURITY
EXIT CHECKS               ALL OTHER COURSES
 SEC 105  02141  LSP  08/29/06 P 000.25   62.25 SECURITY PROCEDURES      09.034
                          ALL OTHER COURSES
 SEC 007  01946  LSP  08/24/06 P 008.00   62.00 CHASE TEAM & SCENARIOS   BOATER
SAFETY: WILDLIFE & FISHERI ALL OTHER COURSES
 ADM 194  05847  LSP  08/24/06 P 001.25   54.00 INSTITUTIONAL POLICIES &  ROLLCALL:
COMMUNIATIONS EQUIPMENT ALL OTHER COURSES
 ADM 194  05845  LSP  08/15/06 P 001.00   52.75 INSTITUTIONAL POLICIES &  ROLLCALL:
CONTROL OF TOOLS & EQUI ALL OTHER COURSES
 ADM 194  05844  LSP  08/14/06 P 000.25   51.75 INSTITUTIONAL POLICIES &  ROLLCALL:
HOBBYSHOP OPERATIONS      ALL OTHER COURSES
 ADM 194  05817  LSP  08/10/06 P 000.25   51.50 INSTITUTIONAL POLICIES &  ROLLCALL:
HOBBYSHOP OPERATIONS      ALL OTHER COURSES
 ADM 194  05819  LSP  08/08/06 P 000.25   51.25 INSTITUTIONAL POLICIES &  ROLLCALL:
CONTROL OF TOOLS & EQUI ALL OTHER COURSES
 ADM 194  05768  LSP  08/06/06 P 000.75   51.00 INSTITUTIONAL POLICIES &  ROLLCALL:
CONTRABAND SEIZED         ALL OTHER COURSES
 ADM 116  05824  LSP  07/31/06 P 000.50   50.25 STAFF MEETING            CELL
UTILIZATION;JUMPSUITS;KITCHE ALL OTHER COURSES
 ADM 194  05724  LSP  07/25/06 P 001.25   49.75 INSTITUTIONAL POLICIES &  ROLLCALL:
KEY CONTROL & MANAGEMEN ALL OTHER COURSES
 ADM 194  05714  LSP  07/13/06 P 001.00   48.50 INSTITUTIONAL POLICIES &  Roll
Call;10.018 Security Record  ALL OTHER COURSES
 ADM 194  05745  LSP  07/03/06 P 000.25   47.50 INSTITUTIONAL POLICIES &  ROLLCALL:
CONTRABAND SEIZED DURIN ALL OTHER COURSES
 ADM 194  05675  LSP  06/30/06 P 001.00   47.25 INSTITUTIONAL POLICIES &  ROLLCALL:
TRANSPORTATION OF INMAT ALL OTHER COURSES
 ADM 194  05674  LSP  06/23/06 P 000.50   46.25 INSTITUTIONAL POLICIES &  ROLLCALL:
INMATE COUNTS & MOVEMEN ALL OTHER COURSES
 ADM 194  05672  LSP  06/16/06 P 001.00   45.75 INSTITUTIONAL POLICIES &  ROLLCALL:
```

FOBBS000000021

```
                                 DANIELDAVISTRAN.TXT
CONTRABAND POLICY        ALL OTHER COURSES
 ADM 154  00214  LSP  06/14/06 P 002.00    44.75 DRUG TESTING              LSP DRUG
TEST RECERTIFICATION TRA ALL OTHER COURSES
 ADM 116  05771  LSP  06/08/06 P 000.50    42.75 STAFF MEETING
SUPERVISOR'S MEETING: DB RPTS; JU ALL OTHER COURSES
 ADM 194  05671  LSP  06/05/06 P 000.75    42.25 INSTITUTIONAL POLICIES &  ROLLCALL:
DRESS CODE FOR CSO       ALL OTHER COURSES
 ADM 194  05488  LSP  06/01/06 P 001.25    41.50 INSTITUTIONAL POLICIES &  ROLLCALL:
DRESS CODE FOR CSOs      ALL OTHER COURSES
 STY 016  04313  LSP  05/31/06 P 001.00    40.25 SAFETY PROCEDURES
CORRESPONDENCE BOOK               ACA MANDATORY
 SEC 103  00380  LSP  05/31/06 P 001.00    39.25 OFFENDER RIGHTS & RESPONS
CORRESPONDENCE BOOK               ACA MANDATORY
 MIS 111  01080  LSP  05/31/06 P 000.50    38.25 COMPETENCY TEST-ASSESSMEN
CORRESPONDENCE BOOK            ALL OTHER COURSES
 MIS 055  01929  LSP  05/31/06 P 001.00    37.75 CULTURAL DIVERSITY & AWAR
CORRESPONDENCE BOOK               ACA MANDATORY
 MIS 013  01088  LSP  05/31/06 P 001.00    36.75 COMMUNICATION SKILLS
CORRESPONDENCE BOOK               DOC MANDATORY
 IMT 014  01062  LSP  05/31/06 P 001.00    35.75 SEXUAL HARASSMENT
CORRESPONDENCE BOOK               DOC MANDATORY
 HLS 069  00326  LSP  05/31/06 P 001.00    34.75 BLOODBORNE PATHOGENS INFE
CORRESPONDENCE BOOK               DOC MANDATORY
 HLS 050  00355  LSP  05/31/06 P 001.00    33.75 SPECIAL NEEDS OFFENDERS
CORRESPONDENCE BOOK            ALL OTHER COURSES
 ADM 158  00273  LSP  05/31/06 P 001.00    32.75 OFFENDER SOCIAL CULLTURE
CORRESPONDENCE BOOK               ACA MANDATORY
 ADM 146  01020  LSP  05/31/06 P 001.00    31.75 DRESS CODE
CORRESPONDENCE BOOK            ALL OTHER COURSES
 ADM 144  00214  LSP  05/31/06 P 000.50    30.75 DEPARTMENT MASTER PLAN OV
CORRESPONDENCE BOOK            ALL OTHER COURSES
 ADM 143  00620  LSP  05/31/06 P 001.00    30.25 INTERPERSONAL RELATIONS I
CORRESPONDENCE BOOK               DOC MANDATORY
 ADM 127  02475  LSP  05/31/06 P 001.00    29.25 VIOLENCE FREE WORKPLACE
CORRESPONDENCE BOOK               DOC MANDATORY
 ADM 108  02283  LSP  05/31/06 P 001.00    28.25 DRUG FREE WORK PLACE
CORRESPONDENCE BOOK               DOC MANDATORY
 ADM 093  00274  LSP  05/31/06 P 000.50    27.25 AMERICANS WITH DISABILITI
CORRESPONDENCE BOOK               DOC MANDATORY
 ADM 016  01694  LSP  05/31/06 P 001.00    26.75 EMPLOYEE RULES AND DISCIP
CORRESPONDENCE BOOK            ALL OTHER COURSES
 ACA 017  00227  LSP  05/31/06 P 001.00    25.75 DEESCALATION TECHNIQUES
CORRESPONDENCE BOOK               ACA MANDATORY
 ACA 015  00932  LSP  05/31/06 P 000.50    24.75 ACA ORIENTATION
CORRESPONDENCE BOOK            ALL OTHER COURSES
 ADM 194  05489  LSP  05/28/06 P 000.25    24.25 INSTITUTIONAL POLICIES &  ROLLCALL:
PSYCHIATRIC MED COMPLIA ALL OTHER COURSES
 ADM 194  05487  LSP  05/27/06 P 001.25    24.00 INSTITUTIONAL POLICIES &  ROLLCALL:
USE OF RESTRAINTS        ALL OTHER COURSES
 ADM 194  05486  LSP  05/18/06 P 001.25    22.75 INSTITUTIONAL POLICIES &  ROLLCALL:
USE OF FORCE             ALL OTHER COURSES
 ADM 194  05485  LSP  05/09/06 P 001.25    21.50 INSTITUTIONAL POLICIES &  ROLLCALL:
SEARCHES OF INMATES      ALL OTHER COURSES
 ADM 194  05228  LSP  04/25/06 P 000.25    20.25 INSTITUTIONAL POLICIES &  ROLLCALL:
USE OF FORCE POLICY EXP ALL OTHER COURSES
 ADM 194  04844  LSP  03/30/06 P 000.25    20.00 INSTITUTIONAL POLICIES &  ROLLCALL:
01.001                   ALL OTHER COURSES
 ADM 116  05281  LSP  03/14/06 P 001.00    19.75 STAFF MEETING             CAMP D
SUPERVISOR'S MEETING        ALL OTHER COURSES
 FRM 008  05369  LSP  02/16/06 P 002.50    18.75 FIREARMS CERTIFICATION ON
                         ALL OTHER COURSES
 SEC 169  00065  LSP  02/07/06 P 000.25    16.25 SIGNS OF SUICIDE RISKS    INSERVICE
                         ACA MANDATORY
                                 Page 21
```

DANIELDAVISTRAN.TXT

```
SEC 168   00171   LSP   02/07/06 P 000.25   16.00 SUICIDE PRECAUTIONS       INSERVICE
                        ACA MANDATORY
SEC 104   01246   LSP   02/07/06 P 000.50   15.75 SUPERVISION OFFENDERS IN   INSERVICE
                        ACA MANDATORY
SEC 076   01367   LSP   02/07/06 P 000.50   15.25 HOSTAGE SITUATIONS PACES   INSERVICE
                        ALL OTHER COURSES
SEC 045   01172   LSP   02/07/06 P 000.50   14.75 OFFENDER RULES AND REGULA  INSERVICE
                        ACA MANDATORY
RPT 007   00879   LSP   02/07/06 P 000.50   14.25 REPORT WRITING            INSERVICE
                        ACA MANDATORY
MIS 111   00808   LSP   02/07/06 P 000.50   13.75 COMPETENCY TEST-ASSESSMEN  CLASSROOM
INSTRUCTION               ALL OTHER COURSES
MIS 009   00355   LSP   02/07/06 P 001.00   13.25 PREA SEXUAL ASSAULT-ABUSE  INSERVICE
                        ACA MANDATORY
HLS 063   00235   LSP   02/07/06 P 001.50   12.25 MEDICATION (PILL CALL) DI  INSERVICE
                        ALL OTHER COURSES
HLS 014   01455   LSP   02/07/06 P 001.00   10.75 MENTAL HEALTH             INSERVICE
                        ALL OTHER COURSES
ADM 197   00169   LSP   02/07/06 P 001.00    9.75 ETHICS (NOT FOR PREA TRAI  INSERVICE
                        ACA MANDATORY
SEC 105   01644   LSP   02/02/06 P 000.50    8.75 SECURITY PROCEDURES        INSERVICE
                        ACA MANDATORY
SEC 075   01953   LSP   02/02/06 P 002.00    8.25 USE OF FORCE REGULATIIONS  INSERVICE
                        ACA MANDATORY
SEC 062   02444   LSP   02/02/06 P 000.50    6.25 KEY CONTROL               INSERVICE
                        ACA MANDATORY
SEC 017   01999   LSP   02/02/06 P 001.00    5.75 RESTRAINTS  USE OF         INSERVICE
                        ACA MANDATORY
HLS 025   02801   LSP   02/02/06 P 004.00    4.75 FIRST AID CPR             INSERVICE
                        ACA MANDATORY
ADM 116   05084   LSP   01/31/06 P 000.50    0.75 STAFF MEETING             CAMP D
SUPERVISORS MEETING          ALL OTHER COURSES
ADM 116   05083   LSP   01/11/06 P 000.25    0.25 STAFF MEETING             D/C-TEAM
SUPERVISORS MEETING          ALL OTHER COURSES
ADM 194   04463   LSP   12/28/05 P 000.25   53.00 INSTITUTIONAL POLICIES &   ROLLCALL:
NON-DISCIPLINARY REMOVA ALL OTHER COURSES
ADM 194   04149   LSP   12/20/05 P 000.25   52.75 INSTITUTIONAL POLICIES &   ROLLCALL:
USE OF SICK LEAVE/NEW F ALL OTHER COURSES
ADM 116   05082   LSP   12/20/05 P 000.25   52.50 STAFF MEETING             CAMP
D/C-TEAM SUPERVISORS MEETING ALL OTHER COURSES
ADM 116   04866   LSP   12/13/05 P 000.50   52.25 STAFF MEETING             CAMP D
SUPERVISORS MEETINS          ALL OTHER COURSES
ADM 194   04014   LSP   12/03/05 P 000.25   51.75 INSTITUTIONAL POLICIES &   ROLLCALL:
LIVING & WORK AREA TEMP ALL OTHER COURSES
ADM 116   04662   LSP   10/12/05 P 001.00   51.50 STAFF MEETING             CAMP D
SUPERVISORS' MEETING         ALL OTHER COURSES
ADM 194   03159   LSP   08/08/05 P 001.00   50.50 INSTITUTIONAL POLICIES &   ROLL CALL
TRAINING                ALL OTHER COURSES
ADM 194   02606   LSP   05/26/05 P 000.50   49.50 INSTITUTIONAL POLICIES &   ROLLCALL:
SMOKING & PROMOTIONAL P ALL OTHER COURSES
ADM 194   02452   LSP   05/12/05 P 000.25   49.00 INSTITUTIONAL POLICIES &   ROLLCALL:
SAFETY & EMERGENCY PROC ALL OTHER COURSES
ADM 154   00182   LSP   05/04/05 P 002.00   48.75 DRUG TESTING              DRUG
TESTING RECERTIFICATION      ALL OTHER COURSES
STY 016   03485   LSP   04/30/05 P 000.50   46.75 SAFETY PROCEDURES          BOOK 2
                        DOC MANDATORY
SEC 168   00024   LSP   04/30/05 P 000.50   46.25 SUICIDE PRECAUTIONS        BOOK 2
                        DOC MANDATORY
SEC 103   00195   LSP   04/30/05 P 001.00   45.75 OFFENDER RIGHTS & RESPONS  BOOK 2
                        DOC MANDATORY
SEC 074   00542   LSP   04/30/05 P 001.00   44.75 OFFENDER ADMINISTRATIVE R  BOOK 2
                        DOC MANDATORY
RPT 007   00576   LSP   04/30/05 P 000.50   43.75 REPORT WRITING            BOOK 2
```

Page 22

FOBBS000000023

DANIELDAVISTRAN.TXT

| | | | DOC MANDATORY | | | |
|---|---|---|---|---|---|---|
| MIS 111 | 00107 | LSP | 04/30/05 P 000.50 | 43.25 | COMPETENCY TEST-ASSESSMEN | BOOK 2 |
| | | | DOC MANDATORY | | | |
| MIS 111 | 00106 | LSP | 04/30/05 P 000.50 | 42.75 | COMPETENCY TEST-ASSESSMEN | BOOK 1 |
| | | | DOC MANDATORY | | | |
| MIS 055 | 01622 | LSP | 04/30/05 P 000.50 | 42.25 | CULTURAL DIVERSITY & AWAR | BOOK 2 |
| | | | DOC MANDATORY | | | |
| MIS 013 | 00776 | LSP | 04/30/05 P 001.00 | 41.75 | COMMUNICATION SKILLS | BOOK 2 |
| | | | DOC MANDATORY | | | |
| HLS 069 | 00020 | LSP | 04/30/05 P 001.00 | 40.75 | BLOODBORNE PATHOGENS INFE | BOOK 2 |
| | | | DOC MANDATORY | | | |
| HLS 050 | 00273 | LSP | 04/30/05 P 001.00 | 39.75 | SPECIAL NEEDS OFFENDERS | BOOK 1 |
| | | | DOC MANDATORY | | | |
| ADM 158 | 00039 | LSP | 04/30/05 P 001.00 | 38.75 | OFFENDER SOCIAL CULLTURE | BOOK 1 |
| | | | DOC MANDATORY | | | |
| ADM 146 | 00779 | LSP | 04/30/05 P 001.00 | 37.75 | DRESS CODE | BOOK 1 |
| | | | DOC MANDATORY | | | |
| ADM 144 | 00120 | LSP | 04/30/05 P 001.00 | 36.75 | DEPARTMENT MASTER PLAN OV | BOOK 1 |
| | | | DOC MANDATORY | | | |
| ADM 143 | 00395 | LSP | 04/30/05 P 001.00 | 35.75 | INTERPERSONAL RELATIONS I | BOOK 1 |
| | | | DOC MANDATORY | | | |
| ADM 127 | 01867 | LSP | 04/30/05 P 001.00 | 34.75 | VIOLENCE FREE WORKPLACE | BOOK 1 |
| | | | DOC MANDATORY | | | |
| ADM 108 | 01664 | LSP | 04/30/05 P 001.00 | 33.75 | DRUG FREE WORK PLACE | BOOK 1 |
| | | | DOC MANDATORY | | | |
| ADM 093 | 00150 | LSP | 04/30/05 P 000.50 | 32.75 | AMERICANS WITH DISABILITI | BOOK 2 |
| | | | DOC MANDATORY | | | |
| ADM 016 | 01466 | LSP | 04/30/05 P 001.00 | 32.25 | EMPLOYEE RULES AND DISCIP | BOOK 2 |
| | | | DOC MANDATORY | | | |
| ACA 015 | 00853 | LSP | 04/30/05 P 000.50 | 31.25 | ACA ORIENTATION | BOOK 1 |
| | | | DOC MANDATORY | | | |
| ADM 194 | 02301 | LSP | 04/10/05 P 000.25 | 30.75 | INSTITUTIONAL POLICIES & | ROLL CALL |
| SMOKING POLICY | | | ALL OTHER COURSES | | | |
| ADM 194 | 01823 | LSP | 03/11/05 P 000.25 | 30.50 | INSTITUTIONAL POLICIES & | ROLLCALL: |
| CONTROL OF TOOLS & EQUI | | | ALL OTHER COURSES | | | |
| SEC 105 | 01053 | LSP | 03/10/05 P 000.50 | 30.25 | SECURITY PROCEDURES | INSERVICE |
| | | | ACA MANDATORY | | | |
| SEC 104 | 00985 | LSP | 03/10/05 P 000.50 | 29.75 | SUPERVISION OFFENDERS IN | INSERVICE |
| | | | ACA MANDATORY | | | |
| SEC 076 | 01213 | LSP | 03/10/05 P 000.50 | 29.25 | HOSTAGE SITUATIONS PACES | INSERVICE |
| | | | DOC MANDATORY | | | |
| SEC 062 | 02068 | LSP | 03/10/05 P 001.00 | 28.75 | KEY CONTROL | INSERVICE |
| | | | ACA MANDATORY | | | |
| MIS 009 | 00060 | LSP | 03/10/05 P 001.00 | 27.75 | PREA SEXUAL ASSAULT-ABUSE | INSERVICE |
| | | | DOC MANDATORY | | | |
| IMT 014 | 00428 | LSP | 03/10/05 P 001.00 | 26.75 | SEXUAL HARASSMENT | INSERVICE |
| | | | DOC MANDATORY | | | |
| HLS 014 | 01128 | LSP | 03/10/05 P 001.00 | 25.75 | MENTAL HEALTH | INSERVICE |
| | | | DOC MANDATORY | | | |
| DLC 001 | 01646 | LSP | 03/10/05 P 002.00 | 24.75 | DEFENSIVE DRIVING COURSE | INSERVICE |
| | | | DOC MANDATORY | | | |
| ADM 194 | 01750 | LSP | 03/02/05 P 000.25 | 22.75 | INSTITUTIONAL POLICIES & | |
| | | | ALL OTHER COURSES | | | |
| ADM 194 | 01708 | LSP | 02/25/05 P 000.25 | 22.50 | INSTITUTIONAL POLICIES & | |
| ROLLCALL:EMERG RESPONSE PLAN FOR | | | ALL OTHER COURSES | | | |
| ADM 194 | 01670 | LSP | 02/21/05 P 000.25 | 22.25 | INSTITUTIONAL POLICIES & | ROLLCALL: |
| SMOKING POLICY | | | ALL OTHER COURSES | | | |
| FRM 008 | 04781 | LSP | 02/10/05 P 004.00 | 22.00 | FIREARMS CERTIFICATION ON | |
| | | | DOC MANDATORY | | | |
| SEC 075 | 01351 | LSP | 02/01/05 P 002.50 | 18.00 | USE OF FORCE REGULATIIONS | INSERVICE |
| | | | DOC MANDATORY | | | |
| SEC 017 | 01678 | LSP | 02/01/05 P 001.50 | 15.50 | RESTRAINTS  USE OF | INSERVICE |
| | | | DOC MANDATORY | | | |

FOBBS000000024

```
                              DANIELDAVISTRAN.TXT
  HLS 025   02383   LSP   02/01/05 P 004.00    14.00 FIRST AID CPR              INSERVICE
                          DOC MANDATORY
  ADM 194   01539   LSP   01/29/05 P 000.25    10.00 INSTITUTIONAL POLICIES &   ROLLCALL:
INMATE FUNDS                  ALL OTHER COURSES
  ADM 194   01541   LSP   01/28/05 P 000.25     9.75 INSTITUTIONAL POLICIES &
ROLLCALL:G-26:ITEMS I/M @ LSP MAY ALL OTHER COURSES
  ADM 194   01553   LSP   01/25/05 P 000.25     9.50 INSTITUTIONAL POLICIES &   ROLLCALL:
FMLA                          ALL OTHER COURSES
  HLS 014   01102   LSP   01/20/05 P 008.00     9.25 MENTAL HEALTH              CSO -
MENTAL HEALTH CORRESPONDENC ALL OTHER COURSES
  ADM 194   01315   LSP   01/11/05 P 000.25     1.25 INSTITUTIONAL POLICIES &   ROLLCALL:
SEARCHES OF INMATES       ALL OTHER COURSES
  ADM 116   03592   LSP   01/11/05 P 001.00     1.00 STAFF MEETING              CAMP F &
RC SUPERVISORS MEETING    ALL OTHER COURSES
  SEC 008   00515   LSP   12/23/04 P 002.00   102.00 CHEMICAL WEAPONS USE OF    NOVA
CERTIFICATION                 ALL OTHER COURSES
  SEC 019   35388   LSP   11/24/04 P 000.25   100.00 PROCESS AND PROCEDURE FOR KEY
CONTROL AND MANAGEMENT         **USE KTMODCLS--ASAP**
  SEC 019   34959   LSP   10/14/04 P 000.25    99.75 PROCESS AND PROCEDURE FOR ROLLCALL:
CONTRABAND                     **USE KTMODCLS--ASAP**
  SEC 019   34952   LSP   10/05/04 P 000.25    99.50 PROCESS AND PROCEDURE FOR ROLLCALL:
KEY CONTROL & MANAGEMEN **USE KTMODCLS--ASAP**
  SEC 019   34896   LSP   09/02/04 P 000.25    99.25 PROCESS AND PROCEDURE FOR ROLL CALL:
KEY CONTROL & MANAGEME **USE KTMODCLS--ASAP**
  CIV 022   00040   BTR   08/17/04 P 006.00    99.00 CIV ESSENS FOR SUPVS       MANDATORY
PHASE 1                        **USE KTMODCLS--ASAP**
  SEC 019   34323   LSP   08/01/04 P 000.25    93.00 PROCESS AND PROCEDURE FOR ROLL CALL;
INMATE DRUG/ALCOHOL TE **USE KTMODCLS--ASAP**
  SEC 019   34250   LSP   07/12/04 P 000.25    92.75 PROCESS AND PROCEDURE FOR ROLL CALL;
HOBBYCRAFT PURCHASE/IN **USE KTMODCLS--ASAP**
  SEC 141   00121   LSP   06/30/04 P 000.50    92.50 APPROPRIATE CONDUCT WITH   BOOK 1
                               **USE KTMODCLS--ASAP**
  SEC 129   00215   LSP   06/30/04 P 001.00    92.00 TIME CLOCKS                BOOK 1
                               **USE KTMODCLS--ASAP**
  SEC 090   00351   LSP   06/30/04 P 001.00    91.00 LEGAL RESPONSIBILITIES IN BOOK 2
                               **USE KTMODCLS--ASAP**
  SEC 086   00525   LSP   06/30/04 P 000.50    90.00 TRANSPORT INMATES EXTRADI BOOK 1
                               **USE KTMODCLS--ASAP**
  MIS 089   00778   LSP   06/30/04 P 001.00    89.50 SOCIAL CULTURAL LIFESTYLE BOOK 1
                               **USE KTMODCLS--ASAP**
  HLS 050   00234   LSP   06/30/04 P 001.00    88.50 SPECIAL NEEDS OFFENDERS    BOOK 1
                               **USE KTMODCLS--ASAP**
  HLS 020   02329   LSP   06/30/04 P 000.50    87.50 TAC SUICIDE RECOGNITION & BOOK 2
                               **USE KTMODCLS--ASAP**
  ADM 166   00131   LSP   06/30/04 P 001.00    87.00 SECRETARYS MANAGEMENT MT   RC/DEATH
ROW; VISITATION; PP&R       **USE KTMODCLS--ASAP**
  ADM 146   00606   LSP   06/30/04 P 001.00    86.00 DRESS CODE                 BOOK 1
                               **USE KTMODCLS--ASAP**
  ADM 144   00090   LSP   06/30/04 P 001.00    85.00 DEPARTMENT MASTER PLAN OV BOOK 1
                               **USE KTMODCLS--ASAP**
  ADM 048   02181   LSP   06/30/04 P 000.50    84.00 REPORT WRITING             BOOK 2
                               **USE KTMODCLS--ASAP**
  ADM 020   01005   LSP   06/30/04 P 000.50    83.50 INTERPERSONAL COMMUNICATI BOOK 2
                               **USE KTMODCLS--ASAP**
  ADM 016   01331   LSP   06/30/04 P 001.00    83.00 EMPLOYEE RULES AND DISCIP BOOK 2
                               **USE KTMODCLS--ASAP**
  ACA 018   00155   LSP   06/30/04 P 000.50    82.00 ACCREDITATION IN CORRECTI BOOK 1
                               **USE KTMODCLS--ASAP**
  STY 034   00172   LSP   06/29/04 P 001.00    81.50 COMMUNICABLE DISEASE AWAR BOOK 2
                               **USE KTMODCLS--ASAP**
  STY 003   01565   LSP   06/29/04 P 001.00    80.50 EMERGENCY PREPAREDNESS     BOOK 2
                               **USE KTMODCLS--ASAP**
  SEC 111   00384   LSP   06/29/04 P 000.50    79.50 TOOL & KEY ORIENTATION ON BOOK 1
```

FOBBS000000025

```
                            DANIELDAVISTRAN.TXT
                        **USE KTMODCLS--ASAP**
  MIS 055   01412   LSP  06/29/04 P 000.50    79.00 CULTURAL DIVERSITY & AWAR INSERVICE
                        **USE KTMODCLS--ASAP**
  ADM 169   00643   LSP  06/29/04 P 001.00    78.50 INMATE RULES & REGULATION 115978
ADM 142 00222   WAS ORIGINAL **USE KTMODCLS--ASAP**
  ADM 127   01395   LSP  06/29/04 P 000.50    77.50 VIOLENCE FREE WORKPLACE   BOOK 1
                        **USE KTMODCLS--ASAP**
  ADM 102   00773   LSP  06/29/04 P 000.50    77.00 DRUG FREE WORKPLACE ORIEN INSERVICE
                        **USE KTMODCLS--ASAP**
  CPT 095   00006   LSP  06/17/04 P 006.00    76.50 MGT 039 CSSC ACTION PLAN
                        **USE KTMODCLS--ASAP**
  CIV 007   00043   DCI  06/08/04 P 008.00    70.50 DEVELOPING A MOTIVATE WOR CPTP
MOTIVATING                  **USE KTMODCLS--ASAP**
  ADM 154   00145   LSP  05/26/04 P 002.00    62.50 DRUG TESTING             TOXCUP -
DRUG TEST - BRENAN MEDIC **USE KTMODCLS--ASAP**
  CPT 093   00006   LSP  04/27/04 P 006.00    60.50 MGT 035 CSSC BUIILDING EF DAY 2
                        **USE KTMODCLS--ASAP**
  CPT 093   00005   LSP  04/22/04 P 006.00    54.50 MGT 035 CSSC BUIILDING EF DAY 1
                        **USE KTMODCLS--ASAP**
  SEC 105   00767   LSP  03/30/04 P 001.00    48.50 SECURITY PROCEDURES       INSERVICE
                        **USE KTMODCLS--ASAP**
  SEC 076   01071   LSP  03/30/04 P 000.50    47.50 HOSTAGE SITUATIONS PACES  INSERVICE
                        **USE KTMODCLS--ASAP**
  HLS 045   01057   LSP  03/30/04 P 001.00    47.00 MISC MENTAL HEALTH        INSERVICE
                        **USE KTMODCLS--ASAP**
  DLC 001   01253   LSP  03/30/04 P 002.00    46.00 DEFENSIVE DRIVING COURSE  INSERVICE
                        **USE KTMODCLS--ASAP**
  ADM 222   00016   LSP  03/30/04 P 000.50    44.00 CORRECTIOINS LEADERSHIP A INSERVICE
                        **USE KTMODCLS--ASAP**
  ADM 146   00562   LSP  03/30/04 P 001.50    43.50 DRESS CODE               INSERVICE
                        **USE KTMODCLS--ASAP**
  ADM 034   02262   LSP  03/30/04 P 000.50    42.00 SEXUAL HARASSMENT ORIENTA INSERVICE
                        **USE KTMODCLS--ASAP**
  ACA 015   00706   LSP  03/30/04 P 000.50    41.50 ACA ORIENTATION          INSERVICE
                        **USE KTMODCLS--ASAP**
  SEC 019   33308   LSP  03/27/04 P 000.25    41.00 PROCESS AND PROCEDURE FOR POSTED
POLICY G-8: DINING HALL    **USE KTMODCLS--ASAP**
  ADM 164   01346   LSP  03/24/04 P 001.00    40.75 STAFF MEETINGS           MEPT. MTG;
UNSCHEDULED LEAVE; OT   **USE KTMODCLS--ASAP**
  CPT 092   00006   LSP  03/16/04 P 006.00    39.75 MGT034 CSSC EFF WORK RELA DAY 2
                        **USE KTMODCLS--ASAP**
  CPT 092   00005   LSP  03/11/04 P 006.00    33.75 MGT034 CSSC EFF WORK RELA DAY 1
                        **USE KTMODCLS--ASAP**
  ADM 164   01309   LSP  02/23/04 P 001.00    27.75 STAFF MEETINGS
ACA;ROCKS;NEW DEATH ROW;JOYCE MYE **USE KTMODCLS--ASAP**
  CIV 011   00018   LSP  02/17/04 P 006.00    26.75 EFFECTIVE PROBLEM SOLVING DAY 2
                        **USE KTMODCLS--ASAP**
  CIV 011   00017   LSP  02/12/04 P 006.00    20.75 EFFECTIVE PROBLEM SOLVING DAY 1
                        **USE KTMODCLS--ASAP**
  SEC 075   01129   LSP  02/03/04 P 004.00    14.75 USE OF FORCE REGULATIIONS INSERVICE
                        **USE KTMODCLS--ASAP**
  HLS 025   02113   LSP  02/03/04 P 004.00    10.75 FIRST AID CPR            INSERVICE
TRAINING               **USE KTMODCLS--ASAP**
  SEC 019   31732   LSP  02/01/04 P 000.25     6.75 PROCESS AND PROCEDURE FOR EMPLOYEE
LEAVE USAGE              **USE KTMODCLS--ASAP**
  CIV 004   00052   LSP  01/29/04 P 006.00     6.50 COMMON MYTHS THAT EFFECT
                        **USE KTMODCLS--ASAP**
  ADM 164   01223   LSP  01/20/04 P 000.50     0.50 STAFF MEETINGS
ARP'S;ABSENCES;REQUISITIONS;PAPER **USE KTMODCLS--ASAP**
  SEC 141   00095   LSP  12/31/03 P 000.50   100.75 APPROPRIATE CONDUCT WITH  BOOK 1
                        **USE KTMODCLS--ASAP**
  SEC 129   00212   LSP  12/31/03 P 001.00   100.25 TIME CLOCKS              BOOK 1
                        **USE KTMODCLS--ASAP**
                            Page 25
```

FOBBS000000026

DANIELDAVISTRAN.TXT

```
SEC 111  00350  LSP  12/31/03 P 000.50   99.25 TOOL & KEY ORIENTATION ON BOOK 1
                        **USE KTMODCLS--ASAP**
SEC 086  00489  LSP  12/31/03 P 000.50   98.75 TRANSPORT INMATES EXTRADI BOOK 1
                        **USE KTMODCLS--ASAP**
MIS 089  00751  LSP  12/31/03 P 001.00   98.25 SOCIAL CULTURAL LIFESTYLE BOOK 1
                        **USE KTMODCLS--ASAP**
HLS 050  00220  LSP  12/31/03 P 001.00   97.25 SPECIAL NEEDS OFFENDERS   BOOK 1
                        **USE KTMODCLS--ASAP**
ADM 146  00535  LSP  12/31/03 P 001.00   96.25 DRESS CODE                BOOK 1
                        **USE KTMODCLS--ASAP**
ADM 144  00072  LSP  12/31/03 P 001.00   95.25 DEPARTMENT MASTER PLAN OV BOOK 1
                        **USE KTMODCLS--ASAP**
ADM 127  01288  LSP  12/31/03 P 000.50   94.25 VIOLENCE FREE WORKPLACE   BOOK 1
                        **USE KTMODCLS--ASAP**
ADM 102  00735  LSP  12/31/03 P 000.50   93.75 DRUG FREE WORKPLACE ORIEN BOOK 1
                        **USE KTMODCLS--ASAP**
ACA 018  00147  LSP  12/31/03 P 000.50   93.25 ACCREDITATION IN CORRECTI BOOK 1
                        **USE KTMODCLS--ASAP**
SEC 019  30769  LSP  12/11/03 P 000.25   92.75 PROCESS AND PROCEDURE FOR EMPLOYEE
CONDUCT                    **USE KTMODCLS--ASAP**
SEC 105  00651  LSP  12/09/03 P 001.00   92.50 SECURITY PROCEDURES       INSEVICE
                        **USE KTMODCLS--ASAP**
SEC 076  01039  LSP  12/09/03 P 001.00   91.50 HOSTAGE SITUATIONS PACES  INSERVICE
                        **USE KTMODCLS--ASAP**
SEC 017  01439  LSP  12/09/03 P 001.50   90.50 RESTRAINTS   USE OF       INSERVICE
                        **USE KTMODCLS--ASAP**
HLS 045  00974  LSP  12/09/03 P 001.00   89.00 MISC MENTAL HEALTH        INSERVICE
                        **USE KTMODCLS--ASAP**
DLC 001  01187  LSP  12/09/03 P 002.00   88.00 DEFENSIVE DRIVING COURSE  INSERVICE
                        **USE KTMODCLS--ASAP**
ADM 034  02169  LSP  12/09/03 P 001.00   86.00 SEXUAL HARASSMENT ORIENTA INSERVICE
                        **USE KTMODCLS--ASAP**
SEC 075  01108  LSP  12/08/03 P 004.00   85.00 USE OF FORCE REGULATIIONS INSERVICE
                        **USE KTMODCLS--ASAP**
HLS 025  02081  LSP  12/08/03 P 004.00   81.00 FIRST AID CPR             inservice
                        **USE KTMODCLS--ASAP**
ADM 164  01135  LSP  11/26/03 P 001.00   77.00 STAFF MEETINGS
SEC.EQUIP;OVERTIME;LEAVE;PACKAGES **USE KTMODCLS--ASAP**
ADM 164  00995  LSP  09/09/03 P 001.00   76.00 STAFF MEETINGS
OVERTIME;ROUNDS;SHAKEDOWN INMATES **USE KTMODCLS--ASAP**
CIV 020  00018  LSP  08/21/03 P 008.00   75.00 COR SUPV HAND CONFLICT
                        **USE KTMODCLS--ASAP**
MIS 063  07107  LSP  08/06/03 P 000.50   67.00 TRAINING - OTHER MISC     CAPT.
GILDEN                     **USE KTMODCLS--ASAP**
CIV 019  00016  LSP  07/15/03 P 008.00   66.50 COR SUPV EMPL SKILL DEVEL
                        **USE KTMODCLS--ASAP**
CIV 019  00015  LSP  06/26/03 P 004.00   58.50 COR SUPV EMPL SKILL DEVEL
                        **USE KTMODCLS--ASAP**
CIV 018  00018  LSP  06/26/03 P 004.00   54.50 COR SUPV EFF PERFO FEEDBA
                        **USE KTMODCLS--ASAP**
SEC 007  01308  LSP  06/23/03 P 005.00   50.50 CHASE TEAM & SCENARIOS    CHASE TEAM
EXERCISE                   **USE KTMODCLS--ASAP**
CIV 018  00017  LSP  06/12/03 P 008.00   45.50 COR SUPV EFF PERFO FEEDBA
                        **USE KTMODCLS--ASAP**
STY 034  00127  LSP  05/30/03 P 001.00   37.50 COMMUNICABLE DISEASE AWAR book 2
                        **USE KTMODCLS--ASAP**
STY 003  01511  LSP  05/30/03 P 001.00   36.50 EMERGENCY PREPAREDNESS    book 2
                        **USE KTMODCLS--ASAP**
SEC 090  00279  LSP  05/30/03 P 001.00   35.50 LEGAL RESPONSIBILITIES IN book 2
                        **USE KTMODCLS--ASAP**
MIS 055  01198  LSP  05/30/03 P 001.00   34.50 CULTURAL DIVERSITY & AWAR book 2
                        **USE KTMODCLS--ASAP**
HLS 020  02197  LSP  05/30/03 P 001.00   33.50 TAC SUICIDE RECOGNITION & book 2
```

Page 26

FOBBS000000027

```
                              DANIELDAVISTRAN.TXT
                           **USE KTMODCLS--ASAP**
 ADM 164   00849   LSP   05/30/03 P 001.50    32.50 STAFF MEETINGS
ACA;CORE;PILL CHARTS;ETC            **USE KTMODCLS--ASAP**
 ADM 142   00225   LSP   05/30/03 P 001.00    31.00 INMATE RULES AND REGULATI BOOK 2
                           **USE KTMODCLS--ASAP**
 ADM 093   00063   LSP   05/30/03 P 001.00    30.00 AMERICANS WITH DISABILITI book 2
                           **USE KTMODCLS--ASAP**
 ADM 048   02190   LSP   05/30/03 P 001.00    29.00 REPORT WRITING            BOOK 2
                           **USE KTMODCLS--ASAP**
 ADM 020   00934   LSP   05/30/03 P 001.00    28.00 INTERPERSONAL COMMUNICATI book 2
                           **USE KTMODCLS--ASAP**
 ADM 016   01268   LSP   05/30/03 P 001.00    27.00 EMPLOYEE RULES AND DISCIP book 2
                           **USE KTMODCLS--ASAP**
 CIV 017   00010   LSP   05/29/03 P 008.00    26.00 BUILDING BLKS CORR SUPV
                           **USE KTMODCLS--ASAP**
 ADM 164   00822   LSP   04/30/03 P 001.50    18.00 STAFF MEETINGS            ACA;PARK
VISITS;OVERTIME;PILL CHA **USE KTMODCLS--ASAP**
 CIV 001   00022   LSP   04/22/03 P 006.00    16.50 CONDUCT PRODUCTIVE EMP PE SHARON
AUGUSTINE/KASEY BYLES        DOC MANDATORY
 SEC 018   00060   LSP   02/20/03 P 002.50    10.50 RIOTS  CAUSES PLANNING AN FIREARMS
                           **USE KTMODCLS--ASAP**
 FRM 008   03838   LSP   02/20/03 P 004.00     8.00 FIREARMS CERTIFICATION ON FIREARMS
                           **USE KTMODCLS--ASAP**
 FRM 008   04346   LSP   02/06/03 P 004.00     4.00 FIREARMS CERTIFICATION ON
CERTIFICATION                      **USE KTMODCLS--ASAP**
 SEC 105   00513   LSP   12/19/02 P 001.00    60.75 SECURITY PROCEDURES
                           **USE KTMODCLS--ASAP**
 SEC 076   00925   LSP   12/19/02 P 001.00    59.75 HOSTAGE SITUATIONS PACES
                           **USE KTMODCLS--ASAP**
 SEC 017   01201   LSP   12/19/02 P 001.50    58.75 RESTRAINTS  USE OF
                           **USE KTMODCLS--ASAP**
 HLS 045   00820   LSP   12/19/02 P 001.00    57.25 MISC MENTAL HEALTH
                           **USE KTMODCLS--ASAP**
 ADM 142   00216   LSP   12/19/02 P 001.00    56.25 INMATE RULES AND REGULATI
                           **USE KTMODCLS--ASAP**
 ADM 048   01721   LSP   12/19/02 P 001.00    55.25 REPORT WRITING
                           **USE KTMODCLS--ASAP**
 ADM 034   01775   LSP   12/19/02 P 000.50    54.25 SEXUAL HARASSMENT ORIENTA
                           **USE KTMODCLS--ASAP**
 ADM 164   00710   LSP   12/17/02 P 001.50    53.75 STAFF MEETINGS            LATE FOR
ROLL CALL; LEAVE USAGE;  **USE KTMODCLS--ASAP**
 SEC 019   25066   LSP   11/05/02 P 000.25    52.25 PROCESS AND PROCEDURE FOR CAMP J
MANAGEMENT PROGRAM           **USE KTMODCLS--ASAP**
 STY 034   00110   LSP   08/31/02 P 001.00    52.00 COMMUNICABLE DISEASE AWAR BOOK 2
                           **USE KTMODCLS--ASAP**
 STY 003   01453   LSP   08/31/02 P 001.00    51.00 EMERGENCY PREPAREDNESS    BOOK 2
                           **USE KTMODCLS--ASAP**
 SEC 141   00074   LSP   08/31/02 P 000.50    50.00 APPROPRIATE CONDUCT WITH  BOOK 1
                           **USE KTMODCLS--ASAP**
 SEC 129   00197   LSP   08/31/02 P 001.00    49.50 TIME CLOCKS               BOOK 1
                           **USE KTMODCLS--ASAP**
 SEC 111   00225   LSP   08/31/02 P 000.50    48.50 TOOL & KEY ORIENTATION ON BOOK 1
                           **USE KTMODCLS--ASAP**
 SEC 090   00242   LSP   08/31/02 P 001.00    48.00 LEGAL RESPONSIBILITIES IN BOOK 2
                           **USE KTMODCLS--ASAP**
 SEC 086   00316   LSP   08/31/02 P 000.50    47.00 TRANSPORT INMATES EXTRADI BOOK 1
                           **USE KTMODCLS--ASAP**
 MIS 089   00679   LSP   08/31/02 P 001.00    46.50 SOCIAL CULTURAL LIFESTYLE BOOK 1
                           **USE KTMODCLS--ASAP**
 MIS 055   01135   LSP   08/31/02 P 001.00    45.50 CULTURAL DIVERSITY & AWAR BOOK 2
                           **USE KTMODCLS--ASAP**
 HLS 050   00175   LSP   08/31/02 P 001.00    44.50 SPECIAL NEEDS OFFENDERS   BOOK 1
                           **USE KTMODCLS--ASAP**
                              Page 27
```

FOBBS000000028

```
                              DANIELDAVISTRAN.TXT
HLS 020   02109   LSP   08/31/02 P 001.00    43.50 TAC SUICIDE RECOGNITION & BOOK 2
                       **USE KTMODCLS--ASAP**
ADM 146   00439   LSP   08/31/02 P 001.00    42.50 DRESS CODE              BOOK 1
                       **USE KTMODCLS--ASAP**
ADM 144   00059   LSP   08/31/02 P 001.00    41.50 DEPARTMENT MASTER PLAN OV BOOK 1
                       **USE KTMODCLS--ASAP**
ADM 127   00953   LSP   08/31/02 P 000.50    40.50 VIOLENCE FREE WORKPLACE   BOOK 1
                       **USE KTMODCLS--ASAP**
ADM 102   00640   LSP   08/31/02 P 000.50    40.00 DRUG FREE WORKPLACE ORIEN BOOK 1
                       **USE KTMODCLS--ASAP**
ADM 093   00056   LSP   08/31/02 P 001.00    39.50 AMERICANS WITH DISABILITI BOOK 2
                       **USE KTMODCLS--ASAP**
ADM 020   00885   LSP   08/31/02 P 001.00    38.50 INTERPERSONAL COMMUNICATI BOOK 2
                       **USE KTMODCLS--ASAP**
ADM 016   01200   LSP   08/31/02 P 001.00    37.50 EMPLOYEE RULES AND DISCIP BOOK 2
                       **USE KTMODCLS--ASAP**
ACA 018   00122   LSP   08/31/02 P 000.50    36.50 ACCREDITATION IN CORRECTI BOOK 1
                       **USE KTMODCLS--ASAP**
STY 023   00315   LSP   08/27/02 P 002.00    36.00 FIRE EXTINGUISHERS
                       **USE KTMODCLS--ASAP**
STY 009   00099   LSP   08/27/02 P 002.00    34.00 TRAINING FOR SAFETY INSPE
                       **USE KTMODCLS--ASAP**
ORM 004   00043   LSP   08/27/02 P 004.00    32.00 FALL PROTECTION ORM ONLY
                       **USE KTMODCLS--ASAP**
ADM 060   01572   DCI   07/24/02 P 006.00    28.00 ADMINISTRATIVE TRAINING   PRISON
ENTERPRISES KICK-OFF 2002   **USE KTMODCLS--ASAP**
SEC 019   24390   LSP   07/16/02 P 001.00    22.00 PROCESS AND PROCEDURE FOR CAR
WASHES; PERSONNEL RECORDS; SE **USE KTMODCLS--ASAP**
SEC 075   00854   LSP   06/04/02 P 004.00    21.00 USE OF FORCE REGULATIIONS
                       **USE KTMODCLS--ASAP**
HLS 025   01746   LSP   06/04/02 P 004.00    17.00 FIRST AID CPR
                       **USE KTMODCLS--ASAP**
ADM 060   01556   PRE   03/25/02 P 003.00    13.00 ADMINISTRATIVE TRAINING
PURCHASING/ACCOUNTING MEETING      **USE KTMODCLS--ASAP**
FRM 008   03319   LSP   02/22/02 P 004.00    10.00 FIREARMS CERTIFICATION ON
                       **USE KTMODCLS--ASAP**
ADM 060   01530   BTR   01/17/02 P 006.00     6.00 ADMINISTRATIVE TRAINING   PE AWARDS
& TRAINING CONFERENCE      **USE KTMODCLS--ASAP**
STY 034   00081   LSP   10/29/01 P 001.00    49.75 COMMUNICABLE DISEASE AWAR BOOK 2
                       **USE KTMODCLS--ASAP**
STY 003   01348   LSP   10/29/01 P 001.00    48.75 EMERGENCY PREPAREDNESS     BOOK 2
                       **USE KTMODCLS--ASAP**
SEC 090   00184   LSP   10/29/01 P 001.00    47.75 LEGAL RESPONSIBILITIES IN BOOK 2
                       **USE KTMODCLS--ASAP**
MIS 055   00978   LSP   10/29/01 P 001.00    46.75 CULTURAL DIVERSITY & AWAR BOOK 2
                       **USE KTMODCLS--ASAP**
HLS 020   01907   LSP   10/29/01 P 001.00    45.75 TAC SUICIDE RECOGNITION & BOOK 2
                       **USE KTMODCLS--ASAP**
ADM 093   00039   LSP   10/29/01 P 001.00    44.75 AMERICANS WITH DISABILITI BOOK 2
                       **USE KTMODCLS--ASAP**
ADM 020   00778   LSP   10/29/01 P 001.00    43.75 INTERPERSONAL COMMUNICATI BOOK 2
                       **USE KTMODCLS--ASAP**
ADM 016   01064   LSP   10/29/01 P 001.00    42.75 EMPLOYEE RULES AND DISCIP BOOK 2
                       **USE KTMODCLS--ASAP**
SEC 141   00047   LSP   10/23/01 P 001.00    41.75 APPROPRIATE CONDUCT WITH
                       **USE KTMODCLS--ASAP**
SEC 129   00189   LSP   10/23/01 P 001.00    40.75 TIME CLOCKS
                       **USE KTMODCLS--ASAP**
SEC 111   00156   LSP   10/23/01 P 000.50    39.75 TOOL & KEY ORIENTATION ON
                       **USE KTMODCLS--ASAP**
SEC 086   00114   LSP   10/23/01 P 001.00    39.25 TRANSPORT INMATES EXTRADI
                       **USE KTMODCLS--ASAP**
MIS 089   00594   LSP   10/23/01 P 001.00    38.25 SOCIAL CULTURAL LIFESTYLE
```

FOBBS000000029

```
                          DANIELDAVISTRAN.TXT
                     **USE KTMODCLS--ASAP**
HLS 050   00141   LSP  10/23/01 P 001.00   37.25 SPECIAL NEEDS OFFENDERS
                     **USE KTMODCLS--ASAP**
ADM 146   00327   LSP  10/23/01 P 001.00   36.25 DRESS CODE
                     **USE KTMODCLS--ASAP**
ADM 144   00051   LSP  10/23/01 P 001.00   35.25 DEPARTMENT MASTER PLAN OV
                     **USE KTMODCLS--ASAP**
ACA 018   00106   LSP  10/23/01 P 000.50   34.25 ACCREDITATION IN CORRECTI
                     **USE KTMODCLS--ASAP**
SEC 105   00343   LSP  09/18/01 P 001.00   33.75 SECURITY PROCEDURES
                     **USE KTMODCLS--ASAP**
SEC 076   00755   LSP  09/18/01 P 001.00   32.75 HOSTAGE SITUATIONS PACES
                     **USE KTMODCLS--ASAP**
SEC 017   00784   LSP  09/18/01 P 001.50   31.75 RESTRAINTS  USE OF
                     **USE KTMODCLS--ASAP**
ADM 142   00109   LSP  09/18/01 P 001.00   30.25 INMATE RULES AND REGULATI
                     **USE KTMODCLS--ASAP**
ADM 127   00719   LSP  09/18/01 P 000.50   29.25 VIOLENCE FREE WORKPLACE
                     **USE KTMODCLS--ASAP**
ADM 102   00536   LSP  09/18/01 P 000.50   28.75 DRUG FREE WORKPLACE ORIEN
                     **USE KTMODCLS--ASAP**
ADM 048   01279   LSP  09/18/01 P 001.00   28.25 REPORT WRITING
                     **USE KTMODCLS--ASAP**
ADM 034   01281   LSP  09/18/01 P 000.50   27.25 SEXUAL HARASSMENT ORIENTA
                     **USE KTMODCLS--ASAP**
SEC 007   01056   LSP  07/13/01 P 004.00   26.75 CHASE TEAM & SCENARIOS     TRACKING
WITH BLOODHOUNDS          **USE KTMODCLS--ASAP**
ADM 060   01451   LSP  07/10/01 P 006.00   22.75 ADMINISTRATIVE TRAINING    PRISON
ENTERPRISES KICK OFF 2002   **USE KTMODCLS--ASAP**
SEC 019   16934   LSP  06/17/01 P 000.25   16.75 PROCESS AND PROCEDURE FOR INVENTORY
STORAGE OF INMATE PROPE **USE KTMODCLS--ASAP**
SEC 075   00679   LSP  03/20/01 P 004.00   16.50 USE OF FORCE REGULATIIONS IN-SERVICE
                     **USE KTMODCLS--ASAP**
HLS 025   01482   LSP  03/20/01 P 004.00   12.50 FIRST AID CPR            IN-SERVICE
                     **USE KTMODCLS--ASAP**
FRM 008   02785   LSP  02/14/01 P 004.00    8.50 FIREARMS CERTIFICATION ON
                     **USE KTMODCLS--ASAP**
ADM 060   01405   BTR  01/18/01 P 004.50    4.50 ADMINISTRATIVE TRAINING    P.E.
AWARDS/TRAINING CONFERENCE/M **USE KTMODCLS--ASAP**
SEC 076   00621   LSP  11/16/00 P 001.00   41.75 HOSTAGE SITUATIONS PACES   IN-SERVICE
                     **USE KTMODCLS--ASAP**
SEC 075   00643   LSP  11/16/00 P 004.00   40.75 USE OF FORCE REGULATIIONS IN-SERVICE
                     **USE KTMODCLS--ASAP**
HLS 025   01402   LSP  11/16/00 P 004.00   36.75 FIRST AID CPR            IN-SERVICE
                     **USE KTMODCLS--ASAP**
SEC 019   12921   LSP  09/27/00 P 001.50   32.75 PROCESS AND PROCEDURE FOR September
Roll Call Meetings        **USE KTMODCLS--ASAP**
STY 034   00055   LSP  08/31/00 P 000.50   31.25 COMMUNICABLE DISEASE AWAR BOOK 2
                     **USE KTMODCLS--ASAP**
SEC 077   00211   LSP  08/31/00 F 001.00   30.75 LEGAL ASPECTS-SAFETY REGS BOOK 2
                     **USE KTMODCLS--ASAP**
SEC 074   00301   LSP  08/31/00 P 001.00   29.75 OFFENDER ADMINISTRATIVE R BOOK 2
                     **USE KTMODCLS--ASAP**
SEC 072   00280   LSP  08/31/00 P 000.50   28.75 OFFENDER MANIPULATION     BOOK 2
                     **USE KTMODCLS--ASAP**
MIS 089   00480   LSP  08/31/00 P 000.50   28.25 SOCIAL CULTURAL LIFESTYLE BOOK 2
                     **USE KTMODCLS--ASAP**
MIS 055   00734   LSP  08/31/00 P 000.50   27.75 CULTURAL DIVERSITY & AWAR BOOK 2
                     **USE KTMODCLS--ASAP**
HLS 020   01518   LSP  08/31/00 P 001.00   27.25 TAC SUICIDE RECOGNITION & BOOK 2
                     **USE KTMODCLS--ASAP**
ADM 162   00025   LSP  08/31/00 P 000.50   26.25 CROSS GENDER SENSITIVITY  BOOK 2
                     **USE KTMODCLS--ASAP**
                          Page 29
```

FOBBS000000030

DANIELDAVISTRAN.TXT

| Code | Num | Site | Date | P | Hrs | Cum | Title | Book |
|---|---|---|---|---|---|---|---|---|
| ADM 048 | 00897 | LSP | 08/31/00 | P | 001.00 | 25.75 | REPORT WRITING **USE KTMODCLS--ASAP** | BOOK 2 |
| ADM 020 | 00631 | LSP | 08/31/00 | P | 000.50 | 24.75 | INTERPERSONAL COMMUNICATI **USE KTMODCLS--ASAP** | BOOK 2 |
| ACA 015 | 00412 | LSP | 08/31/00 | P | 001.00 | 24.25 | ACA ORIENTATION **USE KTMODCLS--ASAP** | BOOK 2 |
| SEC 019 | 12619 | LSP | 08/26/00 | P | 000.25 | 23.25 | PROCESS AND PROCEDURE FOR SECURITY EQUIPMENT INSPECTION **USE KTMODCLS--ASAP** | |
| SEC 019 | 12620 | LSP | 08/22/00 | P | 000.25 | 23.00 | PROCESS AND PROCEDURE FOR HANDCUFF KEY DISTRIBUTION AND CON **USE KTMODCLS--ASAP** | |
| SEC 019 | 12618 | LSP | 08/16/00 | P | 000.25 | 22.75 | PROCESS AND PROCEDURE FOR SEARCHES OF EMPLOYEES; DEPENDENTS **USE KTMODCLS--ASAP** | |
| SEC 019 | 12750 | LSP | 08/09/00 | P | 000.25 | 22.50 | PROCESS AND PROCEDURE FOR USE OF FORCE **USE KTMODCLS--ASAP** | |
| SEC 019 | 12621 | LSP | 08/02/00 | P | 000.25 | 22.25 | PROCESS AND PROCEDURE FOR CLEANING OF RESTRAINTS **USE KTMODCLS--ASAP** | |
| STY 003 | 01166 | LSP | 07/31/00 | P | 001.00 | 22.00 | EMERGENCY PREPAREDNESS **USE KTMODCLS--ASAP** | BOOK 1 |
| SEC 111 | 00078 | LSP | 07/31/00 | P | 001.00 | 21.00 | TOOL & KEY ORIENTATION ON **USE KTMODCLS--ASAP** | BOOK 1 |
| HLS 050 | 00097 | LSP | 07/31/00 | P | 000.50 | 20.00 | SPECIAL NEEDS OFFENDERS **USE KTMODCLS--ASAP** | BOOK 1 |
| ADM 144 | 00037 | LSP | 07/31/00 | P | 001.00 | 19.50 | DEPARTMENT MASTER PLAN OV **USE KTMODCLS--ASAP** | BOOK 1 |
| ADM 127 | 00510 | LSP | 07/31/00 | P | 001.00 | 18.50 | VIOLENCE FREE WORKPLACE **USE KTMODCLS--ASAP** | BOOK 1 |
| ADM 102 | 00391 | LSP | 07/31/00 | P | 001.00 | 17.50 | DRUG FREE WORKPLACE ORIEN **USE KTMODCLS--ASAP** | BOOK 1 |
| ADM 045 | 00676 | LSP | 07/31/00 | P | 001.00 | 16.50 | POLICY REVIEW **USE KTMODCLS--ASAP** | BOOK 1 |
| ADM 034 | 00870 | LSP | 07/31/00 | P | 000.50 | 15.50 | SEXUAL HARASSMENT ORIENTA **USE KTMODCLS--ASAP** | BOOK 1 |
| ADM 025 | 00204 | LSP | 07/31/00 | P | 000.50 | 15.00 | PERFORMANCE APPRAISAL **USE KTMODCLS--ASAP** | BOOK 1 |
| ADM 016 | 00853 | LSP | 07/31/00 | P | 000.50 | 14.50 | EMPLOYEE RULES AND DISCIP **USE KTMODCLS--ASAP** | BOOK 1 |
| SEC 019 | 12250 | LSP | 06/26/00 | P | 000.25 | 14.00 | PROCESS AND PROCEDURE FOR INSTITUTION RIOTS; DISTURBANCES; **USE KTMODCLS--ASAP** | |
| SEC 019 | 12099 | LSP | 05/24/00 | P | 000.25 | 13.75 | PROCESS AND PROCEDURE FOR CELL DOOR AND PIN BOX OPERATION **USE KTMODCLS--ASAP** | |
| SEC 019 | 12098 | LSP | 05/10/00 | P | 000.25 | 13.50 | PROCESS AND PROCEDURE FOR SEARCHES OF INMATES **USE KTMODCLS--ASAP** | |
| SEC 019 | 12097 | LSP | 05/05/00 | P | 000.25 | 13.25 | PROCESS AND PROCEDURE FOR OFFENDER VISITATION REGULATION **USE KTMODCLS--ASAP** | |
| SEC 019 | 12102 | LSP | 05/03/00 | P | 000.25 | 13.00 | PROCESS AND PROCEDURE FOR NOTCHING OF FIRE AND EMERGENCY EX **USE KTMODCLS--ASAP** | |
| SEC 129 | 00124 | LSP | 05/02/00 | P | 001.00 | 12.75 | TIME CLOCKS TRAINING **USE KTMODCLS--ASAP** | IN-SERVICE |
| SEC 105 | 00171 | LSP | 05/02/00 | P | 001.50 | 11.75 | SECURITY PROCEDURES TRAINING **USE KTMODCLS--ASAP** | IN-SERVICE |
| SEC 030 | 00159 | LSP | 05/02/00 | P | 001.00 | 10.25 | OFFENDER TRANSPORTATION TRAINING **USE KTMODCLS--ASAP** | IN-SERVICE |
| SEC 017 | 00516 | LSP | 05/02/00 | P | 002.00 | 9.25 | RESTRAINTS  USE OF TRAINING **USE KTMODCLS--ASAP** | IN-SERVICE |
| ADM 146 | 00220 | LSP | 05/02/00 | P | 001.00 | 7.25 | DRESS CODE TRAINING **USE KTMODCLS--ASAP** | IN-SERVICE |
| SEC 019 | 11434 | LSP | 04/19/00 | P | 000.25 | 6.25 | PROCESS AND PROCEDURE FOR SECURITY EQUIPMENT INSPECTION **USE KTMODCLS--ASAP** | |
| SEC 019 | 11435 | LSP | 04/14/00 | P | 000.25 | 6.00 | PROCESS AND PROCEDURE FOR INMATE ON INMATE CONFRONTATION **USE KTMODCLS--ASAP** | |
| SEC 019 | 11436 | LSP | 04/10/00 | P | 000.25 | 5.75 | PROCESS AND PROCEDURE FOR HANDCUFF KEY DISTRIBUTION **USE KTMODCLS--ASAP** | |
| SEC 019 | 11129 | LSP | 03/20/00 | P | 000.25 | 5.50 | PROCESS AND PROCEDURE FOR USE OF | |

FOBBS000000031

```
                              DANIELDAVISTRAN.TXT
NARCOTIC DOG                  **USE KTMODCLS--ASAP**
 SEC 019   11136  LSP   03/17/00 P 000.25    5.25 PROCESS AND PROCEDURE FOR CLEANING
OF RESTRAINTS                 **USE KTMODCLS--ASAP**
 SEC 019   11132  LSP   03/13/00 P 000.25    5.00 PROCESS AND PROCEDURE FOR FOOD
TEMPERATURE CHECKS           **USE KTMODCLS--ASAP**
 SEC 019   11135  LSP   03/09/00 P 000.25    4.75 PROCESS AND PROCEDURE FOR NOTCHING
OF FIRE AND EMERGENCY EX **USE KTMODCLS--ASAP**
 SEC 019   10454  LSP   02/13/00 P 000.25    4.50 PROCESS AND PROCEDURE FOR SANITATION
& HYGIENE                    **USE KTMODCLS--ASAP**
 FRM 008   02242  LSP   02/03/00 P 004.00    4.25 FIREARMS CERTIFICATION ON FIREARMS
TRAINING                     **USE KTMODCLS--ASAP**
 SEC 019   10301  LSP   01/11/00 P 000.25    0.25 PROCESS AND PROCEDURE FOR CAMP J
MANAGEMENT PROGRAM           **USE KTMODCLS--ASAP**
 SEC 019   09615  LSP   11/27/99 P 000.25   60.75 PROCESS AND PROCEDURE FOR
                             **USE KTMODCLS--ASAP**
 SEC 019   09613  LSP   11/22/99 P 000.25   60.50 PROCESS AND PROCEDURE FOR
                             **USE KTMODCLS--ASAP**
 SEC 019   09612  LSP   11/18/99 P 000.25   60.25 PROCESS AND PROCEDURE FOR
                             **USE KTMODCLS--ASAP**
 SEC 019   09611  LSP   11/14/99 P 000.25   60.00 PROCESS AND PROCEDURE FOR
                             **USE KTMODCLS--ASAP**
 SEC 019   09411  LSP   10/02/99 P 000.25   59.75 PROCESS AND PROCEDURE FOR
                             **USE KTMODCLS--ASAP**
 SEC 019   09206  LSP   09/19/99 P 000.25   59.50 PROCESS AND PROCEDURE FOR SMOKING
POLICY                       **USE KTMODCLS--ASAP**
 SEC 019   09285  LSP   09/12/99 P 000.25   59.25 PROCESS AND PROCEDURE FOR CONTROL OF
BLOODHOUNDS/ATTACK DOG **USE KTMODCLS--ASAP**
 SEC 019   09283  LSP   09/11/99 P 000.25   59.00 PROCESS AND PROCEDURE FOR INVENTORY
& STORAGE OF INMATE PRO **USE KTMODCLS--ASAP**
 SEC 019   09284  LSP   09/10/99 P 000.25   58.75 PROCESS AND PROCEDURE FOR EMPLOYEE
HOUSING                      **USE KTMODCLS--ASAP**
 OYD 070   01448  LSP   09/05/99 P 000.25   58.50 STAFF MEETINGS            FOOD LOAF
PROGRAM                      **USE KTMODCLS--ASAP**
 SEC 019   09170  LSP   09/03/99 P 000.25   58.25 PROCESS AND PROCEDURE FOR Hair Care
Services (ACA 3-4325)    **USE KTMODCLS--ASAP**
 SEC 007   00808  LSP   08/31/99 P 004.00   58.00 CHASE TEAM & SCENARIOS    TRAILING
WITH BLLODHOUND & VISUAL **USE KTMODCLS--ASAP**
 SEC 019   09010  LSP   08/24/99 P 000.25   54.00 PROCESS AND PROCEDURE FOR DIR.
03.014                       **USE KTMODCLS--ASAP**
 SEC 019   08741  LSP   08/22/99 P 000.25   53.75 PROCESS AND PROCEDURE FOR SEARCHES
OF INMATES                   **USE KTMODCLS--ASAP**
 SEC 019   08742  LSP   08/21/99 P 000.25   53.50 PROCESS AND PROCEDURE FOR SEARCHES
OF VISITORS ACA STANDARD **USE KTMODCLS--ASAP**
 SEC 019   08977  LSP   08/03/99 P 000.25   53.25 PROCESS AND PROCEDURE FOR LIVING
AREA TEMPERATURE CHECK       **USE KTMODCLS--ASAP**
 SEC 019   08006  LSP   07/10/99 P 000.25   53.00 PROCESS AND PROCEDURE FOR EMERGENCY
RESPONSE PLAN FOR LOCKE **USE KTMODCLS--ASAP**
 SEC 019   08005  LSP   07/09/99 P 000.25   52.75 PROCESS AND PROCEDURE FOR RESTRICTED
AREA AND CURFEW              **USE KTMODCLS--ASAP**
 SEC 019   07943  LSP   07/06/99 P 000.25   52.50 PROCESS AND PROCEDURE FOR FIRST AID
KIT;UTILIZATION OF           **USE KTMODCLS--ASAP**
 SEC 019   07960  LSP   07/01/99 P 000.25   52.25 PROCESS AND PROCEDURE FOR
NON-EMPLOYEE ACCESS TO PENITENTAR **USE KTMODCLS--ASAP**
 SEC 019   07723  LSP   06/12/99 P 000.25   52.00 PROCESS AND PROCEDURE FOR SMOKING
POLICY                       **USE KTMODCLS--ASAP**
 SEC 019   07722  LSP   06/12/99 P 000.25   51.75 PROCESS AND PROCEDURE FOR CLOTHING
AND BEDDING SUPPLIES         **USE KTMODCLS--ASAP**
 SEC 129   00032  LSP   05/27/99 P 001.00   51.50 TIME CLOCKS              IN-SERVICE
TRAINING                     **USE KTMODCLS--ASAP**
 SEC 105   00060  LSP   05/27/99 P 001.50   50.50 SECURITY PROCEDURES      IN-SERVICE
TRAINING                     **USE KTMODCLS--ASAP**
 SEC 030   00058  LSP   05/27/99 P 001.00   49.00 OFFENDER TRANSPORTATION  IN-SERVICE
TRAINING                     **USE KTMODCLS--ASAP**
                              Page 31
```

FOBBS000000032

DANIELDAVISTRAN.TXT

```
SEC 017   00324   LSP   05/27/99  P 002.00     48.00 RESTRAINTS   USE OF        IN-SERVICE
TRAINING                      **USE KTMODCLS--ASAP**
ADM 146   00091   LSP   05/27/99  P 001.00     46.00 DRESS CODE                 IN-SERVICE
TRAINING                      **USE KTMODCLS--ASAP**
STY 034   00039   LSP   05/25/99  P 000.50     45.00 COMMUNICABLE DISEASE AWAR IN-SERVICE
TRAINING                      **USE KTMODCLS--ASAP**
SEC 077   00159   LSP   05/25/99  P 001.00     44.50 LEGAL ASPECTS-SAFETY REGS IN-SERVICE
TRAINING                      **USE KTMODCLS--ASAP**
SEC 074   00219   LSP   05/25/99  P 001.00     43.50 OFFENDER ADMINISTRATIVE R IN-SERVICE
TRAINING                      **USE KTMODCLS--ASAP**
SEC 072   00136   LSP   05/25/99  P 000.50     42.50 OFFENDER MANIPULATION      IN-SERVICE
TRAINING                      **USE KTMODCLS--ASAP**
MIS 089   00348   LSP   05/25/99  P 000.50     42.00 SOCIAL CULTURAL LIFESTYLE IN-SERVICE
TRAINING                      **USE KTMODCLS--ASAP**
MIS 055   00507   LSP   05/25/99  P 000.50     41.50 CULTURAL DIVERSITY & AWAR IN-SERVICE
TRAINING                      **USE KTMODCLS--ASAP**
ADM 162   00010   LSP   05/25/99  P 000.50     41.00 CROSS GENDER SENSITIVITY  IN-SERVICE
TRAINING                      **USE KTMODCLS--ASAP**
ADM 048   00577   LSP   05/25/99  P 001.00     40.50 REPORT WRITING             IN-SERVICE
TRAINING                      **USE KTMODCLS--ASAP**
ADM 020   00447   LSP   05/25/99  P 000.50     39.50 INTERPERSONAL COMMUNICATI IN-SERVICE
TRAINING                      **USE KTMODCLS--ASAP**
ACA 015   00289   LSP   05/25/99  P 001.00     39.00 ACA ORIENTATION            IN-SERVICE
TRAINING                      **USE KTMODCLS--ASAP**
STY 003   00960   LSP   04/30/99  P 001.00     38.00 EMERGENCY PREPAREDNESS     BOOK 1
                              **USE KTMODCLS--ASAP**
SEC 111   00020   LSP   04/30/99  P 001.00     37.00 TOOL & KEY ORIENTATION ON BOOK 1
                              **USE KTMODCLS--ASAP**
HLS 050   00055   LSP   04/30/99  P 000.50     36.00 SPECIAL NEEDS OFFENDERS    BOOK 1
                              **USE KTMODCLS--ASAP**
ADM 144   00024   LSP   04/30/99  P 001.00     35.50 DEPARTMENT MASTER PLAN OV BOOK 1
                              **USE KTMODCLS--ASAP**
ADM 127   00291   LSP   04/30/99  P 001.00     34.50 VIOLENCE FREE WORKPLACE    BOOK 1
                              **USE KTMODCLS--ASAP**
ADM 102   00257   LSP   04/30/99  P 001.00     33.50 DRUG FREE WORKPLACE ORIEN BOOK 1
                              **USE KTMODCLS--ASAP**
ADM 045   00461   LSP   04/30/99  P 001.00     32.50 POLICY REVIEW              BOOK 1
                              **USE KTMODCLS--ASAP**
ADM 034   00571   LSP   04/30/99  P 000.50     31.50 SEXUAL HARASSMENT ORIENTA BOOK 1
                              **USE KTMODCLS--ASAP**
ADM 025   00168   LSP   04/30/99  P 000.50     31.00 PERFORMANCE APPRAISAL      BOOK 1
                              **USE KTMODCLS--ASAP**
ADM 016   00610   LSP   04/30/99  P 000.50     30.50 EMPLOYEE RULES AND DISCIP BOOK 1
                              **USE KTMODCLS--ASAP**
SEC 007   00742   LSP   04/28/99  P 005.00     30.00 CHASE TEAM & SCENARIOS     MONTHLY
CHASE TEAM TRAINING           **USE KTMODCLS--ASAP**
SEC 019   07137   LSP   04/04/99  P 000.25     25.00 PROCESS AND PROCEDURE FOR CONTROL
CENTER;SECURITY AND CONTR **USE KTMODCLS--ASAP**
SEC 019   07138   LSP   04/03/99  P 000.25     24.75 PROCESS AND PROCEDURE FOR USE OF
RESTRAINTS AND TRANSPORTAT **USE KTMODCLS--ASAP**
FRM 008   01632   LSP   03/30/99  P 002.00     24.50 FIREARMS CERTIFICATION ON
                              **USE KTMODCLS--ASAP**
SEC 019   07039   LSP   03/15/99  P 000.25     22.50 PROCESS AND PROCEDURE FOR ESCAPE AND
RECAPTURE NOTIFICATION **USE KTMODCLS--ASAP**
SEC 019   06826   LSP   03/11/99  P 000.25     22.25 PROCESS AND PROCEDURE FOR USE OF
GAS;IRRITAINT DUST;MACE;AN **USE KTMODCLS--ASAP**
SEC 019   06879   LSP   03/07/99  P 000.25     22.00 PROCESS AND PROCEDURE FOR HANDCUFF
KEY DISTRIBUTION & CONTR **USE KTMODCLS--ASAP**
SEC 007   00694   LSP   02/26/99  P 008.00     21.75 CHASE TEAM & SCENARIOS     TRAILING
WITH BLOODHOUNDS;FAMILIA **USE KTMODCLS--ASAP**
FRM 008   01569   LSP   02/24/99  P 004.00     13.75 FIREARMS CERTIFICATION ON IN-SERVICE
TRAINING                      **USE KTMODCLS--ASAP**
SEC 076   00275   LSP   02/18/99  P 001.00      9.75 HOSTAGE SITUATIONS PACES  IN-SERVICE
```

FOBBS000000033

```
                         DANIELDAVISTRAN.TXT
                       **USE KTMODCLS--ASAP**
   SEC 075   00393   LSP   02/18/99 P 004.00     8.75 USE OF FORCE REGULATIIONS IN-SERVICE
                       **USE KTMODCLS--ASAP**
   HLS 025   00956   LSP   02/18/99 P 004.00     4.75 FIRST AID CPR          IN-SERVICE
                       **USE KTMODCLS--ASAP**
   MIS 063   03061   LSP   02/15/99 P 000.25     0.75 TRAINING - OTHER MISC    (VIDEO)
ACCESS VEHICLES THROUGH S **USE KTMODCLS--ASAP**
   SEC 019   06358   LSP   01/14/99 P 000.25     0.50 PROCESS AND PROCEDURE FOR SELECTION
COMMITTEE SECURITY JOB  **USE KTMODCLS--ASAP**
   SEC 019   06357   LSP   01/13/99 P 000.25     0.25 PROCESS AND PROCEDURE FOR HIRING
PRACTICES                  **USE KTMODCLS--ASAP**
   SEC 019   06103   LSP   12/17/98 P 000.25    80.90 PROCESS AND PROCEDURE FOR SELECTION
COMMITTEE                  **USE KTMODCLS--ASAP**
   SEC 019   06120   LSP   12/15/98 P 000.25    80.65 PROCESS AND PROCEDURE FOR CLEANING
OF RESTRAINTS              **USE KTMODCLS--ASAP**
   SEC 019   06142   LSP   12/12/98 P 000.25    80.40 PROCESS AND PROCEDURE FOR
NON-EMPLOYEE ACCESS TO PENT\ITENT **USE KTMODCLS--ASAP**
   FRM 008   01470   LSP   12/09/98 P 004.00    80.15 FIREARMS CERTIFICATION ON
                       **USE KTMODCLS--ASAP**
   SEC 019   05972   LSP   11/24/98 P 000.25    76.15 PROCESS AND PROCEDURE FOR PHILOSOPHY
                       **USE KTMODCLS--ASAP**
   SEC 007   00669   LSP   10/28/98 P 007.00    75.90 CHASE TEAM & SCENARIOS    CLARK
CREEK ROUTES                   **USE KTMODCLS--ASAP**
   HLS 016   00315   LSP   10/26/98 P 004.00    68.90 PILL CALL TRAINING
                       **USE KTMODCLS--ASAP**
   SEC 019   05474   LSP   10/07/98 P 000.25    64.90 PROCESS AND PROCEDURE FOR YARD
PROCEDURE                  **USE KTMODCLS--ASAP**
   SEC 019   05475   LSP   10/03/98 P 000.25    64.65 PROCESS AND PROCEDURE FOR COURT
ORDER DISMISSAL OF CIVIL AC **USE KTMODCLS--ASAP**
   STY 034   00025   LSP   09/30/98 P 000.50    64.40 COMMUNICABLE DISEASE AWAR BOOK 2
                       **USE KTMODCLS--ASAP**
   SEC 077   00131   LSP   09/30/98 P 001.00    63.90 LEGAL ASPECTS-SAFETY REGS BOOK 2
                       **USE KTMODCLS--ASAP**
   SEC 076   00240   LSP   09/30/98 P 001.00    62.90 HOSTAGE SITUATIONS PACES  BOOK 2
                       **USE KTMODCLS--ASAP**
   SEC 074   00179   LSP   09/30/98 P 001.00    61.90 OFFENDER ADMINISTRATIVE R BOOK 2
                       **USE KTMODCLS--ASAP**
   SEC 072   00085   LSP   09/30/98 P 001.00    60.90 OFFENDER MANIPULATION     BOOK 2
                       **USE KTMODCLS--ASAP**
   SEC 007   00632   LSP   09/30/98 P 001.40    59.90 CHASE TEAM & SCENARIOS    TRACKING
WITH BLOOD HOUNDS AND VI **USE KTMODCLS--ASAP**
   MIS 089   00298   LSP   09/30/98 P 000.50    58.50 SOCIAL CULTURAL LIFESTYLE BOOK 2
                       **USE KTMODCLS--ASAP**
   MIS 055   00433   LSP   09/30/98 P 000.50    58.00 CULTURAL DIVERSITY & AWAR BOOK 2
                       **USE KTMODCLS--ASAP**
   HLS 020   00935   LSP   09/30/98 P 001.50    57.50 TAC SUICIDE RECOGNITION & BOOK 2
                       **USE KTMODCLS--ASAP**
   ADM 048   00454   LSP   09/30/98 P 001.00    56.00 REPORT WRITING            BOOK 2
                       **USE KTMODCLS--ASAP**
   SEC 019   05204   LSP   09/20/98 P 000.25    55.00 PROCESS AND PROCEDURE FOR EMPTY BED
COUNT                      **USE KTMODCLS--ASAP**
   ADM 060   01041   TCC   07/25/98 P 000.50    54.75 ADMINISTRATIVE TRAINING   ADOLESCENT
BEHAVIOR                   **USE KTMODCLS--ASAP**
   SEC 019   04550   LSP   06/14/98 P 000.25    54.25 PROCESS AND PROCEDURE FOR SUICIDE
RECOGNITION AND PREVENTIO **USE KTMODCLS--ASAP**
   SEC 019   04551   LSP   06/13/98 P 000.25    54.00 PROCESS AND PROCEDURE FOR SUICIDE
RECOGNITION AND PREVENTIO **USE KTMODCLS--ASAP**
   SEC 019   04548   LSP   06/12/98 P 000.25    53.75 PROCESS AND PROCEDURE FOR SUICIDE
RECOGNITION AND PREVENTIO **USE KTMODCLS--ASAP**
   SEC 019   04549   LSP   06/09/98 P 000.25    53.50 PROCESS AND PROCEDURE FOR hunger
strike                     **USE KTMODCLS--ASAP**
   SEC 020   00233   LSP   04/30/98 P 001.50    53.25 SECURITY CUSTODY CONTROL
CORRESPONDENCE BOOK 3            **USE KTMODCLS--ASAP**
```

FOBBS000000034

```
                                    DANIELDAVISTRAN.TXT
  SEC 017  00182  LSP  04/30/98 P 002.00    51.75 RESTRAINTS  USE OF
CORRESPONDENCE BOOK 3                  **USE KTMODCLS--ASAP**
  HLS 050  00024  LSP  04/30/98 P 001.50    49.75 SPECIAL NEEDS OFFENDERS
CORRESPONDENCE BOOK 3                  **USE KTMODCLS--ASAP**
  FRM 009  00336  LSP  04/30/98 P 002.00    48.25 FIREARMS NON-CERT DEPT US
CORRESPONDENCE BOOK 3                  **USE KTMODCLS--ASAP**
  ADM 146  00006  LSP  04/30/98 P 001.00    46.25 DRESS CODE
CORRESPONDENCE BOOK 3                  **USE KTMODCLS--ASAP**
  SEC 007  00610  LSP  04/20/98 P 007.00    45.25 CHASE TEAM & SCENARIOS    SHOOT;
DON'T SHOOT                 **USE KTMODCLS--ASAP**
  SEC 019  04153  LSP  04/18/98 P 000.25    38.25 PROCESS AND PROCEDURE FOR MARRIAGE
OF OFFENDERS              **USE KTMODCLS--ASAP**
  SEC 019  04132  LSP  04/08/98 P 000.25    38.00 PROCESS AND PROCEDURE FOR ADHERENCE
TO CHAIN OF COMMAND      **USE KTMODCLS--ASAP**
  SEC 019  04133  LSP  04/05/98 P 000.25    37.75 PROCESS AND PROCEDURE FOR ADHERENCE
TO ESTABLISHED COMMAND  **USE KTMODCLS--ASAP**
  SEC 019  04134  LSP  04/04/98 P 000.25    37.50 PROCESS AND PROCEDURE FOR ADHERENCE
TO ESTABLISHED COMMAND  **USE KTMODCLS--ASAP**
  STY 003  00779  LSP  03/31/98 P 001.00    37.25 EMERGENCY PREPAREDNESS
CORRESPONDENCE BOOK 1                  **USE KTMODCLS--ASAP**
  SEC 036  00918  LSP  03/31/98 P 000.50    36.25 MISC SECURITY TRAINING
CORRESPONDENCE BOOK 1                  **USE KTMODCLS--ASAP**
  SEC 007  00576  LSP  03/31/98 P 003.00    35.75 CHASE TEAM & SCENARIOS    TRACKING
                        **USE KTMODCLS--ASAP**
  ADM 102  00174  LSP  03/31/98 P 000.50    32.75 DRUG FREE WORKPLACE ORIEN
CORRESPONDENCE BOOK 1                  **USE KTMODCLS--ASAP**
  ADM 045  00344  LSP  03/31/98 P 001.00    32.25 POLICY REVIEW
CORRESPONDENCE BOOK 1                  **USE KTMODCLS--ASAP**
  ADM 034  00352  LSP  03/31/98 P 001.00    31.25 SEXUAL HARASSMENT ORIENTA
CORRESPONDENCE BOOK 1                  **USE KTMODCLS--ASAP**
  ADM 025  00133  LSP  03/31/98 P 001.00    30.25 PERFORMANCE APPRAISAL
CORRESPONDENCE BOOK 1                  **USE KTMODCLS--ASAP**
  ADM 020  00305  LSP  03/31/98 P 001.00    29.25 INTERPERSONAL COMMUNICATI
CORRESPONDENCE BOOK 1                  **USE KTMODCLS--ASAP**
  ADM 017  00147  LSP  03/31/98 P 001.00    28.25 FUNCTIONS OVERVIEW CORR I
CORRESPONDENCE BOOK 1                  **USE KTMODCLS--ASAP**
  ADM 016  00445  LSP  03/31/98 P 001.00    27.25 EMPLOYEE RULES AND DISCIP
CORRESPONDENCE BOOK 1                  **USE KTMODCLS--ASAP**
  SEC 007  00625  LSP  03/30/98 P 008.00    26.25 CHASE TEAM & SCENARIOS    K-9
TRAINING                       **USE KTMODCLS--ASAP**
  SEC 019  04010  LSP  03/26/98 P 000.25    18.25 PROCESS AND PROCEDURE FOR ADHERENCE
TO ESTABLISHED COMMAND  **USE KTMODCLS--ASAP**
  SEC 019  04071  LSP  03/25/98 P 000.25    18.00 PROCESS AND PROCEDURE FOR ADHERENCE
TO ESTABLISHED COMMAND  **USE KTMODCLS--ASAP**
  SEC 019  04075  LSP  03/20/98 P 000.25    17.75 PROCESS AND PROCEDURE FOR MAIL;
MEDICATION; ARP'S; TRAINING **USE KTMODCLS--ASAP**
  SEC 007  00580  LSP  03/17/98 P 003.00    17.50 CHASE TEAM & SCENARIOS    TRACKING
                        **USE KTMODCLS--ASAP**
  SEC 019  04013  LSP  03/07/98 P 000.25    14.50 PROCESS AND PROCEDURE FOR FOOD
SERVICED TO LOCKED AREAS       **USE KTMODCLS--ASAP**
  SEC 019  04012  LSP  03/06/98 P 000.25    14.25 PROCESS AND PROCEDURE FOR INCENTIVE
PAY                 **USE KTMODCLS--ASAP**
  SEC 019  03809  LSP  02/25/98 P 000.25    14.00 PROCESS AND PROCEDURE FOR INMATE
HAIR CARE              **USE KTMODCLS--ASAP**
  FRM 008  01099  LSP  02/23/98 P 004.00    13.75 FIREARMS CERTIFICATION ON
                        **USE KTMODCLS--ASAP**
  SEC 019  03813  LSP  02/11/98 P 000.25     9.75 PROCESS AND PROCEDURE FOR POST
ORDERS FOR RECEPTION CENTER  **USE KTMODCLS--ASAP**
  SEC 075  00230  LSP  02/10/98 P 004.00     9.50 USE OF FORCE REGULATIIONS INSERVICE
                        **USE KTMODCLS--ASAP**
  HLS 025  00691  LSP  02/10/98 P 004.00     5.50 FIRST AID CPR              INSERVICE
                        **USE KTMODCLS--ASAP**
  SEC 019  03810  LSP  02/06/98 P 000.25     1.50 PROCESS AND PROCEDURE FOR KEY
```

Page 34

FOBBS000000035

```
                              DANIELDAVISTRAN.TXT
CONTROL                   **USE KTMODCLS--ASAP**
  SEC 019   03812   LSP  02/03/98 P 000.25     1.25 PROCESS AND PROCEDURE FOR SECURITY
EXIT CHECKS               **USE KTMODCLS--ASAP**
  SEC 019   03585   LSP  01/28/98 P 000.25     1.00 PROCESS AND PROCEDURE FOR USE OF
FORCE                     **USE KTMODCLS--ASAP**
  SEC 019   03581   LSP  01/25/98 P 000.25     0.75 PROCESS AND PROCEDURE FOR CREDIT
CARDS                     **USE KTMODCLS--ASAP**
  SEC 019   03582   LSP  01/24/98 P 000.25     0.50 PROCESS AND PROCEDURE FOR MINUTES OF
SUPERVISORS MEETING       **USE KTMODCLS--ASAP**
  SEC 019   03587   LSP  01/10/98 P 000.25     0.25 PROCESS AND PROCEDURE FOR HUNTING
AND FISHING               **USE KTMODCLS--ASAP**
  SEC 007   00548   LSP  12/09/97 P 006.00  172.25 CHASE TEAM & SCENARIOS    TRAILING
WITH BLOOD HOUND AND PAI **USE KTMODCLS--ASAP**
  SEC 019   03341   LSP  12/04/97 P 000.25  166.25 PROCESS AND PROCEDURE FOR ANGOLA
TODAY NEWSLETTER          **USE KTMODCLS--ASAP**
  SEC 007   00551   LSP  12/02/97 P 002.50  166.00 CHASE TEAM & SCENARIOS    TRACKING
                          **USE KTMODCLS--ASAP**
  SEC 019   03240   LSP  11/02/97 P 000.25  163.50 PROCESS AND PROCEDURE FOR PRIVATELY
OWNED LIVESTOCK           **USE KTMODCLS--ASAP**
  SEC 007   00519   LSP  10/07/97 P 002.00  163.25 CHASE TEAM & SCENARIOS    TRACKING
                          **USE KTMODCLS--ASAP**
  SEC 019   02724   LSP  09/07/97 P 000.25  161.25 PROCESS AND PROCEDURE FOR
CONTROLLING INMATE VIOLENCE        **USE KTMODCLS--ASAP**
  SEC 019   02723   LSP  09/06/97 P 000.25  161.00 PROCESS AND PROCEDURE FOR HANDCUFF
KEY DISTRIBUTION AND CON **USE KTMODCLS--ASAP**
  SEC 019   02725   LSP  09/02/97 P 000.25  160.75 PROCESS AND PROCEDURE FOR SHAKEDOWN
OF VISITORS               **USE KTMODCLS--ASAP**
  SEC 019   02558   LSP  08/28/97 P 000.25  160.50 PROCESS AND PROCEDURE FOR ESCAPE AND
RECAPTURE                 **USE KTMODCLS--ASAP**
  FRM 008   00891   LSP  08/26/97 P 004.00  160.25 FIREARMS CERTIFICATION ON INSERVICE
                          **USE KTMODCLS--ASAP**
  SEC 019   02511   LSP  08/24/97 P 000.25  156.25 PROCESS AND PROCEDURE FOR MAJOR
REPAIRS                   **USE KTMODCLS--ASAP**
  SEC 007   00503   LSP  08/19/97 P 003.00  156.00 CHASE TEAM & SCENARIOS    VISUAL
TRACKING/TRACKING         **USE KTMODCLS--ASAP**
  SEC 007   00500   LSP  08/12/97 P 003.00  153.00 CHASE TEAM & SCENARIOS    VISUAL
TRACKING                  **USE KTMODCLS--ASAP**
  SEC 007   00501   LSP  08/05/97 P 003.50  150.00 CHASE TEAM & SCENARIOS    TRACKING
                          **USE KTMODCLS--ASAP**
  SEC 019   02284   LSP  07/26/97 P 000.25  146.50 PROCESS AND PROCEDURE FOR FOOD
SERVICE TO HOLDING AREAS       **USE KTMODCLS--ASAP**
  SEC 019   02275   LSP  07/21/97 P 000.25  146.25 PROCESS AND PROCEDURE FOR FOOD
TEMPERATURE CHECKS        **USE KTMODCLS--ASAP**
  SEC 019   02214   LSP  06/29/97 P 000.25  146.00 PROCESS AND PROCEDURE FOR Inmate
Hair Care Services        **USE KTMODCLS--ASAP**
  SEC 019   02215   LSP  06/28/97 P 000.25  145.75 PROCESS AND PROCEDURE FOR Food
Temperature Checks        **USE KTMODCLS--ASAP**
  SEC 019   02191   LSP  06/14/97 P 000.25  145.50 PROCESS AND PROCEDURE FOR PYSICAL
PLANT                     **USE KTMODCLS--ASAP**
  SEC 077   00087   LSP  05/31/97 P 003.00  145.25 LEGAL ASPECTS-SAFETY REGS
CORRESPONDENCE BOOK 2          **USE KTMODCLS--ASAP**
  ADM 045   00217   LSP  05/31/97 P 003.00  142.25 POLICY REVIEW
CORRESPONDENCE BOOK 2          **USE KTMODCLS--ASAP**
  ADM 025   00097   LSP  05/31/97 P 001.00  139.25 PERFORMANCE APPRAISAL
CORRESPONDENCE BOOK 2          **USE KTMODCLS--ASAP**
  ADM 016   00354   LSP  05/31/97 P 001.00  138.25 EMPLOYEE RULES AND DISCIP
CORRESPONDENCE BOOK 2          **USE KTMODCLS--ASAP**
  STY 003   00444   LSP  05/30/97 P 001.00  137.25 EMERGENCY PREPAREDNESS
CORRESPONDENCE BOOK 1          **USE KTMODCLS--ASAP**
  SEC 076   00099   LSP  05/30/97 P 001.00  136.25 HOSTAGE SITUATIONS PACES
CORRESPONDENCE BOOK 1          **USE KTMODCLS--ASAP**
  SEC 074   00070   LSP  05/30/97 P 001.50  135.25 OFFENDER ADMINISTRATIVE R
CORRESPONDENCE BOOK 3          **USE KTMODCLS--ASAP**
                              Page 35
```

FOBBS000000036

```
                                      DANIELDAVISTRAN.TXT
    SEC 040   00569   LSP   05/30/97 P 001.00   133.75 SECURITY PROCEDURES AND C
CORRESPONDENCE BOOK 3                   **USE KTMODCLS--ASAP**
    SEC 017   00122   LSP   05/30/97 P 001.00   132.75 RESTRAINTS   USE OF
CORRESPONDENCE BOOK 3                   **USE KTMODCLS--ASAP**
    MIS 089   00184   LSP   05/30/97 P 001.00   131.75 SOCIAL CULTURAL LIFESTYLE
CORRESPONDENCE BOOK 3                   **USE KTMODCLS--ASAP**
    MIS 055   00308   LSP   05/30/97 P 001.00   130.75 CULTURAL DIVERSITY & AWAR
CORRESPONDENCE BOOK 3                   **USE KTMODCLS--ASAP**
    HLS 050   00003   LSP   05/30/97 P 001.50   129.75 SPECIAL NEEDS OFFENDERS
CORRESPONDENCE BOOK 1                   **USE KTMODCLS--ASAP**
    HLS 047   00094   LSP   05/30/97 P 001.00   128.25 COMMUNICABLE DISEASES HIV
CORRESPONDENCE BOOK 1                   **USE KTMODCLS--ASAP**
    HLS 020   00622   LSP   05/30/97 P 001.00   127.25 TAC SUICIDE RECOGNITION &
CORRESPONDENCE BOOK 1                   **USE KTMODCLS--ASAP**
    FRM 009   00255   LSP   05/30/97 P 001.00   126.25 FIREARMS NON-CERT DEPT US
CORRESPONDENCE BOOK 1                   **USE KTMODCLS--ASAP**
    ADM 117   00003   LSP   05/30/97 P 000.50   125.25 INSTITUTION SPECFIC OVERV
CORRESPONDENCE BOOK 1                   **USE KTMODCLS--ASAP**
    ADM 102   00109   LSP   05/30/97 P 001.00   124.75 DRUG FREE WORKPLACE ORIEN
CORRESPONDENCE BOOK 1                   **USE KTMODCLS--ASAP**
    ADM 048   00277   LSP   05/30/97 P 000.50   123.75 REPORT WRITING
CORRESPONDENCE BOOK 3                   **USE KTMODCLS--ASAP**
    ADM 020   00236   LSP   05/30/97 P 002.00   123.25 INTERPERSONAL COMMUNICATI
CORRESPONDENCE BOOK 3                   **USE KTMODCLS--ASAP**
    SEC 019   02093   LSP   05/04/97 P 000.25   121.25 PROCESS AND PROCEDURE FOR
PENITENTIARY DIRECTIVE NO. 02.007 **USE KTMODCLS--ASAP**
    SEC 019   02092   LSP   05/03/97 P 000.25   121.00 PROCESS AND PROCEDURE FOR EMPLOYEE
DISCIPLINARY ACTION        **USE KTMODCLS--ASAP**
    OYD 070   00254   LSP   04/20/97 P 000.25   120.75 STAFF MEETINGS            SOCIAL
SECURITY AND VETERANS BENE **USE KTMODCLS--ASAP**
    SEC 019   01889   LSP   04/19/97 P 000.25   120.50 PROCESS AND PROCEDURE FOR SOCIAL
SECURITY AND VETERANS BENE **USE KTMODCLS--ASAP**
    SEC 019   01885   LSP   04/14/97 P 000.25   120.25 PROCESS AND PROCEDURE FOR FISCAL
MANAGEMENT 02-009             **USE KTMODCLS--ASAP**
    ORI 002   00224   TAC   03/07/97 P 034.00   120.00 PRESERVICE PROGRAM OBJECT SO #301
                      **USE KTMODCLS--ASAP**
    FRM 008   00730   TAC   03/04/97 P 006.00    86.00 FIREARMS CERTIFICATION ON SO #301
                      **USE KTMODCLS--ASAP**
    SEC 072   00026   TAC   02/28/97 P 004.50    80.00 OFFENDER MANIPULATION
                      **USE KTMODCLS--ASAP**
    SEC 076   00076   TAC   02/27/97 P 001.00    75.50 HOSTAGE SITUATIONS PACES
                      **USE KTMODCLS--ASAP**
    SEC 073   00026   TAC   02/27/97 P 006.50    74.50 CONTRABAND FIELDTRIP
                      **USE KTMODCLS--ASAP**
    HLS 019   00257   TAC   02/27/97 P 001.00    68.00 STRESS MANAGEMENT
                      **USE KTMODCLS--ASAP**
    ADM 102   00086   TAC   02/27/97 P 001.00    67.00 DRUG FREE WORKPLACE ORIEN
                      **USE KTMODCLS--ASAP**
    SEC 075   00107   TAC   02/26/97 P 004.00    66.00 USE OF FORCE REGULATIIONS
                      **USE KTMODCLS--ASAP**
    HLS 020   00529   TAC   02/26/97 P 004.00    62.00 TAC SUICIDE RECOGNITION &
                      **USE KTMODCLS--ASAP**
    SEC 009   00139   TAC   02/25/97 P 003.00    58.00 CONTRABAND
                      **USE KTMODCLS--ASAP**
    HLS 016   00181   TAC   02/25/97 P 001.00    55.00 PILL CALL TRAINING
                      **USE KTMODCLS--ASAP**
    ADM 048   00246   TAC   02/25/97 P 004.00    54.00 REPORT WRITING
                      **USE KTMODCLS--ASAP**
    SEC 074   00052   TAC   02/24/97 P 008.00    50.00 OFFENDER ADMINISTRATIVE R
                      **USE KTMODCLS--ASAP**
    SEC 079   00069   TAC   02/21/97 P 002.00    42.00 OFFICER SURVIVAL
                      **USE KTMODCLS--ASAP**
    SEC 078   00097   TAC   02/21/97 P 002.00    40.00 OFFENDER SUPERVISION
```

FOBBS000000037

```
                          DANIELDAVISTRAN.TXT
                       **USE KTMODCLS--ASAP**
ADM 020   00193   TAC   02/21/97 P 003.50   38.00 INTERPERSONAL COMMUNICATI
                       **USE KTMODCLS--ASAP**
SEC 020   00143   TAC   02/20/97 P 007.50   34.50 SECURITY CUSTODY CONTROL
                       **USE KTMODCLS--ASAP**
MIS 089   00159   TAC   02/20/97 P 002.00   27.00 SOCIAL CULTURAL LIFESTYLE
                       **USE KTMODCLS--ASAP**
HLS 047   00071   TAC   02/19/97 P 001.00   25.00 COMMUNICABLE DISEASES HIV
                       **USE KTMODCLS--ASAP**
HLS 025   00457   TAC   02/19/97 P 007.50   24.00 FIRST AID CPR             J.
BRANNON; E. THOMAS; D. ANDREWS **USE KTMODCLS--ASAP**
SEC 077   00069   TAC   02/18/97 P 008.00   16.50 LEGAL ASPECTS-SAFETY REGS
                       **USE KTMODCLS--ASAP**
ORI 002   00222   TAC   02/17/97 P 003.00    8.50 PRESERVICE PROGRAM OBJECT
                       **USE KTMODCLS--ASAP**
ADM 019   04691   TAC   02/17/97 P 001.00    5.50 ACADEMY RULES POLICIES
                       **USE KTMODCLS--ASAP**
ADM 017   00111   TAC   02/17/97 P 002.00    4.50 FUNCTIONS OVERVIEW CORR I
                       **USE KTMODCLS--ASAP**
ADM 016   00302   TAC   02/17/97 P 002.00    2.50 EMPLOYEE RULES AND DISCIP
                       **USE KTMODCLS--ASAP**
ACA 015   00127   TAC   02/17/97 P 000.50    0.50 ACA ORIENTATION
                       **USE KTMODCLS--ASAP**
```

FOBBS000000038