

BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Edward Mayhall Training Transcript

*Connie M⁻ Cann*

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 10│22│14

Raymond Fobbs vs. Daniel Davis Case



STATE'S
EXHIBIT
2

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

FOBBS000000039

```
                                    ~3811935.TXT
    TIME: 09:20:46                                   CAPPED TRAINING - EMPLOYEE
TRANSCRIPT
                                                     DATE RANGE: ******** THRU
********

    EMPLOYEE:         MAYHALL, EDWARD A              TEAM/SHIFT: C/B


  CRS CRS  CLASS  CLSS  FINISH  E CLASS  HRS YRL
  TYP NUM  NUMBR  LOCN   DATE   S HOURS  ACM TOT     COURSE   NAME
COMMENTS                             TRAINING TYPE
=== ===  =====  ====  ======== = ======  =======  =========================
=============================== =========================
  ADM 013  04016  LSP  10/06/14 P 001.00   53.45 DEPART RULES-POLICIES-REG FOOD ITEM
ALLOWED ON COMPOUND     ALL OTHER COURSES
  HLS 063  02070  LSP  09/27/14 P 000.50   52.45 MEDICATION (PILL CALL) DI PILL CALL
PROCEDURE                ALL OTHER COURSES
  ADM 203  02335  LSP  09/23/14 P 000.75   51.95 LEAVE POLICY             LEAVE
POLICY                      ALL OTHER COURSES
  SEC 041  03548  LSP  09/18/14 P 000.75   51.20 SEARCHES AND PATDOWNS     PROPER
SHAKEDOWN PROCEDURES       ALL OTHER COURSES
  SEC 105  06105  LSP  09/13/14 P 000.25   50.45 SECURITY PROCEDURES       ROVING
SECURITY PROCEDURES        ALL OTHER COURSES
  SEC 041  03525  LSP  09/09/14 P 000.75   50.20 SEARCHES AND PATDOWNS     ROLL CALL:
SHAKEDOWN PROCEDURES    ALL OTHER COURSES
  SEC 041  03523  LSP  09/03/14 P 001.00   49.45 SEARCHES AND PATDOWNS     ROLL CALL:
PROPER SHAKEDOWN PROCE ALL OTHER COURSES
  SEC 105  06094  LSP  08/26/14 P 000.25   48.45 SECURITY PROCEDURES       ROLL CALL:
ROVING SECURITY PROCED ALL OTHER COURSES
  SEC 105  06078  LSP  08/21/14 P 000.50   48.20 SECURITY PROCEDURES       ROLL CALL:
ROVING SECURITY PROCED ALL OTHER COURSES
  SEC 041  03486  LSP  08/17/14 P 000.25   47.70 SEARCHES AND PATDOWNS     ROLL CALL:
SHAKEDOWN PROCEDURES    ALL OTHER COURSES
  HLS 063  02025  LSP  08/16/14 P 000.50   47.45 MEDICATION (PILL CALL) DI ROLL CALL:
PILL CALL PROCEDURES    ALL OTHER COURSES
  ADM 013  03938  LSP  08/12/14 P 000.50   46.95 DEPART RULES-POLICIES-REG ROLL CALL:
GROUND METAL DETECTOR   ALL OTHER COURSES
  SEC 041  03478  LSP  08/03/14 P 000.50   46.45 SEARCHES AND PATDOWNS     C/B Roll
Call/Metal Detector Usag DOC MANDATORY
  FRM 010  02136  LSP  08/01/14 P 000.25   45.95 FIREARMS TRAINING OTHER   C/B Roll
Call/Firearm Safety      DOC MANDATORY
  SEC 041  03476  LSP  07/28/14 P 001.00   45.70 SEARCHES AND PATDOWNS     ROLL CALL:
VISITATION SHAKEDOWN P ALL OTHER COURSES
  SEC 041  03471  LSP  07/20/14 P 000.25   44.70 SEARCHES AND PATDOWNS     ROLL CALL:
VISITATION SHAKDOWN PR ALL OTHER COURSES
  ADM 013  03884  LSP  07/19/14 P 000.75   44.45 DEPART RULES-POLICIES-REG ROLL CALL:
VISITATION PROCEDURES  ALL OTHER COURSES
  ADM 013  03881  LSP  07/14/14 P 000.50   43.70 DEPART RULES-POLICIES-REG ROLL CALL:
VISITATION PROCEDURES  ALL OTHER COURSES
  DLC 001  05404  LSP  07/09/14 P 000.25   43.20 DEFENSIVE DRIVING COURSE  SAFETY
MTG: DRIVING SAFELY        ACA MANDATORY
  ADM 013  03871  LSP  07/09/14 P 000.25   42.95 DEPART RULES-POLICIES-REG ROLL CALL:
VISITATION PROCEDURES  ALL OTHER COURSES
  ADM 013  03863  LSP  07/06/14 P 001.00   42.70 DEPART RULES-POLICIES-REG ROLL CALL:
VISITATION PROCEDURES  ALL OTHER COURSES
  ADM 013  03856  LSP  06/30/14 P 000.25   41.70 DEPART RULES-POLICIES-REG ROLL CALL:
VISITATION PROCEDURES  ALL OTHER COURSES
  ADM 013  03845  LSP  06/26/14 P 000.25   41.45 DEPART RULES-POLICIES-REG ROLL CALL:
VISITATION PROCEDURES  ALL OTHER COURSES
  ADM 184  00577  LSP  06/25/14 P 000.50   41.20 PERFORMANCE PLAN REVIEW O PES
SUPERVISOR TRAINING          ALL OTHER COURSES
  ADM 013  03844  LSP  06/25/14 P 000.25   40.70 DEPART RULES-POLICIES-REG ROLL CALL:
VISITATION PROCEDURES  ALL OTHER COURSES
```

FOBBS000000040

~3811935.TXT

```
 ADM 013  03868  LSP  06/22/14 P 000.75   40.45 DEPART RULES-POLICIES-REG C/B Roll
Call/Visitation Procedur DOC MANDATORY
 ADM 013  03840  LSP  06/17/14 P 000.50   39.70 DEPART RULES-POLICIES-REG ROLL CALL:
VISITATION PROCEDURES   ALL OTHER COURSES
 HLS 063  01964  LSP  06/07/14 P 000.50   39.20 MEDICATION (PILL CALL) DI C/B Roll
Call/Pill Call Procedure DOC MANDATORY
 SEC 017  04598  LSP  05/29/14 P 000.25   38.70 RESTRAINTS   USE OF       ROLL CALL:
USE OF RESTRAINTS      ALL OTHER COURSES
 SEC 017  04543  LSP  05/28/14 P 000.25   38.45 RESTRAINTS   USE OF       C/B Roll
Call/Use of Restraints   DOC MANDATORY
 HLS 063  01948  LSP  05/11/14 P 000.75   38.20 MEDICATION (PILL CALL) DI C/B Roll
Call/Medication Handling DOC MANDATORY
 ADM 058  01270  LSP  05/06/14 P 000.50   37.45 EMPLOYEE MANUAL TRAINING- C/B Roll
Call/Legible Signatures   DOC MANDATORY
 SEC 009  04893  LSP  05/01/14 P 000.50   36.95 CONTRABAND                C/B Roll
Call/Contraband Policy    DOC MANDATORY
 ADM 206  00411  LSP  04/11/14 P 000.25   36.45 EMPLOYEE CODE OF CONDUCT  C/B Roll
Call/Being Professional   DOC MANDATORY
 ADM 206  00409  LSP  04/08/14 P 000.25   36.20 EMPLOYEE CODE OF CONDUCT  C/B Roll
Call/Being Professional   DOC MANDATORY
 ADM 206  00408  LSP  04/07/14 P 000.25   35.95 EMPLOYEE CODE OF CONDUCT  C/B Roll
Call/Being Professional   DOC MANDATORY
 ADM 206  00405  LSP  04/03/14 P 000.25   35.70 EMPLOYEE CODE OF CONDUCT  C/B Roll
Call/Being Professional   DOC MANDATORY
 ADM 206  00402  LSP  03/29/14 P 000.75   35.45 EMPLOYEE CODE OF CONDUCT  C/B Roll
Call/Conducting Oneself   DOC MANDATORY
 FRM 008  07581  LSP  03/27/14 P 002.50   34.70 FIREARMS CERTIFICATION ON RECERT
                         ACA MANDATORY
 CPR 013  00887  TAC  03/18/14 P 004.00   32.20 HRTSVR 1STAID CPR AED STU INSERVICE
CPR                      ACA MANDATORY
 HLS 063  01902  LSP  03/11/14 P 000.25   28.20 MEDICATION (PILL CALL) DI C/B Roll
Call Procedures          DOC MANDATORY
 HLS 063  01897  LSP  03/06/14 P 001.25   27.95 MEDICATION (PILL CALL) DI C/B ROLL
CALL: PILL CALL PROCEDUR DOC MANDATORY
 HLS 063  01889  LSP  02/24/14 P 000.25   26.70 MEDICATION (PILL CALL) DI C/B Roll
Call/Pill Call Procedure DOC MANDATORY
 SEC 075  06311  LSP  02/20/14 P 000.25   26.45 USE OF FORCE REGULATIIONS C/B Roll
Call/Use of Force        DOC MANDATORY
 SEC 075  06337  LSP  02/19/14 P 000.25   26.20 USE OF FORCE REGULATIIONS C/B Roll
Call/Use of Force        DOC MANDATORY
 SEC 186  01159  TAC  02/18/14 P 000.50   25.95 SOCIAL NETWORKING         INSERVICE
CRI                      ACA MANDATORY
 SEC 168  02448  TAC  02/18/14 P 000.50   25.45 SUICIDE PRECAUTIONS       INSERVICE
CRI                      ACA MANDATORY
 SEC 132  05039  TAC  02/18/14 P 001.50   24.95 FIRE & EMERGENCY PROCEDUR INSERVICE
EIR                      ACA MANDATORY
 SEC 090  01707  TAC  02/18/14 P 001.00   23.45 LEGAL RESPONSIBILITIES IN INSERVICE
EIR                      ACA MANDATORY
 SEC 078  02555  TAC  02/18/14 P 001.00   22.45 OFFENDER SUPERVISION      INSERVICE
EIR                      ACA MANDATORY
 SEC 076  03858  TAC  02/18/14 P 000.50   21.45 HOSTAGE SITUATIONS PACES  INSERVICE
CRI                      ACA MANDATORY
 SEC 075  06272  TAC  02/18/14 P 000.50   20.95 USE OF FORCE REGULATIIONS INSERVICE
CRI                      ACA MANDATORY
 SEC 072  01940  TAC  02/18/14 P 001.00   20.45 OFFENDER MANIPULATION     INSERVICE
EIR                      ACA MANDATORY
 SEC 045  04785  TAC  02/18/14 P 001.50   19.45 OFFENDER RULES AND REGULA INSERVICE
EIR                      ACA MANDATORY
 SEC 020  01909  TAC  02/18/14 P 000.50   17.95 SECURITY CUSTODY CONTROL  INSERVICE
CRI                      ACA MANDATORY
 SEC 017  04400  TAC  02/18/14 P 001.50   17.45 RESTRAINTS   USE OF       INSERVICE
CRI                      ACA MANDATORY
 SEC 010  03375  TAC  02/18/14 P 000.50   15.95 DEFENSIVE TACTICS USE OF  INSERVICE
```

FOBBS000000041

~3811935.TXT

```
CRI                          ACA MANDATORY
  RPT 007  04360  TAC  02/18/14 P 001.00     15.45 REPORT WRITING              INSERVICE
EIR                          ACA MANDATORY
  MIS 055  05098  TAC  02/18/14 P 000.50     14.45 CULTURAL DIVERSITY & AWAR  INSERVICE
EIR                          ACA MANDATORY
  MIS 009  04985  TAC  02/18/14 P 001.00     13.95 PREA SEXUAL ASSAULT-ABUSE  INSERVICE
CRI                          ACA MANDATORY
  IMT 022  01150  TAC  02/18/14 P 001.00     12.95 CONFLICT RESOLUTION         INSERVICE
EIR                          ACA MANDATORY
  IMT 014  05530  TAC  02/18/14 P 001.00     11.95 SEXUAL HARASSMENT           INSERVICE
EIR                          ACA MANDATORY
  HLS 063  01878  TAC  02/18/14 P 001.00     10.95 MEDICATION (PILL CALL) DI  INSERVICE
CRI                          ACA MANDATORY
  HLS 050  01260  TAC  02/18/14 P 001.00      9.95 SPECIAL NEEDS OFFENDERS    INSERVICE
EIR                          ACA MANDATORY
  HLS 047  03312  TAC  02/18/14 P 000.50      8.95 COMMUNICABLE DISEASES HIV  INSERVICE
EIR                          ACA MANDATORY
  HLS 014  02915  TAC  02/18/14 P 000.50      8.45 MENTAL HEALTH              INSERVICE
CRI                          ACA MANDATORY
  ADM 234  00851  TAC  02/18/14 P 000.50      7.95 FAITH BASED TRAINING       INSERVICE
EIR                          ACA MANDATORY
  ADM 146  03565  TAC  02/18/14 P 000.50      7.45 DRESS CODE                 INSERVICE
EIR                          ACA MANDATORY
  ADM 127  07215  TAC  02/18/14 P 000.50      6.95 VIOLENCE FREE WORKPLACE    INSERVICE
EIR                          ACA MANDATORY
  ADM 108  06934  TAC  02/18/14 P 001.00      6.45 DRUG FREE WORK PLACE       INSERVICE
EIR                          ACA MANDATORY
  ADM 093  02588  TAC  02/18/14 P 001.00      5.45 AMERICANS WITH DISABILITI  INSERVICE
CRI                          ACA MANDATORY
  ADM 016  04472  TAC  02/18/14 P 001.00      4.45 EMPLOYEE RULES AND DISCIP  INSERVICE
EIR                          ACA MANDATORY
  ADM 014  01364  TAC  02/18/14 P 000.50      3.45 EMPLOYEE ASSISTANCE PROGR  INSERVICE
EIR                          ACA MANDATORY
  ACA 017  02008  TAC  02/18/14 P 000.50      2.95 DEESCALATION TECHNIQUES    INSERVICE
EIR                          ACA MANDATORY
  ACA 015  01915  TAC  02/18/14 P 000.50      2.45 ACA ORIENTATION            INSERVICE
EIR                          ACA MANDATORY
  SEC 075  06292  LSP  02/16/14 P 000.45      1.95 USE OF FORCE REGULATIIONS  C/B Roll
Call/Use of Force            DOC MANDATORY
  ADM 013  03697  LSP  01/14/14 P 000.50      1.50 DEPART RULES-POLICIES-REG  Camp C/B
Roll Call/ Proper Docume  DOC MANDATORY
  ADM 013  03694  LSP  01/09/14 P 000.50      1.00 DEPART RULES-POLICIES-REG  C/B:
PROPER DOCUMENTATION         ALL OTHER COURSES
  STY 006  17458  LSP  01/05/14 P 000.25      0.50 SAFETY TRAINING TOPICS     CAMP C B
TEAM: SAFETY MTG: WET FL  ALL OTHER COURSES
  SEC 062  05588  LSP  01/03/14 P 000.25      0.25 KEY CONTROL                CAMP C B
TEAM: PROPER KEY CONTROL  ALL OTHER COURSES
  ADM 154  00709  LSP  12/02/13 P 000.50     83.80 DRUG TESTING               NEW DRUG
TESTING - ONLINE COURSE   ALL OTHER COURSES
  HLS 074  00007  LSP  11/13/13 P 001.00     83.30 EMAR-ELECTRONIC MEDICATIO  124637
HLS 063 01799    WAS ORIGINAL DOC MANDATORY
  ADM 203  02184  LSP  10/22/13 P 000.50     82.30 LEAVE POLICY               EMPLOYEE
LEAVE                        ALL OTHER COURSES
  MIS 009  04859  LSP  10/17/13 P 002.00     81.80 PREA SEXUAL ASSAULT-ABUSE  P R E A
                             ACA MANDATORY
  MIS 009  04814  LSP  10/08/13 P 004.50     79.80 PREA SEXUAL ASSAULT-ABUSE  P R E A
                             ACA MANDATORY
  MIS 009  04804  LSP  09/24/13 P 000.50     75.30 PREA SEXUAL ASSAULT-ABUSE  P R E A
                             ACA MANDATORY
  MIS 009  04755  LSP  09/13/13 P 003.00     74.80 PREA SEXUAL ASSAULT-ABUSE  P R E A
                             ACA MANDATORY
  MIS 009  04729  LSP  08/20/13 P 001.00     71.80 PREA SEXUAL ASSAULT-ABUSE  ACA /
PREA                         ACA MANDATORY
```

Page 3

FOBBS000000042

~3811935.TXT

```
ACA 015  01865  LSP  08/12/13 P 000.25   70.80 ACA ORIENTATION            ACA
STANDARDS                    DOC MANDATORY
ACA 015  01867  LSP  08/11/13 P 001.75   70.55 ACA ORIENTATION            ACA
STANDARDS                    DOC MANDATORY
ADM 016  04399  LSP  07/25/13 P 000.50   68.80 EMPLOYEE RULES AND DISCIP  SMOKING
POLICY                  ALL OTHER COURSES
SEC 041  03199  LSP  07/21/13 P 000.50   68.30 SEARCHES AND PATDOWNS      OFFENDER
SHAKEDOWN PROCEDURE      ALL OTHER COURSES
ADM 146  03456  LSP  07/19/13 P 000.25   67.80 DRESS CODE                UNIFORM
DRESS CODE                   DOC MANDATORY
SEC 041  03188  LSP  07/16/13 P 000.75   67.55 SEARCHES AND PATDOWNS      WALK
THROUGH METAL DETECTOR USAG ALL OTHER COURSES
MIS 116  00017  LSP  07/11/13 P 000.25   66.80 OFFENDER TELEPHONE SYSTEM  TELEPHONE
USAGE  PROCEDURES       ALL OTHER COURSES
SEC 153  00853  LSP  07/07/13 P 001.25   66.55 CELL BLOCK PROCEDURES & R  YARD CALL
PROCEDURES FOR CELLBLO ALL OTHER COURSES
RPT 012  00822  LSP  06/27/13 P 000.75   65.30 LOG BOOK DOCUMENTATION     PROPER
LOGBOOK DOCUMENTATION      ALL OTHER COURSES
RPT 012  00826  LSP  06/23/13 P 001.00   64.55 LOG BOOK DOCUMENTATION     PROPER
LOGBOOK DOCUMENTATION      ACA MANDATORY
ADM 146  03436  LSP  06/17/13 P 000.25   63.55 DRESS CODE                UNIFORM
DRESS CODE                   DOC MANDATORY
ADM 203  02139  LSP  06/16/13 P 000.50   63.30 LEAVE POLICY              EMPLOYEE
LEAVE USAGE             ALL OTHER COURSES
SEC 026  00349  LSP  06/13/13 P 001.00   62.80 ELECTRONIC DETECTECTOR AN  USE OF
HAND TRANSFRISKER          ALL OTHER COURSES
SEC 026  00348  LSP  06/09/13 P 002.00   61.80 ELECTRONIC DETECTECTOR AN  USE OF
TRANSFRISKER                 ALL OTHER COURSES
STY 006  16922  LSP  06/07/13 P 000.25   59.80 SAFETY TRAINING TOPICS     USE OF
LADDERS                      ACA MANDATORY
SEC 041  03172  LSP  06/04/13 P 001.00   59.55 SEARCHES AND PATDOWNS      GENERAL
INSPECTION                   ALL OTHER COURSES
ADM 203  02137  LSP  05/30/13 P 001.00   58.55 LEAVE POLICY              PROPER
LEAVE USAGE             ALL OTHER COURSES
ADM 203  02132  LSP  05/29/13 P 001.00   57.55 LEAVE POLICY              PROPER
LEAVE USAGE             ALL OTHER COURSES
SEC 041  03161  LSP  05/26/13 P 001.00   56.55 SEARCHES AND PATDOWNS      SEARCHES
OF VISITORS              ALL OTHER COURSES
SEC 011  00239  TAC  05/22/13 P 001.50   55.55 ELECTRONIC CAPTURE DEVICE
SUPERVISORS TRAINING ELECTRONIC B ACA MANDATORY
SEC 010  03195  TAC  05/22/13 P 001.00   54.05 DEFENSIVE TACTICS USE OF
SUPERVISORS TRAINING ASP (PPCT)    ACA MANDATORY
SEC 008  01721  TAC  05/22/13 P 001.00   53.05 CHEMICAL WEAPONS USE OF
SUPERVISORS TRAINING CHEMICAL AGE ACA MANDATORY
ADM 154  00609  TAC  05/22/13 P 000.50   52.05 DRUG TESTING
SUPERVISORS TRAINING TOX CUP      ACA MANDATORY
SEC 168  02315  LSP  05/20/13 P 001.00   51.55 SUICIDE PRECAUTIONS        SUICIDE
PREVENTION                   ALL OTHER COURSES
SEC 132  04711  LSP  05/16/13 P 001.00   50.55 FIRE & EMERGENCY PROCEDUR  FIRE
EVACUATION PROCEDURES        ACA MANDATORY
SEC 132  04698  LSP  05/15/13 P 001.00   49.55 FIRE & EMERGENCY PROCEDUR  FIRE
EVAC. PROCEDURES           ALL OTHER COURSES
SEC 076  03548  LSP  05/12/13 P 003.00   48.55 HOSTAGE SITUATIONS PACES   HOSTAGE
SITUATIONS                   ALL OTHER COURSES
SEC 057  07755  LSP  05/07/13 P 000.50   45.55 OFFENDER POSTED POLICIES   STORING
PROPERTY                     ALL OTHER COURSES
HLS 063  01777  LSP  05/07/13 P 001.00   45.05 MEDICATION (PILL CALL) DI  PILL CALL
TRAINING                   ALL OTHER COURSES
SEC 105  05868  LSP  05/02/13 P 000.50   44.05 SECURITY PROCEDURES
UNSECURED CLEANING EQUIPMENT    ACA MANDATORY
IMT 014  05172  LSP  05/01/13 P 000.25   43.55 SEXUAL HARASSMENT          SEXUAL
HARRASSMENT                  ALL OTHER COURSES
SEC 105  05862  LSP  04/28/13 P 000.50   43.30 SECURITY PROCEDURES        SECURITY
```

Page 4

F08BS000000043

```
                                ~3811935.TXT
EQUIPMENT                   ALL OTHER COURSES
 SEC 057  07729  LSP  04/17/13 P 000.25    42.80 OFFENDER POSTED POLICIES
VISITATION PROCEDURES       ALL OTHER COURSES
 HLS 019  01736  LSP  04/14/13 P 000.75    42.55 STRESS MANAGEMENT         STRESS
MANAGEMENT                  ALL OTHER COURSES
 ADM 146  03349  LSP  04/09/13 P 000.50    41.80 DRESS CODE                OFFICERS
DRESS CODE                  DOC MANDATORY
 STY 006  16839  LSP  04/04/13 P 000.25    41.30 SAFETY TRAINING TOPICS    SAFETY
MEETING                     ACA MANDATORY
 SEC 076  03527  LSP  04/04/13 P 000.25    41.05 HOSTAGE SITUATIONS PACES  HOSTAGE
NEGOTIATION                 ALL OTHER COURSES
 SEC 168  02275  LSP  03/31/13 P 000.75    40.80 SUICIDE PRECAUTIONS       SUICIDE
PREVENTION                  ALL OTHER COURSES
 ACA 017  01728  LSP  03/26/13 P 000.05    40.05 DEESCALATION TECHNIQUES
DE-ESCALATION TECHNIQUES         ACA MANDATORY
 SEC 007  03188  LSP  03/21/13 P 000.50    40.00 CHASE TEAM & SCENARIOS    CHASE
PROCEDURES                  ALL OTHER COURSES
 SEC 035  04933  LSP  03/17/13 P 000.75    39.50 POST ORDERS              POST
ORDERS ( CELLBLOCKS )       ALL OTHER COURSES
 STY 006  16701  LSP  03/16/13 P 000.25    38.75 SAFETY TRAINING TOPICS   SAFETY
MEETINGS/DOORS & GATES OPE ACA MANDATORY
 SEC 035  04932  LSP  03/11/13 P 000.25    38.50 POST ORDERS              POST
ORDERS  (DORM)              ALL OTHER COURSES
 CPR 016  00144  LSP  03/06/13 P 000.25    38.25 AHA REFRESHER NON CERTIFI CPR/FIRST
AID                         ALL OTHER COURSES
 ADM 052  00126  LSP  03/03/13 P 001.00    38.00 VEHICLE FLEET TRACK TRAIN MOTOR
VEHICLE OPERATION           ALL OTHER COURSES
 SEC 075  05933  TAC  02/28/13 P 001.00    37.00 USE OF FORCE REGULATIIONS INSERVICE
                            ACA MANDATORY
 SEC 017  04075  TAC  02/28/13 P 001.50    36.00 RESTRAINTS   USE OF       INSERVICE
                            ACA MANDATORY
 SEC 010  03115  TAC  02/28/13 P 001.50    34.50 DEFENSIVE TACTICS USE OF  INSERVICE
                            ACA MANDATORY
 CPR 013  00651  TAC  02/28/13 P 004.00    33.00 HRTSVR 1STAID CPR AED STU INSERVICE
                            ACA MANDATORY
 RPT 007  03925  LSP  02/20/13 P 000.25    29.00 REPORT WRITING            REPORT
WRITING AND DOCUMENTATION ACA MANDATORY
 SEC 075  05951  LSP  02/16/13 P 000.50    28.75 USE OF FORCE REGULATIIONS USE OF
POLICY                      ALL OTHER COURSES
 ADM 203  02077  LSP  02/12/13 P 000.25    28.25 LEAVE POLICY              LEAVE
USAGE POLICY                ALL OTHER COURSES
 SEC 105  05825  LSP  02/06/13 P 000.25    28.00 SECURITY PROCEDURES       SECURITY
EQUIPMENT                   ALL OTHER COURSES
 SEC 186  00809  TAC  02/05/13 P 001.00    27.75 SOCIAL NETWORKING         CRI
                            ACA MANDATORY
 SEC 168  02214  TAC  02/05/13 P 000.50    26.75 SUICIDE PRECAUTIONS       CRI
                            ACA MANDATORY
 SEC 132  04509  TAC  02/05/13 P 001.50    26.25 FIRE & EMERGENCY PROCEDUR EIR
                            ACA MANDATORY
 SEC 090  01558  TAC  02/05/13 P 001.00    24.75 LEGAL RESPONSIBILITIES IN EIR
                            ACA MANDATORY
 SEC 078  02242  TAC  02/05/13 P 001.00    23.75 OFFENDER SUPERVISION      EIR
                            ACA MANDATORY
 SEC 076  03445  TAC  02/05/13 P 000.50    22.75 HOSTAGE SITUATIONS PACES  CRI
                            ACA MANDATORY
 SEC 072  01765  TAC  02/05/13 P 001.00    22.25 OFFENDER MANIPULATION     EIR
                            ACA MANDATORY
 SEC 045  04332  TAC  02/05/13 P 001.50    21.25 OFFENDER RULES AND REGULA EIR
                            ACA MANDATORY
 SEC 020  01614  TAC  02/05/13 P 001.00    19.75 SECURITY CUSTODY CONTROL  CRI
                            ACA MANDATORY
 RPT 007  03899  TAC  02/05/13 P 001.00    18.75 REPORT WRITING            EIR
                            ACA MANDATORY
```

Page 5

FOBBS000000044

~3811935.TXT

```
MIS 055   04645   TAC   02/05/13 P 000.50    17.75 CULTURAL DIVERSITY & AWAR EIR
                        ACA MANDATORY
MIS 009   04356   TAC   02/05/13 P 001.00    17.25 PREA SEXUAL ASSAULT-ABUSE CRI
                        ACA MANDATORY
IMT 022   01029   TAC   02/05/13 P 001.00    16.25 CONFLICT RESOLUTION        EIR
                        ACA MANDATORY
IMT 014   04915   TAC   02/05/13 P 001.00    15.25 SEXUAL HARASSMENT          EIR
                        ACA MANDATORY
HLS 063   01703   TAC   02/05/13 P 001.00    14.25 MEDICATION (PILL CALL) DI CRI
                        ACA MANDATORY
HLS 050   01154   TAC   02/05/13 P 001.00    13.25 SPECIAL NEEDS OFFENDERS    EIR
                        ACA MANDATORY
HLS 047   02924   TAC   02/05/13 P 000.50    12.25 COMMUNICABLE DISEASES HIV EIR
                        ACA MANDATORY
HLS 014   02747   TAC   02/05/13 P 000.50    11.75 MENTAL HEALTH             CRI
                        ACA MANDATORY
DLC 001   04692   TAC   02/05/13 P 000.50    11.25 DEFENSIVE DRIVING COURSE  CRI
                        ACA MANDATORY
ADM 234   00678   TAC   02/05/13 P 000.50    10.75 FAITH BASED TRAINING      EIR
                        ACA MANDATORY
ADM 197   03427   TAC   02/05/13 P 002.00    10.25 ETHICS (NOT FOR PREA TRAI CRI
                        ACA MANDATORY
ADM 146   03266   TAC   02/05/13 P 000.50     8.25 DRESS CODE               EIR
                        ACA MANDATORY
ADM 127   06596   TAC   02/05/13 P 000.50     7.75 VIOLENCE FREE WORKPLACE   EIR
                        ACA MANDATORY
ADM 116   17544   LSP   02/05/13 P 000.50     7.25 STAFF MEETING            OUTCAMP
STAFF MEETING/USE OF FORC ALL OTHER COURSES
ADM 108   06390   TAC   02/05/13 P 001.00     6.75 DRUG FREE WORK PLACE      EIR
                        ACA MANDATORY
ADM 093   02273   TAC   02/05/13 P 001.00     5.75 AMERICANS WITH DISABILITI CRI
                        ACA MANDATORY
ADM 016   04158   TAC   02/05/13 P 001.00     4.75 EMPLOYEE RULES AND DISCIP EIR
                        ACA MANDATORY
ADM 014   01233   TAC   02/05/13 P 000.50     3.75 EMPLOYEE ASSISTANCE PROGR EIR
                        ACA MANDATORY
ACA 017   01692   TAC   02/05/13 P 000.50     3.25 DEESCALATION TECHNIQUES   EIR
                        ACA MANDATORY
ACA 015   01761   TAC   02/05/13 P 000.50     2.75 ACA ORIENTATION          EIR
                        ACA MANDATORY
SEC 078   02241   LSP   02/03/13 P 000.25     2.25 OFFENDER SUPERVISION     PCC
CELLBLOCK OFFENDER MOVEMENT  ALL OTHER COURSES
SEC 017   04067   LSP   02/02/13 P 000.25     2.00 RESTRAINTS  USE OF
RESTRAINING OFFENDERS TO BE SHAVE ALL OTHER COURSES
RPT 007   03898   LSP   02/01/13 P 000.25     1.75 REPORT WRITING           REPORT
WRITING & DOCUMENTATION   ACA MANDATORY
SEC 057   07607   LSP   01/29/13 P 000.25     1.50 OFFENDER POSTED POLICIES OFFENDER
PROPERTY STORAGE          ALL OTHER COURSES
SEC 019   37089   LSP   01/28/13 P 000.25     1.25 PROCESS AND PROCEDURE FOR ROLL CALL
ON CODE OF ETHICS INST ALL OTHER COURSES
SEC 075   05886   LSP   01/24/13 P 000.25     1.00 USE OF FORCE REGULATIIONS USE OF
FORCE                     ALL OTHER COURSES
STY 006   16407   LSP   01/12/13 P 000.25     0.75 SAFETY TRAINING TOPICS   GENERAL
SAFETY RULES              ACA MANDATORY
SEC 075   05882   LSP   01/05/13 P 000.50     0.50 USE OF FORCE REGULATIIONS USE OF
FORCE                     ALL OTHER COURSES
SEC 075   05874   LSP   12/23/12 P 000.75    87.00 USE OF FORCE REGULATIIONS USE OF
FORCE                     ALL OTHER COURSES
SEC 020   01608   LSP   12/17/12 P 000.25    86.25 SECURITY CUSTODY CONTROL MEMO ON
DOUBLEBUNKING ON JAGUAR  ALL OTHER COURSES
SEC 075   05873   LSP   12/12/12 P 001.25    86.00 USE OF FORCE REGULATIIONS USE OF
FORCE                     ALL OTHER COURSES
STY 006   16359   LSP   12/07/12 P 000.25    84.75 SAFETY TRAINING TOPICS   THE
```

Page 6

FOBBS000000045

~3811935.TXT

UNSAFE ACT (CARELESSNESS ACA MANDATORY
 FRM 008   07360   LSP   11/29/12 P 002.50    84.50 FIREARMS CERTIFICATION ON RECERT
                    ACA MANDATORY
 SEC 075   05861   LSP   11/25/12 P 001.50    82.00 USE OF FORCE REGULATIIONS  USE OF
FORCE                    ALL OTHER COURSES
 ADM 202   00386   LSP   10/28/12 P 001.50    80.50 CORRECTIONAL OFFI OATH-GR
CORRECTIONAL OFFICERS OATH        ALL OTHER COURSES
 SEC 019   37051   LSP   10/21/12 P 000.50    79.00 PROCESS AND PROCEDURE FOR  ON-LINE
ETHICS TRAINING           ALL OTHER COURSES
 ADM 240   00094   LSP   10/15/12 P 001.00    78.50 LA CODE OF GOVERNMENTAL E CODE OF
ETHICS FOR PUBLIC SERVANT
 ADM 202   00385   LSP   10/14/12 P 001.25    77.50 CORRECTIONAL OFFI OATH-GR
CORRECTIONAL OFFICERS OATH        ALL OTHER COURSES
 ADM 202   00384   LSP   09/30/12 P 000.75    76.25 CORRECTIONAL OFFI OATH-GR
CORRECTIONS OFFICER OATH          ALL OTHER COURSES
 ADM 202   00381   LSP   09/25/12 P 001.75    75.50 CORRECTIONAL OFFI OATH-GR
CORRECTIONS OFFICER OATH          ALL OTHER COURSES
 SEC 019   37038   LSP   09/11/12 P 001.00    73.75 PROCESS AND PROCEDURE FOR  ON-LINE
ETHICS TRAINING/INSTRUCT ALL OTHER COURSES
 SEC 105   05719   LSP   09/06/12 P 000.50    72.75 SECURITY PROCEDURES       SECURITY
AWARENESS                ACA MANDATORY
 STY 006   16157   LSP   09/05/12 P 000.50    72.25 SAFETY TRAINING TOPICS    SAFETY
MEETING / CAUTION ON WET  ACA MANDATORY
 SEC 045   04175   LSP   09/02/12 P 000.50    71.75 OFFENDER RULES AND REGULA
OFFENDER  VISITATION            ALL OTHER COURSES
 ADM 146   03134   LSP   09/01/12 P 001.50    71.25 DRESS CODE               EMPLOYEE
DRESS CODE               DOC MANDATORY
 SEC 075   05845   LSP   08/28/12 P 000.50    69.75 USE OF FORCE REGULATIIONS   USE OF
FORCE                    ALL OTHER COURSES
 ADM 146   03126   LSP   08/23/12 P 001.00    69.25 DRESS CODE               EMPLOYEE
 DRESS CODE              DOC MANDATORY
 SEC 062   05261   LSP   08/19/12 P 000.50    68.25 KEY CONTROL               KEY
CONTROL                  ALL OTHER COURSES
 FDS 008   00501   LSP   08/18/12 P 000.50    67.75 FOOD SERVICE TRAINING     KITCHEN
CLEANLINESS              ALL OTHER COURSES
 SEC 153   00831   LSP   08/17/12 P 000.50    67.25 CELL BLOCK PROCEDURES & R CELLBLOCK
ROSTERS AND LOGS         ALL OTHER COURSES
 ADM 146   03122   LSP   08/14/12 P 001.00    66.75 DRESS CODE               EMPLOYEE
DRESS CODE               DOC MANDATORY
 STY 006   16130   LSP   08/09/12 P 001.00    65.75 SAFETY TRAINING TOPICS    HEAVY
LIFTING ( THE UNSAFE ACT  ACA MANDATORY
 ADM 206   00363 .LSP   08/05/12 P 001.00    64.75 EMPLOYEE CODE OF CONDUCT   EMPLOYEE
CONDUCT                  ALL OTHER COURSES
 ADM 203   02018   LSP   08/04/12 P 000.50    63.75 LEAVE POLICY             EMPLOYEE
LEAVE USAGE              ALL OTHER COURSES
 SEC 019   37034   LSP   08/03/12 P 000.50    63.25 PROCESS AND PROCEDURE FOR ON-LINE
PES TRAINING.            ALL OTHER COURSES
 SEC 062   05223   LSP   07/31/12 P 001.50    62.75 KEY CONTROL               KEY
CONTROL                  ALL OTHER COURSES
 SEC 045   04133   LSP   07/25/12 P 000.50    61.25 OFFENDER RULES AND REGULA OFFENDER
GROOMING / HYGENE        ALL OTHER COURSES
 SEC 045   04120   LSP   07/22/12 P 001.00    60.75 OFFENDER RULES AND REGULA OFFENDER
GROOMING/ HYGENE         ALL OTHER COURSES
 SEC 147   02011   LSP   07/12/12 P 000.50    59.75 COUNT PROCEDURES          COUNT
PROCEDURES               ALL OTHER COURSES
 SEC 045   04117   LSP   07/12/12 P 001.00    59.25 OFFENDER RULES AND REGULA INMATE
GROOMING / HYGENE        ALL OTHER COURSES
 SEC 062   05210   LSP   07/08/12 P 001.00    58.25 KEY CONTROL               KEY
CONTROL                  ALL OTHER COURSES
 RPT 012   00732   LSP   07/06/12 P 000.50    57.25 LOG BOOK DOCUMENTATION    logbook
proper documentation     ALL OTHER COURSES
 ADM 194   17574   LSP   07/03/12 P 000.50    56.75 INSTITUTIONAL POLICIES &   UNDERAGE
VISITORS PROCEDURES      ALL OTHER COURSES

Page 7

FOBBS000000046

```
                                        ~3811935.TXT
   ADM 203   01998   LSP   07/02/12 P 000.50   56.25 LEAVE POLICY              LEAVE
USAGE                        ALL OTHER COURSES
   ADM 146   03090   LSP   06/28/12 P 001.00   55.75 DRESS CODE               OFFENDER
DRESS CODE                   DOC MANDATORY
   SEC 045   04084   LSP   06/24/12 P 000.50   54.75 OFFENDER RULES AND REGULA  VISITS
                             ALL OTHER COURSES
   SEC 074   00706   LSP   06/23/12 P 002.00   54.25 OFFENDER ADMINISTRATIVE R   TIME
CLOCKS/ HOBBYSHOP STICKOUT ALL OTHER COURSES
   SEC 153   00822   LSP   06/14/12 P 002.00   52.25 CELL BLOCK PROCEDURES & R  ESCORTING
CELLBLOCK OFFENDERS      ALL OTHER COURSES
   SEC 153   00821   LSP   06/08/12 P 000.50   50.25 CELL BLOCK PROCEDURES & R  ROUNDS IN
DORMS AND CELLBLOCKS    ALL OTHER COURSES
   SEC 147   01998   LSP   06/05/12 P 000.50   49.75 COUNT PROCEDURES          DORM
COUNT PROCEDURES             ALL OTHER COURSES
   SEC 075   05760   LSP   05/27/12 P 000.25   49.25 USE OF FORCE REGULATIIONS USE OF
FORCE                        ALL OTHER COURSES
   ADM 203   01979   LSP   05/26/12 P 001.00   49.00 LEAVE POLICY             EMPLOYEE
ATTENDANCE                   ALL OTHER COURSES
   SEC 075   05745   LSP   05/17/12 P 001.00   48.00 USE OF FORCE REGULATIIONS  USE OF
FORCE                        ACA MANDATORY
   SEC 062   05099   LSP   05/11/12 P 000.25   47.00 KEY CONTROL               KEY
CONTROL                      ALL OTHER COURSES
   ADM 203   01975   LSP   05/08/12 P 001.00   46.75 LEAVE POLICY
EMPLOYEE LEAVE USAGE         ALL OTHER COURSES
   STY 006   15845   LSP   05/07/12 P 000.25   45.75 SAFETY TRAINING TOPICS    CAUTION
ON WET FLOORS                ACA MANDATORY
   ADM 203   01976   LSP   05/03/12 P 000.50   45.50 LEAVE POLICY             EMPLOYEE
LEAVE USAGE                  ALL OTHER COURSES
   ADM 116   16420   LSP   04/27/12 P 000.75   45.00 STAFF MEETING
SUPERVISORS MEETING          ALL OTHER COURSES
   ADM 203   01970   LSP   04/19/12 P 000.25   44.25 LEAVE POLICY             EMPLOYEE
LEAVE USAGE                  ALL OTHER COURSES
   ADM 203   01966   LSP   04/18/12 P 001.00   44.00 LEAVE POLICY             EMPLOYEE
LEAVE USAGE                  ALL OTHER COURSES
   ADM 203   01963   LSP   04/15/12 P 000.75   43.00 LEAVE POLICY             LEAVE
USAGE                        ALL OTHER COURSES
   STY 006   15790   LSP   04/10/12 P 000.25   42.25 SAFETY TRAINING TOPICS    LIFTING
OF LOCKER BOXES.             ACA MANDATORY
   ADM 203   01961   LSP   04/01/12 P 000.75   42.00 LEAVE POLICY             LEAVE
USAGE                        ALL OTHER COURSES
   SEC 075   05688   TAC   03/29/12 P 001.00   41.25 USE OF FORCE REGULATIIONS INSERVICE
                             ACA MANDATORY
   SEC 017   03765   TAC   03/29/12 P 001.50   40.25 RESTRAINTS  USE OF        INSERVICE
                             ACA MANDATORY
   SEC 010   02881   TAC   03/29/12 P 001.50   38.75 DEFENSIVE TACTICS USE OF  INSERVICE
                             ACA MANDATORY
   CPR 013   00426   TAC   03/29/12 P 004.00   37.25 HRTSVR 1STAID CPR AED STU INSERVICE
                             ACA MANDATORY
   SEC 020   01445   LSP   03/27/12 P 000.50   33.25 SECURITY CUSTODY CONTROL   SECURITY
AND CONTROL                  ACA MANDATORY
   SEC 045   04016   LSP   03/22/12 P 000.50   32.75 OFFENDER RULES AND REGULA  OFFENDER
RULES                        ACA MANDATORY
   STY 016   07383   TAC   03/20/12 P 000.50   32.25 SAFETY PROCEDURES         INSERVICE
                             ACA MANDATORY
   SEC 186   00454   TAC   03/20/12 P 000.50   31.75 SOCIAL NETWORKING         INSERVICE
                             ACA MANDATORY
   SEC 168   02028   TAC   03/20/12 P 000.50   31.25 SUICIDE PRECAUTIONS       INSERVICE
                             ACA MANDATORY
   SEC 132   04008   TAC   03/20/12 P 001.50   30.75 FIRE & EMERGENCY PROCEDUR EIR
                             ACA MANDATORY
   SEC 090   01422   TAC   03/20/12 P 001.00   29.25 LEGAL RESPONSIBILITIES IN EIR
                             ACA MANDATORY
   SEC 078   02111   TAC   03/20/12 P 001.00   28.25 OFFENDER SUPERVISION       EIR
```

FOBBS000000047

~3811935.TXT

```
                       ACA MANDATORY
SEC 076  03133  TAC  03/20/12 P 000.50   27.25 HOSTAGE SITUATIONS PACES   INSERVICE
                       ACA MANDATORY
SEC 072  01618  TAC  03/20/12 P 001.00   26.75 OFFENDER MANIPULATION      EIR
                       ACA MANDATORY
SEC 045  03867  TAC  03/20/12 P 001.50   25.75 OFFENDER RULES AND REGULA  EIR
                       ACA MANDATORY
SEC 020  01427  TAC  03/20/12 P 000.50   24.25 SECURITY CUSTODY CONTROL   INSERVICE
                       ACA MANDATORY
RPT 007  03536  TAC  03/20/12 P 001.00   23.75 REPORT WRITING             EIR
                       ACA MANDATORY
MIS 055  04333  TAC  03/20/12 P 000.50   22.75 CULTURAL DIVERSITY & AWAR  EIR
                       ACA MANDATORY
MIS 009  03886  TAC  03/20/12 P 001.00   22.25 PREA SEXUAL ASSAULT-ABUSE  INSERVICE
                       ACA MANDATORY
IMT 022  00929  TAC  03/20/12 P 001.00   21.25 CONFLICT RESOLUTION        EIR
                       ACA MANDATORY
IMT 014  04376  TAC  03/20/12 P 001.00   20.25 SEXUAL HARASSMENT          EIR
                       ACA MANDATORY
IMT 014  04375  TAC  03/20/12 P 001.00   19.25 SEXUAL HARASSMENT          INSERVICE
                       ACA MANDATORY
HLS 063  01595  TAC  03/20/12 P 001.50   18.25 MEDICATION (PILL CALL) DI  INSERVICE
                       ACA MANDATORY
HLS 050  01059  TAC  03/20/12 P 001.00   16.75 SPECIAL NEEDS OFFENDERS    EIR
                       ACA MANDATORY
HLS 047  02615  TAC  03/20/12 P 000.50   15.75 COMMUNICABLE DISEASES HIV  EIR
                       ACA MANDATORY
HLS 014  02610  TAC  03/20/12 P 000.50   15.25 MENTAL HEALTH              INSERVICE
                       ACA MANDATORY
ADM 234  00544  TAC  03/20/12 P 000.50   14.75 FAITH BASED TRAINING       EIR
                       ACA MANDATORY
ADM 197  02711  TAC  03/20/12 P 000.50   14.25 ETHICS (NOT FOR PREA TRAI  INSERVICE
                       ACA MANDATORY
ADM 146  03005  TAC  03/20/12 P 000.50   13.75 DRESS CODE                 EIR
                       ACA MANDATORY
ADM 127  06071  TAC  03/20/12 P 000.50   13.25 VIOLENCE FREE WORKPLACE    EIR
                       ACA MANDATORY
ADM 108  05768  TAC  03/20/12 P 001.00   12.75 DRUG FREE WORK PLACE       EIR
                       ACA MANDATORY
ADM 093  02051  TAC  03/20/12 P 001.00   11.75 AMERICANS WITH DISABILITI  INSERVICE
                       ACA MANDATORY
ADM 016  03860  TAC  03/20/12 P 001.00   10.75 EMPLOYEE RULES AND DISCIP  EIR
                       ACA MANDATORY
ADM 014  01135  TAC  03/20/12 P 000.50    9.75 EMPLOYEE ASSISTANCE PROGR  EIR
                       ACA MANDATORY
ACA 017  01325  TAC  03/20/12 P 000.50    9.25 DEESCALATION TECHNIQUES    EIR
                       ACA MANDATORY
ACA 015  01655  TAC  03/20/12 P 000.50    8.75 ACA ORIENTATION            EIR
                       ACA MANDATORY
SEC 147  01968  LSP  03/18/12 P 000.75    8.25 COUNT PROCEDURES           OFFENDER
COUNT PROCEDURES          ALL OTHER COURSES
SEC 041  02858  LSP  03/13/12 P 000.75    7.50 SEARCHES AND PATDOWNS      PROPER
SHAKEDOWN PROCEDURES         ALL OTHER COURSES
SEC 041  02812  LSP  03/07/12 P 000.25    6.75 SEARCHES AND PATDOWNS      PROPER
SHAKEDOWN PROCEDURES         ALL OTHER COURSES
STY 006  15647  LSP  03/04/12 P 000.25    6.50 SAFETY TRAINING TOPICS     PROPER
USE OF EXTENTION CORDS     ACA MANDATORY
ADM 146  03004  LSP  03/04/12 P 000.75    6.25 DRESS CODE                 EMPLOYEE
DRESS CODE                 DOC MANDATORY
ACA 015  01646  LSP  02/28/12 P 000.50    5.50 ACA ORIENTATION            A C A
GUIDELINES                 ACA MANDATORY
ACA 008  01106  LSP  02/23/12 P 000.50    5.00 ACA TRAINING               ACA
GUIDELINES                 ACA MANDATORY
```

Page 9

FO8BS000000048

~3811935.TXT

```
ACA 008   01105  LSP  02/19/12 P 001.25    4.50 ACA TRAINING              ACA
GUIDELINES                    ACA MANDATORY
ACA 008   01102  LSP  02/09/12 P 000.50    3.25 ACA TRAINING              ACA
GUIDELINES                    ACA MANDATORY
SEC 045   03771  LSP  01/26/12 P 000.25    2.75 OFFENDER RULES AND REGULA OFFENDER
VISITATIONS GUIDELINES ALL OTHER COURSES
ADM 203   01914  LSP  01/22/12 P 001.25    2.50 LEAVE POLICY              EMPLOYEE
LEAVE USAGE              ALL OTHER COURSES
SEC 041   02753  LSP  01/08/12 P 001.00    1.25 SEARCHES AND PATDOWNS     OFFENDER
SHAKEDOWN PROCEDURE      ALL OTHER COURSES
SEC 041   02751  LSP  01/02/12 P 000.25    0.25 SEARCHES AND PATDOWNS     OFFENDER
SHAKEDOWN PROCEDURES     ALL OTHER COURSES
SEC 017   03695  LSP  12/29/11 P 000.50   66.00 RESTRAINTS   USE OF       PROPER
RESTRAINT USAGE              ALL OTHER COURSES
SEC 017   03693  LSP  12/25/11 P 001.00   65.50 RESTRAINTS   USE OF       PROPER
PROCEDURES;HOW TO MOVE AND ALL OTHER COURSES
ADM 146   02957  LSP  12/20/11 P 001.00   64.50 DRESS CODE                DRESS
CODE                     DOC MANDATORY
SEC 147   01938  LSP  12/11/11 P 000.50   63.50 COUNT PROCEDURES          OFFENDER
COUNT PROCEDURES         ALL OTHER COURSES
SEC 147   01934  LSP  12/06/11 P 000.50   63.00 COUNT PROCEDURES          COUNT
PROCEDURES                    ACA MANDATORY
ADM 203   01901  LSP  12/01/11 P 000.50   62.50 LEAVE POLICY              EMPLOYEE
LEAVE USAGE                   DOC MANDATORY
ADM 203   01888  LSP  11/27/11 P 001.25   62.00 LEAVE POLICY              LEAVE
USAGE POLICY                  DOC MANDATORY
ADM 146   02929  LSP  11/13/11 P 000.75   60.75 DRESS CODE                EMPLOYEE
DRESS CODE                    DOC MANDATORY
STY 006   15165  LSP  11/08/11 P 000.25   60.00 SAFETY TRAINING TOPICS    PROPER
USE OF LADDERS                ACA MANDATORY
SEC 041   02709  LSP  11/08/11 P 001.00   59.75 SEARCHES AND PATDOWNS     OFFENDER
SHAKEDOWNS                    ACA MANDATORY
ADM 168   00541  LSP  10/29/11 P 001.00   58.75 OFFENDER BEHAVIOR MGTEMEN OFFENDER
SUPERVISION/DISOBEDIANCE ACA MANDATORY
ADM 146   02924  LSP  10/25/11 P 000.50   57.75 DRESS CODE                DRESS
CODE                     DOC MANDATORY
SEC 035   04383  LSP  10/20/11 P 000.50   57.25 POST ORDERS               DORM POST
ORDERS                        ACA MANDATORY
SEC 035   04379  LSP  10/16/11 P 001.25   56.75 POST ORDERS               ROVING
SECURITY POST ORDERS          ACA MANDATORY
STY 006   15081  LSP  10/10/11 P 000.25   55.50 SAFETY TRAINING TOPICS    FIRE
PREVENTION                    ACA MANDATORY
SEC 035   04355  LSP  10/06/11 P 000.50   55.25 POST ORDERS               CELL
BLOCK POST ORDERS             ALL OTHER COURSES
SEC 035   04353  LSP  10/02/11 P 001.00   54.75 POST ORDERS               cell
block post orders             ALL OTHER COURSES
SEC 035   04333  LSP  09/26/11 P 000.25   53.75 POST ORDERS               CELL
BLOCK  POST ORDERS            ACA MANDATORY
IMT 014   03979  LSP  09/22/11 P 001.25   53.50 SEXUAL HARASSMENT         SEXUAL
HARASSMENT                    ACA MANDATORY
SEC 105   05239  LSP  09/12/11 P 000.25   52.25 SECURITY PROCEDURES       SECURITY
AND CONTROL                   ACA MANDATORY
SEC 020   01351  LSP  09/08/11 P 000.50   52.00 SECURITY CUSTODY CONTROL  SECURITY
AND CONTROL                   ACA MANDATORY
HLS 026   02565  LSP  08/30/11 P 000.75   51.50 HEALTH CARE TRAINING      HEALTH
CARE SERVICES                 DOC MANDATORY
SEC 078   01873  LSP  08/24/11 P 000.25   50.75 OFFENDER SUPERVISION      USE OF
PHONE & EXTENDED LOCKDOWN ACA MANDATORY
SEC 078   01869  LSP  08/21/11 P 000.25   50.50 OFFENDER SUPERVISION      USE OF
PHONE & LOGS FOR EXT. LOC ACA MANDATORY
ADM 060   02117  LSP  08/20/11 P 000.50   50.25 ADMINISTRATIVE TRAINING
ADMINISTRATION;ORGANIZATION & M ALL OTHER COURSES
STY 006   14866  LSP  08/16/11 P 000.50   49.75 SAFETY TRAINING TOPICS    motor
```

FOBBS000000049

~3811935.TXT

vehicle operations          ACA MANDATORY
  STY 006   14853  LSP  08/11/11 P 000.50     49.25 SAFETY TRAINING TOPICS      MOTOR
VEHICLE OPERATIONS          ACA MANDATORY
  ADM 108   05219  LSP  08/07/11 P 000.25     48.75 DRUG FREE WORK PLACE        DRUG FREE
WORKPLACE              DOC MANDATORY
  SEC 132   03570  LSP  08/06/11 P 000.25     48.50 FIRE & EMERGENCY PROCEDUR   MOTOR
VEHICLE OPERATIONS          ACA MANDATORY
  ADM 064   00517  LSP  08/05/11 P 000.75     48.25 RETURN TO WORK-POLICIES     RETURN
TO WORK PROGRAM           DOC MANDATORY
  ADM 108   05184  LSP  07/28/11 P 001.25     47.50 DRUG FREE WORK PLACE        DRUG-FREE
WORKPLACE              DOC MANDATORY
  ADM 194   16717  LSP  07/18/11 P 000.25     46.25 INSTITUTIONAL POLICIES &
HEALTH;FIRE;SAFETY & SANITATION I ACA MANDATORY
  STY 006   14732  LSP  07/14/11 P 000.50     46.00 SAFETY TRAINING TOPICS
developement of a safety plan     ACA MANDATORY
  STY 006   14720  LSP  07/10/11 P 001.25     45.50 SAFETY TRAINING TOPICS
DEVELOPMENT OF SAFETY PLAN       ACA MANDATORY
  SEC 009   03575  LSP  06/26/11 P 000.25     44.25 CONTRABAND
CONTRABAND POLICY           ACA MANDATORY
  ADM 014   01051  LSP  06/25/11 P 000.50     44.00 EMPLOYEE ASSISTANCE PROGR   EMPLOYEE
ASSISTANCE PROGRAM          DOC MANDATORY
  ADM 014   01046  LSP  06/21/11 P 000.50     43.50 EMPLOYEE ASSISTANCE PROGR   EMPLOYEE
ASSISTANCE PROGRAM / EA DOC MANDATORY
  SEC 041   02472  LSP  05/15/11 P 000.75     43.00 SEARCHES AND PATDOWNS       SEARCHES
OF INMATES              ACA MANDATORY
  SEC 017   03460  LSP  05/10/11 P 000.50     42.25 RESTRAINTS  USE OF          PROPER
APPLICATION OF RESTRAINTS ACA MANDATORY
  SEC 078   01816  LSP  05/05/11 P 000.50     41.75 OFFENDER SUPERVISION        LOCKDOWN
                  ACA MANDATORY
  SEC 075   05247  TAC  05/03/11 P 002.00     41.25 USE OF FORCE REGULATIIONS INSERVICE
                  ACA MANDATORY
  SEC 010   02652  TAC  05/03/11 P 002.00     39.25 DEFENSIVE TACTICS USE OF    INSERVICE
                  ACA MANDATORY
  CPR 016   00057  TAC  05/03/11 P 004.00     37.25 AHA REFRESHER NON CERTIFI INSERVICE
                  ACA MANDATORY
  SEC 103   01635  LSP  05/01/11 P 000.75     33.25 OFFENDER RIGHTS & RESPONS   OFFENDER
PERSONAL PROPERTY           ACA MANDATORY
  ADM 194   16509  LSP  04/26/11 P 000.50     32.50 INSTITUTIONAL POLICIES &    EMPLOYEE
POLITICAL ACTIVITY          DOC MANDATORY
  SEC 147   01830  LSP  04/21/11 P 000.50     32.00 COUNT PROCEDURES            OFFENDER
COUNTS AND MOVEMENTS        ACA MANDATORY
  STY 006   14369  LSP  04/03/11 P 000.25     31.50 SAFETY TRAINING TOPICS      NOT
FOLLOWING GENERAL SAFETY RUL ACA MANDATORY
  SEC 186   00026  TAC  02/17/11 P 001.00     31.25 SOCIAL NETWORKING           INSERVICE
                  ACA MANDATORY
  SEC 168   01688  TAC  02/17/11 P 000.50     30.25 SUICIDE PRECAUTIONS         INSERVICE
                  ACA MANDATORY
  SEC 132   03288  TAC  02/17/11 P 001.50     29.75 FIRE & EMERGENCY PROCEDUR EIR
                  ACA MANDATORY
  SEC 090   01202  TAC  02/17/11 P 001.00     27.25 LEGAL RESPONSIBILITIES IN EIR
                  ACA MANDATORY
  SEC 090   01202  TAC  02/17/11 P 001.00     28.25 LEGAL RESPONSIBILITIES IN EIR
                  ACA MANDATORY
  SEC 078   01730  TAC  02/17/11 P 001.00     26.25 OFFENDER SUPERVISION        EIR
                  ACA MANDATORY
  SEC 076   02391  TAC  02/17/11 P 000.50     25.25 HOSTAGE SITUATIONS PACES   INSERVICE
                  ACA MANDATORY
  SEC 072   01332  TAC  02/17/11 P 001.00     23.75 OFFENDER MANIPULATION       EIR
                  ACA MANDATORY
  SEC 072   01332  TAC  02/17/11 P 001.00     24.75 OFFENDER MANIPULATION       EIR
                  ACA MANDATORY
  SEC 045   03072  TAC  02/17/11 P 001.50     21.25 OFFENDER RULES AND REGULA EIR
                  ACA MANDATORY

Page 11

FOBBS000000050

~3811935.TXT

```
SEC 045   03072   TAC  02/17/11 P 001.50   22.75 OFFENDER RULES AND REGULA EIR
                       ACA MANDATORY
SEC 020   01220   TAC  02/17/11 P 000.50   19.75 SECURITY CUSTODY CONTROL  INSERVICE
                       ACA MANDATORY
RPT 007   02940   TAC  02/17/11 P 001.00   19.25 REPORT WRITING            EIR
                       ACA MANDATORY
MIS 111   04492   TAC  02/17/11 P 000.50   18.25 COMPETENCY TEST-ASSESSMEN INSERVICE
                       ACA MANDATORY
MIS 055   03753   TAC  02/17/11 P 000.50   17.25 CULTURAL DIVERSITY & AWAR EIR
                       ACA MANDATORY
MIS 055   03753   TAC  02/17/11 P 000.50   17.75 CULTURAL DIVERSITY & AWAR EIR
                       ACA MANDATORY
MIS 009   03199   TAC  02/17/11 P 001.00   16.75 PREA SEXUAL ASSAULT-ABUSE INSERVICE
                       ACA MANDATORY
IMT 022   00782   TAC  02/17/11 P 001.00   15.75 CONFLICT RESOLUTION       EIR
                       ACA MANDATORY
IMT 014   03604   TAC  02/17/11 P 001.00   14.75 SEXUAL HARASSMENT         EIR
                       ACA MANDATORY
HLS 063   01330   TAC  02/17/11 P 001.00   13.75 MEDICATION (PILL CALL) DI INSERVICE
                       ACA MANDATORY
HLS 050   00855   TAC  02/17/11 P 001.00   12.75 SPECIAL NEEDS OFFENDERS   EIR
                       ACA MANDATORY
HLS 047   02192   TAC  02/17/11 P 000.50   11.25 COMMUNICABLE DISEASES HIV EIR
                       ACA MANDATORY
HLS 047   02192   TAC  02/17/11 P 000.50   11.75 COMMUNICABLE DISEASES HIV EIR
                       ACA MANDATORY
HLS 014   02421   TAC  02/17/11 P 000.50   10.75 MENTAL HEALTH             INSERVICE
                       ACA MANDATORY
DLC 001   03850   TAC  02/17/11 P 001.00   10.25 DEFENSIVE DRIVING COURSE  INSERVICE
                       ACA MANDATORY
ADM 234   00293   TAC  02/17/11 P 000.50    9.25 FAITH BASED TRAINING      EIR
                       ACA MANDATORY
ADM 197   01940   TAC  02/17/11 P 000.50    8.75 ETHICS (NOT FOR PREA TRAI INSERVICE
                       ACA MANDATORY
ADM 146   02685   TAC  02/17/11 P 000.50    8.25 DRESS CODE                EIR
                       ACA MANDATORY
ADM 127   05287   TAC  02/17/11 P 000.50    7.75 VIOLENCE FREE WORKPLACE   EIR
                       ACA MANDATORY
ADM 108   04904   TAC  02/17/11 P 001.00    7.25 DRUG FREE WORK PLACE      EIR
                       ACA MANDATORY
ADM 093   01633   TAC  02/17/11 P 001.00    6.25 AMERICANS WITH DISABILITI INSERVICE
                       ACA MANDATORY
ADM 016   03354   TAC  02/17/11 P 001.00    5.25 EMPLOYEE RULES AND DISCIP EIR
                       ACA MANDATORY
ADM 014   00988   TAC  02/17/11 P 000.50    4.25 EMPLOYEE ASSISTANCE PROGR EIR
                       ACA MANDATORY
ACA 017   00952   TAC  02/17/11 P 000.50    3.75 DEESCALATION TECHNIQUES   EIR
                       ACA MANDATORY
ACA 015   01442   TAC  02/17/11 P 000.50    3.25 ACA ORIENTATION           EIR
                       ACA MANDATORY
FDS 008   00453   LSP  02/10/11 P 000.25    2.75 FOOD SERVICE TRAINING     CULINARY
FOOD SERVICE           ALL OTHER COURSES
FDS 008   00451   LSP  01/27/11 P 001.00    2.50 FOOD SERVICE TRAINING     CULINARY
FOOD SERVICE           ALL OTHER COURSES
STY 006   14165   LSP  01/09/11 P 000.25    1.50 SAFETY TRAINING TOPICS
CARELESSNES                ALL OTHER COURSES
FDS 008   00450   LSP  01/09/11 P 000.75    1.25 FOOD SERVICE TRAINING     CULINARY
FOOD SERVICE           ALL OTHER COURSES
FDS 008   00449   LSP  01/04/11 P 000.50    0.50 FOOD SERVICE TRAINING     CULINARY
FOOD SERVICE DEPT.     ALL OTHER COURSES
FDS 008   00448   LSP  12/30/10 P 001.50   53.50 FOOD SERVICE TRAINING     CULINARY
FOOD SERVICE DEPT.     ALL OTHER COURSES
FRM 008   06881   LSP  12/21/10 P 002.50   52.00 FIREARMS CERTIFICATION ON LSP RECERT
```

Page 12

FOBBS000000051

~3811935.TXT

```
                          DOC MANDATORY
  SEC 147   01791   LSP   12/20/10 P 002.00    49.50 COUNT PROCEDURES            OFFENDERS
COUNTS AND MOVEMENTS      ALL OTHER COURSES
  ADM 146   02659   LSP   12/02/10 P 000.25    47.50 DRESS CODE                  EMPLOYEE
DRESS CODE                ALL OTHER COURSES
  STY 006   14114   LSP   12/01/10 P 000.25    47.25 SAFETY TRAINING TOPICS      GENERAL
SAFETY RULES              DOC MANDATORY
  SEC 105   04728   LSP   11/28/10 P 001.00    47.00 SECURITY PROCEDURES         BASIC
SECURITY TECHNIQUES & PRO DOC MANDATORY
  ADM 146   02635   LSP   11/17/10 P 001.00    46.00 DRESS CODE                  EMPLOYEE
DRESS AND PERSONNEL APP DOC MANDATORY
  ACA 017   00898   LSP   11/09/10 P 001.00    45.00 DEESCALATION TECHNIQUES
DE-ESCALATION SKILLS              ACA MANDATORY
  ACA 017   00886   LSP   10/31/10 P 001.00    44.00 DEESCALATION TECHNIQUES
DE-ESCALATION  SKILLS             ACA MANDATORY
  ACA 017   00814   LSP   10/21/10 P 000.50    43.00 DEESCALATION TECHNIQUES
DE-ESCALATION SKILLS              ACA MANDATORY
  MIS 055   03525   LSP   10/17/10 P 001.00    42.50 CULTURAL DIVERSITY & AWAR   CULTURAL
AWARENESS                 ACA MANDATORY
  STY 006   13839   LSP   10/16/10 P 000.25    41.50 SAFETY TRAINING TOPICS      WET
FLOORS                    ALL OTHER COURSES
  SEC 103   01351   LSP   10/03/10 P 001.00    41.25 OFFENDER RIGHTS & RESPONS MRC
                          ACA MANDATORY
  RPT 007   02771   LSP   09/16/10 P 001.00    40.25 REPORT WRITING              MRC
                          ACA MANDATORY
  IMT 022   00708   LSP   09/03/10 P 000.25    39.25 CONFLICT RESOLUTION         MANAGING
CONFLICT                  ACA MANDATORY
  IMT 022   00705   LSP   08/30/10 P 001.00    39.00 CONFLICT RESOLUTION         MRC
                          ACA MANDATORY
  SEC 072   01208   LSP   08/20/10 P 001.00    38.00 OFFENDER MANIPULATION       MRC
                          ACA MANDATORY
  STY 006   13724   LSP   08/12/10 P 000.25    37.00 SAFETY TRAINING TOPICS      UNSECURED
CLEANING EQUIPMENT.       ALL OTHER COURSES
  ADM 146   02564   LSP   08/11/10 P 000.50    36.75 DRESS CODE                  DRESS
CODE                      DOC MANDATORY
  ADM 146   02566   LSP   08/08/10 P 000.50    36.25 DRESS CODE                  DRESS
CODE                      DOC MANDATORY
  ADM 146   02595   LSP   08/03/10 P 000.50    35.75 DRESS CODE                  DRESS
CODE                      DOC MANDATORY
  ADM 146   02508   LSP   07/29/10 P 000.50    35.25 DRESS CODE                  DRESS
CODE                      DOC MANDATORY
  HLS 050   00780   LSP   07/25/10 P 000.75    34.75 SPECIAL NEEDS OFFENDERS     SPECIAL
NEEDS OFFENDERS           ACA MANDATORY
  SEC 075   04774   TAC   07/22/10 P 004.00    34.00 USE OF FORCE REGULATIIONS IN SERVICE
                          ACA MANDATORY
  CPR 008   00147   TAC   07/22/10 P 004.00    30.00 HRTSVR 1ST AID CPR AED ST IN SERVICE
                          ACA MANDATORY
  HLS 050   00778   LSP   07/20/10 P 001.00    26.00 SPECIAL NEEDS OFFENDERS     SPECIAL
NEEDS OFFENDERS           ACA MANDATORY
  SEC 045   02579   LSP   06/30/10 P 001.50    25.00 OFFENDER RULES AND REGULA   OFFENDER
RULES                     ACA MANDATORY
  HLS 069   01621   LSP   06/27/10 P 001.00    23.50 BLOODBORNE PATHOGENS INFE
INFECTION CONTROL                 DOC MANDATORY
  ADM 064   00330   LSP   06/21/10 P 000.75    22.50 RETURN TO WORK-POLICIES
TRANSITIONAL  DUTY                DOC MANDATORY
  ADM 234   00122   LSP   06/08/10 P 001.00    21.75 FAITH BASED TRAINING        FAITH
BASED PROGRAMS            ACA MANDATORY
  ADM 016   03115   LSP   05/30/10 P 001.00    20.75 EMPLOYEE RULES AND DISCIP   EMPLOYEE
RULES                     DOC MANDATORY
  SEC 153   00756   LSP   05/29/10 P 000.50    19.75 CELL BLOCK PROCEDURES & R   BASIC
GUIDELINES FOR CELLBLOCKS  ALL OTHER COURSES
  STY 006   13189   LSP   05/16/10 P 000.25    19.25 SAFETY TRAINING TOPICS      SAFE AND
LAWFUL OPERATING OF A S ALL OTHER COURSES
```

Page 13

FOBBS000000052

~3811935.TXT

```
ADM 108  04405  LSP  05/16/10 P 001.75   19.00 DRUG FREE WORK PLACE      DRUG
FREE WORKPLACE              DOC MANDATORY
HLS 063  01226  LSP  05/06/10 P 000.25   17.25 MEDICATION (PILL CALL) DI DOCUMENTS
FROM PHARMACORR & MEDIC ALL OTHER COURSES
SEC 132  02914  LSP  05/02/10 P 001.25   17.00 FIRE & EMERGENCY PROCEDUR
SAFETY;EMERGENCY AND FIRE PROCED ACA MANDATORY
SEC 132  02880  LSP  04/22/10 P 000.50   15.75 FIRE & EMERGENCY PROCEDUR
SAFETY;EMERGENCY AND FIRE PROCEDU ACA MANDATORY
SEC 078  01430  LSP  04/18/10 P 001.50   15.25 OFFENDER SUPERVISION      OFFENDER
SUPERVISION                ACA MANDATORY
STY 006  13041  LSP  04/13/10 P 000.25   13.75 SAFETY TRAINING TOPICS
CARELESSNESS                    ALL OTHER COURSES
ADM 146  02413  LSP  04/04/10 P 000.25   13.50 DRESS CODE                EMPLOYEE
DRESS CODE               ALL OTHER COURSES
ADM 146  02403  LSP  04/03/10 P 000.25   13.25 DRESS CODE                EMPLOYEE
DRESS CODE               ALL OTHER COURSES
ADM 127  04711  LSP  04/02/10 P 000.25   13.00 VIOLENCE FREE WORKPLACE   VIOLENCE
FREE WORKPLACE             DOC MANDATORY
ADM 127  04700  LSP  03/30/10 P 000.50   12.75 VIOLENCE FREE WORKPLACE   MRC
                           ACA MANDATORY
ADM 014  00849  LSP  03/29/10 P 000.50   12.25 EMPLOYEE ASSISTANCE PROGR MRC
                           ACA MANDATORY
ADM 146  02395  LSP  03/24/10 P 001.00   11.75 DRESS CODE                EMPLOYEE
DRESS CODE               ALL OTHER COURSES
SEC 168  01415  TAC  02/09/10 P 001.00   10.75 SUICIDE PRECAUTIONS       IN-SERVICE
                           ACA MANDATORY
SEC 105  04230  TAC  02/09/10 P 000.50    9.75 SECURITY PROCEDURES       IN-SERVICE
                           ACA MANDATORY
SEC 076  02169  TAC  02/09/10 P 000.50    9.25 HOSTAGE SITUATIONS PACES  IN-SERVICE
                           ACA MANDATORY
MIS 111  03844  TAC  02/09/10 P 000.50    8.75 COMPETENCY TEST-ASSESSMEN IN-SERVICE
                           ACA MANDATORY
MIS 009  02591  TAC  02/09/10 P 001.00    8.25 PREA SEXUAL ASSAULT-ABUSE IN-SERVICE
                           ACA MANDATORY
IMT 014  03050  TAC  02/09/10 P 001.00    7.25 SEXUAL HARASSMENT         IN-SERVICE
                           ACA MANDATORY
HLS 063  01182  TAC  02/09/10 P 001.50    6.25 MEDICATION (PILL CALL) DI IN-SERVICE
                           ACA MANDATORY
ADM 197  01346  TAC  02/09/10 P 001.00    4.75 ETHICS (NOT FOR PREA TRAI IN-SERVICE
                           ACA MANDATORY
ADM 093  01323  TAC  02/09/10 P 001.00    3.75 AMERICANS WITH DISABILITI IN-SERVICE
                           ACA MANDATORY
HLS 063  01163  LSP  02/02/10 P 000.25    2.75 MEDICATION (PILL CALL) DI  MARS
CHART/ MEDICATION              ALL OTHER COURSES
STY 006  12705  LSP  02/01/10 P 000.25    2.50 SAFETY TRAINING TOPICS     WATCH YOUR
STEP                     ALL OTHER COURSES
ADM 116  11947  LSP  01/28/10 P 000.25    2.25 STAFF MEETING              MEMO FROM
SEC. LEBLANC/ WDN. CAIN ALL OTHER COURSES
ADM 203  01549  LSP  01/27/10 P 000.25    2.00 LEAVE POLICY               EMPLOYEE
LEAVE USAGE              ALL OTHER COURSES
IMT 014  03012  LSP  01/24/10 P 000.25    1.75 SEXUAL HARASSMENT          SEXUAL
HARASSMENT                   ALL OTHER COURSES
SEC 041  02185  LSP  01/22/10 P 000.25    1.50 SEARCHES AND PATDOWNS      SHAKEDOWN
PROCEDURE                ALL OTHER COURSES
HLS 063  01159  LSP  01/22/10 P 000.25    1.25 MEDICATION (PILL CALL) DI  PILL CALL
PROCEDURE                ALL OTHER COURSES
ADM 203  01525  LSP  01/10/10 P 000.50    1.00 LEAVE POLICY               EMPLOYEE
LEAVE USAGE                 ALL OTHER COURSES
SEC 041  02173  LSP  01/05/10 P 000.50    0.50 SEARCHES AND PATDOWNS      SHAKEDOWN
PROCEDURES/ LEAVE          ALL OTHER COURSES
HLS 063  01145  LSP  12/31/09 P 000.75   59.50 MEDICATION (PILL CALL) DI  PILL
CALL                     ALL OTHER COURSES
ADM 203  01518  LSP  12/30/09 P 000.25   58.75 LEAVE POLICY
```

Page 14

FOBBS000000053

~3811935.TXT

```
UNSCHEDULED LEAVE POLICY        ALL OTHER COURSES
  ADM 108  04271  LSP  12/28/09 P 000.25    58.50 DRUG FREE WORK PLACE      MRC
                       ACA MANDATORY
  ADM 146  02335  LSP  12/25/09 P 000.75    58.25 DRESS CODE                DRESS
CODE                        ALL OTHER COURSES
  STY 016  06484  LSP  12/22/09 P 000.25    57.50 SAFETY PROCEDURES         SAFE
DRIVING HABITS                 ALL OTHER COURSES
  IMT 014  02986  LSP  12/16/09 P 000.25    57.25 SEXUAL HARASSMENT         SEXUAL
HARASSMENT 2 OF 3            ACA MANDATORY
  ADM 108  04269  LSP  12/16/09 P 000.25    57.00 DRUG FREE WORK PLACE      DRUG FREE
WK PL PART 1                ACA MANDATORY
  ADM 146  02323  LSP  12/07/09 P 000.25    56.75 DRESS CODE                DRESS
CODE                        ALL OTHER COURSES
  STY 006  12515  LSP  12/04/09 P 000.25    56.50 SAFETY TRAINING TOPICS    HOLIDAY
FUN;STRESS AND ACCIDENTS ALL OTHER COURSES
  IMT 014  02956  LSP  12/01/09 P 000.25    56.25 SEXUAL HARASSMENT         MRC SEXUAL
HARASSMENT 1 OF 3           ACA MANDATORY
  ADM 146  02309  LSP  11/29/09 P 000.25    56.00 DRESS CODE                DRESS
CODE                        ALL OTHER COURSES
  SEC 132  02518  LSP  11/28/09 P 000.25    55.75 FIRE & EMERGENCY PROCEDUR WEEKLY
FIRE AND SAFETY INSPECTIO ALL OTHER COURSES
  ADM 203  01517  LSP  11/23/09 P 000.25    55.50 LEAVE POLICY              LEAVE
USAGE POLICY                ALL OTHER COURSES
  ADM 234  00022  LSP  11/20/09 P 000.25    55.25 FAITH BASED TRAINING      FAITH
BASED PROGRAMS SECTION 2 OF ACA MANDATORY
  ADM 234  00021  LSP  11/20/09 P 000.25    55.00 FAITH BASED TRAINING      FAITH
BASED PROGRAMS SESSION 1 OF ACA MANDATORY
  SEC 019  36872  LSP  11/18/09 P 000.25    54.75 PROCESS AND PROCEDURE FOR CIVIL
SERVICE COMMISSION          ALL OTHER COURSES
  ADM 127  04608  LSP  11/18/09 P 000.25    54.50 VIOLENCE FREE WORKPLACE   VIOLENCE
FREE WK PLACE 1 OF 2        ACA MANDATORY
  ADM 127  04611  LSP  11/16/09 P 000.25    54.25 VIOLENCE FREE WORKPLACE   VIOLENCE
FREE WK PLC 2 OF 2          ACA MANDATORY
  ADM 203  01491  LSP  11/15/09 P 000.25    54.00 LEAVE POLICY              employee
leave usage                 ALL OTHER COURSES
  ADM 203  01489  LSP  11/10/09 P 000.50    53.75 LEAVE POLICY              EMPLOYEE
LEAVE POLICY                ALL OTHER COURSES
  STY 006  12318  LSP  11/09/09 P 000.25    53.25 SAFETY TRAINING TOPICS    CLOSE
CALLS                       ALL OTHER COURSES
  ADM 116  11436  LSP  11/05/09 P 000.25    53.00 STAFF MEETING
SUPERVISORS / STAFF MEETING        ALL OTHER COURSES
  STY 006  12308  LSP  11/01/09 P 000.25    52.75 SAFETY TRAINING TOPICS    MOTOR
VEHICLE OPERATIONS          ALL OTHER COURSES
  ADM 203  01486  LSP  10/31/09 P 000.50    52.50 LEAVE POLICY              EMPLOYEE
LEAVE USAGE                 ALL OTHER COURSES
  FRM 008  06672  LSP  10/29/09 P 002.50    52.00 FIREARMS CERTIFICATION ON
                       DOC MANDATORY
  IMT 014  02999  LSP  10/22/09 P 000.25    49.50 SEXUAL HARASSMENT         SEXUAL
HARASSMENT 3 OF 3           ACA MANDATORY
  SEC 147  01561  LSP  10/18/09 P 000.25    49.25 COUNT PROCEDURES          RODEO
COUNT                       ALL OTHER COURSES
  ADM 014  00784  LSP  10/17/09 P 000.25    49.00 EMPLOYEE ASSISTANCE PROGR EMPLOYEE
ASSISTANCE PROGRAM          ALL OTHER COURSES
  STY 006  12252  LSP  10/16/09 P 000.25    48.75 SAFETY TRAINING TOPICS    MOTOR
VEHICLE OPERATION           ALL OTHER COURSES
  HLS 026  01976  LSP  10/13/09 P 000.25    48.50 HEALTH CARE TRAINING      HEALTH
CARE SERVICES               ALL OTHER COURSES
  ADM 194  14300  LSP  10/08/09 P 000.25    48.25 INSTITUTIONAL POLICIES &
CONSERVING EQUIPMENT                ALL OTHER COURSES
  ADM 016  02835  LSP  10/07/09 P 000.25    48.00 EMPLOYEE RULES AND DISCIP SMOKING
POLICY                      ALL OTHER COURSES
  ADM 116  11253  LSP  10/03/09 P 000.25    47.75 STAFF MEETING             DISCUSSED
SUPERVISORS MEETING OF  ALL OTHER COURSES
```

FOBBS000000054

```
                                ~3811935.TXT
 SEC 147   01558  LSP  10/02/09 P 000.25    47.50 COUNT PROCEDURES          COUNT
PROCEDURE                   ALL OTHER COURSES
 SEC 041   02096  LSP  09/29/09 P 000.25    47.25 SEARCHES AND PATDOWNS      OFFENDER
SHAKEDOWN                   ALL OTHER COURSES
 SEC 019   36863  LSP  09/28/09 P 000.25    47.00 PROCESS AND PROCEDURE FOR  UNITED
WAY CAMPAIGN                ALL OTHER COURSES
 STY 003   02612  LSP  09/25/09 P 000.25    46.75 EMERGENCY PREPAREDNESS
SAFETY/EMERGENCY PROCEDURES (3 OF ACA MANDATORY
 ADM 013   03006  LSP  09/24/09 P 000.50    46.50 DEPART RULES-POLICIES-REG
HOUSEKEEPING OF CELLBLOCK/DORM   ALL OTHER COURSES
 HLS 026   01950  LSP  09/20/09 P 000.75    46.00 HEALTH CARE TRAINING
HANDWASHING                     ALL OTHER COURSES
 SEC 019   36861  LSP  09/15/09 P 000.25    45.25 PROCESS AND PROCEDURE FOR  NEWS
RELEASE    ON ESCAPE.    ALL OTHER COURSES
 SEC 147   01554  LSP  09/14/09 P 000.25    45.00 COUNT PROCEDURES          SHAKEDOWN
AND COUNT PROCEDURES   ALL OTHER COURSES
 ADM 108   04124  LSP  09/10/09 P 000.25    44.75 DRUG FREE WORK PLACE      DRUG FREE
WORKPLACE                  ALL OTHER COURSES
 SEC 041   02086  LSP  09/06/09 P 000.50    44.50 SEARCHES AND PATDOWNS     RANDOM
SEARCH                     ALL OTHER COURSES
 HLS 026   01944  LSP  09/04/09 P 000.25    44.00 HEALTH CARE TRAINING       HUNGER
STRIKE                     ALL OTHER COURSES
 STY 006   12131  LSP  09/01/09 P 000.25    43.75 SAFETY TRAINING TOPICS     FIRE
PREVENTION                 ALL OTHER COURSES
 STY 003   02594  LSP  09/01/09 P 000.25    43.50 EMERGENCY PREPAREDNESS     SAFETY &
EMER. PART B(2 OF 4)    ACA MANDATORY
 ADM 016   02813  LSP  08/31/09 P 000.50    43.25 EMPLOYEE RULES AND DISCIP  SMOKING
POLICY                     ALL OTHER COURSES
 ADM 013   03002  LSP  08/26/09 P 000.25    42.75 DEPART RULES-POLICIES-REG ACTIVITY
REPORTS;UOR'S              ALL OTHER COURSES
 ADM 013   02987  LSP  08/23/09 P 000.50    42.50 DEPART RULES-POLICIES-REG FIELD
OPERATIONS                 ALL OTHER COURSES
 SEC 075   04276  TAC  08/20/09 P 004.00    42.00 USE OF FORCE REGULATIIONS IN-SERVICE
                       ACA MANDATORY
 CPR 008   00018  TAC  08/20/09 P 004.00    38.00 HRTSVR 1ST AID CPR AED ST IN SERVICE
                       ACA MANDATORY
 HLS 026   01938  LSP  08/13/09 P 000.50    34.00 HEALTH CARE TRAINING       HEALTH
CARE SERVICES              ALL OTHER COURSES
 RPT 007   02225  LSP  08/09/09 P 000.50    33.50 REPORT WRITING            SHAKEDOWN
FORMS                      ALL OTHER COURSES
 SEC 153   00724  LSP  08/07/09 P 000.25    33.00 CELL BLOCK PROCEDURES & R GI ING
DORMS AND CELLBLOCKS;HOUSE ALL OTHER COURSES
 ADM 028   00251  LSP  08/04/09 P 000.50    32.75 DO NOT USE SEE WBT 35      12.6 RULE
MEMO. HOW TO ENTER     ALL OTHER COURSES
 STY 003   02578  LSP  08/01/09 P 000.25    32.25 EMERGENCY PREPAREDNESS     EMERGENCY
PROCEDURES 1 OF 1 (PART ACA MANDATORY
 ADM 194   13973  LSP  07/29/09 P 000.25    32.00 INSTITUTIONAL POLICIES &   CELL
PHONE MEMO FROM WARDEN       ALL OTHER COURSES
 ADM 028   00244  LSP  07/26/09 P 000.75    31.75 DO NOT USE SEE WBT 35      12.6 RULE
/ UNSCHEDULED ABSENCES ALL OTHER COURSES
 ADM 028   00246  LSP  07/21/09 P 000.25    31.00 DO NOT USE SEE WBT 35      12.6 RULE;
NON-DISCIPLINARY DISMI ALL OTHER COURSES
 HLS 069   01397  LSP  07/20/09 P 000.25    30.75 BLOODBORNE PATHOGENS INFE
INF.CONTROL.PART B SESSION 2 OF 2 ACA MANDATORY
 ADM 028   00249  LSP  07/20/09 P 000.25    30.50 DO NOT USE SEE WBT 35      12.6 RULE/
UNSCHEDULED ABSENCES    ALL OTHER COURSES
 ADM 203   01388  LSP  07/10/09 P 000.25    30.25 LEAVE POLICY              EMPLOYEE
LEAVE USAGE                ALL OTHER COURSES
 STY 003   02628  LSP  07/01/09 P 000.25    30.00 EMERGENCY PREPAREDNESS     SESSION 4
OF 4                    ACA MANDATORY
 ADM 203   01370  LSP  06/04/09 P 000.25    29.75 LEAVE POLICY              EMPLOYEE
LEAVE USAGE                ALL OTHER COURSES
 STY 006   11634  LSP  06/03/09 P 000.25    29.50 SAFETY TRAINING TOPICS     HEAT
```

FOBBS000000055

```
                                ~3811935.TXT
STRESS                    ALL OTHER COURSES
 HLS 069  01387  LSP  06/01/09 P 000.25   29.25 BLOODBORNE PATHOGENS INFE INFECTION
CONTROL ROLL CALL PART   ACA MANDATORY
 ADM 064  00230  LSP  05/29/09 P 000.25   29.00 RETURN TO WORK-POLICIES   PART B
RETURN TO WORK/TRAN DUTY   ACA MANDATORY
 ADM 064  00227  LSP  05/13/09 P 000.25   28.75 RETURN TO WORK-POLICIES   PART (A)
RETURN TO WORK            ACA MANDATORY
 SEC 041  01997  LSP  05/03/09 P 000.25   28.50 SEARCHES AND PATDOWNS     PROPER
SHAKEDOWNS                ALL OTHER COURSES
 HLS 026  01830  LSP  05/01/09 P 000.25   28.25 HEALTH CARE TRAINING      SWINE FLU
                 ALL OTHER COURSES
 ADM 194  13630  LSP  04/28/09 P 000.25   28.00 INSTITUTIONAL POLICIES &  MEMO
CORRESPONDENCE / ROLL CALL T ALL OTHER COURSES
 SEC 103  00962  LSP  04/27/09 P 000.50   27.75 OFFENDER RIGHTS & RESPONS STORAGE OF
PERSONAL PROPERTY        ALL OTHER COURSES
 SEC 147  01452  LSP  04/22/09 P 001.25   27.25 COUNT PROCEDURES          COUNT
PROCEDURES               ALL OTHER COURSES
 ADM 206  00275  LSP  04/19/09 P 001.00   26.00 EMPLOYEE CODE OF CONDUCT  EMPLOYEE
CONDUCT                  ALL OTHER COURSES
 SEC 132  02186  LSP  03/31/09 P 000.50   25.00 FIRE & EMERGENCY PROCEDUR LSP FIRE
SAFETY                   ALL OTHER COURSES
 ADM 203  01334  LSP  03/26/09 P 001.50   24.50 LEAVE POLICY              EMPLOYEE
LEAVE  USAGE/NON-DISCIP ALL OTHER COURSES
 ADM 031  00204  LSP  03/22/09 P 000.25   23.00 PROPERTY CONTROL          PROPERTY
                 ALL OTHER COURSES
 ADM 031  00208  LSP  03/16/09 P 000.25   22.75 PROPERTY CONTROL          PROPERTY
CONTROL INMATES          ALL OTHER COURSES
 SEC 147  01449  LSP  03/12/09 P 000.50   22.50 COUNT PROCEDURES          COUNT
PROCEDURES               ALL OTHER COURSES
 STY 016  06117  LSP  03/06/09 P 000.50   22.00 SAFETY PROCEDURES         SNAKE
BITE                     ALL OTHER COURSES
 MIS 013  02029  LSP  03/02/09 P 000.25   21.50 COMMUNICATION SKILLS      MISC.
MEMOS                    ALL OTHER COURSES
 ADM 194  13279  LSP  02/26/09 P 000.75   21.25 INSTITUTIONAL POLICIES &  STORAGE
OF PERSONAL PROPERTY     ALL OTHER COURSES
 SEC 035  03347  LSP  02/21/09 P 001.00   20.50 POST ORDERS               CELLBLOCK
 POST  ORDERS            ALL OTHER COURSES
 ADM 203  01308  LSP  02/20/09 P 000.75   19.50 LEAVE POLICY              EMPLOYEE
LEAVE USAGE              ALL OTHER COURSES
 STY 006  11195  LSP  02/12/09 P 000.50   18.75 SAFETY TRAINING TOPICS
IDENTIFYING  AND REPORTING HAZAR ALL OTHER COURSES
 STY 016  06075  LSP  02/03/09 P 005.00   18.25 SAFETY PROCEDURES         CAR
TROUBLE                  ALL OTHER COURSES
 SEC 147  01412  LSP  01/28/09 P 000.25   13.25 COUNT PROCEDURES          COUNT
PROCEDURES               ALL OTHER COURSES
 SEC 105  03634  TAC  01/27/09 P 000.50   13.00 SECURITY PROCEDURES       IN-SERVICE
CRI                      ACA MANDATORY
 SEC 076  01956  TAC  01/27/09 P 000.50   12.50 HOSTAGE SITUATIONS PACES  IN-SERVICE
CRI                      ACA MANDATORY
 MIS 111  03203  TAC  01/27/09 P 000.50   12.00 COMPETENCY TEST-ASSESSMEN IN-SERVICE
CRI                      ACA MANDATORY
 MIS 009  02015  TAC  01/27/09 P 001.00   11.50 PREA SEXUAL ASSAULT-ABUSE IN-SERVICE
CRI                      ACA MANDATORY
 HLS 063  00960  TAC  01/27/09 P 001.50   10.50 MEDICATION (PILL CALL) DI IN-SERVICE
CRI                      ACA MANDATORY
 HLS 014  02082  TAC  01/27/09 P 001.00    9.00 MENTAL HEALTH
                 ACA MANDATORY
 DLC 001  03158  TAC  01/27/09 P 001.00    8.00 DEFENSIVE DRIVING COURSE  IN-SERVICE
CRI                      ACA MANDATORY
 ADM 197  01082  TAC  01/27/09 P 001.00    7.00 ETHICS (NOT FOR PREA TRAI IN-SERVICE
CRI                      ACA MANDATORY
 ADM 093  00920  TAC  01/27/09 P 004.00    6.00 AMERICANS WITH DISABILITI IN-SERVICE
CRI                      ACA MANDATORY
                              Page 17
```

FOBBS000000056

```
                                  ~3811935.TXT
 SEC 035   03322   LSP  01/25/09 P 001.25    2.00 POST ORDERS              .   POST
ORDERS                       ALL OTHER COURSES
 ADM 184   00415   LSP  01/06/09 P 000.50    0.75 PERFORMANCE PLAN REVIEW O P P & R
TRAINING                     ALL OTHER COURSES
 SEC 153   00708   LSP  01/01/09 P 000.25    0.25 CELL BLOCK PROCEDURES & R OFFICER
TRAINING DATE/HOBBYSHOP T ALL OTHER COURSES
 ADM 184   00414   LSP  12/28/08 P 001.00   71.00 PERFORMANCE PLAN REVIEW O  P P & R
           6-10              ALL OTHER COURSES
 ADM 203   01285   LSP  12/23/08 P 000.75   70.00 LEAVE POLICY              EMPLOYEE
LEAVE USAGE                  ALL OTHER COURSES
 STY 016   05989   LSP  12/20/08 P 001.00   69.25 SAFETY PROCEDURES         COR. BOOK
                             ACA MANDATORY
 SEC 141   00459   LSP  12/20/08 P 000.50   68.25 APPROPRIATE CONDUCT WITH  COR. BOOK
                             ACA MANDATORY
 SEC 132   02063   LSP  12/20/08 P 001.00   67.75 FIRE & EMERGENCY PROCEDUR COR. BOOK
                             ACA MANDATORY
 SEC 103   00869   LSP  12/20/08 P 001.00   66.75 OFFENDER RIGHTS & RESPONS COR. BOOK
                             ACA MANDATORY
 SEC 078   01153   LSP  12/20/08 P 001.00   65.75 OFFENDER SUPERVISION      COR. BOOK
                             ACA MANDATORY
 SEC 057   04847   LSP  12/20/08 P 001.00   64.75 OFFENDER POSTED POLICIES  COR. BOOK
                             ACA MANDATORY
 SEC 044   00492   LSP  12/20/08 P 000.50   63.75 RADIO OPERATION-COMMUNICA COR. BOOK
                             ACA MANDATORY
 RPT 007   02010   LSP  12/20/08 P 001.00   63.25 REPORT WRITING            COR. BOOK
                             ACA MANDATORY
 MIS 055   02858   LSP  12/20/08 P 001.00   62.25 CULTURAL DIVERSITY & AWAR COR. BOOK
                             ACA MANDATORY
 IMT 022   00495   LSP  12/20/08 P 000.50   61.25 CONFLICT RESOLUTION       COR. BOOK
                             ACA MANDATORY
 HLS 069   01238   LSP  12/20/08 P 000.50   60.75 BLOODBORNE PATHOGENS INFE COR. BOOK
                             ACA MANDATORY
 HLS 050   00575   LSP  12/20/08 P 000.50   60.25 SPECIAL NEEDS OFFENDERS   COR. BOOK
                             ACA MANDATORY
 ADM 158   00909   LSP  12/20/08 P 001.00   59.75 OFFENDER SOCIAL CULLTURE  COR. BOOK
                             ACA MANDATORY
 ADM 146   01990   LSP  12/20/08 P 000.50   58.75 DRESS CODE                COR. BOOK
                             ACA MANDATORY
 ADM 144   00508   LSP  12/20/08 P 000.50   58.25 DEPARTMENT MASTER PLAN OV COR. BOOK
                             ACA MANDATORY
 ADM 143   01162   LSP  12/20/08 P 000.50   57.75 INTERPERSONAL RELATIONS I COR. BOOK
                             ACA MANDATORY
 ADM 127   04002   LSP  12/20/08 P 000.50   57.25 VIOLENCE FREE WORKPLACE   COR. BOOK
                             ACA MANDATORY
 ADM 108   03774   LSP  12/20/08 P 001.00   56.75 DRUG FREE WORK PLACE      COR. BOOK
                             ACA MANDATORY
 ADM C16   02480   LSP  12/20/08 P 001.00   55.75 EMPLOYEE RULES AND DISCIP COR. BOOK
                             ACA MANDATORY
 ACA 017   00514   LSP  12/20/08 P 001.00   54.75 DEESCALATION TECHNIQUES   COR. BOOK
                             ACA MANDATORY
 ACA 015   01114   LSP  12/20/08 P 000.50   53.75 ACA ORIENTATION           COR. BOOK
                             ACA MANDATORY
 STY 016   05957   LSP  12/16/08 P 000.25   53.25 SAFETY PROCEDURES         SAFETY
PLAN                         ALL OTHER COURSES
 ADM 184   00408   LSP  12/14/08 P 000.75   53.00 PERFORMANCE PLAN REVIEW O PP & R
                             ALL OTHER COURSES
 SEC 092   00424   LSP  12/09/08 P 000.50   52.25 DISCIPLINARY PROCESS PROC
DISCIPLINARY  REPORT              ALL OTHER COURSES
 ADM 184   00412   LSP  12/04/08 P 000.50   51.75 PERFORMANCE PLAN REVIEW O P P & R
TRAING         1-5           ALL OTHER COURSES
 SEC 105   03527   LSP  11/30/08 P 001.50   51.25 SECURITY PROCEDURES       INMATE
COUNT GENERAL PROCEDURES    ALL OTHER COURSES
 ADM 028   00218   LSP  11/20/08 P 000.25   49.75 DO NOT USE SEE WBT 35     HOLIDAY
```

FOBBS000000057

```
                               ~3811935.TXT
PROCESSING PAYROLL        ALL OTHER COURSES
 SEC 153   00707   LSP  11/06/08 P 000.25    49.50 CELL BLOCK PROCEDURES & R
ORGANIZATION OF   CELLS           ALL OTHER COURSES
 HLS 026   01660   LSP  10/30/08 P 001.25    49.25 HEALTH CARE TRAINING        HUNGER
STRIKE                    ALL OTHER COURSES
 STY 016   05924   LSP  10/29/08 P 000.50    48.00 SAFETY PROCEDURES           SAFETY
PLAN                      ALL OTHER COURSES
 FRM 008   06416   LSP  10/28/08 P 002.50    47.50 FIREARMS CERTIFICATION ON
                        DOC MANDATORY
 ADM 194   12464   LSP  10/07/08 P 000.75    45.00 INSTITUTIONAL POLICIES &    2008
ANNUAL  REPORT LSP        ALL OTHER COURSES
 SEC 168   01101   TAC  10/02/08 P 000.50    44.25 SUICIDE PRECAUTIONS         IN-SERVICE
CRI                       ACA MANDATORY
 SEC 105   03415   TAC  10/02/08 P 000.50    43.75 SECURITY PROCEDURES         IN-SERVICE
CRI                       ACA MANDATORY
 SEC 076   01894   TAC  10/02/08 P 000.50    43.25 HOSTAGE SITUATIONS PACES    IN-SERVICE
CRI                       ACA MANDATORY
 MIS 111   02917   TAC  10/02/08 P 000.50    42.75 COMPETENCY TEST-ASSESSMEN   IN-SERVICE
CRI                       ACA MANDATORY
 MIS 013   01923   TAC  10/02/08 P 001.00    42.25 COMMUNICATION SKILLS        IN-SERVICE
CRI                       ACA MANDATORY
 MIS 009   01848   TAC  10/02/08 P 000.50    41.25 PREA SEXUAL ASSAULT-ABUSE   IN-SERVICE
CRI                       ACA MANDATORY
 IMT 014   02280   TAC  10/02/08 P 001.00    40.75 SEXUAL HARASSMENT           IN-SERVICE
CRI                       ACA MANDATORY
 HLS 063   00872   TAC  10/02/08 P 001.50    39.75 MEDICATION (PILL CALL) DI   IN-SERVICE
CRI                       ACA MANDATORY
 HLS 014   02041   TAC  10/02/08 P 000.50    38.25 MENTAL HEALTH               IN-SERVICE
CRI                       ACA MANDATORY
 ADM 197   00986 . TAC  10/02/08 P 000.50    37.75 ETHICS (NOT FOR PREA TRAI   IN-SERVICE
CRI                       ACA MANDATORY
 ADM 093   00850   TAC  10/02/08 P 004.00    37.25 AMERICANS WITH DISABILITI   IN-SERVICE
CRI                       ACA MANDATORY
 ADM 013   02519   LSP  09/28/08 P 002.50    33.25 DEPART RULES-POLICIES-REG   C-05-001
2008 ANNUAL REPORT        ALL OTHER COURSES
 SEC 092   00404   LSP  09/26/08 P 000.25    30.75 DISCIPLINARY PROCESS PROC   NEW INMATE
RULE BOOK(DISCIPLINARY ALL OTHER COURSES
 SEC 075   03785   TAC  09/18/08 P 004.00    30.50 USE OF FORCE REGULATIIONS   IN-SERVICE
                        ACA MANDATORY
 HLS 025   03729   TAC  09/18/08 P 004.00    26.50 FIRST AID CPR               IN-SERVICE
                        ACA MANDATORY
 HLS 026   01619   LSP  09/09/08 P 000.75    22.50 HEALTH CARE TRAINING        HUNGER
STRIKE                    ALL OTHER COURSES
 HLS 026   01614   LSP  08/31/08 P 000.50    21.75 HEALTH CARE TRAINING        HUNGER
STRIKE                    ALL OTHER COURSES
 ADM 013   02516   LSP  08/26/08 P 000.25    21.25 DEPART RULES-POLICIES-REG   C-05-001
ANNUAL REPORT             ALL OTHER COURSES
 HLS 026   01595   LSP  08/21/08 P 002.75    21.00 HEALTH CARE TRAINING        HUNGER
STRIKE                    ALL OTHER COURSES
 HLS 026   01581   LSP  08/01/08 P 000.25    18.25 HEALTH CARE TRAINING        HUNGER
STRIKE                    ALL OTHER COURSES
 HLS 026   01567   LSP  07/29/08 P 001.00    18.00 HEALTH CARE TRAINING        HUNGER
STRIKE                    ALL OTHER COURSES
 ADM 201   00774   LSP  07/20/08 P 000.75    17.00 MISSION STATEMENT           MISSION
STATEMENT                 ALL OTHER COURSES
 ADM 201   00721   LSP  07/08/08 P 000.25    16.25 MISSION STATEMENT           MISSION
STATEMENT                 ALL OTHER COURSES
 ADM 203   01071   LSP  06/23/08 P 000.75    16.00 LEAVE POLICY                CRISIS
LEAVE PROGRAM             ALL OTHER COURSES
 ADM 203   01034   LSP  06/09/08 P 000.25    15.25 LEAVE POLICY                CRISIS
LEAVE PROGRAM             ALL OTHER COURSES
 ADM 203   01005   LSP  06/07/08 P 000.50    15.00 LEAVE POLICY                CRISIS
LEAVE  PROGRAM            ALL OTHER COURSES
                             Page 19
```

FOBBS00000008

~3811935.TXT

```
ADM 203  00996  LSP  06/01/08 P 000.25   14.50 LEAVE POLICY              CRISIS
LEAVE PROGRAM              ALL OTHER COURSES
ADM 203  00989  LSP  05/31/08 P 000.50   14.25 LEAVE POLICY              CRISIS
LEAVE  PROGRAM             ALL OTHER COURSES
SEC 009  02267  LSP  05/26/08 P 000.50   13.75 CONTRABAND                CRISIS
LEAVE  PROGRAM             ALL OTHER COURSES
ADM 203  00965  LSP  05/26/08 P 000.25   13.25 LEAVE POLICY              CRISIS
LEAVE PROGRAM              ALL OTHER COURSES
ADM 203  00953  LSP  05/21/08 P 000.25   13.00 LEAVE POLICY              CRISIS
LEAVE  PROGRAM             ALL OTHER COURSES
ACA 019  00172  LSP  05/18/08 P 000.75   12.75 STORY OF STANDARDS        ACA
STANDARDS AND GUIDELINES      ALL OTHER COURSES
SEC 009  02194  LSP  05/12/08 P 000.25   12.00 CONTRABAND
CONTRABAND POLICY                    ALL OTHER COURSES
SEC 009  02180  LSP  05/08/08 P 000.25   11.75 CONTRABAND
CONTRABAND  POLICY                   ALL OTHER COURSES
SEC 009  02176  LSP  05/07/08 P 000.25   11.50 CONTRABAND
CONTRABAND  POLICY                   ALL OTHER COURSES
SEC 009  02167  LSP  05/04/08 P 000.25   11.25 CONTRABAND
CONTRABAND  POLICY                ALL OTHER COURSES
ADM 194  11134  LSP  05/03/08 P 000.50   11.00 INSTITUTIONAL POLICIES &  EMPLOYEE
POLITICAL ACTIVITY       ALL OTHER COURSES
ADM 194  11084  LSP  04/29/08 P 000.50   10.50 INSTITUTIONAL POLICIES &  EMPLOYEE
POLITICAL ACTIVITY       ALL OTHER COURSES
ADM 203  00894  LSP  04/24/08 P 000.50   10.00 LEAVE POLICY              EMPLOYEE
LEAVE  USAGE              ALL OTHER COURSES
ADM 203  00873  LSP  04/20/08 P 000.50    9.50 LEAVE POLICY              EMPLOYEE
LEAVE USAGE               ALL OTHER COURSES
ACA 019  00160  LSP  04/15/08 P 000.25    9.00 STORY OF STANDARDS        ACA
STANDARDS AND GUIDELINES      ALL OTHER COURSES
ACA 019  00156  LSP  04/15/08 P 000.50    8.75 STORY OF STANDARDS        ACA
STANDARDS AND GUIDELINES      ALL OTHER COURSES
SEC 119  00345  LSP  04/10/08 P 000.25    8.25 TEMPERATURE INDEX         TEMP.
CHECKS                    ALL OTHER COURSES
SEC 119  00315  LSP  04/06/08 P 000.25    8.00 TEMPERATURE INDEX
Living/Work Area Temperature Chec ALL OTHER COURSES
SEC 119  00368  LSP  04/05/08 P 000.25    7.75 TEMPERATURE INDEX         TEMP
CHECKS                    ALL OTHER COURSES
ADM 194  10909  LSP  04/01/08 P 000.15    7.50 INSTITUTIONAL POLICIES &  Hair Care
Services                  ALL OTHER COURSES
ADM 194  11029  LSP  03/31/08 P 000.25    7.35 INSTITUTIONAL POLICIES &  HAIR CARE
SERVICES                  ALL OTHER COURSES
FDS 008  00279  LSP  03/13/08 P 000.25    7.10 FOOD SERVICE TRAINING     FOOD
SERVICES AND SANITATION      ALL OTHER COURSES
FDS 008  00294  LSP  03/12/08 P 000.75    6.85 FOOD SERVICE TRAINING     FOOD
SERVICE  / RELIGIOUS  DIE ALL OTHER COURSES
ADM 101  00169  LSP  03/07/08 P 000.25    6.10 DO NOT USE SEE WBT 36     PAY
ADMIN. AND MANGT.            ALL OTHER COURSES
ADM 101  00165  LSP  03/04/08 P 000.50    5.85 DO NOT USE SEE WBT 36     PAY ADMIN
AND MANGT.                ALL OTHER COURSES
ADM 116  08400  LSP  02/28/08 P 000.25    5.35 STAFF MEETING             PAY
ADMIN AND MANGT.            ALL OTHER COURSES
ADM 101  00130  LSP  02/24/08 P 000.75    5.10 DO NOT USE SEE WBT 36     PAY
ADMIN. AND MANGT.            ALL OTHER COURSES
SEC 153  00671  LSP  02/21/08 P 000.45    4.35 CELL BLOCK PROCEDURES & R locked
room management            ALL OTHER COURSES
ADM 203  00844  LSP  02/19/08 P 000.50    3.90 LEAVE POLICY              EMPLOYEE
LEAVE USAGE               ALL OTHER COURSES
ADM 116  08303  LSP  02/14/08 P 000.15    3.40 STAFF MEETING             employee
leave usage               ALL OTHER COURSES
FDS 008  00210  LSP  02/13/08 P 000.50    3.25 FOOD SERVICE TRAINING     FOOD
SERVICE                   ALL OTHER COURSES
FDS 008  00213  LSP  02/10/08 P 000.75    2.75 FOOD SERVICE TRAINING     FOOD
```

FOBBS000000059

```
                                    ~3811935.TXT
SERVICE                        ALL OTHER COURSES
 FDS 008   00216   LSP   02/04/08 P 000.25    2.00 FOOD SERVICE TRAINING      FOOD
SERVICES                       ALL OTHER COURSES
 SEC 119   00244   LSP   01/31/08 P 000.75    1.75 TEMPERATURE INDEX     .    TEMP.
CONTROL                       ALL OTHER COURSES
 SEC 119   00228   LSP   01/26/08 P 000.50    1.00 TEMPERATURE INDEX          TEMP.
CONTROL                       ALL OTHER COURSES
 ADM 194   10204   LSP   01/03/08 P 000.50    0.50 INSTITUTIONAL POLICIES &   TELEPHONE
USAGE RECORD KEEPING    ALL OTHER COURSES
 ADM 194   10046   LSP   12/30/07 P 000.75  107.40 INSTITUTIONAL POLICIES &   TELEPHONE
USAGE RECORD KEEPING      ALL OTHER COURSES
 ADM 194   10047   LSP   12/25/07 P 001.00  106.65 INSTITUTIONAL POLICIES &   FOOD LOAF
PROGRAM                       ALL OTHER COURSES
 ADM 168   00347   LSP   12/10/07 P 000.15  105.65 OFFENDER BEHAVIOR MGTEMEN inmates
who masterbate in view of ALL OTHER COURSES
 ADM 168   00399   LSP   12/06/07 P 000.50  105.50 OFFENDER BEHAVIOR MGTEMEN
MANAGEMENTOF INMATES               ALL OTHER COURSES
 ADM 168   00250   LSP   12/02/07 P 015.00  105.00 OFFENDER BEHAVIOR MGTEMEN Management
of inmates who throw o ALL OTHER COURSES
 ADM 168   00387   LSO   12/01/07 P 000.15   90.00 OFFENDER BEHAVIOR MGTEMEN inmates
who throw objects           ALL OTHER COURSES
 ADM 168   00233   LSP   11/30/07 P 000.15   89.85 OFFENDER BEHAVIOR MGTEMEN Management
of inmates who throw o ALL OTHER COURSES
 SEC 153   00476   LSP   11/22/07 P 000.15   89.70 CELL BLOCK PROCEDURES & R Working
Cellblock Movements        ALL OTHER COURSES
 SEC 153   00549   LSP   11/21/07 P 000.15   89.55 CELL BLOCK PROCEDURES & R Working
cellblock Movements        ALL OTHER COURSES
 SEC 153   00490   LSP   11/12/07 P 000.15   89.40 CELL BLOCK PROCEDURES & R Working
Cellblock Movement          ALL OTHER COURSES
 SEC 153   00514   LSP   11/07/07 P 000.15   89.25 CELL BLOCK PROCEDURES & R Dry Cell
                              ALL OTHER COURSES
 STY 006   09538   LSP   11/04/07 P 000.15   89.10 SAFETY TRAINING TOPICS     safety
meeting                       ALL OTHER COURSES
 ADM 168   00221   LSP   11/03/07 P 000.15   88.95 OFFENDER BEHAVIOR MGTEMEN dry cell
                              ALL OTHER COURSES
 SEC 153   00433   LSP   10/30/07 P 000.50   88.80 CELL BLOCK PROCEDURES & R CELLBLOCK
AREAS  ( RECORD   KEEPI ALL OTHER COURSES
 SEC 021   01802   LSP   10/25/07 P 000.15   88.30 TACT TEAM TRAINING         tactical
selection criteria          ALL OTHER COURSES
 SEC 021   01721   LSP   10/24/07 P 000.15   88.15 TACT TEAM TRAINING         Tactical
Unit Selection Criteria  ALL OTHER COURSES
 SEC 021   01786   LSP   10/21/07 P 000.25   88.00 TACT TEAM TRAINING         TACT UNIT
/ SELECTIVE CRITERIA       ALL OTHER COURSES
 SEC 021   01723   LSP   10/20/07 P 000.25   87.75 TACT TEAM TRAINING         TACTICAL
UNIT SELECTION CRITERIA  ALL OTHER COURSES
 SEC 021   01760   LSP   10/16/07 P 000.25   87.50 TACT TEAM TRAINING         TACTICAL
UNIT / SELECTION CRITERI ALL OTHER COURSES
 ADM 168   00257   LSP   10/16/07 P 000.25   87.25 OFFENDER BEHAVIOR MGTEMEN MANAGEMENT
OF INMATES                   ALL OTHER COURSES
 STY 016   05360   LSP   10/15/07 P 000.25   87.00 SAFETY PROCEDURES          ENFORCING
INMATE SAFETY RULES       ALL OTHER COURSES
 SEC 008   01028   LSP   10/11/07 P 008.00   86.75 CHEMICAL WEAPONS USE OF    SUPERVISOR
TRAINING ELEC. SHIELD/ DOC MANDATORY
 ADM 108   03223   LSP   10/06/07 P 000.75   78.75 DRUG FREE WORK PLACE       DRUG FREE
WORKPLACE                   ALL OTHER COURSES
 ADM 108   03106   LSP   10/01/07 P 000.25   78.00 DRUG FREE WORK PLACE       DRUG FREE
WORKPLACE                   ALL OTHER COURSES
 FRM 008   06020   LSP   09/28/07 P 002.50   77.75 FIREARMS CERTIFICATION ON
                              DOC MANDATORY
 ADM 194   09257   LSP   09/27/07 P 000.25   75.25 INSTITUTIONAL POLICIES &
THERAPEUTIC  DIETS                 ALL OTHER COURSES
 ADM 194   09256   LSP   09/26/07 P 000.25   75.00 INSTITUTIONAL POLICIES &
THERAPEUTIC  DIETS                 ALL OTHER COURSES
                                   Page 21
```

FOBBS000000060

```
                                    ~3811935.TXT
     ADM 194   09282   LSP   09/23/07 P 001.00   74.75 INSTITUTIONAL POLICIES &
THERAPEUTIC  DIETS                    ALL OTHER COURSES
     SEC 008   00981   LSP   09/21/07 P 001.00   73.75 CHEMICAL WEAPONS USE OF    USE OF
CHEMICAL/ SABRE   RED      ALL OTHER COURSES
     SEC 008   00976   LSP   09/21/07 P 001.00   72.75 CHEMICAL WEAPONS USE OF   USE OF
CHEMICAL AGENTS/ SABRE RED ALL OTHER COURSES
     CIV 001   00370   TAC   09/20/07 P 008.00   71.75 CONDUCT PRODUCTIVE EMP PE 124637
ADM 184 00376    WAS ORIGINAL **USE KTMODCLS--ASAP**
     ADM 194   09415   LSP   09/18/07 P 000.25   63.75 INSTITUTIONAL POLICIES &
THERAPEUTIC  DIETS                    ALL OTHER COURSES
     ADM 194   09493   LSP   09/17/07 P 000.75   63.50 INSTITUTIONAL POLICIES &  LOCKDOWN
                   ALL OTHER COURSES
     ADM 194   09565   LSP   09/09/07 P 000.75   62.75 INSTITUTIONAL POLICIES &  LOCKDOWN
                   ALL OTHER COURSES
     SEC 075   03116   TAC   09/06/07 P 004.00   62.00 USE OF FORCE REGULATIIONS
                   ACA MANDATORY
     HLS 025   03406   TAC   09/06/07 P 004.00   58.00 FIRST AID CPR
                   ACA MANDATORY
     ACA 019   00145   LSP   09/04/07 P 000.25   54.00 STORY OF  STANDARDS       ACA
DIRECTIVES                     ALL OTHER COURSES
     ACA 019   00115   LSP   09/04/07 P 000.25   53.75 STORY OF  STANDARDS       ACA
DIRECTIVES                 ALL OTHER COURSES
     SEC 105   02745   LSP   09/03/07 P 000.25   53.50 SECURITY PROCEDURES       ENTERING
AND LEAVING A TOWER      ALL OTHER COURSES
     SEC 019   36574   LSP   09/03/07 P 000.25   53.25 PROCESS AND PROCEDURE FOR  ENTERING
OR LEAVING A TOWER       ALL OTHER COURSES
     STY 016   05188   LSP   08/30/07 P 001.00   53.00 SAFETY PROCEDURES         GENERAL
SAFETY RULES                  ALL OTHER COURSES
     STY 016   05183   LSP   08/29/07 P 000.50   52.00 SAFETY PROCEDURES         GENERAL
SAFETY  RULES                 ALL OTHER COURSES
     STY 006   09269   LSP   08/26/07 P 000.75   51.50 SAFETY TRAINING TOPICS    GENERAL
SAFETY RULES                  ALL OTHER COURSES
     ADM 154   00308   TAC   08/22/07 P 001.25   50.75 DRUG TESTING             SUPERVISOR
TRAINING                   DOC MANDATORY
     SEC 153   00374   LSP   08/21/07 P 000.25   49.50 CELL BLOCK PROCEDURES & R  CELL
CHECKS                   ALL OTHER COURSES
     SEC 153   00370   LSP   08/21/07 P 000.25   49.25 CELL BLOCK PROCEDURES & R  CELL
CHECKS                   ALL OTHER COURSES
     SEC 153   00384   LSP   08/20/07 P 000.75   49.00 CELL BLOCK PROCEDURES & R CELL
CHECKS                   ALL OTHER COURSES
     SEC 153   00337   LSP   08/20/07 P 000.75   48.25 CELL BLOCK PROCEDURES & R  CELL
CHECKS                   ALL OTHER COURSES
     MIS 013   01466   LSP   08/12/07 P 000.75   47.50 COMMUNICATION SKILLS      CHANNELS
OF COMMUNICATION          ALL OTHER COURSES
     MIS 013   01550   LSP   08/06/07 P 000.25   46.75 COMMUNICATION SKILLS      CHANNELS
OF COMMUNICATION         ALL OTHER COURSES
     ADM 013   01822   LSP   08/02/07 P 000.50   46.50 DEPART RULES-POLICIES-REG  SMOKING
POLICY                    ALL OTHER COURSES
     SEC 132   01597   LSP   08/01/07 P 000.25   46.00 FIRE & EMERGENCY PROCEDUR FIRE
EVACUATION PROCESS               ALL OTHER COURSES
     ADM 013   01816   LSP   08/01/07 P 000.25   45.75 DEPART RULES-POLICIES-REG  SMOKING
POLICY                   ALL OTHER COURSES
     ADM 013   01688   LSP   07/29/07 P 000.25   45.50 DEPART RULES-POLICIES-REG  SMOKING
POLICY                   ALL OTHER COURSES
     ADM 013   01676   LSP   07/29/07 P 000.25   45.25 DEPART RULES-POLICIES-REG  SMOKING
POLICY                   ALL OTHER COURSES
     ADM 013   01681   LSP   07/28/07 P 000.25   45.00 DEPART RULES-POLICIES-REG SMOKING
POLICY                    ALL OTHER COURSES
     ADM 201   00520   LSP   07/27/07 P 000.25   44.75 MISSION STATEMENT
PHILOSOPHY MISSION STATEMENT      ALL OTHER COURSES
     ADM 201   00519   LSP   07/27/07 P 000.25   44.50 MISSION STATEMENT
PHILOSOPHY MISSION STATEMENT       ALL OTHER COURSES
     ADM 201   00513   LSP   07/27/07 P 000.25   44.25 MISSION STATEMENT
```

FOBBS000000061

~3811935.TXT

```
PHILOSOPHY  MISSION  STATEMENT    ALL OTHER COURSES
 ADM 201   00514  LSP  07/24/07 P 000.25    44.00 MISSION STATEMENT
PHILOSOPHY MISSION STATEMENT      ALL OTHER COURSES
 ADM 201   00546  LSP  07/23/07 P 000.50    43.75 MISSION STATEMENT        PHILOSOPHY
MISSION STATEMENT       ALL OTHER COURSES
 SEC 153   00328  LSP  07/18/07 P 000.25    43.25 CELL BLOCK PROCEDURES & R  TIME
CLOCK USUAGE                  ALL OTHER COURSES
 ADM 194   08642  LSP  07/15/07 P 000.25    43.00 INSTITUTIONAL POLICIES &
HANDICAPPED  PARKING              ALL OTHER COURSES
 ADM 194   08544  LSP  07/15/07 P 000.25    42.75 INSTITUTIONAL POLICIES &
HANDICAPPED  PARKIING             ALL OTHER COURSES
 ADM 194   08618  LSP  07/13/07 P 000.25    42.50 INSTITUTIONAL POLICIES &
HANDICAPPED  PARKING              ALL OTHER COURSES
 ADM 194   08487  LSP  07/12/07 P 000.75    42.25 INSTITUTIONAL POLICIES &
HANDICAPPED  PARKING            ALL OTHER COURSES
 SEC 147   01012  LSP  07/09/07 P 000.25    41.50 COUNT PROCEDURES          RECOUNT
PROCEDURES             ALL OTHER COURSES
 ADM 127   03192  LSP  07/08/07 P 001.25    41.25 VIOLENCE FREE WORKPLACE   VIOLENCE
FREE WORKPLACE            ALL OTHER COURSES
 ADM 127   03214  LSP  07/05/07 P 000.75    40.00 VIOLENCE FREE WORKPLACE   VIOLENCE
FREE WORKPLACE           ALL OTHER COURSES
 ADM 127   03198  LSP  06/30/07 P 000.25    39.25 VIOLENCE FREE WORKPLACE   VIOLENCE
FREE WORKPLACE            ALL OTHER COURSES
 STY 003   02071  LSP  06/29/07 P 000.50    39.00 EMERGENCY PREPAREDNESS    TESTING OF
EMERGENCY  EQUIP. AND C ALL OTHER COURSES
 ADM 194   09825  LSP  06/28/07 P 001.25    38.50 INSTITUTIONAL POLICIES &  TESTING OF
EMERGENCY EQUIP/COMM S ALL OTHER COURSES
 STY 003   02070  LSP  06/25/07 P 000.25    37.25 EMERGENCY PREPAREDNESS    TESTING
EMERGENCY EQUIP.AND COMM ALL OTHER COURSES
 ADM 194   09785  LSP  06/22/07 P 000.25    37.00 INSTITUTIONAL POLICIES &  TESTING OF
EMERGENCY EQUIP/COMM.S ALL OTHER COURSES
 ADM 194   09819  LSP  06/19/07 P 001.00    36.75 INSTITUTIONAL POLICIES &  EMPLOYEE
ASSISTANCE PROGRAM        ALL OTHER COURSES
 ADM 194   08279  LSP  06/10/07 P 001.25    35.75 INSTITUTIONAL POLICIES &  MOTOR
VEHICLE OPERATIONS       ·     ALL OTHER COURSES
 STY 016   05148  LSP  06/01/07 P 001.00    34.50 SAFETY PROCEDURES
                       ACA MANDATORY
 SEC 132   01532  LSP  06/01/07 P 001.00    33.50 FIRE & EMERGENCY PROCEDUR
                       ACA MANDATORY
 SEC 103   00550  LSP  06/01/07 P 001.00    32.50 OFFENDER RIGHTS & RESPONS
                       ACA MANDATORY
 SEC 045   01575  LSP  06/01/07 P 001.00    31.50 OFFENDER RULES AND REGULA
                       ACA MANDATORY
 SEC 044   00400  LSP  06/01/07 P 000.50    30.50 RADIO OPERATION-COMMUNICA
                       ACA MANDATORY
 RPT 007   01493  LSP  06/01/07 P 001.00    30.00 REPORT WRITING
                       ACA MANDATORY
 MIS 055   02341  LSP  06/01/07 P 001.00    29.00 CULTURAL DIVERSITY & AWAR
                       ACA MANDATORY
 MIS 013   01416  LSP  06/01/07 P 000.50    28.00 COMMUNICATION SKILLS
                       ACA MANDATORY
 IMT 014   01709  LSP  06/01/07 P 001.00    27.50 SEXUAL HARASSMENT
                       ACA MANDATORY
 HLS 069   00746  LSP  06/01/07 P 001.00    26.50 BLOODBORNE PATHOGENS INFE
                       ACA MANDATORY
 HLS 050   00467  LSP  06/01/07 P 000.50    25.50 SPECIAL NEEDS OFFENDERS
                       ACA MANDATORY
 ADM 158   00553  LSP  06/01/07 P 001.00    25.00 OFFENDER SOCIAL CULLTURE
                       ACA MANDATORY
 ADM 146   01433  LSP  06/01/07 P 000.50    24.00 DRESS CODE
                       ACA MANDATORY
 ADM 144   00371  LSP  06/01/07 P 000.50    23.50 DEPARTMENT MASTER PLAN OV
                       ACA MANDATORY
```

Page 23

FOBBS000000062

```
                                       ~3811935.TXT
ADM 143   00885   LSP   06/01/07 P 001.00    23.00 INTERPERSONAL RELATIONS I
                       ACA MANDATORY
ADM 127   03260   LSP   06/01/07 P 000.50    22.00 VIOLENCE FREE WORKPLACE
                       ACA MANDATORY
ADM 108   02985   LSP   06/01/07 P 001.00    21.50 DRUG FREE WORK PLACE
                       ACA MANDATORY
ADM 093   00546   LSP   06/01/07 P 000.50    20.50 AMERICANS WITH DISABILITI
                       ACA MANDATORY
ADM 016   02021   LSP   06/01/07 P 001.00    20.00 EMPLOYEE RULES AND DISCIP
                       ACA MANDATORY
ACA 015   01003   LSP   06/01/07 P 000.50    19.00 ACA ORIENTATION
                       ACA MANDATORY
SEC 062   03047   LSP   04/29/07 P 000.50    18.50 KEY CONTROL            KEY
CONTROL AND MANAGEMENT          ALL OTHER COURSES
ADM 194   07595   LSP   04/18/07 P 001.25    18.00 INSTITUTIONAL POLICIES &  USE OF
SEATBELTS   ROLL  CALL    ALL OTHER COURSES
STY 003   01931   LSP   04/05/07 P 000.25    16.75 EMERGENCY PREPAREDNESS    CONT PLAN
INSTIT EMERG               ALL OTHER COURSES
STY 003   01932   LSP   04/04/07 P 000.25    16.50 EMERGENCY PREPAREDNESS    CONT PLAN
INSTIT EMERG               ALL OTHER COURSES
STY 003   01925   LSP   04/01/07 P 000.25    16.25 EMERGENCY PREPAREDNESS    CONT PLAN
INST EMERG                 ALL OTHER COURSES
STY 003   02307   LSP   03/31/07 P 000.25    16.00 EMERGENCY PREPAREDNESS
CONTINGENCY PLAN FOR INSTITUTIONA ALL OTHER COURSES
STY 003   02308   LSP   03/30/07 P 001.00    15.75 EMERGENCY PREPAREDNESS    EMERGENCY
INCIDENT MANAGEMENT       ALL OTHER COURSES
SEC 062   03542   LSP   03/21/07 P 000.75    14.75 KEY CONTROL            NOTCHING
AND COLOR CODING OF FIRE ALL OTHER COURSES
HLS 063   00485   TAC   03/20/07 P 001.50    14.00 MEDICATION (PILL CALL) DI PILL CALL
CLASS                     ALL OTHER COURSES
ADM 154   00348   LSP   03/12/07 P 000.75    12.50 DRUG TESTING            INMATE
DRUG/ALCOHOL TESTING PROG. ALL OTHER COURSES
SEC 169   00219   TAC   02/15/07 P 000.25    11.75 SIGNS OF SUICIDE RISKS
                       DOC MANDATORY
SEC 168   00524   TAC   02/15/07 P 000.25    11.50 SUICIDE PRECAUTIONS
                       DOC MANDATORY
SEC 104   01696   TAC   02/15/07 P 000.50    11.25 SUPERVISION OFFENDERS IN
                       DOC MANDATORY
SEC 076   01527   TAC   02/15/07 P 000.50    10.75 HOSTAGE SITUATIONS PACES
                       DOC MANDATORY
SEC 045   01452   TAC   02/15/07 P 000.50    10.25 OFFENDER RULES AND REGULA
                       DOC MANDATORY
RPT 007   01358   TAC   02/15/07 P 001.00     9.75 REPORT WRITING
                       DOC MANDATORY
MIS 111   01593   TAC   02/15/07 P 000.50     8.75 COMPETENCY TEST-ASSESSMEN
                       DOC MANDATORY
MIS 009   00790   TAC   02/15/07 P 001.50     8.25 PREA SEXUAL ASSAULT-ABUSE
                       DOC MANDATORY
HLS 063   00467   TAC   02/15/07 P 001.50     6.75 MEDICATION (PILL CALL) DI
                       DOC MANDATORY
HLS 014   01694   TAC   02/15/07 P 000.50     5.25 MENTAL HEALTH
                       DOC MANDATORY
ADM 197   00428   TAC   02/15/07 P 001.00     4.75 ETHICS (NOT FOR PREA TRAI
                       DOC MANDATORY
ADM 194   07921   LSP   02/14/07 P 000.75     3.75 INSTITUTIONAL POLICIES &  Smoking
Policy                    ALL OTHER COURSES
ADM 013   01500   LSP   02/12/07 P 001.00     3.00 DEPART RULES-POLICIES-REG Roll Call:
Inmate Personal Proper ALL OTHER COURSES
ADM 203   00591   LSP   02/02/07 P 000.25     2.00 LEAVE POLICY            Roll Call:
Employee Leave Usage    ALL OTHER COURSES
ADM 203   00648   LSP   01/30/07 P 000.50     1.75 LEAVE POLICY            Employee
Leave Usage               ALL OTHER COURSES
ADM 194   07924   LSP   01/07/07 P 001.25     1.25 INSTITUTIONAL POLICIES &  Searches
```

FOBBS000000063

~3811935.TXT

of Employees; Depend. & ALL OTHER COURSES

| Course | Num | Loc | Date | P | Hours | | Topic | Type |
|--------|-----|-----|------|---|-------|---|-------|------|
| ADM 194 | 07893 | LSP | 11/02/06 P 001.00 | | 29.25 | | INSTITUTIONAL POLICIES & Restricted Areas and Curfews | ALL OTHER COURSES |
| ADM 194 | 07887 | LSP | 10/27/06 P 001.00 | | 28.25 | | INSTITUTIONAL POLICIES & Handcuff Key Distribution | ALL OTHER COURSES |
| FRM 008 | 05689 | LSP | 09/20/06 P 002.50 | | 27.25 | | FIREARMS CERTIFICATION ON | DOC MANDATORY |
| SEC 153 | 00214 | LSP | 09/12/06 P 000.50 | | 24.75 | | CELL BLOCK PROCEDURES & R CELL DOOR & PIN BOX | ALL OTHER COURSES |
| SEC 153 | 00239 | LSP | 09/07/06 P 000.50 | | 24.25 | | CELL BLOCK PROCEDURES & R CELL DOOR & PIN BOX | ALL OTHER COURSES |
| ADM 194 | 05741 | LSP | 08/02/06 P 001.00 | | 23.75 | | INSTITUTIONAL POLICIES & ROLLCALL: KEY CONTROL & MANAGEMEN | ALL OTHER COURSES |
| ADM 194 | 05773 | LSP | 07/12/06 P 000.25 | | 22.75 | | INSTITUTIONAL POLICIES & ROLLCALL: INMATE ON INMATE CONFRO | ALL OTHER COURSES |
| ADM 194 | 05746 | LSP | 07/11/06 P 001.00 | | 22.50 | | INSTITUTIONAL POLICIES & ROLLCALL: SECURITY RECORD KEEPING | ALL OTHER COURSES |
| ADM 194 | 05665 | LSP | 06/30/06 P 002.00 | | 21.50 | | INSTITUTIONAL POLICIES & ROLLCALL: MAY TOPICS | ALL OTHER COURSES |
| ADM 194 | 05376 | LSP | 05/27/06 P 001.25 | | 19.50 | | INSTITUTIONAL POLICIES & ROLLCALL: USE OF RESTRAINTS | ALL OTHER COURSES |
| ADM 194 | 05377 | LSP | 05/18/06 P 001.25 | | 18.25 | | INSTITUTIONAL POLICIES & ROLLCALL: USE OF FORCE | ALL OTHER COURSES |
| ADM 194 | 05378 | LSP | 05/08/06 P 001.25 | | 17.00 | | INSTITUTIONAL POLICIES & ROLLCALL: SEARCHES OF INMATES | ALL OTHER COURSES |
| ADM 194 | 04852 | LSP | 03/19/06 P 000.25 | | 15.75 | | INSTITUTIONAL POLICIES & ROLLCALL: 03.013 | ALL OTHER COURSES |
| SEC 105 | 01683 | LSP | 03/02/06 P 000.50 | | 15.50 | | SECURITY PROCEDURES | INSERVICE ACA MANDATORY |
| SEC 075 | 02028 | LSP | 03/02/06 P 002.00 | | 15.00 | | USE OF FORCE REGULATIIONS | INSERVICE ACA MANDATORY |
| SEC 062 | 02460 | LSP | 03/02/06 P 000.50 | | 13.00 | | KEY CONTROL | INSERVICE ACA MANDATORY |
| SEC 017 | 02024 | LSP | 03/02/06 P 001.00 | | 12.50 | | RESTRAINTS  USE OF | INSERVICE ALL OTHER COURSES |
| HLS 025 | 02834 | LSP | 03/02/06 P 004.00 | | 11.50 | | FIRST AID CPR | INSERVICE ACA MANDATORY |
| SEC 169 | 00064 | LSP | 02/02/06 P 000.25 | | 7.50 | | SIGNS OF SUICIDE RISKS | INSERVICE ACA MANDATORY |
| SEC 168 | 00170 | LSP | 02/02/06 P 000.25 | | 7.25 | | SUICIDE PRECAUTIONS | INSERVICE ACA MANDATORY |
| SEC 104 | 01245 | LSP | 02/02/06 P 000.50 | | 7.00 | | SUPERVISION OFFENDERS IN | INSERVICE ACA MANDATORY |
| SEC 076 | 01366 | LSP | 02/02/06 P 000.50 | | 6.50 | | HOSTAGE SITUATIONS PACES | INSERVICE ALL OTHER COURSES |
| SEC 045 | 01171 | LSP | 02/02/06 P 000.50 | | 6.00 | | OFFENDER RULES AND REGULA | INSERVICE ACA MANDATORY |
| RPT 007 | 00878 | LSP | 02/02/06 P 000.50 | | 5.50 | | REPORT WRITING | INSERVICE ACA MANDATORY |
| MIS 111 | 00807 | LSP | 02/02/06 P 000.50 | | 5.00 | | COMPETENCY TEST-ASSESSMEN INSTRUCTION TEST | CLASSROOM ALL OTHER COURSES |
| HLS 063 | 00234 | LSP | 02/02/06 P 001.50 | | 4.50 | | MEDICATION (PILL CALL) DI | INSERVICE ALL OTHER COURSES |
| HLS 014 | 01454 | LSP | 02/02/06 P 000.50 | | 3.00 | | MENTAL HEALTH | INSERVICE ALL OTHER COURSES |
| ADM 197 | 00168 | LSP | 02/02/06 P 001.00 | | 2.50 | | ETHICS (NOT FOR PREA TRAI | INSERVICE ACA MANDATORY |
| ADM 194 | 04453 | LSP | 01/07/06 P 001.50 | | 1.50 | | INSTITUTIONAL POLICIES & ROLLCALL: NON-DISCIPLINARY REMOVA | ALL OTHER COURSES |
| MIS 111 | 00678 | LSP | 12/01/05 P 000.50 | | 35.50 | | COMPETENCY TEST-ASSESSMEN TEST | BOOK 2 ALL OTHER COURSES |
| STY 016 | 03927 | LSP | 11/30/05 P 000.50 | | 35.00 | | SAFETY PROCEDURES | BOOK 2 ACA MANDATORY |

Page 25

FOBBS000000064

~3811935.TXT

```
SEC 168   00116   LSP   11/30/05 P 000.50   34.50 SUICIDE PRECAUTIONS        BOOK 2
                        ACA MANDATORY
SEC 103   00246   LSP   11/30/05 P 001.00   34.00 OFFENDER RIGHTS & RESPONS BOOK 2
                        ACA MANDATORY
SEC 074   00568   LSP   11/30/05 P 001.00   33.00 OFFENDER ADMINISTRATIVE R BOOK 2
                        ACA MANDATORY
RPT 007   00757   LSP   11/30/05 P 000.50   32.00 REPORT WRITING             BOOK 2
                        ACA MANDATORY
MIS 055   01747   LSP   11/30/05 P 000.50   31.50 CULTURAL DIVERSITY & AWAR BOOK 2
                        ACA MANDATORY
MIS 013   00941   LSP   11/30/05 P 001.00   31.00 COMMUNICATION SKILLS       BOOK 2
                        ACA MANDATORY
HLS 069   00195   LSP   11/30/05 P 001.00   30.00 BLOODBORNE PATHOGENS INFE BOOK 2
                        DOC MANDATORY
HLS 050   00301   LSP   11/30/05 P 001.00   29.00 SPECIAL NEEDS OFFENDERS    BOOK 1
                        ALL OTHER COURSES
ADM 158   00152   LSP   11/30/05 P 001.00   28.00 OFFENDER SOCIAL CULLTURE   BOOK 1
                        ACA MANDATORY
ADM 146   00888   LSP   11/30/05 P 001.00   27.00 DRESS CODE                 BOOK 1
                        ALL OTHER COURSES
ADM 144   00147   LSP   11/30/05 P 001.00   26.00 DEPARTMENT MASTER PLAN OV BOOK 1
                        ALL OTHER COURSES
ADM 143   00471   LSP   11/30/05 P 001.00   25.00 INTERPERSONAL RELATIONS I BOOK 1
                        ACA MANDATORY
ADM 127   02200   LSP   11/30/05 P 001.00   24.00 VIOLENCE FREE WORKPLACE    BOOK 1
                        DOC MANDATORY
ADM 108   02024   LSP   11/30/05 P 001.00   23.00 DRUG FREE WORK PLACE       BOOK 1
                        DOC MANDATORY
ADM 093   00171   LSP   11/30/05 P 000.50   22.00 AMERICANS WITH DISABILITI BOOK 2
                        DOC MANDATORY
ADM 016   01582   LSP   11/30/05 P 001.00   21.50 EMPLOYEE RULES AND DISCIP BOOK 2
                        ALL OTHER COURSES
ACA 015   00890   LSP   11/30/05 P 000.50   20.50 ACA ORIENTATION            BOOK 1
                        ALL OTHER COURSES
ADM 194   03881   LSP   11/12/05 P 000.25   20.00 INSTITUTIONAL POLICIES &  ROLLCALL:
RETURN TO WORK          ALL OTHER COURSES
FRM 008   05210   LSP   09/14/05 P 002.50   19.75 FIREARMS CERTIFICATION ON
                        ALL OTHER COURSES
SEC 075   01603   LSP   07/26/05 P 002.50   17.25 USE OF FORCE REGULATIIONS INSERVICE
                        DOC MANDATORY
SEC 017   01837   LSP   07/26/05 P 001.50   14.75 RESTRAINTS  USE OF         INSERVICE
                        DOC MANDATORY
HLS 025   02598   LSP   07/26/05 P 004.00   13.25 FIRST AID CPR              INSERVICE
                        ACA MANDATORY
ADM 194   03155   LSP   07/14/05 P 000.75    9.25 INSTITUTIONAL POLICIES &  ROLL CALL
TRAINING                ALL OTHER COURSES
ADM 194   02655   LSP   06/07/05 P 000.25    8.50 INSTITUTIONAL POLICIES &  ROLLCALL:
LIVING & WORK AREA TEMP ALL OTHER COURSES
ADM 194   02271   LSP   04/15/05 P 000.25    8.25 INSTITUTIONAL POLICIES &  ROLLCALL:
HORSE MANAGEMENT        ALL OTHER COURSES
SEC 105   01099   LSP   04/05/05 P 000.50    8.00 SECURITY PROCEDURES        INSERVICE
                        ACA MANDATORY
SEC 104   01000   LSP   04/05/05 P 000.50    7.50 SUPERVISION OFFENDERS IN   INSERVICE
                        ACA MANDATORY
SEC 076   01225   LSP   04/05/05 P 000.50    7.00 HOSTAGE SITUATIONS PACES   INSERVICE
                        DOC MANDATORY
SEC 062   02107   LSP   04/05/05 P 001.00    6.50 KEY CONTROL                INSERVICE
                        ACA MANDATORY
MIS 111   00042   LSP   04/05/05 P 000.50    5.50 COMPETENCY TEST-ASSESSMEN CLASSROOM
INSTRUCTION TEST        DOC MANDATORY
MIS 009   00083   LSP   04/05/05 P 001.00    5.00 PREA SEXUAL ASSAULT-ABUSE INSERVICE
                        DOC MANDATORY
IMT 014   00449   LSP   04/05/05 P 001.00    4.00 SEXUAL HARASSMENT          INSERVICE
```

FOBBS000000065

```
                              ~3811935.TXT
                         DOC MANDATORY
  HLS 014   01194   LSP   04/05/05 P 001.00     3.00 MENTAL HEALTH              INSERVICE
                         DOC MANDATORY
  DLC 001   01677   LSP   04/05/05 P 002.00     2.00 DEFENSIVE DRIVING COURSE   INSERVICE
                         DOC MANDATORY
  SEC 019   35469   LSP   12/12/04 P 000.25    37.00 PROCESS AND PROCEDURE FOR LOG BOOK
ENTRIES                    ALL OTHER COURSES
  FRM 008   04677   LSP   09/03/04 P 002.50    36.75 FIREARMS CERTIFICATION ON CLASSES ON
9/2/04 & 9/3/04           **USE KTMODCLS--ASAP**
  SEC 129   00217   LSP   08/31/04 P 001.00    34.25 TIME CLOCKS                BOOK 1
                         **USE KTMODCLS--ASAP**
  SEC 111   00398   LSP   08/31/04 P 000.50    33.25 TOOL & KEY ORIENTATION ON BOOK 1
                         **USE KTMODCLS--ASAP**
  SEC 090   00370   LSP   08/31/04 P 001.00    32.75 LEGAL RESPONSIBILITIES IN BOOK 2
                         **USE KTMODCLS--ASAP**
  SEC 086   00536   LSP   08/31/04 P 000.50    31.75 TRANSPORT INMATES EXTRADI BOOK 1
                         **USE KTMODCLS--ASAP**
  MIS 089   00790   LSP   08/31/04 P 001.00    31.25 SOCIAL CULTURAL LIFESTYLE BOOK 1
                         **USE KTMODCLS--ASAP**
  HLS 020   02370   LSP   08/31/04 P 000.50    30.25 TAC SUICIDE RECOGNITION & BOOK 2
                         **USE KTMODCLS--ASAP**
  ADM 127   01450   LSP   08/31/04 P 000.50    29.75 VIOLENCE FREE WORKPLACE    BOOK 1
                         **USE KTMODCLS--ASAP**
  ADM 048   02192   LSP   08/31/04 P 000.50    29.25 REPORT WRITING             BOOK 2
                         **USE KTMODCLS--ASAP**
  ADM 020   01026   LSP   08/31/04 P 000.50    28.75 INTERPERSONAL COMMUNICATI BOOK 2
                         **USE KTMODCLS--ASAP**
  ADM 016   01356   LSP   08/31/04 P 001.00    28.25 EMPLOYEE RULES AND DISCIP BOOK 2
                         **USE KTMODCLS--ASAP**
  STY 034   00185   LSP   08/30/04 P 001.00    27.25 COMMUNICABLE DISEASE AWAR BOOK 2
                         **USE KTMODCLS--ASAP**
  STY 003   01586   LSP   08/30/04 P 001.00    26.25 EMERGENCY PREPAREDNESS     BOOK 2
                         **USE KTMODCLS--ASAP**
  SEC 141   00131   LSP   08/30/04 P 000.50    25.25 APPROPRIATE CONDUCT WITH   BOOK 1
                         **USE KTMODCLS--ASAP**
  SEC 074   00492   LSP   08/30/04 P 001.00    24.75 OFFENDER ADMINISTRATIVE R BOOK 2
                         **USE KTMODCLS--ASAP**
  MIS 055   01498   LSP   08/30/04 P 000.50    23.75 CULTURAL DIVERSITY & AWAR BOOK 2
                         **USE KTMODCLS--ASAP**
  HLS 050   00241   LSP   08/30/04 P 001.00    23.25 SPECIAL NEEDS OFFENDERS    BOOK 1
                         **USE KTMODCLS--ASAP**
  ADM 146   00642   LSP   08/30/04 P 001.00    22.25 DRESS CODE                 BOOK 1
                         **USE KTMODCLS--ASAP**
  ADM 144   00093   LSP   08/30/04 P 001.00    21.25 DEPARTMENT MASTER PLAN OV BOOK 1
                         **USE KTMODCLS--ASAP**
  ADM 102   00794   LSP   08/30/04 P 000.50    20.25 DRUG FREE WORKPLACE ORIEN BOOK 1
                         **USE KTMODCLS--ASAP**
  ADM 093   00110   LSP   08/30/04 P 000.50    19.75 AMERICANS WITH DISABILITI BOOK 2
                         **USE KTMODCLS--ASAP**
  ACA 018   00160   LSP   08/30/04 P 000.50    19.25 ACCREDITATION IN CORRECTI BOOK 1
                         **USE KTMODCLS--ASAP**
  SEC 019   34499   LSP   08/17/04 P 000.25    18.75 PROCESS AND PROCEDURE FOR ROLL CALL;
MEMORANDUM ON USUAGE O **USE KTMODCLS--ASAP**
  SEC 019   34371   LSP   08/07/04 P 000.25    18.50 PROCESS AND PROCEDURE FOR ROLL CALL;
KITCHEN FOOD PREPARATI **USE KTMODCLS--ASAP**
  SEC 075   01251   LSP   07/22/04 P 004.00    18.25 USE OF FORCE REGULATIIONS INSERVICE
                         **USE KTMODCLS--ASAP**
  SEC 017   01572   LSP   07/22/04 P 001.50    14.25 RESTRAINTS   USE OF        INSERVICE
                         **USE KTMODCLS--ASAP**
  HLS 025   02256   LSP   07/22/04 P 004.00    12.75 FIRST AID CPR              INSERVICE
                         **USE KTMODCLS--ASAP**
  SEC 019   34443   LSP   07/18/04 P 000.25     8.75 PROCESS AND PROCEDURE FOR ROLL CALL;
SALE OF HOBBYCRAFT TO  **USE KTMODCLS--ASAP**
                              Page 27
```

FOBBS000000066

```
                                  ~3811935.TXT
   SEC 019   34220  LSP  07/15/04 P 000.25    8.50 PROCESS AND PROCEDURE FOR ROLL CALL;
TEMPERATURE CONTROL      **USE KTMODCLS--ASAP**
   SEC 019   33978  LSP  06/27/04 P 000.25    8.25 PROCESS AND PROCEDURE FOR ROLL CALL;
DRESS CODE FOR CORRECT **USE KTMODCLS--ASAP**
   SEC 019   33934  LSP  06/16/04 P 000.25    8.00 PROCESS AND PROCEDURE FOR ROLL CALL;
NON-EMPLOYEE ACCESS TO **USE KTMODCLS--ASAP**
   SEC 019   33914  LSP  06/13/04 P 000.25    7.75 PROCESS AND PROCEDURE FOR ROLL CALL;
REFERRALS TO THE DISTR **USE KTMODCLS--ASAP**
   SEC 105   00815  LSP  06/10/04 P 001.00    7.50 SECURITY PROCEDURES      INSERVICE
                         **USE KTMODCLS--ASAP**
   SEC 076   01098  LSP  06/10/04 P 000.50    6.50 HOSTAGE SITUATIONS PACES  INSERVICE
                         **USE KTMODCLS--ASAP**
   HLS 014   00979  LSP  06/10/04 P 001.00    6.00 MENTAL HEALTH            INSERVICE
                         **USE KTMODCLS--ASAP**
   DLC 001   01301  LSP  06/10/04 P 002.00    5.00 DEFENSIVE DRIVING COURSE  INSERVICE
                         **USE KTMODCLS--ASAP**
   ADM 222   00037  LSP  06/10/04 P 000.50    3.00 CORRECTIOINS LEADERSHIP A INSERVICE
                         **USE KTMODCLS--ASAP**
   ADM 146   00594  LSP  06/10/04 P 001.50    2.50 DRESS CODE               INSERVICE
                         **USE KTMODCLS--ASAP**
   ADM 034   02457  LSP  06/10/04 P 000.50    1.00 SEXUAL HARASSMENT ORIENTA INSERVICE
                         **USE KTMODCLS--ASAP**
   ACA 015   00734  LSP  06/10/04 P 000.50    0.50 ACA ORIENTATION          INSERVICE
                         **USE KTMODCLS--ASAP**
   STY 034   00141  LSP  12/01/03 P 001.00   31.50 COMMUNICABLE DISEASE AWAR BOOK 2
                         **USE KTMODCLS--ASAP**
   STY 003   01534  LSP  12/01/03 P 001.00   30.50 EMERGENCY PREPAREDNESS    BOOK 2
                         **USE KTMODCLS--ASAP**
   SEC 111   00323  LSP  12/01/03 P 000.50   29.50 TOOL & KEY ORIENTATION ON BOOK 1
                         **USE KTMODCLS--ASAP**
   SEC 090   00317  LSP  12/01/03 P 001.00   29.00 LEGAL RESPONSIBILITIES IN BOOK 2
                         **USE KTMODCLS--ASAP**
   MIS 055   01221  LSP  12/01/03 P 001.00   28.00 CULTURAL DIVERSITY & AWAR BOOK 2
                         **USE KTMODCLS--ASAP**
   HLS 020   02244  LSP  12/01/03 P 001.00   27.00 TAC SUICIDE RECOGNITION & BOOK 2
                         **USE KTMODCLS--ASAP**
   ADM 127   01241  LSP  12/01/03 P 000.50   26.00 VIOLENCE FREE WORKPLACE   BOOK 1
                         **USE KTMODCLS--ASAP**
   ADM 102   00722  LSP  12/01/03 P 000.50   25.50 DRUG FREE WORKPLACE ORIEN BOOK 1
                         **USE KTMODCLS--ASAP**
   ADM 093   00068  LSP  12/01/03 P 001.00   25.00 AMERICANS WITH DISABILITI BOOK 2
                         **USE KTMODCLS--ASAP**
   ADM 020   00959  LSP  12/01/03 P 001.00   24.00 INTERPERSONAL COMMUNICATI BOOK 2
                         **USE KTMODCLS--ASAP**
   ADM 016   01301  LSP  12/01/03 P 001.00   23.00 EMPLOYEE RULES AND DISCIP BOOK 2
                         **USE KTMODCLS--ASAP**
   SEC 075   01070  LSP  09/18/03 P 004.00   22.00 USE OF FORCE REGULATIIONS INSERVICE
                         **USE KTMODCLS--ASAP**
   HLS 025   02023  LSP  09/18/03 P 004.00   18.00 FIRST AID CPR            INSERVICE
                         **USE KTMODCLS--ASAP**
   FRM 008   04195  LSP  09/04/03 P 002.50   14.00 FIREARMS CERTIFICATION ON FIREARM
TRAINING                    **USE KTMODCLS--ASAP**
   SEC 105   00583  LSP  07/01/03 P 001.00   11.50 SECURITY PROCEDURES
                         **USE KTMODCLS--ASAP**
   SEC 076   00980  LSP  07/01/03 P 001.00   10.50 HOSTAGE SITUATIONS PACES
                         **USE KTMODCLS--ASAP**
   SEC 017   01379  LSP  07/01/03 P 001.50    9.50 RESTRAINTS  USE OF
                         **USE KTMODCLS--ASAP**
  ·HLS 045   00899  LSP  07/01/03 P 001.00    8.00 MISC MENTAL HEALTH
                         **USE KTMODCLS--ASAP**
   DLC 001   01113  LSP  07/01/03 P 002.00    7.00 DEFENSIVE DRIVING COURSE
                         **USE KTMODCLS--ASAP**
   ADM 034   01940  LSP  07/01/03 P 000.50    5.00 SEXUAL HARASSMENT ORIENTA
```

Page 28

FOBBS000000067

```
                              ~3811935.TXT
                      **USE KTMODCLS--ASAP**
  SEC 019   27131  LSP  04/06/03 P 000.25    4.50 PROCESS AND PROCEDURE FOR improper
use of fire extinguisher **USE KTMODCLS--ASAP**
  MIS 063   06741  LSP  02/25/03 P 004.00    4.25 TRAINING - OTHER MISC      FIELD
TRAINING OFFICER TRAINING   **USE KTMODCLS--ASAP**
  SEC 019   27025  LSP  02/17/03 P 000.25    0.25 PROCESS AND PROCEDURE FOR SEARCHES
OF INMATES                **USE KTMODCLS--ASAP**
  SEC 141   00077  LSP  11/30/02 P 000.50   35.50 APPROPRIATE CONDUCT WITH  BOOK 1
                      **USE KTMODCLS--ASAP**
  SEC 129   00200  LSP  11/30/02 P 001.00   35.00 TIME CLOCKS               BOOK 1
                      **USE KTMODCLS--ASAP**
  SEC 111   00235  LSP  11/30/02 P 000.50   34.00 TOOL & KEY ORIENTATION ON BOOK 1
                      **USE KTMODCLS--ASAP**
  SEC 086   00335  LSP  11/30/02 P 001.00   33.50 TRANSPORT INMATES EXTRADI BOOK 1
                      **USE KTMODCLS--ASAP**
  MIS 089   00691  LSP  11/30/02 P 001.00   32.50 SOCIAL CULTURAL LIFESTYLE BOOK 1
                      **USE KTMODCLS--ASAP**
  HLS 050   00183  LSP  11/30/02 P 001.00   31.50 SPECIAL NEEDS OFFENDERS   BOOK 1
                      **USE KTMODCLS--ASAP**
  ADM 146   00459  LSP  11/30/02 P 001.00   30.50 DRESS CODE                BOOK 1
                      **USE KTMODCLS--ASAP**
  ADM 144   00062  LSP  11/30/02 P 001.00   29.50 DEPARTMENT MASTER PLAN OV BOOK 1
                      **USE KTMODCLS--ASAP**
  ADM 127   00991  LSP  11/30/02 P 000.50   28.50 VIOLENCE FREE WORKPLACE   BOOK 1
                      **USE KTMODCLS--ASAP**
  ADM 102   00662  LSP  11/30/02 P 000.50   28.00 DRUG FREE WORKPLACE ORIEN BOOK 1
                      **USE KTMODCLS--ASAP**
  ACA 018   00126  LSP  11/30/02 P 000.50   27.50 ACCREDITATION IN CORRECTI BOOK 2
                      **USE KTMODCLS--ASAP**
  FRM 008   03725  LSP  09/09/02 P 004.00   27.00 FIREARMS CERTIFICATION ON
                      **USE KTMODCLS--ASAP**
  STY 034   00110  LSP  08/31/02 P 001.00   23.00 COMMUNICABLE DISEASE AWAR BOOK 2
                      **USE KTMODCLS--ASAP**
  STY 003   01453  LSP  08/31/02 P 001.00   22.00 EMERGENCY PREPAREDNESS    BOOK 2
                      **USE KTMODCLS--ASAP**
  SEC 090   00242  LSP  08/31/02 P 001.00   21.00 LEGAL RESPONSIBILITIES IN BOOK 2
                      **USE KTMODCLS--ASAP**
  MIS 055   01135  LSP  08/31/02 P 001.00   20.00 CULTURAL DIVERSITY & AWAR BOOK 2
                      **USE KTMODCLS--ASAP**
  HLS 020   02109  LSP  08/31/02 P 001.00   19.00 TAC SUICIDE RECOGNITION & BOOK 2
                      **USE KTMODCLS--ASAP**
  ADM 093   00056  LSP  08/31/02 P 001.00   18.00 AMERICANS WITH DISABILITI BOOK 2
                      **USE KTMODCLS--ASAP**
  ADM 020   00885  LSP  08/31/02 P 001.00   17.00 INTERPERSONAL COMMUNICATI BOOK 2
                      **USE KTMODCLS--ASAP**
  ADM 016   01200  LSP  08/31/02 P 001.00   16.00 EMPLOYEE RULES AND DISCIP BOOK 2
                      **USE KTMODCLS--ASAP**
  SEC 105   00453  LSP  07/30/02 P 001.00   15.00 SECURITY PROCEDURES        IN-SERVICE
                      **USE KTMODCLS--ASAP**
  SEC 076   00875  LSP  07/30/02 P 001.00   14.00 HOSTAGE SITUATIONS PACES  IN-SERVICE
                      **USE KTMODCLS--ASAP**
  SEC 017   01110  LSP  07/30/02 P 001.50   13.00 RESTRAINTS  USE OF        IN-SERVICE
                      **USE KTMODCLS--ASAP**
  HLS 045   00767  LSP  07/30/02 P 001.00   11.50 MISC MENTAL HEALTH
IN-SERVICE/CAROL DUTHU           **USE KTMODCLS--ASAP**
  ADM 142   00182  LSP  07/30/02 P 001.00   10.50 INMATE RULES AND REGULATI IN-SERVICE
                      **USE KTMODCLS--ASAP**
  ADM 048   01586  LSP  07/30/02 P 001.00    9.50 REPORT WRITING            IN-SERVICE
                      **USE KTMODCLS--ASAP**
  ADM 034   01613  LSP  07/30/02 P 000.50    8.50 SEXUAL HARASSMENT ORIENTA IN-SERVICE
                      **USE KTMODCLS--ASAP**
  SEC 075   00874  LSP  07/16/02 P 004.00    8.00 USE OF FORCE REGULATIIONS
                      **USE KTMODCLS--ASAP**
```

FOBBS000000068

~3811935.TXT
```
HLS 025   01770   LSP   07/16/02 P 004.00      4.00 FIRST AID CPR
                       **USE KTMODCLS--ASAP**
SEC 110   00105   TAC   09/21/01 P 001.00     40.00 SEARCHES OF EMPLOYEES      SO #407
                       **USE KTMODCLS--ASAP**
SEC 109   00087   TAC   09/21/01 P 001.00     39.00 SEARCHES OF VISITORS OR I SO #407
                       **USE KTMODCLS--ASAP**
SEC 086   00109   TAC   09/21/01 P 001.00     38.00 TRANSPORT INMATES EXTRADI SO #407
                       **USE KTMODCLS--ASAP**
SEC 026   00087   TAC   09/21/01 P 001.00     37.00 ELECTRONIC DETECTECTOR AN SO #407
                       **USE KTMODCLS--ASAP**
MIS 023   02053   TAC   09/21/01 P 004.00     36.00 ON THE JOB TRAINING       SO #407
                       **USE KTMODCLS--ASAP**
MIS 023   02052   TAC   09/20/01 P 008.00     32.00 ON THE JOB TRAINING       SO #407
                       **USE KTMODCLS--ASAP**
SEC 111   00151   TAC   09/19/01 P 001.00     24.00 TOOL & KEY ORIENTATION ON SO #407
                       **USE KTMODCLS--ASAP**
SEC 108   00101   TAC   09/19/01 P 001.00     23.00 INVESTIGATIONS            SO #407
                       **USE KTMODCLS--ASAP**
HLS 050   00140   TAC   09/19/01 P 001.00     22.00 SPECIAL NEEDS OFFENDERS   SO #407
                       **USE KTMODCLS--ASAP**
HLS 016   00680   TAC   09/19/01 P 004.00     21.00 PILL CALL TRAINING        SO #407
                       **USE KTMOOCLS--ASAP**
ADM 091   00235   TAC   09/19/01 P 000.50     17.00 CONSENT DECREE            SO #407
                       **USE KTMODCLS--ASAP**
ADM 050   00146   TAC   09/19/01 P 000.50     16.50 PERSONNEL AND PAYROLL     SO #407
                       **USE KTMODCLS--ASAP**
SEC 017   00800   TAC   09/18/01 P 002.50     16.00 RESTRAINTS   USE OF       SO #407
                       **USE KTMODCLS--ASAP**
FRM 008   03173   TAC   09/18/01 P 005.50     13.50 FIREARMS CERTIFICATION ON SO #407
                       **USE KTMODCLS--ASAP**
STY 003   01343   TAC   09/17/01 P 001.00      8.00 EMERGENCY PREPAREDNESS    SO #407
                       **USE KTMODCLS--ASAP**
SEC 035   00868   TAC   09/17/01 P 001.00      7.00 POST ORDERS               SO #408
                       **USE KTMODCLS--ASAP**
SEC 019   18518   TAC   09/17/01 P 000.25      6.00 PROCESS AND PROCEDURE FOR SO #407
                       **USE KTMODCLS--ASAP**
ORI 002   00456   TAC   09/17/01 P 000.25      5.75 PRESERVICE PROGRAM OBJECT SO #407
                       **USE KTMODCLS--ASAP**
ADM 146   00326   TAC   09/17/01 P 001.00      5.50 DRESS CODE                SO #407
                       **USE KTMODCLS--ASAP**
ADM 129   00123   TAC   09/17/01 P 000.50      4.50 C.S.PERF.PLAN & REVIEW VI SO #407
                       **USE KTMODCLS--ASAP**
ADM 127   00747   TAC   09/17/01 P 001.00      4.00 VIOLENCE FREE WORKPLACE   SO #407
                       **USE KTMODCLS--ASAP**
ADM 045   00889   TAC   09/17/01 P 001.50      3.00 POLICY REVIEW             SO #407
                       **USE KTMODCLS--ASAP**
ADM 017   00352   TAC   09/17/01 P 001.50      1.50 FUNCTIONS OVERVIEW CORR I SO #407
                       **USE KTMODCLS--ASAP**
FRM 008   02703   AVC   11/30/00 P 002.00    125.50 FIREARMS CERTIFICATION ON night
firing                       **USE KTMODCLS--ASAP**
STY 023   00242   AVC   10/06/00 P 001.00    123.50 FIRE EXTINGUISHERS        day 5
cadet orient                 **USE KTMODCLS--ASAP**
SEC 113   00032   AVC   10/06/00 P 001.00    122.50 AVC GENERAL SECURITY POST day 5
cadet orient                 **USE KTMODCLS--ASAP**
SEC 058   00108   AVC   10/06/00 P 001.00    121.50 CRIME SCENE PRESERVATION  day 5
cadet orient                 **USE KTMOOCLS--ASAP**
SEC 017   00582   AVC   10/06/00 P 001.00    120.50 RESTRAINTS   USE OF       day 5
cadet orient                 **USE KTMODCLS--ASAP**
STY 003   01195   AVC   10/05/00 P 000.50    119.50 EMERGENCY PREPAREDNESS    day 4
cadet orient                 **USE KTMODCLS--ASAP**
SEC 120   00020   AVC   10/05/00 P 001.00    119.00 INFIRMARY PROCEDURES      day 4
cadet orient                 **USE KTMOOCLS--ASAP**
SEC 045   00628   AVC   10/05/00 SCR 002.00  118.00 OFFENDER RULES AND REGULA day 4
```
Page 30

FOBBS000000069

```
                                    ~3811935.TXT
cadet orient                      **USE KTMODCLS--ASAP**
 SEC 022  01024  AVC  10/05/00 P 002.00  116.00 USE OF FORCE              day 4
cadet orient                      **USE KTMODCLS--ASAP**
 MIS 069  00179  AVC  10/05/00 P 001.00  114.00 LEGAL RESP OF STAFF IN IN day 4
cadet orient                      **USE KTMODCLS--ASAP**
 MIS 045  00194  AVC  10/05/00 P 001.00  113.00 DISCIPLINARY BOARD TRAINI day 4
cadet orient                      **USE KTMODCLS--ASAP**
 ADM 034  00941  AVC  10/05/00 P 000.50  112.00 SEXUAL HARASSMENT ORIENTA day 4
cadet orient                      **USE KTMODCLS--ASAP**
 MIS 023  01669  AVC  10/04/00 P 012.00  111.50 ON THE JOB TRAINING       day 3
cadet orient/OJT                  **USE KTMODCLS--ASAP**
 SEC 119  00028  AVC  10/03/00 P 000.50   99.50 TEMPERATURE INDEX         day 2
cadet orient                      **USE KTMODCLS--ASAP**
 SEC 062  00839  AVC  10/03/00 P 000.50   99.00 KEY CONTROL               day 2
cadet orient                      **USE KTMODCLS--ASAP**
 FRM 008  02631  AVC  10/03/00 P 006.00   98.50 FIREARMS CERTIFICATION ON day 2
cadet orient                      **USE KTMODCLS--ASAP**
 ADM 127  00544  AVC  10/03/00 P 001.00   92.50 VIOLENCE FREE WORKPLACE   day 2
cadet orient                      **USE KTMODCLS--ASAP**
 SEC 118  00034  AVC  10/02/00 P 000.50   91.50 WORKING COND REGS         day 1
cadet orient                      **USE KTMODCLS--ASAP**
 SEC 117  00057  AVC  10/02/00 P 000.50   91.00 4 MIN RESPONSE            day 1
cadet orient                      **USE KTMODCLS--ASAP**
 SEC 116  00079  AVC  10/02/00 P 000.50   90.50 LEAVE POLICY DRESS CODE   transfer
famil                    **USE KTMODCLS--ASAP**
 RPT 007  00318  AVC  10/02/00 P 001.00   90.00 REPORT WRITING            day 1
cadet orient                      **USE KTMODCLS--ASAP**
 MIS 040  00098  AVC  10/02/00 P 000.50   89.00 CREDIT UNION REPRESENTATI day 1
cadet orient                      **USE KTMODCLS--ASAP**
 FRM 008  02629  AVC  10/02/00 P 004.00   88.50 FIREARMS CERTIFICATION ON firearms
qual/standard sec positi **USE KTMODCLS--ASAP**
 DLC 001  00736  AVC  10/02/00 P 002.00   84.50 DEFENSIVE DRIVING COURSE  day 1
cadet orient                      **USE KTMODCLS--ASAP**
 ADM 159  00073  AVC  10/02/00 P 001.00   82.50 OVERVIEW OF DOC FACILITY  transfer
famil                    **USE KTMODCLS--ASAP**
 ADM 157  00058  AVC  10/02/00 P 001.00   81.50 TOOL AND C.T.F.CONTROL    day 1
cadet orient                      **USE KTMODCLS--ASAP**
 ACA 008  00524  AVC  10/02/00 P 000.50   80.50 ACA TRAINING              day 1
cadet orient                      **USE KTMODCLS--ASAP**
 SEC 072  00283  TAC  09/29/00 P 004.50   80.00 OFFENDER MANIPULATION
                       **USE KTMODCLS--ASAP**
 ORI 030  00085  TAC  09/29/00 P 001.00   75.50 TRAINING ACADEMY FINAL EX
                       **USE KTMODCLS--ASAP**
 MIS 035  00353  TAC  09/29/00 P 001.25   74.50 VIDEO TRAINING            "THE FARM"
                       **USE KTMODCLS--ASAP**
 ORI 027  00077  TAC  09/28/00 P 000.50   73.25 TRAINING ACADEMY EXAM 7
                       **USE KTMODCLS--ASAP**
 MIS 023  01647  TAC  09/28/00 P 004.50   72.75 ON THE JOB TRAINING
                       **USE KTMODCLS--ASAP**
 HLS 020  01523  TAC  09/28/00 P 004.00   68.25 TAC SUICIDE RECOGNITION &
                       **USE KTMODCLS--ASAP**
 SEC 075  00629  TAC  09/27/00 P 008.00   64.25 USE OF FORCE REGULATIIONS
                       **USE KTMODCLS--ASAP**
 ORI 026  00076  TAC  09/27/00 P 000.50   56.25 TRAINING ACADEMY EXAM 6
                       **USE KTMODCLS--ASAP**
 SEC 079  00246  TAC  09/26/00 P 002.00   55.75 OFFICER SURVIVAL
                       **USE KTMODCLS--ASAP**
 SEC 020  00476  TAC  09/26/00 P 001.00   53.75 SECURITY CUSTODY CONTROL
                       **USE KTMODCLS--ASAP**
 SEC 009  00473  TAC  09/26/00 P 002.50   52.75 CONTRABAND
                       **USE KTMODCLS--ASAP**
 ORI 025  00081  TAC  09/26/00 P 000.50   50.25 TRAINING ACADEMY EXAM 5
                       **USE KTMODCLS--ASAP**
```

FOBBS000000070

```
                                        ~3811935.TXT
MIS 089   00484   TAC   09/26/00 P 001.50    49.75 SOCIAL CULTURAL LIFESTYLE
                        **USE KTMODCLS--ASAP**
SEC 074   00304   TAC   09/25/00 P 006.75    48.25 OFFENDER ADMINISTRATIVE R
                        **USE KTMODCLS--ASAP**
ORI 024   00077   TAC   09/25/00 P 000.50    41.50 TRAINING ACADEMY EXAM 4
                        **USE KTMODCLS--ASAP**
ADM 102   00404   TAC   09/25/00 P 001.00    41.00 DRUG FREE WORKPLACE ORIEN
                        **USE KTMODCLS--ASAP**
SEC 078   00398   TAC   09/22/00 P 002.00    40.00 OFFENDER SUPERVISION
                        **USE KTMODCLS--ASAP**
ORI 023   00076   TAC   09/22/00 P 000.50    38.00 TRAINING ACADEMY EXAM 3
                        **USE KTMODCLS--ASAP**
HLS 047   00532   TAC   09/22/00 P 001.00    37.50 COMMUNICABLE DISEASES HIV INFECTION
CONTROL                 **USE KTMODCLS--ASAP**
HLS 016   00575   TAC   09/22/00 P 001.00    36.50 PILL CALL TRAINING
                        **USE KTMODCLS--ASAP**
ADM 020   00635   TAC   09/22/00 P 002.50    35.50 INTERPERSONAL COMMUNICATI
                        **USE KTMODCLS--ASAP**
MIS 023   01646   TAC   09/21/00 P 004.50    33.00 ON THE JOB TRAINING
                        **USE KTMODCLS--ASAP**
ADM 048   00902   TAC   09/21/00 P 004.00    28.50 REPORT WRITING
                        **USE KTMODCLS--ASAP**
ORI 022   00086   TAC   09/20/00 P 000.50    24.50 TRAINING ACADEMY EXAM 2
                        **USE KTMODCLS--ASAP**
HLS 025   01373   TAC   09/20/00 P 008.00    24.00 FIRST AID CPR
                        **USE KTMODCLS--ASAP**
SEC 077   00214   TAC   09/19/00 P 008.00    16.00 LEGAL ASPECTS-SAFETY REGS
                        **USE KTMODCLS--ASAP**
ORI 021   00083   TAC   09/19/00 P 000.50     8.00 TRAINING ACADEMY EXAM 1
                        **USE KTMODCLS--ASAP**
SEC 076   00600   TAC   09/18/00 P 001.00     7.50 HOSTAGE SITUATIONS PACES
                        **USE KTMODCLS--ASAP**
ORI 002   00407   TAC   09/18/00 P 001.50     6.50 PRESERVICE PROGRAM OBJECT
                        **USE KTMODCLS--ASAP**
HLS 019   00580   TAC   09/18/00 P 001.00     5.00 STRESS MANAGEMENT
                        **USE KTMODCLS--ASAP**
ADM 019   07184   TAC   09/18/00 P 000.50     4.00 ACADEMY RULES POLICIES
                        **USE KTMODCLS--ASAP**
ADM 017   00299   TAC   09/18/00 P 001.50     3.50 FUNCTIONS OVERVIEW CORR I
                        **USE KTMODCLS--ASAP**
ADM 016   00873   TAC   09/18/00 P 001.50     2.00 EMPLOYEE RULES AND DISCIP
                        **USE KTMODCLS--ASAP**
ACA 015   00415   TAC   09/18/00 P 000.50     0.50 ACA ORIENTATION
                        **USE KTMODCLS--ASAP**
```

FOBBS00000071