

BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

## State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.


Johns Sanders Training Transcript


Connie Mᶜ Cann

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date:  10 | 22 | 14


Raymond Fobbs vs. Daniel Davis Case



STATE'S
EXHIBIT
3

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

FOBBS00000072

```
                                        ~3700350.TXT
        TIME: 09:22:40                                    CAPPED TRAINING - EMPLOYEE
TRANSCRIPT
                                                          DATE RANGE: ******** THRU
********

      EMPLOYEE:          SANDERS, JOHN G              TEAM/SHIFT: J/B


   CRS CRS  CLASS  CLSS  FINISH  E CLASS  HRS YRL
   TYP NUM  NUMBR  LOCN   DATE   S HOURS  ACM TOT       COURSE   NAME
 COMMENTS                             TRAINING TYPE
 === ===  =====  ====  ========  = ======  =======  =========================
 ======================================  =========================
  SEC 075  06212  LSP  02/01/14 P 000.45    1.20 USE OF FORCE REGULATIIONS Camp J/B
Roll call/ use of force  DOC MANDATORY
  SEC 017  04381  LSP  01/05/14 P 000.50    0.75 RESTRAINTS   USE OF      J/B: USE
OF RESTRAINTS              ALL OTHER COURSES
  STY 006  17467  LSP  01/04/14 P 000.25    0.25 SAFETY TRAINING TOPICS    J/B:
SAFETY MTG: CLOSE CALLS      ALL OTHER COURSES
  SEC 035  05144  LSP  12/31/13 P 001.50   86.75 POST ORDERS            cellblock
post orders               ALL OTHER COURSES
  SEC 075  06195  LSP  12/21/13 P 000.75   85.25 USE OF FORCE REGULATIIONS USE OF
FORCE DIRECTIVE             ALL OTHER COURSES
  SEC 075  06184  LSP  12/17/13 P 000.50   84.50 USE OF FORCE REGULATIIONS SUPERVISOR
TRAINING: USE OF FORCE ALL OTHER COURSES
  FRM 008  07548  TAC  12/11/13 P 004.00   84.00 FIREARMS CERTIFICATION ON RECERT
                         ACA MANDATORY
  ADM 197  04017  LSP  12/11/13 P 000.50   80.00 ETHICS (NOT FOR PREA TRAI ONLINE
ETHICS TRAINING              ALL OTHER COURSES
  SEC 105  05997  LSP  12/07/13 P 000.25   79.50 SECURITY PROCEDURES      SECURITY
CAMERAS                    ALL OTHER COURSES
  ADM 052  00156  LSP  12/03/13 P 000.25   79.25 VEHICLE FLEET TRACK TRAIN MOTOR
VEHICLE OPERATION           ACA MANDATORY
  SEC 035  05102  LSP  12/02/13 P 001.00   79.00 POST ORDERS            CELL
BLOCK POST ORDERS           ALL OTHER COURSES
  ADM 154  00709  LSP  12/02/13 P 000.50   78.00 DRUG TESTING           NEW DRUG
TESTING - ONLINE COURSE  ALL OTHER COURSES
  SEC 045  04743  LSP  11/22/13 P 001.25   77.50 OFFENDER RULES AND REGULA
DISCIPLINARY RULES & PROCEDURES  ALL OTHER COURSES
  SEC 045  04612  LSP  11/10/13 P 000.75   76.25 OFFENDER RULES AND REGULA  OFFENDER
RULE BOOK                 ALL OTHER COURSES
  SEC 105  05948  LSP  11/05/13 P 000.50   75.50 SECURITY PROCEDURES      SECURITY
EXIT CHECKS               ACA MANDATORY
  STY 006  17241  LSP  11/04/13 P 000.25   75.00 SAFETY TRAINING TOPICS    SAFETY
MEETING                   ACA MANDATORY
  MIS 108  00756  LSP  10/30/13 P 000.75   74.75 IN-SERVICE TRAINING INTRO
IN-SERVICE TRAINING               ALL OTHER COURSES
  SEC 106  03341  LSP  10/25/13 P 001.75   74.00 TOOL CONTROL           CONTROL
OF TOOLS & EQUIPMENT    ALL OTHER COURSES
  SEC 041  03256  LSP  10/03/13 P 000.50   72.25 SEARCHES AND PATDOWNS     SEARCHES
OF OFFENDERS              ALL OTHER COURSES
  SEC 041  03254  LSP  09/29/13 P 000.75   71.75 SEARCHES AND PATDOWNS     SEARCHES
OF OFFENDERS              ALL OTHER COURSES
  SEC 041  03237  LSP  09/23/13 P 000.75   71.00 SEARCHES AND PATDOWNS     SEARCHES
OF OFFENDERS              ALL OTHER COURSES
  MIS 009  04769  LSP  09/22/13 P 002.00   70.25 PREA SEXUAL ASSAULT-ABUSE P R E A
                         ACA MANDATORY
  RPT 012  00835  LSP  09/15/13 P 000.75   68.25 LOG BOOK DOCUMENTATION
DOCUMENTATION OF SECURITY ROUNDS ALL OTHER COURSES
  MIS 009  04811  LSP  09/10/13 P 000.50   67.50 PREA SEXUAL ASSAULT-ABUSE  P R E A
                         ACA MANDATORY
  ADM 116  18413  LSP  08/30/13 P 000.25   67.00 STAFF MEETING          STAFF
MEETING                   ALL OTHER COURSES
                              · Page 1
```

FOBBS00000073

```
                              ~3700350.TXT
ACA 015   01892  LSP  08/27/13 P 000.50    66.75 ACA ORIENTATION            A C A
                     ACA MANDATORY
SEC 017   04301  LSP  08/19/13 P 000.50    66.25 RESTRAINTS  USE OF         PROPER
PROCEDURE OF APPLYING RES ALL OTHER COURSES
ADM 016   04418  LSP  08/16/13 P 000.25    65.75 EMPLOYEE RULES AND DISCIP  EMPLOYEE
POLITICAL ACTIVITY       ALL OTHER COURSES
SEC 078   02380  LSP  08/12/13 P 000.25    65.50 OFFENDER SUPERVISION       OFFENDER
SUPERVISION              ACA MANDATORY
SEC 078   02366  LSP  08/08/13 P 001.00    65.25 OFFENDER SUPERVISION       OFFENDER
SUPERVISION              ACA MANDATORY
SEC 103   02045  LSP  08/02/13 P 001.00    64.25 OFFENDER RIGHTS & RESPONS OFFENDERS
RIGHTS & CORR. EMPLOYEE ACA MANDATORY
SEC 008   01906  LSP  07/30/13 P 001.00    63.25 CHEMICAL WEAPONS USE OF    USE OF
FORCE / CHEMICAL AGENT CT ACA MANDATORY
ADM 116   18203  LSP  07/30/13 P 001.00    62.25 STAFF MEETING              SATFF
MEETING/ACA AUDIT;ARP REVI ALL OTHER COURSES
MIS 055   05006  LSP  07/24/13 P 000.25    61.25 CULTURAL DIVERSITY & AWAR  CULTURAL
AWARENESS               ACA MANDATORY
MIS 055   04910  LSP  07/21/13 P 000.25    61.00 CULTURAL DIVERSITY & AWAR  CULTURAL
AWARENESS               ACA MANDATORY
RPT 007   04127  LSP  07/20/13 P 000.50    60.75 REPORT WRITING             WRITING
REPORTS AND DOCUMENTATIO ALL OTHER COURSES
RPT 007   04118  LSP  07/16/13 P 000.50    60.25 REPORT WRITING             WRITING
REPORTS AND DOCUMENTATIO ACA MANDATORY
IMT 022   01100  LSP  07/11/13 P 000.25    59.75 CONFLICT RESOLUTION        MANAGING
CONFLICT                ACA MANDATORY
HLS 033   01081  LSP  07/07/13 P 000.25    59.50 MEDICAL-PROCEDURES-SIDE E
PSYCHOTROPIC MEDS AND HEAT       ALL OTHER COURSES
ADM 203   02144  LSP  07/01/13 P 000.75    59.25 LEAVE POLICY               EMPLOYEE
LEAVE                   ALL OTHER COURSES
ADM 203   02138  LSP  06/23/13 P 000.50    58.50 LEAVE POLICY               EMPLOYEE
LEAVE                   ALL OTHER COURSES
IMT 022   01087  LSP  06/21/13 P 000.25    58.00 CONFLICT RESOLUTION        MANAGEING
CONFLICT                ACA MANDATORY
IMT 022   01083  LSP  06/18/13 P 000.50    57.75 CONFLICT RESOLUTION        MANAGING
CONFLICT                ACA MANDATORY
SEC 072   01841  LSP  06/13/13 P 001.00    57.25 OFFENDER MANIPULATION      OFFENDER
CONTROL TECHNIQUES      ACA MANDATORY
ACA 015   01841  LSP  06/07/13 P 000.25    56.25 ACA ORIENTATION            A. C. A.
                     ACA MANDATORY
ADM 116   17971  LSP  06/05/13 P 000.50    56.00 STAFF MEETING              STAFF
MEETING/DRESS CODE;MAINT; ALL OTHER COURSES
ACA 015   01833  LSP  06/04/13 P 000.50    55.50 ACA ORIENTATION            A.C.A.
                     ACA MANDATORY
SEC 105   05878  LSP  06/02/13 P 001.00    55.00 SECURITY PROCEDURES        CAMP J
MANAGEMENT PROGRAM         ALL OTHER COURSES
SEC 105   05877  LSP  05/28/13 P 000.50    54.00 SECURITY PROCEDURES        CAMP J
MANAGEMENT PROGRAM         ALL OTHER COURSES
ADM 146   03411  LSP  05/21/13 P 000.5C    53.50 DRESS CODE                 DRESS
CODE                    DOC MANDATORY
SEC 011   00237  TAC  05/20/13 P 001.50    53.00 ELECTRONIC CAPTURE DEVICE
SUPERVISORS TRAINING ELECTRONIC B ACA MANDATORY
SEC 010   03193  TAC  05/20/13 P 001.00    51.50 DEFENSIVE TACTICS USE OF
SUPERVISORS TRAINING ASP (PPCT)   ACA MANDATORY
SEC 008   01719  TAC  05/20/13 P 001.00    50.50 CHEMICAL WEAPONS USE OF
SUPERVISORS TRAINING CHEMICAL AGE ACA MANDATORY
ADM 154   00607  TAC  05/20/13 P 000.50    49.50 DRUG TESTING
SUPERVISORS TRAINING TOX CUP      ACA MANDATORY
SEC 045   04462  LSP  05/18/13 P 000.50    49.00 OFFENDER RULES AND REGULA  OFFENDER
DISCIPLINARY RULES      ALL OTHER COURSES
HLS 050   01205  LSP  05/16/13 P 000.50    48.50 SPECIAL NEEDS OFFENDERS    SPECIAL
NEEDS OFFENDERS             ACA MANDATORY
ADM 240   00418  LSP  05/16/13 P 001.00    48.00 LA CODE OF GOVERNMENTAL E
```

FOBBS00000074

~3700350.TXT

```
                              ALL OTHER COURSES
ADM 241  00013  LSP  05/10/13 P 000.25    47.00 OFFENDER SERVICES        DIET
SHEET PROCEDURES          ALL OTHER COURSES
SEC 045  04463  LSP  05/07/13 P 000.25    46.75 OFFENDER RULES AND REGULA  OFFENDER
RULES                ACA MANDATORY
SEC 045  04445  LSP  05/06/13 P 000.75    46.50 OFFENDER RULES AND REGULA  OFFENDER
DISCIPLINARY RULES       ACA MANDATORY
SEC 045  04429  LSP  04/28/13 P 000.50    45.75 OFFENDER RULES AND REGULA  OFFENDER
RULES                ACA MANDATORY
HLS 069  02626  LSP  04/26/13 P 000.50    45.25 BLOODBORNE PATHOGENS INFE  INFECTION
CONTROL                  ALL OTHER COURSES
ADM 016  04305  LSP  04/22/13 P 000.50    44.75 EMPLOYEE RULES AND DISCIP  EMPLOYEE
RULES                DOC MANDATORY
ADM 016  04314  LSP  04/18/13 P 000.50    44.25 EMPLOYEE RULES AND DISCIP  EMPLOYEE
RULES                DOC MANDATORY
ADM 108  06463  LSP  04/16/13 P 000.75    43.75 DRUG FREE WORK PLACE       DRUG FREE
WORKPLACE            DOC MANDATORY
SEC 132  04596  LSP  04/08/13 P 000.25    43.00 FIRE & EMERGENCY PROCEDUR
SAFETY/EMERGENCY/FIRE PROCEDURES ACA MANDATORY
ADM 234  00717  LSP  04/04/13 P 000.50    42.75 FAITH BASED TRAINING       FAITH
BASED PROGRAMS             ACA MANDATORY
ADM 203  02094  LSP  03/31/13 P 000.75    42.25 LEAVE POLICY               FMLA /
LEAVE USAGE                ALL OTHER COURSES
SEC 132  04583  LSP  03/26/13 P 001.00    41.50 FIRE & EMERGENCY PROCEDUR
FIRE/SAFETY/EMERGENCY PLAN         ACA MANDATORY
SEC 132  04556  LSP  03/17/13 P 000.25    40.50 FIRE & EMERGENCY PROCEDUR
SAFETY/EMERGENCY/FIRE PROCEDURES ACA MANDATORY
ADM 127  06661  LSP  03/16/13 P 000.25    40.25 VIOLENCE FREE WORKPLACE    VIOLENCE
FREE WORKPLACE            DOC MANDATORY
IMT 014  04965  LSP  03/12/13 P 000.50    40.00 SEXUAL HARASSMENT          SEXUAL
HARASSMENT                ALL OTHER COURSES
IMT 014  04953  LSP  03/06/13 P 000.25    39.50 SEXUAL HARASSMENT          SEXUAL
HARASSMENT                ALL OTHER COURSES
SEC 075  05952  TAC  03/05/13 P 001.00    39.25 USE OF FORCE REGULATIIONS INSERVICE
ACA MANDATORY
SEC 017  04085  TAC  03/05/13 P 001.50    38.25 RESTRAINTS  USE OF         INSERVICE
ACA MANDATORY
SEC 010  03133  TAC  03/05/13 P 001.50    36.75 DEFENSIVE TACTICS USE OF   INSERVICE
ACA MANDATORY
CPR 013  00671  TAC  03/05/13 P 004.00    35.25 HRTSVR 1STAID CPR AED STU  INSERVICE
ACA MANDATORY
ADM 052  00121  LSP  02/26/13 P 000.50    31.25 VEHICLE FLEET TRACK TRAIN  MOTOR
VEHICLE OPERATIONS         ALL OTHER COURSES
ADM 014  01244  LSP  02/25/13 P 000.50    30.75 EMPLOYEE ASSISTANCE PROGR  EMPLOYEE
ASSISTANCE PROGRAM        DOC MANDATORY
IMT 014  04932  LSP  02/21/13 P 000.25    30.25 SEXUAL HARASSMENT          SEXUAL
HARASSMENT                ALL OTHER COURSES
SEC 186  00813  TAC  02/19/13 P 001.00    30.00 SOCIAL NETWORKING          CRI
ACA MANDATORY
SEC 168  02220  TAC  02/19/13 P 000.50    29.00 SUICIDE PRECAUTIONS        CRI
ACA MANDATORY
SEC 132  04523  TAC  02/19/13 P 001.50    28.50 FIRE & EMERGENCY PROCEDUR EIR
ACA MANDATORY
SEC 090  01563  TAC  02/19/13 P 001.00    27.00 LEGAL RESPONSIBILITIES IN EIR
ACA MANDATORY
SEC 078  02248  TAC  02/19/13 P 001.00    26.00 OFFENDER SUPERVISION       EIR
ACA MANDATORY
SEC 076  03449  TAC  02/19/13 P 000.50    25.00 HOSTAGE SITUATIONS PACES   CRI
ACA MANDATORY
SEC 072  01771  TAC  02/19/13 P 001.00    24.50 OFFENDER MANIPULATION      EIR
ACA MANDATORY
SEC 045  04338  TAC  02/19/13 P 001.50    23.50 OFFENDER RULES AND REGULA EIR
ACA MANDATORY
```

FOBBS00000075

~3700350.TXT

```
SEC 020  01618  TAC  02/19/13 P 001.00   22.00 SECURITY CUSTODY CONTROL  CRI
                          ACA MANDATORY
RPT 007  03906  TAC  02/19/13 P 001.00   21.00 REPORT WRITING            EIR
                          ACA MANDATORY
MIS 108  00744  LSP  02/19/13 P 000.25   20.00 IN-SERVICE TRAINING INTRO NOTICE OF
IN-SERVICE TRAINING       ALL OTHER COURSES
MIS 055  04650  TAC  02/19/13 P 000.50   19.75 CULTURAL DIVERSITY & AWAR EIR
                          ACA MANDATORY
MIS 009  04362  TAC  02/19/13 P 001.00   19.25 PREA SEXUAL ASSAULT-ABUSE CRI
                          ACA MANDATORY
IMT 022  01033  TAC  02/19/13 P 001.00   18.25 CONFLICT RESOLUTION       EIR
                          ACA MANDATORY
IMT 014  04919  TAC  02/19/13 P 001.00   17.25 SEXUAL HARASSMENT         EIR
                          ACA MANDATORY
HLS 063  01707  TAC  02/19/13 P 001.00   16.25 MEDICATION (PILL CALL) DI CRI
                          ACA MANDATORY
HLS 050  01159  TAC  02/19/13 P 001.00   15.25 SPECIAL NEEDS OFFENDERS   EIR
                          ACA MANDATORY
HLS 047  02929  TAC  02/19/13 P 000.50   14.25 COMMUNICABLE DISEASES HIV EIR
                          ACA MANDATORY
HLS 014  02754  TAC  02/19/13 P 000.50   13.75 MENTAL HEALTH             CRI
                          ACA MANDATORY
DLC 001  04698  TAC  02/19/13 P 000.50   13.25 DEFENSIVE DRIVING COURSE  CRI
                          ACA MANDATORY
ADM 234  00682  TAC  02/19/13 P 000.50   12.75 FAITH BASED TRAINING      EIR
                          ACA MANDATORY
ADM 197  03434  TAC  02/19/13 P 002.00   12.25 ETHICS (NOT FOR PREA TRAI CRI
                          ACA MANDATORY
ADM 146  03270  TAC  02/19/13 P 000.50   10.25 DRESS CODE                EIR
                          ACA MANDATORY
ADM 127  06601  TAC  02/19/13 P 000.50    9.75 VIOLENCE FREE WORKPLACE   EIR
                          ACA MANDATORY
ADM 108  06394  TAC  02/19/13 P 001.00    9.25 DRUG FREE WORK PLACE      EIR
                          ACA MANDATORY
ADM 093  02276  TAC  02/19/13 P 001.00    8.25 AMERICANS WITH DISABILITI CRI
                          ACA MANDATORY
ADM 016  04175  TAC  02/19/13 P 001.00    7.25 EMPLOYEE RULES AND DISCIP EIR
                          ACA MANDATORY
ADM 014  01237  TAC  02/19/13 P 000.50    6.25 EMPLOYEE ASSISTANCE PROGR EIR
                          ACA MANDATORY
ACA 017  01697  TAC  02/19/13 P 000.50    5.75 DEESCALATION TECHNIQUES   EIR
                          ACA MANDATORY
ACA 015  01764  TAC  02/19/13 P 000.50    5.25 ACA ORIENTATION           EIR
                          ACA MANDATORY
ACA 015  01770  LSP  02/17/13 P 000.25    4.75 ACA ORIENTATION           A.C.A.
                          ACA MANDATORY
SEC 147  02094  LSP  02/12/13 P 000.50    4.50 COUNT PROCEDURES          COUNT
PROCEDURES                ALL OTHER COURSES
ADM 146  03263  LSP  02/07/13 P 000.25    4.00 DRESS CODE                DRESS
CODE                      DOC MANDATORY
CPT 018  00032  LSP  02/06/13 P 000.25    3.75 PROFESSIONALISM AND PRODU
PROFESSIONALISM              ALL OTHER COURSES
ADM 116  17544  LSP  02/05/13 P 000.50    3.50 STAFF MEETING             OUTCAMP
STAFF MEETING/USE OF FORC ALL OTHER COURSES
SEC 105  05812  LSP  02/03/13 P 000.75    3.00 SECURITY PROCEDURES       SECURITY
EQUIPMENT                 ALL OTHER COURSES
IMT 014  04905  LSP  01/28/13 P 000.25    2.25 SEXUAL HARASSMENT         SEXUAL
HARRASSMENT               ALL OTHER COURSES
SEC 019  37087  LSP  01/24/13 P 000.25    2.00 PROCESS AND PROCEDURE FOR WARDEN L.
SPOKE TO SHIFT ABOUT BE ALL OTHER COURSES
STY 003  03217  LSP  01/23/13 P 000.25    1.75 EMERGENCY PREPAREDNESS
CONTINGENCY   PLAN             ACA MANDATORY
STY 006  16442  LSP  01/15/13 P 000.25    1.50 SAFETY TRAINING TOPICS    SLIP;
```

Page 4

FOBBS00000076

~3700350.TXT

```
TRIP AND FALL                     ACA MANDATORY
  SEC 147   02078   LSP   01/14/13 P 000.25      1.25 COUNT PROCEDURES           COUNT
PROCEDURE                       ALL OTHER COURSES
  SEC 105   05795   LSP   01/05/13 P 000.50      1.00 SECURITY PROCEDURES        SECURITY
EQUIPMENT                     ALL OTHER COURSES
  ADM 146   03246   LSP   01/01/13 P 000.50      0.50 DRESS CODE                 DRESS
CODE                            DOC MANDATORY
  WBT 023   00001   LSP   12/31/12 P 002.50     53.50 3-PES COMBINED COURSES     BASIC;
PLANNING; EVULATION           ALL OTHER COURSES
  SEC 105   05778   LSP   12/27/12 P 000.50     51.00 SECURITY PROCEDURES        SECURITY
EQUIPMENT                     ALL OTHER COURSES
  SEC 035   04821   LSP   12/23/12 P 000.75     50.50 POST ORDERS                POST
ORDERS                          ALL OTHER COURSES
  FRM 008   07362   LSP   12/20/12 P 004.00     49.75 FIREARMS CERTIFICATION ON recert
                                ACA MANDATORY
  SEC 045   04315   LSP   12/18/12 P 000.50     45.75 OFFENDER RULES AND REGULA  OFFENDER
GROOMING                      ALL OTHER COURSES
  HLS 014   02719   LSP   12/13/12 P 000.50     45.25 MENTAL HEALTH              MENTAL
HEALTH WATCHES                   ALL OTHER COURSES
  SEC 147   02065   LSP   12/09/12 P 000.75     44.75 COUNT PROCEDURES           COUNT
PROCEDURES                      ALL OTHER COURSES
  ADM 203   02048   LSP   12/04/12 P 000.25     44.00 LEAVE POLICY               LEAVE
USAGE POLICY                    ALL OTHER COURSES
  ADM 203   02044   LSP   12/03/12 P 000.25     43.75 LEAVE POLICY               LEAVE
USAGE POLICY                    ALL OTHER COURSES
  ADM 146   03233   LSP   11/29/12 P 000.50     43.50 DRESS CODE                 DRESS
CODE                            DOC MANDATORY
  ADM 146   03231   LSP   11/23/12 P 000.25     43.00 DRESS CODE                 DRESS
CODE                            DOC MANDATORY
  HLS 063   01687   LSP   11/20/12 P 000.25     42.75 MEDICATION (PILL CALL) DI  PILL
CALL PROCEDURES                 ALL OTHER COURSES
  SEC 105   05764   LSP   11/19/12 P 000.50     42.50 SECURITY PROCEDURES        SECURITY
EQUIPMENT                     ALL OTHER COURSES
  SEC 105   05762   LSP   11/11/12 P 000.25     42.00 SECURITY PROCEDURES        SECURITY
EQUIPMENT                     ALL OTHER COURSES
  ACA 015   01748   LSP   10/28/12 P 000.75     41.75 ACA ORIENTATION            ACA
                                ACA MANDATORY
  ADM 203   02036   LSP   10/08/12 P 000.50     41.00 LEAVE POLICY               LEAVE
POLICY                          ALL OTHER COURSES
  WBT 007   00063   LSP   09/18/12 P 001.00     40.50 PES PLANNING PROCESS       PES
EVALUATION PROCESS              ALL OTHER COURSES
  WBT 006   00070   LSP   09/18/12 P 000.50     39.50 PES BASICS CPTP            PES
BASICS / CPTP SUPERVISORS     ALL OTHER COURSES
  SEC 041   02990   LSP   08/22/12 P 001.25     39.00 SEARCHES AND PATDOWNS      EMPLOYEE
SHAKEDOWNS                      ALL OTHER COURSES
  SEC 019   37030   LSP   08/19/12 P 000.25     37.75 PROCESS AND PROCEDURE FOR  ETHICS;
ETC. ON-LINE.                   ALL OTHER COURSES
  ADM 244   00004   LSP   08/10/12 P 001.00     37.50 INTERNAL PES TRAINING      INTERNAL
PES TRAINING PROVIDED BY ALL OTHER COURSES
  STY 003   03204   LSP   08/09/12 P 000.50     36.50 EMERGENCY PREPAREDNESS
CONTINGENCY PLANS FOR INSTITUTIO ACA MANDATORY
  STY 003   03203   LSP   08/05/12 P 001.00     36.00 EMERGENCY PREPAREDNESS
CONTINGENCY PLANS FOR INSTITUTIO ALL OTHER COURSES
  STY 003   03190   LSP   07/30/12 P 000.25     35.00 EMERGENCY PREPAREDNESS
CONTINGENCY PLANS FOR EMERGENCIES ACA MANDATORY
  STY 003   03187   LSP   07/26/12 P 000.50     34.75 EMERGENCY PREPAREDNESS
CONTINGENCY PLANS FOR INSTITUTIO ACA MANDATORY
  STY 003   03174   LSP   07/22/12 P 000.25     34.25 EMERGENCY PREPAREDNESS
CONTINGENCY PLANS FOR INSTITUTION ACA MANDATORY
  ADM 154   00581   LSP   06/04/12 P 000.50     34.00 DRUG TESTING               OFFENDER
DRUG/ALCOHOL TESTING        ALL OTHER COURSES
  ADM 116   16470   LSP   05/03/12 P 000.50     33.50 STAFF MEETING              OUTCAMP
SERVICES STAFF MEETING       ACA MANDATORY
```

Page 5

FOBBS00000077

~3700350.TXT

```
SEC 075   05470   TAC   02/07/12 P 001.00   33.00 USE OF FORCE REGULATIIONS IN-SERVICE
                        ACA MANDATORY
SEC 017   03724   TAC   02/07/12 P 001.50   32.00 RESTRAINTS   USE OF       IN-SERVICE
                        ACA MANDATORY
SEC 010   02831   TAC   02/07/12 P 001.50   30.50 DEFENSIVE TACTICS USE OF  IN-SERVICE
                        ACA MANDATORY
CPR 008   00285   TAC   02/07/12 P 004.00   29.00 HRTSVR 1ST AID CPR AED ST IN-SERVICE
                        ACA MANDATORY
STY 016   07327   TAC   02/02/12 P 000.50   25.00 SAFETY PROCEDURES         INSERVICE
                        ACA MANDATORY
SEC 186   00397   TAC   02/02/12 P 000.50   24.50 SOCIAL NETWORKING         INSERVICE
                        ACA MANDATORY
SEC 168   01980   TAC   02/02/12 P 000.50   24.00 SUICIDE PRECAUTIONS       INSERVICE
                        ACA MANDATORY
SEC 132   03929   TAC   02/02/12 P 001.50   23.50 FIRE & EMERGENCY PROCEDUR EIR
                        ACA MANDATORY
SEC 090   01370   TAC   02/02/12 P 001.00   21.00 LEGAL RESPONSIBILITIES IN EIR
                        ACA MANDATORY
SEC 090   01370   TAC   02/02/12 P 001.00   22.00 LEGAL RESPONSIBILITIES IN EIR
                        ACA MANDATORY
SEC 078   02058   TAC   02/02/12 P 001.00   20.00 OFFENDER SUPERVISION      EIR
                        ACA MANDATORY
SEC 076   03053   TAC   02/02/12 P 000.50   19.00 HOSTAGE SITUATIONS PACES  INSERVICE
                        ACA MANDATORY
SEC 072   01580   TAC   02/02/12 P 001.00   18.50 OFFENDER MANIPULATION     EIR
                        ACA MANDATORY
SEC 045   03740   TAC   02/02/12 P 001.50   17.50 OFFENDER RULES AND REGULA EIR
                        ACA MANDATORY
SEC 020   01399   TAC   02/02/12 P 000.50   16.00 SECURITY CUSTODY CONTROL  INSERVICE
                        ACA MANDATORY
RPT 007   03461   TAC   02/02/12 P 001.00   15.50 REPORT WRITING            EIR
                        ACA MANDATORY
MIS 055   04282   TAC   02/02/12 P 000.50   14.50 CULTURAL DIVERSITY & AWAR EIR
                        ACA MANDATORY
MIS 009   03792   TAC   02/02/12 P 001.00   14.00 PREA SEXUAL ASSAULT-ABUSE INSERVICE
                        ACA MANDATORY
IMT 022   00912   TAC   02/02/12 P 001.00   13.00 CONFLICT RESOLUTION       EIR
                        ACA MANDATORY
IMT 014   04287   TAC   02/02/12 P 001.00   12.00 SEXUAL HARASSMENT         EIR
                        ACA MANDATORY
IMT 014   04286   TAC   02/02/12 P 001.00   11.00 SEXUAL HARASSMENT         INSERVICE
                        ACA MANDATORY
HLS 063   01549   TAC   02/02/12 P 001.50   10.00 MEDICATION (PILL CALL) DI INSERVICE
                        ACA MANDATORY
HLS 050   01029   TAC   02/02/12 P 001.00    8.50 SPECIAL NEEDS OFFENDERS   EIR
                        ACA MANDATORY
HLS 047   02579   TAC   02/02/12 P 000.50    7.50 COMMUNICABLE DISEASES HIV EIR
                        ACA MANDATORY
HLS 014   02591   TAC   02/02/12 P 000.50    7.00 MENTAL HEALTH             INSERVICE
                        ACA MANDATORY
ADM 234   00508   TAC   02/02/12 P 000.50    6.50 FAITH BASED TRAINING      EIR
                        ACA MANDATORY
ADM 197   02629   TAC   02/02/12 P 000.50    6.00 ETHICS (NOT FOR PREA TRAI INSERVICE
                        ACA MANDATORY
ADM 146   02972   TAC   02/02/12 P 000.50    5.50 DRESS CODE                EIR
                        ACA MANDATORY
ADM 127   05984   TAC   02/02/12 P 000.50    5.00 VIOLENCE FREE WORKPLACE   EIR
                        ACA MANDATORY
ADM 108   05645   TAC   02/02/12 P 001.00    4.50 DRUG FREE WORK PLACE      EIR
                        ACA MANDATORY
ADM 093   02001   TAC   02/02/12 P 001.00    3.50 AMERICANS WITH DISABILITI INSERVICE
                        ACA MANDATORY
ADM 016   03745   TAC   02/02/12 P 001.00    2.50 EMPLOYEE RULES AND DISCIP EIR
```

Page 6

FOBBS00000078

```
                              ~3700350.TXT
                        ACA MANDATORY
   ADM 014   01108   TAC   02/02/12 P 000.50      1.50 EMPLOYEE ASSISTANCE PROGR EIR
                        ACA MANDATORY
   ACA 017   01271   TAC   02/02/12 P 000.50      1.00 DEESCALATION TECHNIQUES   EIR
                        ACA MANDATORY
   ACA 015   01628   TAC   02/02/12 P 000.50      0.50 ACA ORIENTATION           EIR
                        ACA MANDATORY
   MIS 108   00714   LSP   11/17/11 P 000.25     53.25 IN-SERVICE TRAINING INTRO  FAILURE
TO REPORT MEMO FROM WARD ALL OTHER COURSES
   FRM 008   07126   LSP   09/29/11 P 004.00     53.00 FIREARMS CERTIFICATION ON RECERT
                        DOC MANDATORY
   SEC 035   04333   LSP   09/26/11 P 000.25     49.00 POST ORDERS              CELL
BLOCK  POST ORDERS           ACA MANDATORY
   IMT 014   03979   LSP   09/22/11 P 001.25     48.75 SEXUAL HARASSMENT          SEXUAL
HARASSMENT                   ACA MANDATORY
   SEC 105   05239   LSP   09/12/11 P 000.25     47.50 SECURITY PROCEDURES        SECURITY
AND CONTROL                  ACA MANDATORY
   SEC 020   01351   LSP   09/08/11 P 000.50     47.25 SECURITY CUSTODY CONTROL   SECURITY
AND CONTROL                  ACA MANDATORY
   HLS 026   02565   LSP   08/30/11 P 000.75     46.75 HEALTH CARE TRAINING       HEALTH
CARE SERVICES                DOC MANDATORY
   SEC 078   01873   LSP   08/24/11 P 000.25     46.00 OFFENDER SUPERVISION       USE OF
PHONE & EXTENDED LOCKDOWN ACA MANDATORY
   SEC 078   01869   LSP   08/21/11 P 000.25     45.75 OFFENDER SUPERVISION       USE OF
PHONE & LOGS FOR EXT. LOC ACA MANDATORY
   ADM 060   02117   LSP   08/20/11 P 000.50     45.50 ADMINISTRATIVE TRAINING
ADMINISTRATION;ORGANIZATION & M ALL OTHER COURSES
   STY 006   14866   LSP   08/16/11 P 000.50     45.00 SAFETY TRAINING TOPICS     motor
vehicle operations           ACA MANDATORY
   STY 006   14853   LSP   08/11/11 P 000.50     44.50 SAFETY TRAINING TOPICS     MOTOR
VEHICLE OPERATIONS           ACA MANDATORY
   ADM 203   01777   LSP   04/07/11 P 000.50     44.00 LEAVE POLICY              EMPLOYEE
LEAVE USAGE                  DOC MANDATORY
   ADM 203   01770   LSP   04/03/11 P 000.50     43.50 LEAVE POLICY              EMPLOYEE
LEAVE USAGE.                 DOC MANDATORY
   STY 006   14370   LSP   04/01/11 P 000.25     43.00 SAFETY TRAINING TOPICS     GENERAL
SAFETY RULES                 ACA MANDATORY
   SEC 009   03521   LSP   03/29/11 P 000.25     42.75 CONTRABAND
UN-AUTHORIZED ITEMS / CONTRABAND ACA MANDATORY
   SEC 009   03514   LSP   03/28/11 P 000.25     42.50 CONTRABAND
UNAUTHORIZED      ITEMS           ACA MANDATORY
   SEC 185   00006   LSP   03/24/11 P 000.50     42.25 CRITICAL INCIDENT DEBRIEF CRITICAL
INCIDENT STRESS MANAGEME ALL OTHER COURSES
   ADM 154   00528   LSP   03/20/11 P 000.75     41.75 DRUG TESTING              OFFENDER
DRUG AND ALCOHOL TESTIN ACA MANDATORY
   ADM 203   01755   LSP   03/15/11 P 000.25     41.00 LEAVE POLICY
CERTIFICATION OF SICK LEAVE USAG ALL OTHER COURSES
   ADM 203   01757   LSP   03/14/11 P 000.25     40.75 LEAVE POLICY
CERTIFICATION OF SICK LEAVE USAGE DOC MANDATORY
   ADM 127   05316   LSP   03/10/11 P 000.50     40.50 VIOLENCE FREE WORKPLACE
VIOLENCE-FREE WORKPLACE           DOC MANDATORY
   STY 006   14299   LSP   03/06/11 P 000.25     40.00 SAFETY TRAINING TOPICS     PROPER
USAGE OF A SHARPS DISPENS DOC MANDATORY
   SEC 020   01226   LSP   03/06/11 P 000.75     39.75 SECURITY CUSTODY CONTROL   PERSONAL
PROPERTY-OFFENDER         ACA MANDATORY
   ADM 194   16159   LSP   03/01/11 P 000.50     39.00 INSTITUTIONAL POLICIES &
RESTRICTED OR UNAUTHORIZED AREAS DOC MANDATORY
   SEC 074   00668   LSP   02/24/11 P 000.50     38.50 OFFENDER ADMINISTRATIVE R
VISITATION                   ACA MANDATORY
   SEC 075   05075   TAC   02/22/11 P 002.00     38.00 USE OF FORCE REGULATIIONS IN-SERVICE
                        ACA MANDATORY
   SEC 010   02575   TAC   02/22/11 P 002.00     34.00 DEFENSIVE TACTICS USE OF  IN-SERVICE
                        ACA MANDATORY
                                    Page 7
```

FOBBS00000079

~3700350.TXT

```
SEC 010  02575  TAC  02/22/11 P 002.00  36.00 DEFENSIVE TACTICS USE OF  IN-SERVICE
                     ACA MANDATORY
CPR 008  00211  TAC  02/22/11 P 004.00  32.00 HRTSVR 1ST AID CPR AED ST IN-SERVICE
                     ACA MANDATORY
SEC 147  01807  LSP  02/15/11 P 000.25  28.00 COUNT PROCEDURES         COUNT
PROCEDURES & DAILY ACTIVITI ALL OTHER COURSES
FDS 008  00452  LSP  02/09/11 P 000.25  27.75 FOOD SERVICE TRAINING    FOOD
SERVICE WORKERS POLICY      ALL OTHER COURSES
SEC 186  00020  TAC  02/08/11 P 001.00  27.50 SOCIAL NETWORKING        INSERVICE
CRI                  ACA MANDATORY
SEC 168  01674  TAC  02/08/11 P 000.50  26.50 SUICIDE PRECAUTIONS      INSERVICE
CRI                  ACA MANDATORY
SEC 132  03263  TAC  02/08/11 P 001.50  26.00 FIRE & EMERGENCY PROCEDUR EIR
                     ACA MANDATORY
SEC 090  01195  TAC  02/08/11 P 001.00  24.50 LEGAL RESPONSIBILITIES IN EIR
                     ACA MANDATORY
SEC 078  01692  TAC  02/08/11 P 001.00  23.50 OFFENDER SUPERVISION     EIR
                     ACA MANDATORY
SEC 076  02383  TAC  02/08/11 P 000.50  22.50 HOSTAGE SITUATIONS PACES INSERVICE
CRI                  ACA MANDATORY
SEC 072  01277  TAC  02/08/11 P 001.00  22.00 OFFENDER MANIPULATION    EIR
                     ACA MANDATORY
SEC 045  03047  TAC  02/08/11 P 001.50  21.00 OFFENDER RULES AND REGULA EIR
                     ACA MANDATORY
SEC 020  01216  TAC  02/08/11 P 000.50  19.50 SECURITY CUSTODY CONTROL INSERVICE
CRI                  ACA MANDATORY
RPT 007  02920  TAC  02/08/11 P 001.00  19.00 REPORT WRITING           EIR
                     ACA MANDATORY
MIS 111  04474  TAC  02/08/11 P 000.50  18.00 COMPETENCY TEST-ASSESSMEN INSERVICE
CRI                  ACA MANDATORY
MIS 055  03732  TAC  02/08/11 P 000.50  17.50 CULTURAL DIVERSITY & AWAR EIR
                     ACA MANDATORY
MIS 009  03175  TAC  02/08/11 P 001.00  17.00 PREA SEXUAL ASSAULT-ABUSE INSERVICE
CRI                  ACA MANDATORY
IMT 022  00767  TAC  02/08/11 P 001.00  16.00 CONFLICT RESOLUTION      EIR
                     ACA MANDATORY
IMT 014  03569  TAC  02/08/11 P 001.00  15.00 SEXUAL HARASSMENT        EIR
                     ACA MANDATORY
HLS 063  01322  TAC  02/08/11 P 001.00  14.00 MEDICATION (PILL CALL) DI INSERVICE
CRI                  ACA MANDATORY
HLS 050  00847  TAC  02/08/11 P 001.00  13.00 SPECIAL NEEDS OFFENDERS  EIR
                     ACA MANDATORY
HLS 047  02182  TAC  02/08/11 P 000.50  12.00 COMMUNICABLE DISEASES HIV EIR
                     ACA MANDATORY
HLS 014  02417  TAC  02/08/11 P 000.50  11.50 MENTAL HEALTH            INSERVICE
CRI                  ACA MANDATORY
DLC 001  03836  TAC  02/08/11 P 001.00  11.00 DEFENSIVE DRIVING COURSE INSERVICE
CRI                  ACA MANDATORY
ADM 234  00282  TAC  02/08/11 P 000.50  10.00 FAITH BASED TRAINING     EIR
                     ACA MANDATORY
ADM 197  01920  TAC  02/08/11 P 000.50   9.50 ETHICS (NOT FOR PREA TRAI INSERVICE
CRI                  ACA MANDATORY
ADM 146  02674  TAC  02/08/11 P 000.50   9.00 DRESS CODE               EIR
                     ACA MANDATORY
ADM 127  05262  TAC  02/08/11 P 000.50   8.50 VIOLENCE FREE WORKPLACE  EIR
                     ACA MANDATORY
ADM 108  04884  TAC  02/08/11 P 001.00   8.00 DRUG FREE WORK PLACE     EIR
                     ACA MANDATORY
ADM 093  01624  TAC  02/08/11 P 001.00   7.00 AMERICANS WITH DISABILITI INSERVICE
CRI                  ACA MANDATORY
ADM 016  03339  TAC  02/08/11 P 001.00   6.00 EMPLOYEE RULES AND DISCIP EIR
                     ACA MANDATORY
ADM 014  00977  TAC  02/08/11 P 000.50   5.00 EMPLOYEE ASSISTANCE PROGR EIR
```

FOBBS00000080

~3700350.TXT
```
                          ACA MANDATORY
  ACA 017   00936   TAC  02/08/11 P 000.50    4.50 DEESCALATION TECHNIQUES    EIR
                          ACA MANDATORY
  ACA 015   01439   TAC  02/08/11 P 000.50    4.00 ACA ORIENTATION            EIR
                          ACA MANDATORY
  STY 006   14233   LSP  02/05/11 P 000.25    3.50 SAFETY TRAINING TOPICS     LEAVING
WATER ON FLOORS              DOC MANDATORY
  ADM 013   03285   LSP  01/31/11 P 000.25    3.25 DEPART RULES-POLICIES-REG  CELLULAR
TELEPHONE USAGE           ALL OTHER COURSES
  SEC 074   00666   LSP  01/27/11 P 000.50    3.00 OFFENDER ADMINISTRATIVE R
TELEVISION                      ALL OTHER COURSES
  ADM 116   14165   LSP  01/27/11 P 000.25    2.50 STAFF MEETING             STAFF
MEETING / VARIOUS SUBJEC ALL OTHER COURSES
  MIS 038   00086   LSP  01/23/11 P 000.75    2.25 CANTEEN                   OFFENDER
CANTEENS                    ALL OTHER COURSES
  SEC 045   03039   LSP  01/18/11 P 000.50    1.50 OFFENDER RULES AND REGULA OFFENDER
PERSONAL GROOMING/GROUP  ALL OTHER COURSES
  ADM 108   04876   LSP  01/13/11 P 000.50    1.00 DRUG FREE WORK PLACE      DRUG FREE
WORKPLACE                   ALL OTHER COURSES
  ADM 203   01709   LSP  01/04/11 P 000.50    0.50 LEAVE POLICY
NON-DISCIPLINARY REMOVALS         ALL OTHER COURSES
  ADM 146   02660   LSP  12/30/10 P 000.50   69.25 DRESS CODE               UNIFORM
DRESS CODE                  DOC MANDATORY
  ADM 203   01707   LSP  12/26/10 P 001.25   68.75 LEAVE POLICY
CERTIFICATION OF SICK LEAVE USA ALL OTHER COURSES
  MIS 013   02578   LSP  12/16/10 P 000.50   67.50 COMMUNICATION SKILLS      MAIL
POLICY                        ALL OTHER COURSES
  ADM 168   00532   LSP  12/12/10 P 000.75   67.00 OFFENDER BEHAVIOR MGTEMEN USE OF
OFFENDER TELEPHONES RECORD DOC MANDATORY
  STY 006   14112   LSP  12/10/10 P 000.25   66.25 SAFETY TRAINING TOPICS    SAFETY /
HAND WASHING                DOC MANDATORY
  ADM 016   03322   LSP  12/07/10 P 000.50   66.00 EMPLOYEE RULES AND DISCIP USE OF
TOBACCO/SMOKING POLICY      ALL OTHER COURSES
  SEC 074   00665   LSP  12/02/10 P 000.50   65.50 OFFENDER ADMINISTRATIVE R  SALE OF
HOBBYCRAFT TO EMPLOYEES  ALL OTHER COURSES
  SEC 045   02909   LSP  11/28/10 P 000.75   65.00 OFFENDER RULES AND REGULA
RESTITUTION                     ALL OTHER COURSES
  SEC 020   01189   LSP  11/23/10 P 000.50   64.25 SECURITY CUSTODY CONTROL   PERSONAL
PROPERTY-OFFENDERS POPU DOC MANDATORY
  SEC 057   06188   LSP  11/18/10 P 000.50   63.75 OFFENDER POSTED POLICIES
RESTRICTED OR UNAUTHORIZED AREAS ALL OTHER COURSES
  SEC 147   01767   LSP  11/14/10 P 000.75   63.25 COUNT PROCEDURES          COUNT
PROCEDURES & DAILY ACTIVIT ALL OTHER COURSES
  STY 006   14035   LSP  11/12/10 P 000.25   62.50 SAFETY TRAINING TOPICS    OPENING
& CLOSING HEAVY DOORS    ALL OTHER COURSES
  SEC 086   00699   LSP  11/09/10 P 000.25   62.25 TRANSPORT INMATES EXTRADI DRESSING
OUT OFFENDERS FOR TRIPS DOC MANDATORY
  SEC 063   00429   LSP  11/08/10 P 000.25   62.00 OFFENDER TRANSPORTATION   DRESSING
OUT OFFENDERS FOR TRIP DOC MANDATORY
  ADM 016   03293   LSP  11/04/10 P 000.50   61.75 EMPLOYEE RULES AND DISCIP CELLULAR
TELEPHONE USAGE             DOC MANDATORY
  SEC 074   00662   LSP  10/31/10 P 000.50   61.25 OFFENDER ADMINISTRATIVE R  OFFENDER
ID CARDS                    DOC MANDATORY
  ADM 013   03257   LSP  10/30/10 P 000.25   60.75 DEPART RULES-POLICIES-REG OFFENDER
IDENTIFICATION CARDS        ALL OTHER COURSES
  STY 016   06801   LSP  10/26/10 P 000.50   60.50 SAFETY PROCEDURES
HANDICAPPED PARKING               ACA MANDATORY
  ACA 017   00836   LSP  10/21/10 P 000.50   60.00 DEESCALATION TECHNIQUES
DE -ESCALATION SKILLS             ACA MANDATORY
  MIS 023   08429   LSP  10/17/10 P 000.75   59.50 ON THE JOB TRAINING       FIELD
TRAINING OFFICER PROGRAM  ALL OTHER COURSES
  MIS 055   03526   LSP  10/12/10 P 001.00   58.75 CULTURAL DIVERSITY & AWAR  CULTURAL
AWARENESS                   ACA MANDATORY
```
Page 9

FOBBS00000081

```
                                    ~3700350.TXT
SEC 103   01353   LSP   09/28/10 P 001.00    57.75 OFFENDER RIGHTS & RESPONS MRC
                        ACA MANDATORY
ADM 146   02594   LSP   09/19/10 P 001.00    56.75 DRESS CODE              MRC
                        ACA MANDATORY
FRM 008   06874   LSP   09/16/10 P 004.00    55.75 FIREARMS CERTIFICATION ON FIREARMS
RECERT                  ACA MANDATORY
RPT 007   02773   LSP   09/14/10 P 001.00    51.75 REPORT WRITING          MRC
                        ACA MANDATORY
STY 006   13723   LSP   09/09/10 P 000.25    50.75 SAFETY TRAINING TOPICS   LIFTING &
STACKING BOXES IMPROPE ALL OTHER COURSES
CMP 071   00074   LSP   09/05/10 P 000.75    50.50 OFFENDER BANKING SYSTEM   INMATE
FUNDS                   ALL OTHER COURSES
IMT 022   00707   LSP   08/31/10 P 001.00    49.75 CONFLICT RESOLUTION      MRC
                        ACA MANDATORY
SEC 062   04247   LSP   08/22/10 P 000.75    48.75 KEY CONTROL             NOTCHING
OF FIRE & EMERGENCY EXI ALL OTHER COURSES
SEC 072   01181   LSP   08/17/10 P 001.00    48.00 OFFENDER MANIPULATION    OFFENDER
CONTROL TECHNIQUES      ACA MANDATORY
STY 006   13585   LSP   08/11/10 P 000.25    47.00 SAFETY TRAINING TOPICS   HANDLING &
STORAGE OF FLAMMABLE A ALL OTHER COURSES
ADM 116   13055   LSP   08/10/10 P 000.50    46.75 STAFF MEETING
SUPERVISORS/STAFF MEETING           ALL OTHER COURSES
ADM 201   00890   LSP   08/08/10 P 000.75    46.25 MISSION STATEMENT       STRATEGIC
PLAN FY / 11-12 & 15-16 DOC MANDATORY
ACA 015   01366   LSP   08/02/10 P 000.50    45.50 ACA ORIENTATION          A C A
                        ACA MANDATORY
SEC 147   01718   LSP   07/29/10 P 000.25    45.00 COUNT PROCEDURES        OFFENDER
COUNTS AND MOVEMENTS    ALL OTHER COURSES
ADM 146   02506   LSP   07/29/10 P 000.50    44.75 DRESS CODE              DRESS
CODE                    DOC MANDATORY
FRM 010   01800   LSP   07/25/10 P 000.75    44.25 FIREARMS TRAINING OTHER  FIREARMS
& WEAPONRY TRAINING PRO DOC MANDATORY
HLS 050   00777   LSP   07/20/10 P 001.00    43.50 SPECIAL NEEDS OFFENDERS  SPECIAL
NEEDS OFFENDERS         ACA MANDATORY
ADM 194   15093   LSP   07/09/10 P 000.50    42.50 INSTITUTIONAL POLICIES &  EMPLOYEE
POLITICAL ACTIVITY      ALL OTHER COURSES
SEC 045   02571   LSP   07/06/10 P 001.00    42.00 OFFENDER RULES AND REGULA OFFENDER
RULES                   ACA MANDATORY
STY 006   13328   LSP   07/05/10 P 000.25    41.00 SAFETY TRAINING TOPICS
PSYCHIATRIC MEDICATION AND HEAT   ALL OTHER COURSES
STY 015   00511   LSP   06/27/10 P 000.75    40.75 HAZARD MATERIALS AND CONT CONTROL OF
FLAMMABLE;TOXIC & CAUS ALL OTHER COURSES
HLS 069   01620   LSP   06/22/10 P 000.50    40.00 BLOODBORNE PATHOGENS INFE
INFECTION CONTROL                 DOC MANDATORY
ADM 064   00329   LSP   06/17/10 P 000.50    39.50 RETURN TO WORK-POLICIES
TRANSITIONAL DUTY                 DOC MANDATORY
ADM 116   12658   LSP   06/15/10 P 000.50    39.00 STAFF MEETING
STAFF/SUPERVISORS MEETING         ALL OTHER COURSES
STY 006   13266   LSP   06/12/10 P 000.25    38.50 SAFETY TRAINING TOPICS    HEAT
STRESS                  ALL OTHER COURSES
ADM 234   00119   LSP   06/08/10 P 001.00    38.25 FAITH BASED TRAINING     FAITH
BASED PROGRAMS          ACA MANDATORY
ADM 146   02445   LSP   05/30/10 P 000.50    37.25 DRESS CODE              DRESS
CODE FOR CORR. OFFICERS   ALL OTHER COURSES
SEC 153   00759   LSP   05/28/10 P 000.25    36.75 CELL BLOCK PROCEDURES & R  CELL
BLOCK DAILY CHECK LIST      ALL OTHER COURSES
ADM 016   03114   LSP   05/25/10 P 001.00    36.50 EMPLOYEE RULES AND DISCIP EMPLOYEE
RULES                   DOC MANDATORY
ADM 116   12527   LSP   05/17/10 P 001.00    35.50 STAFF MEETING           STAFF/
SUPERVISORS MEETING; VARIO ALL OTHER COURSES
SEC 132   02936   LSP   05/16/10 P 000.75    34.50 FIRE & EMERGENCY PROCEDUR
HEALTH;FIRE;SAFETY & SANITATION  ACA MANDATORY
STY 006   13190   LSP   05/11/10 P 000.25    33.75 SAFETY TRAINING TOPICS   USING A
```

FOBBS00000082

```
                              ~3700350.TXT
FIRE EXTINGUISHER PROPERL ALL OTHER COURSES
  ADM 108   04406   LSP   05/11/10 P 001.00    33.50 DRUG FREE WORK PLACE        DRUG FREE
WORKPLACE                       DOC MANDATORY
  ADM 051   00061   LSP   05/02/10 P 000.25    32.50 PERSONNEL MANAGEMENT        PERSONAL
APPEARANCE OF EMPLOYEES ALL OTHER COURSES
  SEC 132   02904   LSP   05/01/10 P 001.00    32.25 FIRE & EMERGENCY PROCEDUR
SAFETY;EMERGENCY AND FIRE PROCEDU ACA MANDATORY
  SEC 132   02882   LSP   04/21/10 P 000.50    31.25 FIRE & EMERGENCY PROCEDUR
SAFETY;EMERGENCY AND FIRE PROCED ACA MANDATORY
  HLS 026   02111   LSP   04/18/10 P 000.75    30.75 HEALTH CARE TRAINING        HUNGER
STRIKE                          ALL OTHER COURSES
  STY 006   13042   LSP   04/13/10 P 000.25    30.00 SAFETY TRAINING TOPICS      UNSAFE
SHORTCUTS/THE UNSAFE ACT  ALL OTHER COURSES
  SEC 078   01431   LSP   04/13/10 P 001.00    29.75 OFFENDER SUPERVISION        OFFENDER
SUPERVISION                     ACA MANDATORY
  SEC 053   01022   TAC   04/09/10 P 001.00    28.75 WEAPONS TRAINING            SUPERVISOR
TRAINING ASP                    DOC MANDATORY
  SEC 011   00198   TAC   04/09/10 P 001.00    27.75 ELECTRONIC CAPTURE DEVICE SUPERVISOR
TRAINING TAZER                  DOC MANDATORY
  SEC 008   01189   TAC   04/09/10 P 001.00    26.75 CHEMICAL WEAPONS USE OF     SUPERVISOR
TRAINING CHEMICAL AGEN DOC MANDATORY
  ADM 154   00485   TAC   04/09/10 P 001.50    25.75 DRUG TESTING                SUPERVISOR
TRAINING TOX CUP                DOC MANDATORY
  HLS 063   01209   TAC   04/06/10 P 002.00    24.25 MEDICATION (PILL CALL) DI PHARMACORR
TRAINING                        ORIENTATION
  ADM 051   00060   LSP   04/04/10 P 000.75    22.25 PERSONNEL MANAGEMENT        CRIMINAL
RECORDS CHECK                   ALL OTHER COURSES
  ADM 127   04701   LSP   03/30/10 P 000.50    21.50 VIOLENCE FREE WORKPLACE     MRC
                                ACA MANDATORY
  ADM 014   00848   LSP   03/25/10 P 000.25    21.00 EMPLOYEE ASSISTANCE PROGR MRC
                                ACA MANDATORY
  ADM 203   01580   LSP   03/20/10 P 000.50    20.75 LEAVE POLICY                EMPLOYEE
LEAVE USAGE                     ALL OTHER COURSES
  IMT 014   03094   LSP   03/16/10 P 000.50    20.25 SEXUAL HARASSMENT           SEXUAL
HARASSMENT & UNLAWFUL DISC ALL OTHER COURSES
  SEC 168   01418   TAC   02/23/10 P 001.00    19.75 SUICIDE PRECAUTIONS         IN-SERVICE
                                ACA MANDATORY
  SEC 105   04233   TAC   02/23/10 P 000.50    18.75 SECURITY PROCEDURES         IN-SERVICE
                                ACA MANDATORY
  SEC 076   02172   TAC   02/23/10 P 000.50    18.25 HOSTAGE SITUATIONS PACES    IN-SERVICE
                                ACA MANDATORY
  MIS 111   03848   TAC   02/23/10 P 000.50    17.75 COMPETENCY TEST-ASSESSMEN IN-SERVICE
                                ACA MANDATORY
  MIS 009   02594   TAC   02/23/10 P 001.00    17.25 PREA SEXUAL ASSAULT-ABUSE IN-SERVICE
                                ACA MANDATORY
  IMT 014   03053   TAC   02/23/10 P 001.00    16.25 SEXUAL HARASSMENT           IN-SERVICE
                                ACA MANDATORY
  HLS 063   01185   TAC   02/23/10 P 001.50    15.25 MEDICATION (PILL CALL) DI IN-SERVICE
                                ACA MANDATORY
  ADM 197   01350   TAC   02/23/10 P 001.00    13.75 ETHICS (NOT FOR PREA TRAI IN-SERVICE
                                ACA MANDATORY
  ADM 093   01326   TAC   02/23/10 P 001.00    12.75 AMERICANS WITH DISABILITI IN-SERVICE
                                ACA MANDATORY
  SEC 075   04442   TAC   02/09/10 P 004.00    11.75 USE OF FORCE REGULATIIONS IN-SERVICE
                                ACA MANDATORY
  CPR 008   00047   TAC   02/09/10 P 004.00     7.75 HRTSVR 1ST AID CPR AED ST IN-SERVICE
                                ACA MANDATORY
  STY 006   12706   LSP   02/02/10 P 000.25     3.75 SAFETY TRAINING TOPICS
IDENTIFYING AND REPORTING HAZARDS ALL OTHER COURSES
  ADM 116   11999   LSP   02/01/10 P 000.25     3.50 STAFF MEETING               MEMO'S
FROM SEC. LEBLANC AND WDN. ALL OTHER COURSES
  ADM 194   14611   LSP   01/31/10 P 002.25     3.25 INSTITUTIONAL POLICIES &    EMPLOYEE
POLITICAL  ACTIVITY    ALL OTHER COURSES
                               Page 11
```

FOBBS00000083

```
                                  ~3700350.TXT
   ADM 116  11947  LSP  01/28/10 P 000.25     1.00 STAFF MEETING            MEMO FROM
SEC. LEBLANC/ WDN. CAIN ALL OTHER COURSES
   SEC 041  02174  LSP  01/19/10 P 000.25     0.75 SEARCHES AND PATDOWNS    SHAKEDOWN
PROCEDURES              ALL OTHER COURSES
   SEC 041  02173  LSP  01/05/10 P 000.50     0.50 SEARCHES AND PATDOWNS    SHAKEDOWN
PROCEDURES/ LEAVE       ALL OTHER COURSES
   HLS 063  01145  LSP  12/31/09 P 000.75   121.25 MEDICATION (PILL CALL) DI  PILL
CALL                        ALL OTHER COURSES
   ADM 203  01518  LSP  12/30/09 P 000.25   120.50 LEAVE POLICY
UNSCHEDULED LEAVE POLICY           ALL OTHER COURSES
   ADM 108  04271  LSP  12/28/09 P 000.25   120.25 DRUG FREE WORK PLACE     MRC
                  ACA MANDATORY
   ADM 146  02335  LSP  12/25/09 P 000.75   120.00 DRESS CODE              DRESS
CODE                     ALL OTHER COURSES
   STY 016  06484  LSP  12/22/09 P 000.25   119.25 SAFETY PROCEDURES       SAFE
DRIVING HABITS              ALL OTHER COURSES
   IMT 014  02986  LSP  12/16/09 P 000.25   119.00 SEXUAL HARASSMENT       SEXUAL
HARASSMENT 2 OF 3         ACA MANDATORY
   ADM 108  04269  LSP  12/16/09 P 000.25   118.75 DRUG FREE WORK PLACE    DRUG FREE
WK PL PART 1             ACA MANDATORY
   ADM 146  02323  LSP  12/07/09 P 000.25   118.50 DRESS CODE              DRESS
CODE                     ALL OTHER COURSES
   STY 006  12515  LSP  12/04/09 P 000.25   118.25 SAFETY TRAINING TOPICS  HOLIDAY
FUN;STRESS AND ACCIDENTS ALL OTHER COURSES
   IMT 014  02956  LSP  12/01/09 P 000.25   118.00 SEXUAL HARASSMENT       MRC SEXUAL
HARASSMENT 1 OF 3        ACA MANDATORY
   ADM 146  02309  LSP  11/29/09 P 000.25   117.75 DRESS CODE              DRESS
CODE                     ALL OTHER COURSES
   SEC 132  02518  LSP  11/28/09 P 000.25   117.50 FIRE & EMERGENCY PROCEDUR  WEEKLY
FIRE AND SAFETY INSPECTIO ALL OTHER COURSES
   STY 006  12392  LSP  11/23/09 P 000.25   117.25 SAFETY TRAINING TOPICS  CLOSE
CALLS                    ALL OTHER COURSES
   ADM 203  01517  LSP  11/23/09 P 000.25   117.00 LEAVE POLICY            LEAVE
USAGE POLICY                ALL OTHER COURSES
   ADM 234  00022  LSP  11/20/09 P 000.25   116.75 FAITH BASED TRAINING    FAITH
BASED PROGRAMS SECTION 2 OF ACA MANDATORY
   ADM 234  00021  LSP  11/20/09 P 000.25   116.50 FAITH BASED TRAINING    FAITH
BASED PROGRAMS SESSION 1 OF ACA MANDATORY
   SEC 019  36872  LSP  11/18/09 P 000.25   116.25 PROCESS AND PROCEDURE FOR  CIVIL
SERVICE COMMISSION          ALL OTHER COURSES
   ADM 127  04608  LSP  11/18/09 P 000.25   116.00 VIOLENCE FREE WORKPLACE  VIOLENCE
FREE WK PLACE 1 OF 2     ACA MANDATORY
   ADM 203  01491  LSP  11/15/09 P 000.25   115.75 LEAVE POLICY            employee
leave usage                ALL OTHER COURSES
   ADM 203  01489  LSP  11/10/09 P 000.50   115.50 LEAVE POLICY            EMPLOYEE
LEAVE POLICY                ALL OTHER COURSES
   STY 006  12318  LSP  11/09/09 P 000.25   115.00 SAFETY TRAINING TOPICS  CLOSE
CALLS                    ALL OTHER COURSES
   ADM 116  11477  LSP  11/05/09 P 001.00   114.75 STAFF MEETING
STAFF/RODEO;CHAIN OF COMMAND;DUTY ALL OTHER COURSES
   ADM 116  11436  LSP  11/05/09 P 000.25   113.75 STAFF MEETING
SUPERVISORS / STAFF MEETING     ALL OTHER COURSES
   STY 006  12308  LSP  11/01/09 P 000.25   113.50 SAFETY TRAINING TOPICS  MOTOR
VEHICLE OPERATIONS          ALL OTHER COURSES
   ADM 203  01486  LSP  10/31/09 P 000.50   113.25 LEAVE POLICY            EMPLOYEE
LEAVE USAGE              ALL OTHER COURSES
   IMT 014  02999  LSP  10/22/09 P 000.25   112.75 SEXUAL HARASSMENT       SEXUAL
HARASSMENT 3 OF 3           ACA MANDATORY
   SEC 147  01561  LSP  10/18/09 P 000.25   112.50 COUNT PROCEDURES        RODEO
COUNT                    ALL OTHER COURSES
   ADM 014  00784  LSP  10/17/09 P 000.25   112.25 EMPLOYEE ASSISTANCE PROGR  EMPLOYEE
ASSISTANCE PROGRAM       ALL OTHER COURSES
   STY 006  12252  LSP  10/16/09 P 000.25   112.00 SAFETY TRAINING TOPICS  MOTOR
```

FOBBS00000084

```
                                    ~3700350.TXT
 VEHICLE OPERATION           ALL OTHER COURSES
  CIV 021  00062  TAC  10/15/09 P 007.00  111.75 COR SUPV MOTI WK GROUPS
                            ACA MANDATORY
  HLS 026  01976  LSP  10/13/09 P 000.25  104.75 HEALTH CARE TRAINING      HEALTH
 CARE SERVICES               ALL OTHER COURSES
  ADM 194  14300  LSP  10/08/09 P 000.25  104.50 INSTITUTIONAL POLICIES &
 CONSERVING EQUIPMENT           ALL OTHER COURSES
  ADM 016  02835  LSP  10/07/09 P 000.25  104.25 EMPLOYEE RULES AND DISCIP  SMOKING
 POLICY                      ALL OTHER COURSES
  ADM 146  02273  LSP  10/04/09 P 000.25  104.00 DRESS CODE               UNIFORM
 DRESS CODE                  ALL OTHER COURSES
  CIV 020  00060  TAC  10/01/09 P 007.00  103.75 COR SUPV HAND CONFLICT
                            ACA MANDATORY
  FRM 008  06662  LSP  09/30/09 P 002.50   96.75 FIREARMS CERTIFICATION ON
                            DOC MANDATORY
  SEC 041  02096  LSP  09/29/09 P 000.25   94.25 SEARCHES AND PATDOWNS     OFFENDER
 SHAKEDOWN                   ALL OTHER COURSES
  SEC 019  36863  LSP  09/28/09 P 000.25   94.00 PROCESS AND PROCEDURE FOR  UNITED
 WAY CAMPAIGN                ALL OTHER COURSES
  STY 003  02612  LSP  09/25/09 P 000.25   93.75 EMERGENCY PREPAREDNESS
 SAFETY/EMERGENCY PROCEDURES (3 OF ACA MANDATORY
  ADM 013  03006  LSP  09/24/09 P 000.50   93.50 DEPART RULES-POLICIES-REG
 HOUSEKEEPING OF CELLBLOCK/DORM  ALL OTHER COURSES
  HLS 026  01950  LSP  09/20/09 P 000.75   93.00 HEALTH CARE TRAINING
 HANDWASHING                 ALL OTHER COURSES
  CIV 019  00070  TAC  09/17/09 P 007.00   92.25 COR SUPV EMPL SKILL DEVEL
                            DOC MANDATORY
  SEC 019  36861  LSP  09/15/09 P 000.25   85.25 PROCESS AND PROCEDURE FOR  NEWS
 RELEASE   ON ESCAPE.      ALL OTHER COURSES
  SEC 147  01554  LSP  09/14/09 P 000.25   85.00 COUNT PROCEDURES         SHAKEDOWN
 AND COUNT PROCEDURES    ALL OTHER COURSES
  ADM 108  04124  LSP  09/10/09 P 000.25   84.75 DRUG FREE WORK PLACE      DRUG FREE
 WORKPLACE                   ALL OTHER COURSES
  SEC 041  02086  LSP  09/06/09 P 000.50   84.50 SEARCHES AND PATDOWNS     RANDOM
 SEARCH                      ALL OTHER COURSES
  HLS 026  01944  LSP  09/04/09 P 000.25   84.00 HEALTH CARE TRAINING      HUNGER
 STRIKE                      ALL OTHER COURSES
  CIV 006  00026  TAC  09/03/09 P 007.00   83.75 COR SUPV COACHING SKILLS
                            ACA MANDATORY
  STY 006  12131  LSP  09/01/09 P 000.25   76.75 SAFETY TRAINING TOPICS    FIRE
 PREVENTION                  ALL OTHER COURSES
  STY 003  02594  LSP  09/01/09 P 000.25   76.50 EMERGENCY PREPAREDNESS    SAFETY &
 EMER. PART B(2 OF 4)    ACA MANDATORY
  ADM 016  02813  LSP  08/31/09 P 000.50   76.25 EMPLOYEE RULES AND DISCIP  SMOKING
 POLICY                      ALL OTHER COURSES
  ADM 013  03002  LSP  08/26/09 P 000.25   75.75 DEPART RULES-POLICIES-REG ACTIVITY
 REPORTS;UOR'S           ALL OTHER COURSES
  ADM 013  02987  LSP  08/23/09 P 000.50   75.50 DEPART RULES-POLICIES-REG FIELD
 OPERATIONS                  ALL OTHER COURSES
  CIV 018  00083  TAC  08/20/09 P 007.00   75.00 COR SUPV EFF PERFO FEEDBA
                            ACA MANDATORY
  RPT 007  02225  LSP  08/09/09 P 000.50   68.00 REPORT WRITING           SHAKEDOWN
 FORMS                       ALL OTHER COURSES
  SEC 153  00724  LSP  08/07/09 P 000.25   67.50 CELL BLOCK PROCEDURES & R GI ING
 DORMS AND CELLBLOCKS;HOUSE ALL OTHER COURSES
  CIV 028  00025  TAC  08/06/09 P 007.00   67.25 COR SUP EFF COMM SKILLS   CPTP
                            ACA MANDATORY
  ADM 028  00251  LSP  08/04/09 P 000.50   60.25 DO NOT USE SEE WBT 35     12.6 RULE
 MEMO. HOW TO ENTER      ALL OTHER COURSES
  STY 003  02578  LSP  08/01/09 P 000.25   59.75 EMERGENCY PREPAREDNESS    EMERGENCY
 PROCEDURES 1 OF 1 (PART ACA MANDATORY
  ADM 194  13973  LSP  07/29/09 P 000.25   59.50 INSTITUTIONAL POLICIES &   CELL
 PHONE MEMO FROM WARDEN      ALL OTHER COURSES
                                Page 13
```

FOBBS00000085

~3700350.TXT

```
ADM 028  00244  LSP  07/26/09 P 000.75    59.25 DO NOT USE SEE WBT 35      12.6 RULE
/ UNSCHEDULED ABSENCES ALL OTHER COURSES
ADM 028  00246  LSP  07/21/09 P 000.25    58.50 DO NOT USE SEE WBT 35      12.6 RULE;
NON-DISCIPLINARY DISMI ALL OTHER COURSES
HLS 069  01397  LSP  07/20/09 P 000.25    58.25 BLOODBORNE PATHOGENS INFE
INF.CONTROL.PART B SESSION 2 OF 2 ACA MANDATORY
ADM 028  00249  LSP  07/20/09 P 000.25    58.00 DO NOT USE SEE WBT 35      12.6 RULE/
UNSCHEDULED ABSENCES    ALL OTHER COURSES
ADM 116  10747  LSP  07/16/09 P 001.00    57.75 STAFF MEETING             STAFF
MEETING/TIME & LEAVE COMPUT ALL OTHER COURSES
ADM 203  01388  LSP  07/10/09 P 000.25    56.75 LEAVE POLICY              EMPLOYEE
LEAVE USAGE           ALL OTHER COURSES
CIV 017  00070  TAC  07/09/09 P 007.00    56.50 BUILDING BLKS CORR SUPV
                     DOC MANDATORY
CPT 052  00135  LSP  07/07/09 P 000.50    49.50 PERFORMANCE PLANNING AND  PP & R /
RULE 10              ALL OTHER COURSES
ACA 008  00947  LSP  07/02/09 P 000.25    49.00 ACA TRAINING              ACA
STANDARDS QUESTIONNAIR       ALL OTHER COURSES
STY 003  02628  LSP  07/01/09 P 000.25    48.75 EMERGENCY PREPAREDNESS    SESSION 4
OF 4                 ACA MANDATORY
MIS 013  02148  LSP  07/01/09 P 000.25    48.50 COMMUNICATION SKILLS      CHANNELS
OF COMMUNICATION         ALL OTHER COURSES
HLS 026  01866  LSP  06/27/09 P 000.50    48.25 HEALTH CARE TRAINING      HEAT
STRESS               ALL OTHER COURSES
ADM 203  01370  LSP  06/04/09 P 000.25    47.75 LEAVE POLICY              EMPLOYEE
LEAVE  USAGE             ALL OTHER COURSES
STY 006  11634  LSP  06/03/09 P 000.25    47.50 SAFETY TRAINING TOPICS    HEAT
STRESS               ALL OTHER COURSES
SEC 053  01013  TAC  06/03/09 P 002.00    47.25 WEAPONS TRAINING
GATE/SUPERVISOR TRAINING         DOC MANDATORY
SEC 008  01139  TAC  06/03/09 P 002.00    45.25 CHEMICAL WEAPONS USE OF   CHEM
TRAINING SABRE RED GATE;PD;S ACA MANDATORY
HLS 069  01387  LSP  06/01/09 P 000.25    43.25 BLOODBORNE PATHOGENS INFE INFECTION
CONTROL ROLL CALL PART  ACA MANDATORY
ADM 064  00230  LSP  05/29/09 P 000.25    43.00 RETURN TO WORK-POLICIES   PART B
RETURN TO WORK/TRAN DUTY   ACA MANDATORY
ADM 116  10311  LSP  05/21/09 P 000.75    42.75 STAFF MEETING             STAFF
MEETING/LOGS;MERIT RAISES;T ALL OTHER COURSES
ADM 064  00227  LSP  05/13/09 P 000.25    42.00 RETURN TO WORK-POLICIES   PART (A)
RETURN TO WORK           ACA MANDATORY
SEC 041  01997  LSP  05/03/09 P 000.25    41.75 SEARCHES AND PATDOWNS     PROPER
SHAKEDOWNS               ALL OTHER COURSES
HLS 026  01830  LSP  05/01/09 P 000.25    41.50 HEALTH CARE TRAINING      SWINE FLU
                     ALL OTHER COURSES
ADM 194  13630  LSP  04/28/09 P 000.25    41.25 INSTITUTIONAL POLICIES &  MEMO
CORRESPONDENCE / ROLL CALL T ALL OTHER COURSES
SEC 103  00962  LSP  04/27/09 P 000.50    41.00 OFFENDER RIGHTS & RESPONS STORAGE OF
PERSONAL PROPERTY       ALL OTHER COURSES
ADM 206  00275  LSP  04/19/09 P 001.00    40.50 EMPLOYEE CODE OF CONDUCT  EMPLOYEE
CONDUCT                  ALL OTHER COURSES
SEC 168  01287  LSP  04/17/09 P 000.25    39.50 SUICIDE PRECAUTIONS       SUICIDE
WATCH                   ALL OTHER COURSES
SEC 132  02186  LSP  03/31/09 P 000.50    39.25 FIRE & EMERGENCY PROCEDUR LSP FIRE
SAFETY                  ALL OTHER COURSES
ADM 203  01334  LSP  03/26/09 P 001.50    38.75 LEAVE POLICY              EMPLOYEE
LEAVE  USAGE/NON-DISCIP ALL OTHER COURSES
ADM 031  00204  LSP  03/22/09 P 000.25    37.25 PROPERTY CONTROL          PROPERTY
                     ALL OTHER COURSES
ADM 031  00208  LSP  03/16/09 P 000.25    37.00 PROPERTY CONTROL          PROPERTY
CONTROL INMATES         ALL OTHER COURSES
SEC 147  01449  LSP  03/12/09 P 000.50    36.75 COUNT PROCEDURES          COUNT
PROCEDURES              ALL OTHER COURSES
STY 016  06117  LSP  03/06/09 P 000.50    36.25 SAFETY PROCEDURES         SNAKE
```

FOBBS00000086

```
                                  ~3700350.TXT
BITE                        ALL OTHER COURSES
 CPT 052  00130  TAC  03/05/09 P 006.00   35.75 PERFORMANCE PLANNING AND
                            ACA MANDATORY
 MIS 013  02029  LSP  03/02/09 P 000.25   29.75 COMMUNICATION SKILLS      MISC.
MEMOS                       ALL OTHER COURSES
 ADM 194  13279  LSP  02/26/09 P 000.75   29.50 INSTITUTIONAL POLICIES &   STORAGE
OF PERSONAL PROPERTY     ALL OTHER COURSES
 SEC 035  03347  LSP  02/21/09 P 001.00   28.75 POST ORDERS            CELLBLOCK
 POST  ORDERS               ALL OTHER COURSES
 ADM 203  01308  LSP  02/20/09 P 000.75   27.75 LEAVE POLICY           EMPLOYEE
LEAVE USAGE                 ALL OTHER COURSES
 STY 006  11195  LSP  02/12/09 P 000.50   27.00 SAFETY TRAINING TOPICS
IDENTIFYING  AND REPORTING HAZAR ALL OTHER COURSES
 STY 016  06075  LSP  02/03/09 P 005.00   26.50 SAFETY PROCEDURES        CAR
TROUBLE                     ALL OTHER COURSES
 SEC 147  01412  LSP  01/28/09 P 000.25   21.50 COUNT PROCEDURES         COUNT
PROCEDURES                  ALL OTHER COURSES
 SEC 105  03634  TAC  01/27/09 P 000.50   21.25 SECURITY PROCEDURES      IN-SERVICE
CRI                         ACA MANDATORY
 SEC 076  01956  TAC  01/27/09 P 000.50   20.75 HOSTAGE SITUATIONS PACES  IN-SERVICE
CRI                         ACA MANDATORY
 MIS 111  03203  TAC  01/27/09 P 000.50   20.25 COMPETENCY TEST-ASSESSMEN IN-SERVICE
CRI                         ACA MANDATORY
 MIS 009  02015  TAC  01/27/09 P 001.00   19.75 PREA SEXUAL ASSAULT-ABUSE IN-SERVICE
CRI                         ACA MANDATORY
 HLS 063  00960  TAC  01/27/09 P 001.50   18.75 MEDICATION (PILL CALL) DI IN-SERVICE
CRI                         ACA MANDATORY
 HLS 014  02082  TAC  01/27/09 P 001.00   17.25 MENTAL HEALTH
                            ACA MANDATORY
 DLC 001  03158  TAC  01/27/09 P 001.00   16.25 DEFENSIVE DRIVING COURSE  IN-SERVICE
CRI                         ACA MANDATORY
 ADM 197  01082  TAC  01/27/09 P 001.00   15.25 ETHICS (NOT FOR PREA TRAI IN-SERVICE
CRI                         ACA MANDATORY
 ADM 093  00920  TAC  01/27/09 P 004.00   14.25 AMERICANS WITH DISABILITI IN-SERVICE
CRI                         ACA MANDATORY
 SEC 035  03322  LSP  01/25/09 P 001 25   10.25 POST ORDERS            POST
ORDERS                      ALL OTHER COURSES
 SEC 075  03989  TAC  01/22/09 P 004.00    9.00 USE OF FORCE REGULATIIONS IN-SERVICE
                            ACA MANDATORY
 HLS 025  03833  TAC  01/22/09 P 004.00    5.00 FIRST AID CPR          IN-SERVICE
                            ACA MANDATORY
 SEC 045  01996  LSP  01/14/09 P 000.25    1.00 OFFENDER RULES AND REGULA  INMATE
VISITING                    ALL OTHER COURSES
 ADM 184  00415  LSP  01/06/09 P 000.50    0.75 PERFORMANCE PLAN REVIEW O P P & R
TRAINING                    ALL OTHER COURSES
 SEC 153  00708  LSP  01/01/09 P 000.25    0.25 CELL BLOCK PROCEDURES & R OFFICER
TRAINING DATE/HOBBYSHOP T ALL OTHER COURSES
 ADM 184  00414  LSP  12/28/08 P 001.00   67.50 PERFORMANCE PLAN REVIEW O  P P & R
          6-10              ALL OTHER COURSES
 ADM 203  01285  LSP  12/23/08 P 000.75   66.50 LEAVE POLICY           EMPLOYEE
LEAVE USAGE                 ALL OTHER COURSES
 STY 016  05989  LSP  12/20/08 P 001.00   65.75 SAFETY PROCEDURES        COR. BOOK
                            ACA MANDATORY
 SEC 141  00459  LSP  12/20/08 P 000.50   64.75 APPROPRIATE CONDUCT WITH  COR. BOOK
                            ACA MANDATORY
 SEC 132  02063  LSP  12/20/08 P 001.00   64.25 FIRE & EMERGENCY PROCEDUR COR. BOOK
                            ACA MANDATORY
 SEC 103  00869  LSP  12/20/08 P 001.00   63.25 OFFENDER RIGHTS & RESPONS COR. BOOK
                            ACA MANDATORY
 SEC 078  01153  LSP  12/20/08 P 001.00   62.25 OFFENDER SUPERVISION     COR. BOOK
                            ACA MANDATORY
 SEC 057  04847  LSP  12/20/08 P 001.00   61.25 OFFENDER POSTED POLICIES  COR. BOOK
                            ACA MANDATORY
                               Page 15
```

FOBBS00000087

~3700350.TXT

```
SEC 044   00492   LSP   12/20/08 P 000.50    60.25 RADIO OPERATION-COMMUNICA COR. BOOK
                        ACA MANDATORY
RPT 007   02010   LSP   12/20/08 P 001.00    59.75 REPORT WRITING           COR. BOOK
                        ACA MANDATORY
MIS 055   02858   LSP   12/20/08 P 001.00    58.75 CULTURAL DIVERSITY & AWAR COR. BOOK
                        ACA MANDATORY
IMT 022   00495   LSP   12/20/08 P 000.50    57.75 CONFLICT RESOLUTION      COR. BOOK
                        ACA MANDATORY
HLS 069   01238   LSP   12/20/08 P 000.50    57.25 BLOODBORNE PATHOGENS INFE COR. BOOK
                        ACA MANDATORY
HLS 050   00575   LSP   12/20/08 P 000.50    56.75 SPECIAL NEEDS OFFENDERS   COR. BOOK
                        ACA MANDATORY
ADM 158   00909   LSP   12/20/08 P 001.00    56.25 OFFENDER SOCIAL CULLTURE  COR. BOOK
                        ACA MANDATORY
ADM 146   01990   LSP   12/20/08 P 000.50    55.25 DRESS CODE               COR. BOOK
                        ACA MANDATORY
ADM 144   00508   LSP   12/20/08 P 000.50    54.75 DEPARTMENT MASTER PLAN OV COR. BOOK
                        ACA MANDATORY
ADM 143   01162   LSP   12/20/08 P 000.50    54.25 INTERPERSONAL RELATIONS I COR. BOOK
                        ACA MANDATORY
ADM 127   04002   LSP   12/20/08 P 000.50    53.75 VIOLENCE FREE WORKPLACE   COR. BOOK
                        ACA MANDATORY
ADM 108   03774   LSP   12/20/08 P 001.00    53.25 DRUG FREE WORK PLACE      COR. BOOK
                        ACA MANDATORY
ADM 016   02480   LSP   12/20/08 P 001.00    52.25 EMPLOYEE RULES AND DISCIP COR. BOOK
                        ACA MANDATORY
ACA 017   00514   LSP   12/20/08 P 001.00    51.25 DEESCALATION TECHNIQUES   COR. BOOK
                        ACA MANDATORY
ACA 015   01114   LSP   12/20/08 P 000.50    50.25 ACA ORIENTATION          COR. BOOK
                        ACA MANDATORY
ADM 184   00408   LSP   12/14/08 P 000.75    49.75 PERFORMANCE PLAN REVIEW O PP & R
                        ALL OTHER COURSES
SEC 092   00424   LSP   12/09/08 P 000.50    49.00 DISCIPLINARY PROCESS PROC
DISCIPLINARY   REPORT               ALL OTHER COURSES
ADM 184   00412   LSP   12/04/08 P 000.50    48.50 PERFORMANCE PLAN REVIEW O P P & R
TRAING        1-5         ALL OTHER COURSES
SEC 105   03527   LSP   11/30/08 P 001.50    48.00 SECURITY PROCEDURES       INMATE
COUNT GENERAL PROCEDURES    ALL OTHER COURSES
ADM 028   00218   LSP   11/20/08 P 000.25    46.50 DO NOT USE SEE WBT 35     HOLIDAY
PROCESSING PAYROLL          ALL OTHER COURSES
SEC 019   36684   LSP   11/16/08 P 001.25    46.25 PROCESS AND PROCEDURE FOR GENERAL
PROCEDURES                  ALL OTHER COURSES
SEC 153   00707   LSP   11/06/08 P 000.25    45.00 CELL BLOCK PROCEDURES & R
ORGANIZATION OF   CELLS             ALL OTHER COURSES
SEC 147   01381   LSP   11/02/08 P 000.50    44.75 COUNT PROCEDURES          INMATE
COUNTS AND MOVEMENTS        ALL OTHER COURSES
ADM 194   12539   LSP   10/28/08 P 000.25    44.25 INSTITUTIONAL POLICIES &  CELL
PHONE                       ALL OTHER COURSES
FRM 008   06414   LSP   09/30/08 P 002.50    44.00 FIREARMS CERTIFICATION ON
                        DOC MANDATORY
SEC 075   03798   LSP   09/28/08 P 001.25    41.50 USE OF FORCE REGULATIIONS SECURITY
AND CONTROL (USE OF FOR ALL OTHER COURSES
ADM 203   01178   LSP   09/18/08 P 002.25    40.25 LEAVE POLICY              EMPLOYEE
LEAVE  USAGE        ALL OTHER COURSES
ADM 203   01155   LSP   08/31/08 P 002.50    38.00 LEAVE POLICY              LEAVE
USAGE                   ALL OTHER COURSES
ADM 203   01161   LSP   08/12/08 P 001.00    35.50 LEAVE POLICY              EMPLOYEE
LEAVE USAGE                 ALL OTHER COURSES
HLS 026   01559   LSP   07/29/08 P 001.00    34.50 HEALTH CARE TRAINING      HUNGER
STRIKE                  ALL OTHER COURSES
MIS 049   00597   LSP   07/20/08 P 000.25    33.50 EDUCATIONAL TRAINING      TRAINING
/  CLIPBOARD  MEMOS     ALL OTHER COURSES
ADM 201   00728   LSP   07/19/08 P 001.75    33.25 MISSION STATEMENT         MISSION
```

Page 16

FOBBS00000088

```
                                        ~3700350.TXT
STATEMENT                 ALL OTHER COURSES
  ADM 203   01103  LSP  07/15/08 P 000.50    31.50 LEAVE POLICY              LEAVE
USAGE                     ALL OTHER COURSES
  ADM 146   01799  LSP  07/14/08 P 000.25    31.00 DRESS CODE               DRESS
CODE                      ALL OTHER COURSES
  ADM 146   01800  LSP  07/10/08 P 000.25    30.75 DRESS CODE               DRESS
CODE                      ALL OTHER COURSES
  ADM 168   00499  LSP  07/01/08 P 000.25    30.50 OFFENDER BEHAVIOR MGTEMEN  INMATE
RULES AND DISCIPLINE (DOR ALL OTHER COURSES
  ADM 194   11562  LSP  06/30/08 P 002.00    30.25 INSTITUTIONAL POLICIES &
PSYCHOTROPIC  MEDICATIONS         ALL OTHER COURSES
  ADM 146   01749  LSP  06/12/08 P 000.25    28.25 DRESS CODE               UNIFORM
DRESS CODE                ALL OTHER COURSES
  ADM 203   01084  LSP  06/11/08 P 001.50    28.00 LEAVE POLICY             CRISIS
LEAVE PROGRAM             ALL OTHER COURSES
  STY 016   05700  LSP  06/02/08 P 000.25    26.50 SAFETY PROCEDURES        GENERAL
SAFETY RULES FOR LSP      ALL OTHER COURSES
  ADM 203   01078  LSP  05/29/08 P 001.25    26.25 LEAVE POLICY             CRISIS
LEAVE PROGRAM             ALL OTHER COURSES
  SEC 009   02265  LSP  05/20/08 P 002.00    25.00 CONTRABAND
CONTRABAND  POLICY              ALL OTHER COURSES
  ADM 194   11230  LSP  05/05/08 P 000.25    23.00 INSTITUTIONAL POLICIES &  EMPLOYEE
POLITICAL ACTIVITY        ALL OTHER COURSES
  ADM 194   11121  LSP  05/01/08 P 000.25    22.75 INSTITUTIONAL POLICIES &  EMPLOYEE
POLITICAL ACTIVITY        ALL OTHER COURSES
  ADM 194   11032  LSP  04/30/08 P 001.00    22.50 INSTITUTIONAL POLICIES &  EMPLOYEE
POLITICAL ACTIVITY        ALL OTHER COURSES
  SEC 119   00363  LSP  04/22/08 P 001.75    21.50 TEMPERATURE INDEX         TEMP.
CHECKS                    ALL OTHER COURSES
  SEC 119   00339  LSP  04/08/08 P 001.00    19.75 TEMPERATURE INDEX         TEMP.
CHECKS                    ALL OTHER COURSES
  ADM 194   10861  LSP  03/30/08 P 001.00    18.75 INSTITUTIONAL POLICIES &  hair care
services                  ALL OTHER COURSES
  FDS 008   00378  LSP  03/24/08 P 002.00    17.75 FOOD SERVICE TRAINING     RELIGIOUS
DIETS                     ALL OTHER COURSES
  ADM 101   00199  LSP  03/05/08 P 000.75    15.75 DO NOT USE SEE WBT 36     PAY
ADMINISTRATION & mANAGEMENT   ALL OTHER COURSES
  ADM 101   00195  LSP  02/29/08 P 001.00    15.00 DO NOT USE SEE WBT 36     Pay
Administration and Management ALL OTHER COURSES
  ADM 203   00813  LSP  02/20/08 P 001.25    14.00 LEAVE POLICY             EMPLOYEE
LEAVE USAGE               ALL OTHER COURSES
  SEC 075   03438  TAC  02/14/08 P 004.00    12.75 USE OF FORCE REGULATIIONS
                          ACA MANDATORY
  HLS 025   03551  TAC  02/14/08 P 004.00     8.75 FIRST AID CPR
                          ACA MANDATORY
  FDS 008   00252  LSP  02/11/08 P 000.25     4.75 FOOD SERVICE TRAINING     FOOD
SERVICE                   ALL OTHER COURSES
  FDS 008   00226  LSP  02/07/08 P 001.00     4.50 FOOD SERVICE TRAINING     FOOD
SERVICE                   ALL OTHER COURSES
  SEC 119   00245  LSP  02/01/08 P 000.25     3.50 TEMPERATURE INDEX
TEMPERATURE CONTROL             ALL OTHER COURSES
  SEC 119   00238  LSP  01/29/08 P 000.75     3.25 TEMPERATURE INDEX         TEMP.
CONTROL                   ALL OTHER COURSES
  ADM 194   10821  LSP  01/23/08 P 001.25     2.50 INSTITUTIONAL POLICIES &  LOCKED
ROOM MANGT.               ALL OTHER COURSES
  ADM 194   10247  LSP  01/14/08 P 000.75     1.25 INSTITUTIONAL POLICIES &  ADMIN.
SEG. PROTECTIVE CUSTODY UN ALL OTHER COURSES
  ADM 194   10205  LSP  01/04/08 P 000.50     0.50 INSTITUTIONAL POLICIES &  TELEPHONE
USAGE RECORD  KEEPING  ALL OTHER COURSES
  ADM 194   10145  LSP  12/31/07 P 000.50    54.00 INSTITUTIONAL POLICIES &  TELEPHONE
USAGE RECORD KEEPING      ALL OTHER COURSES
  ADM 168   00410  LSP  12/26/07 P 000.15    53.50 OFFENDER BEHAVIOR MGTEMEN FOOD LOAF
                          ALL OTHER COURSES
                                   Page 17
```

FOBBS00000089

~3700350.TXT

```
 SEC 153   00615  LSP  12/23/07 P 000.75    53.35 CELL BLOCK PROCEDURES & R FOOD LOAF
                       ALL OTHER COURSES
 ADM 168   00367  LSP  12/18/07 P 000.15    52.60 OFFENDER BEHAVIOR MGTEMEN FOOD LOAF
                       ALL OTHER COURSES
 ADM 168   00318  LSP  12/17/07 P 000.75    52.45 OFFENDER BEHAVIOR MGTEMEN inmates
who masterbate in view of ALL OTHER COURSES
 ADM 168   00405  LSP  12/09/07 P 001.25    51.70 OFFENDER BEHAVIOR MGTEMEN MANAGEMENT
OF INMATES             ALL OTHER COURSES
 ADM 168   00371  LSP. 11/29/07 P 001.15    50.45 OFFENDER BEHAVIOR MGTEMEN
RESTRICTIONS PLACED ON INMTES GUL ALL OTHER COURSES
 SEC 153   00482  LSP  11/20/07 P 001.00    49.30 CELL BLOCK PROCEDURES & R Working
cellblock movements        ALL OTHER COURSES
 SEC 153   00526  LSP  11/11/07 P 001.15    48.30 CELL BLOCK PROCEDURES & R Dry Cell
                       ALL OTHER COURSES
 SEC 153   00550  LSP  11/02/07 P 000.50    47.15 CELL BLOCK PROCEDURES & R Cellblock
areas record keeping      ALL OTHER COURSES
 SEC 153   00428  LSP  10/31/07 P 000.75    46.65 CELL BLOCK PROCEDURES & R CELLBLOCK
AREAS(RECORD KEEPING)    ALL OTHER COURSES
 SEC 021   01739  LSP  10/23/07 P 001.00    45.90 TACT TEAM TRAINING        Tactical
Unit Selection Criteria  ALL OTHER COURSES
 RPT 012   00319  LSP  10/23/07 P 000.15    44.90 LOG BOOK DOCUMENTATION    Procedures
for checking bed books ALL OTHER COURSES
 ADM 229   00032  LSP  10/14/07 P 000.25    44.75 INCIDENT MANAGEMENT OVERV  INMATE
BURNED IN PRISON GASOLINE ALL OTHER COURSES
 ADM 194   09472  LSP  10/04/07 P 000.50    44.50 INSTITUTIONAL POLICIES &   DRUG FREE
WORKPLACE              ALL OTHER COURSES
 ADM 108   03158  LSP  09/30/07 P 000.50    44.00 DRUG FREE WORK PLACE      DRUG FREE
WORKPLACE              ALL OTHER COURSES
 ADM 108   03159  LSP  09/28/07 P 000.25    43.50 DRUG FREE WORK PLACE      DRUG FREE
WORKPLACE              ALL OTHER COURSES
 ADM 194   09236  LSP  09/25/07 P 001.00    43.25 INSTITUTIONAL POLICIES &
THERAPEUTIC  DIETS              ALL OTHER COURSES
 ADM 194   09619  LSP  09/16/07 P 001.25    42.25 INSTITUTIONAL POLICIES &  LOCKDOWN
                       ALL OTHER COURSES
 STY 016   05335  LSP  09/06/07 P 000.75    41.00 SAFETY PROCEDURES         GENERAL
SAFETY RULES             ALL OTHER COURSES
 STY 016   05313  LSP  09/01/07 P 000.25    40.25 SAFETY PROCEDURES         GENERAL
SAFETY RULES             ALL OTHER COURSES
 STY 016   05212  LSP  08/31/07 P 000.75    40.00 SAFETY PROCEDURES         GENERAL
SAFETY  RULES            ALL OTHER COURSES
 SEC 153   00342  LSP  08/23/07 P 001.25    39.25 CELL BLOCK PROCEDURES & R  CELL
CHECKS                ALL OTHER COURSES
 MIS 013   01458  LSP  08/14/07 P 001.00    38.00 COMMUNICATION SKILLS      CHANNELS
OF COMMUNICATION         ALL OTHER COURSES
 ADM 194   08802  LSP  08/13/07 P 000.25    37.00 INSTITUTIONAL POLICIES &   MOTOR
VEHICLE OPERATIONS        ALL OTHER COURSES
 ADM 013   01724  LSP  08/05/07 P 000.75    36.75 DEPART RULES-POLICIES-REG  SMOKING
POLICY                 ALL OTHER COURSES
 ADM 013   01692  LSP  07/31/07 P 000.25    36.00 DEPART RULES-POLICIES-REG  SMOKING
POLICY                 ALL OTHER COURSES
 ADM 201   00529  LSP  07/26/07 P 001.25    35.75 MISSION STATEMENT         PHILOSOPHY
MISSION STATEMENT        ALL OTHER COURSES
 ADM 194   08634  LSP  07/17/07 P 001.00    34.50 INSTITUTIONAL POLICIES &
HANDYCAPPED PARKING             ALL OTHER COURSES
 ADM 127   03192  LSP  07/08/07 P 001.25    33.50 VIOLENCE FREE WORKPLACE   VIOLENCE
FREE WORKPLACE           ALL OTHER COURSES
 ADM 194   09825  LSP  06/28/07 P 001.25    32.25 INSTITUTIONAL POLICIES &  TESTING OF
EMERGENCY EQUIP/COMM S ALL OTHER COURSES
 ADM 194   09819  LSP  06/19/07 P 001.00    31.00 INSTITUTIONAL POLICIES &  EMPLOYEE
ASSISTANCE PROGRAM       ALL OTHER COURSES
 ADM 194   08279  LSP  06/10/07 P 001.25    30.00 INSTITUTIONAL POLICIES &  MOTOR
VEHICLE OPERATIONS         ALL OTHER COURSES
 SEC 075   02957  TAC  06/07/07 P 004.00    28.75 USE OF FORCE REGULATIIONS
```

FOBBS00000090

~3700350.TXT

```
                        DOC MANDATORY
  HLS 025   03307   TAC   06/07/07 P 004.00   24.75 FIRST AID CPR
                        DOC MANDATORY
  HLS 063   00927   TAC   05/30/07 P 001.00   20.75 MEDICATION (PILL CALL) DI PILL CALL
PROCEDURE UPDATE         DOC MANDATORY
  SEC 062   03047   LSP   04/29/07 P 000.50   19.75 KEY CONTROL                KEY
CONTROL AND MANAGEMENT         ALL OTHER COURSES
  ADM 194   07595   LSP   04/18/07 P 001.25   19.25 INSTITUTIONAL POLICIES &   USE OF
SEATBELTS   ROLL   CALL    ALL OTHER COURSES
  STY 003   01931   LSP   04/05/07 P 000.25   18.00 EMERGENCY PREPAREDNESS     CONT PLAN
INSTIT EMERG             ALL OTHER COURSES
  STY 003   01932   LSP   04/04/07 P 000.25   17.75 EMERGENCY PREPAREDNESS     CONT PLAN
INSTIT EMERG             ALL OTHER COURSES
  STY 003   01925   LSP   04/01/07 P 000.25   17.50 EMERGENCY PREPAREDNESS     CONT PLAN
INST EMERG              ALL OTHER COURSES
  STY 003   02307   LSP   03/31/07 P 000.25   17.25 EMERGENCY PREPAREDNESS
CONTINGENCY PLAN FOR INSTITUTIONA ALL OTHER COURSES
  STY 003   02308   LSP   03/30/07 P 001.00   17.00 EMERGENCY PREPAREDNESS     EMERGENCY
INCIDENT MANAGEMENT      ALL OTHER COURSES
  SEC 062   03542   LSP   03/21/07 P 000.75   16.00 KEY CONTROL                NOTCHING
AND COLOR CODING OF FIRE ALL OTHER COURSES
  HLS 063   00485   TAC   03/20/07 P 001.50   15.25 MEDICATION (PILL CALL) DI PILL CALL
CLASS                   ALL OTHER COURSES
  ADM 154   00348   LSP   03/12/07 P 000.75   13.75 DRUG TESTING               INMATE
DRUG/ALCOHOL TESTING PROG. ALL OTHER COURSES
  SEC 169   00219   TAC   02/15/07 P 000.25   13.00 SIGNS OF SUICIDE RISKS
                        DOC MANDATORY
  SEC 168   00524   TAC   02/15/07 P 000.25   12.75 SUICIDE PRECAUTIONS
                        DOC MANDATORY
  SEC 104   01696   TAC   02/15/07 P 000.50   12.50 SUPERVISION OFFENDERS IN
                        DOC MANDATORY
  SEC 076   01527   TAC   02/15/07 P 000.50   12.00 HOSTAGE SITUATIONS PACES
                        DOC MANDATORY
  SEC 045   01452   TAC   02/15/07 P 000.50   11.50 OFFENDER RULES AND REGULA
                        DOC MANDATORY
  RPT 007   01358   TAC   02/15/07 P 001.00   11.00 REPORT WRITING
                        DOC MANDATORY
  MIS 111   01593   TAC   02/15/07 P 000.50   10.00 COMPETENCY TEST-ASSESSMEN
                        DOC MANDATORY
  MIS 009   00790   TAC   02/15/07 P 001.50    9.50 PREA SEXUAL ASSAULT-ABUSE
                        DOC MANDATORY
  HLS 063   00467   TAC   02/15/07 P 001.50    8.00 MEDICATION (PILL CALL) DI
                        DOC MANDATORY
  HLS 014   01694   TAC   02/15/07 P 000.50    6.50 MENTAL HEALTH
                        DOC MANDATORY
  ADM 197   00428   TAC   02/15/07 P 001.00    6.00 ETHICS (NOT FOR PREA TRAI
                        DOC MANDATORY
  ADM 194   07921   LSP   02/14/07 P 000.75    5.00 INSTITUTIONAL POLICIES &   Smoking
Policy                  ALL OTHER COURSES
  ADM 013   01500   LSP   02/12/07 P 001.00    4.25 DEPART RULES-POLICIES-REG Roll Call:
Inmate Personal Proper ALL OTHER COURSES
  ADM 203   00591   LSP   02/02/07 P 000.25    3.25 LEAVE POLICY               Roll Call:
Employee Leave Usage    ALL OTHER COURSES
  ADM 203   00648   LSP   01/30/07 P 000.50    3.00 LEAVE POLICY               Employee
Leave Usage             ALL OTHER COURSES
  ADM 194   07066   LSP   01/20/07 P 001.00    2.50 INSTITUTIONAL POLICIES &   ROLL CALL
DOUBLE BUNKING ADMIN SE ALL OTHER COURSES
  ADM 194   07064   LSP   01/19/07 P 000.25    1.50 INSTITUTIONAL POLICIES &   DOUBLE
BUNKING ADMIN SEG ROLL CAL ALL OTHER COURSES
  ADM 194   07924   LSP   01/07/07 P 001.25    1.25 INSTITUTIONAL POLICIES &   Searches
of Employees; Depend. & ALL OTHER COURSES
  FRM 008   05715   LSP   12/07/06 P 002.50   35.50 FIREARMS CERTIFICATION ON
                        DOC MANDATORY
```

Page 19

FOBBS00000091

~3700350.TXT

```
ADM 194   07887   LSP   10/27/06 P 001.00   33.00 INSTITUTIONAL POLICIES &   Handcuff
Key Distribution           ALL OTHER COURSES
SEC 153   00214   LSP   09/12/06 P 000.50   32.00 CELL BLOCK PROCEDURES & R CELL DOOR
& PIN BOX                  ALL OTHER COURSES
SEC 153   00239   LSP   09/07/06 P 000.50   31.50 CELL BLOCK PROCEDURES & R CELL DOOR
& PIN BOX                  ALL OTHER COURSES
ADM 194   05741   LSP   08/02/06 P 001.00   31.00 INSTITUTIONAL POLICIES &   ROLLCALL:
KEY CONTROL & MANAGEMEN ALL OTHER COURSES
ADM 194   05773   LSP   07/12/06 P 000.25   30.00 INSTITUTIONAL POLICIES &   ROLLCALL:
INMATE ON INMATE CONFRO ALL OTHER COURSES
ADM 194   05746   LSP   07/11/06 P 001.00   29.75 INSTITUTIONAL POLICIES &   ROLLCALL:
SECURITY RECORD KEEPING ALL OTHER COURSES
ADM 194   05665   LSP   06/30/06 P 002.00   28.75 INSTITUTIONAL POLICIES &   ROLLCALL:
MAY TOPICS                 ALL OTHER COURSES
ADM 194   05379   LSP   05/31/06 P 001.25   26.75 INSTITUTIONAL POLICIES &   ROLLCALL:
DRESS CODE FOR CSO         ALL OTHER COURSES
ADM 194   05376   LSP   05/27/06 P 001.25   25.50 INSTITUTIONAL POLICIES &   ROLLCALL:
USE OF RESTRAINTS          ALL OTHER COURSES
ADM 194   05377   LSP   05/18/06 P 001.25   24.25 INSTITUTIONAL POLICIES &   ROLLCALL:
USE OF FORCE               ALL OTHER COURSES
ADM 194   05378   LSP   05/08/06 P 001.25   23.00 INSTITUTIONAL POLICIES &   ROLLCALL:
SEARCHES OF INMATES        ALL OTHER COURSES
HLS 063   00244   LSP   03/21/06 P 004.00   21.75 MEDICATION (PILL CALL) DI PILL CALL
OFFICERS                   ALL OTHER COURSES
ADM 194   04852   LSP   03/19/06 P 000.25   17.75 INSTITUTIONAL POLICIES &   ROLLCALL:
03.013                     ALL OTHER COURSES
SEC 169   00073   LSP   02/21/06 P 000.25   17.50 SIGNS OF SUICIDE RISKS     INSERVICE
                           ACA MANDATORY
SEC 168   00200   LSP   02/21/06 P 000.25   17.25 SUICIDE PRECAUTIONS        INSERVICE
                           ACA MANDATORY
SEC 104   01264   LSP   02/21/06 P 000.50   17.00 SUPERVISION OFFENDERS IN   INSERVICE
                           ACA MANDATORY
SEC 076   01378   LSP   02/21/06 P 000.50   16.50 HOSTAGE SITUATIONS PACES   INSERVICE
                           ACA MANDATORY
SEC 045   01192   LSP   02/21/06 P 000.50   16.00 OFFENDER RULES AND REGULA INSERVICE
                           ACA MANDATORY
RPT 007   00910   LSP   02/21/06 P 001.00   15.50 REPORT WRITING             INSERVICE
                           ACA MANDATORY
MIS 111   00880   LSP   02/21/06 P 000.50   14.50 COMPETENCY TEST-ASSESSMEN INSERVICE
                           ALL OTHER COURSES
MIS 009   00374   LSP   02/21/06 P 001.50   14.00 PREA SEXUAL ASSAULT-ABUSE INSERVICE
                           ACA MANDATORY
HLS 063   00249   LSP   02/21/06 P 001.50   12.50 MEDICATION (PILL CALL) DI INSERVICE
                           ALL OTHER COURSES
HLS 014   01469   LSP   02/21/06 P 000.50   11.00 MENTAL HEALTH              INSERVICE
                           ALL OTHER COURSES
ADM 197   00177   LSP   02/21/06 P 001.00   10.50 ETHICS (NOT FOR PREA TRAI INSERVICE
                           ACA MANDATORY
SEC 105   01676   LSP   02/16/06 P 000.50    9.50 SECURITY PROCEDURES        INSERVICE
                           ACA MANDATORY
SEC 075   02017   LSP   02/16/06 P 002.00    9.00 USE OF FORCE REGULATIIONS INSERVICE
                           ACA MANDATORY
SEC 062   02455   LSP   02/16/06 P 000.50    7.00 KEY CONTROL                INSERVICE
                           ACA MANDATORY
SEC 017   02020   LSP   02/16/06 P 001.00    6.50 RESTRAINTS   USE OF        INSERVICE
                           ALL OTHER COURSES
HLS 025   02828   LSP   02/16/06 P 004.00    5.50 FIRST AID CPR              INSERVICE
                           ACA MANDATORY
ADM 194   04453   LSP   01/07/06 P 001.50    1.50 INSTITUTIONAL POLICIES &   ROLLCALL:
NON-DISCIPLINARY REMOVA ALL OTHER COURSES
FRM 008   05294   LSP   12/07/05 P 002.50   35.50 FIREARMS CERTIFICATION ON
                           ALL OTHER COURSES
MIS 111   00678   LSP   12/01/05 P 000.50   33.00 COMPETENCY TEST-ASSESSMEN BOOK 2
```

FOBBS00000092

~3700350.TXT

```
TEST                                ALL OTHER COURSES
 STY 016   03927   LSP   11/30/05 P 000.50   32.50 SAFETY PROCEDURES          BOOK 2
                         ACA MANDATORY
 SEC 168   00116   LSP   11/30/05 P 000.50   32.00 SUICIDE PRECAUTIONS        BOOK 2
                         ACA MANDATORY
 SEC 103   00246   LSP   11/30/05 P 001.00   31.50 OFFENDER RIGHTS & RESPONS  BOOK 2
                         ACA MANDATORY
 SEC 074   00568   LSP   11/30/05 P 001.00   30.50 OFFENDER ADMINISTRATIVE R  BOOK 2
                         ACA MANDATORY
 RPT 007   00757   LSP   11/30/05 P 000.50   29.50 REPORT WRITING             BOOK 2
                         ACA MANDATORY
 MIS 055   01747   LSP   11/30/05 P 000.50   29.00 CULTURAL DIVERSITY & AWAR  BOOK 2
                         ACA MANDATORY
 MIS 013   00941   LSP   11/30/05 P 001.00   28.50 COMMUNICATION SKILLS       BOOK 2
                         ACA MANDATORY
 HLS 069   00195   LSP   11/30/05 P 001.00   27.50 BLOODBORNE PATHOGENS INFE  BOOK 2
                         DOC MANDATORY
 HLS 050   00301   LSP   11/30/05 P 001.00   26.50 SPECIAL NEEDS OFFENDERS    BOOK 1
                         ALL OTHER COURSES
 ADM 158   00152   LSP   11/30/05 P 001.00   25.50 OFFENDER SOCIAL CULLTURE   BOOK 1
                         ACA MANDATORY
 ADM 146   00888   LSP   11/30/05 P 001.00   24.50 DRESS CODE                 BOOK 1
                         ALL OTHER COURSES
 ADM 144   00147   LSP   11/30/05 P 001.00   23.50 DEPARTMENT MASTER PLAN OV  BOOK 1
                         ALL OTHER COURSES
 ADM 143   00471   LSP   11/30/05 P 001.00   22.50 INTERPERSONAL RELATIONS I  BOOK 1
                         ACA MANDATORY
 ADM 127   02200   LSP   11/30/05 P 001.00   21.50 VIOLENCE FREE WORKPLACE    BOOK 1
                         DOC MANDATORY
 ADM 108   02024   LSP   11/30/05 P 001.00   20.50 DRUG FREE WORK PLACE       BOOK 1
                         DOC MANDATORY
 ADM 093   00171   LSP   11/30/05 P 000.50   19.50 AMERICANS WITH DISABILITI  BOOK 2
                         DOC MANDATORY
 ADM 016   01582   LSP   11/30/05 P 001.00   19.00 EMPLOYEE RULES AND DISCIP  BOOK 2
                         ALL OTHER COURSES
 ACA 015   00890   LSP   11/30/05 P 000.50   18.00 ACA ORIENTATION            BOOK 1
                         ALL OTHER COURSES
 SEC 105   01449   LSP   11/17/05 P 000.50   17.50 SECURITY PROCEDURES        INSERVICE
                         ACA MANDATORY
 SEC 104   01141   LSP   11/17/05 P 000.50   17.00 SUPERVISION OFFENDERS IN   INSERVICE
                         ACA MANDATORY
 SEC 076   01341   LSP   11/17/05 P 000.50   16.50 HOSTAGE SITUATIONS PACES   INSERVICE
                         ALL OTHER COURSES
 SEC 062   02346   LSP   11/17/05 P 001.00   16.00 KEY CONTROL                INSERVICE
                         ACA MANDATORY
 MIS 111   00634   LSP   11/17/05 P 000.50   15.00 COMPETENCY TEST-ASSESSMEN  CLASSROOM
INSTRUCTION              ALL OTHER COURSES
 MIS 009   00266   LSP   11/17/05 P 001.00   14.50 PREA SEXUAL ASSAULT-ABUSE  INSERVICE:
EMP SEXUAL MISCONDUCT ACA MANDATORY
 IMT 014   00744   LSP   11/17/05 P 001.00   13.50 SEXUAL HARASSMENT          INSERVICE
                         DOC MANDATORY
 HLS 014   01400   LSP   11/17/05 P 001.00   12.50 MENTAL HEALTH              INSERVICE
                         ALL OTHER COURSES
 DLC 001   01883   LSP   11/17/05 P 002.00   11.50 DEFENSIVE DRIVING COURSE   INSERVICE
                         DOC MANDATORY
 ADM 194   03881   LSP   11/12/05 P 000.25    9.50 INSTITUTIONAL POLICIES &   ROLLCALL:
RETURN TO WORK          ALL OTHER COURSES
 SEC 075   01784   LSP   11/10/05 P 002.50    9.25 USE OF FORCE REGULATIIONS  INSERVICE
                         ACA MANDATORY
 SEC 017   01947   LSP   11/10/05 P 001.50    6.75 RESTRAINTS   USE OF        INSERVICE
                         ALL OTHER COURSES
 HLS 025   02686   LSP   11/10/05 P 004.00    5.25 FIRST AID CPR              INSERVICE
                         ACA MANDATORY
```

Page 21

FOBBS00000093

```
                                       ~3700350.TXT
   ADM 194   03155   LSP   07/14/05 P 000.75     1.25 INSTITUTIONAL POLICIES &  ROLL CALL
TRAINING                       ALL OTHER COURSES
   ADM 194   02655   LSP   06/07/05 P 000.25     0.50 INSTITUTIONAL POLICIES &  ROLLCALL:
LIVING & WORK AREA TEMP ALL OTHER COURSES
   ADM 194   02271   LSP   04/15/05 P 000.25     0.25 INSTITUTIONAL POLICIES &  ROLLCALL:
HORSE MANAGEMENT             ALL OTHER COURSES
   SEC 019   35495   LSP   12/15/04 P 000.25   121.50 PROCESS AND PROCEDURE FOR COUNTING
INMATES FOR THE FIELD OP ALL OTHER COURSES
   MIS 023   03344   TAC   12/03/04 P 008.00   121.25 ON THE JOB TRAINING       SO #487
                        **USE KTMODCLS--ASAP**
   MIS 023   03342   TAC   12/02/04 P 008.00   113.25 ON THE JOB TRAINING       SO #487
                        **USE KTMODCLS--ASAP**
   SEC 086   00548   TAC   12/01/04 P 001.00   105.25 TRANSPORT INMATES EXTRADI SO #487
                        **USE KTMODCLS--ASAP**
   SEC 017   01648   TAC   12/01/04 P 001.50   104.25 RESTRAINTS  USE OF        SO #487
                        **USE KTMODCLS--ASAP**
   FRM 008   04740   TAC   12/01/04 P 005.50   102.75 FIREARMS CERTIFICATION ON SO #487
                        **USE KTMODCLS--ASAP**
   STY 023   00392   TAC   11/30/04 P 000.50    97.25 FIRE EXTINGUISHERS        SO #487
                        **USE KTMODCLS--ASAP**
   STY 009   00167   TAC   11/30/04 P 000.50    96.75 TRAINING FOR SAFETY INSPE SO #487
                        **USE KTMODCLS--ASAP**
   SEC 108   00200   TAC   11/30/04 P 000.50    96.25 INVESTIGATIONS            SO #487
                        **USE KTMODCLS--ASAP**
   SEC 075   01326   TAC   11/30/04 P 002.50    95.75 USE OF FORCE REGULATIIONS SO #487
                        **USE KTMODCLS--ASAP**
   ORM 004   00127   TAC   11/30/04 P 001.50    93.25 FALL PROTECTION ORM ONLY  SO #487
                        **USE KTMODCLS--ASAP**
   DLC 001   01554   TAC   11/30/04 P 002.00    91.75 DEFENSIVE DRIVING COURSE  SO #487
                        **USE KTMODCLS--ASAP**
   ADM 050   00267   TAC   11/30/04 P 000.50    89.75 PERSONNEL AND PAYROLL     SO #487
                        **USE KTMODCLS--ASAP**
   STY 003   01626   TAC   11/29/04 P 001.00    89.25 EMERGENCY PREPAREDNESS    SO #487
                        **USE KTMODCLS--ASAP**
   SEC 111   00414   TAC   11/29/04 P 001.00    88.25 TOOL & KEY ORIENTATION ON SO #487
                        **USE KTMODCLS--ASAP**
   SEC 035   01192  'TAC   11/29/04 P 001.00    87.25 POST ORDERS               SO #487
                        **USE KTMODCLS--ASAP**
   SEC 026   00168   TAC   11/29/04 P 000.50    86.25 ELECTRONIC DETECTECTOR AN SO #487
                        **USE KTMODCLS--ASAP**
   SEC 019   35390   TAC   11/29/04 P 000.25    85.75 PROCESS AND PROCEDURE FOR SO #487
                        **USE KTMODCLS--ASAP**
   ORI 002   00626   TAC   11/29/04 P 000.25    85.50 PRESERVICE PROGRAM OBJECT SO #487
                        **USE KTMODCLS--ASAP**
   HLS 050   00247   TAC   11/29/04 P 001.00    85.25 SPECIAL NEEDS OFFENDERS   SO #487
                        **USE KTMODCLS--ASAP**
   ADM 146   00687   TAC   11/29/04 P 000.50    84.25 DRESS CODE                SO #487
                        **USE KTMODCLS--ASAP**
   ADM 127   01654   TAC   11/29/04 P 001.00    83.75 VIOLENCE FREE WORKPLACE   SO #487
                        **USE KTMODCLS--ASAP**
   ADM 045   02453   TAC   11/29/04 P 001.50    82.75 POLICY REVIEW             SO #487
                        **USE KTMODCLS--ASAP**
   ADM 017   00538   TAC   11/29/04 P 001.00    81.25 FUNCTIONS OVERVIEW CORR I SO #487
                        **USE KTMODCLS--ASAP**
   SEC 072   00578   TAC   11/19/04 P 004.50    80.25 OFFENDER MANIPULATION
                        **USE KTMODCLS--ASAP**
   ORI 030   00192   TAC   11/19/04 P 002.00    75.75 TRAINING ACADEMY FINAL EX
                        **USE KTMODCLS--ASAP**
   ACD 001   00118   TAC   11/19/04 P 001.25    73.75 ACADEMY TRAINING
                        **USE KTMODCLS--ASAP**
   ORI 027   00187   TAC   11/18/04 P 000.50    72.50 TRAINING ACADEMY EXAM 7
                        **USE KTMODCLS--ASAP**
   MIS 023   03328   TAC   11/18/04 P 008.00    72.00 ON THE JOB TRAINING
                                Page 22
```

FOBBS00000094

```
                                    ~3700350.TXT
                          **USE KTMODCLS--ASAP**
SEC 075   01320   TAC   11/17/04 P 008.00    64.00 USE OF FORCE REGULATIIONS
                          **USE KTMODCLS--ASAP**
ORI 026   00187   TAC   11/17/04 P 000.50    56.00 TRAINING ACADEMY EXAM 6
                          **USE KTMODCLS--ASAP**
SEC 079   00425   TAC   11/16/04 P 002.00    55.50 OFFICER SURVIVAL
                          **USE KTMODCLS--ASAP**
SEC 020   00641   TAC   11/16/04 P 001.00    53.50 SECURITY CUSTODY CONTROL
                          **USE KTMODCLS--ASAP**
SEC 009   01384   TAC   11/16/04 P 002.50    52.50 CONTRABAND
                          **USE KTMODCLS--ASAP**
ORI 025   00189   TAC   11/16/04 P 000.50    50.00 TRAINING ACADEMY EXAM 5
                          **USE KTMODCLS--ASAP**
MIS 089   00800   TAC   11/16/04 P 001.50    49.50 SOCIAL CULTURAL LIFESTYLE
                          **USE KTMODCLS--ASAP**
SEC 074   00503   TAC   11/15/04 P 005.50    48.00 OFFENDER ADMINISTRATIVE R
                          **USE KTMODCLS--ASAP**
ORI 024   00186   TAC   11/15/04 P 000.50    42.50 TRAINING ACADEMY EXAM 4
                          **USE KTMODCLS--ASAP**
ADM 048   02211   TAC   11/15/04 P 002.00    42.00 REPORT WRITING
                          **USE KTMODCLS--ASAP**
SEC 078   00739   TAC   11/12/04 P 002.00    40.00 OFFENDER SUPERVISION
                          **USE KTMODCLS--ASAP**
ORI 023   00175   TAC   11/12/04 P 000.50    38.00 TRAINING ACADEMY EXAM 3
                          **USE KTMODCLS--ASAP**
ORI 022   00198   TAC   11/12/04 P 000.50    37.50 TRAINING ACADEMY EXAM 2
                          **USE KTMODCLS--ASAP**
HLS 047   00963   TAC   11/12/04 P 001.00    37.00 COMMUNICABLE DISEASES HIV
                          **USE KTMODCLS--ASAP**
HLS 016   01044   TAC   11/12/04 P 001.00    36.00 PILL CALL TRAINING
                          **USE KTMODCLS--ASAP**
ADM 102   00810   TAC   11/12/04 P 001.00    35.00 DRUG FREE WORKPLACE ORIEN
                          **USE KTMODCLS--ASAP**
ADM 020   01058   TAC   11/12/04 P 002.50    34.00 INTERPERSONAL COMMUNICATI
                          **USE KTMODCLS--ASAP**
SEC 090   00382   TAC   11/10/04 P 005.00    31.50 LEGAL RESPONSIBILITIES IN
                          **USE KTMODCLS--ASAP**
MIS 023   03327   TAC   11/10/04 P 008.00    26.50 ON THE JOB TRAINING
                          **USE KTMODCLS--ASAP**
ADM 034   02627   TAC   11/10/04 P 001.00    18.50 SEXUAL HARASSMENT ORIENTA
                          **USE KTMODCLS--ASAP**
ORI 021   00192   TAC   11/09/04 P 000.50    17.50 TRAINING ACADEMY EXAM 1
                          **USE KTMODCLS--ASAP**
HLS 025   02330   TAC   11/09/04 P 008.00    17.00 FIRST AID CPR
                          **USE KTMODCLS--ASAP**
SEC 076   01175   TAC   11/08/04 P 001.00     9.00 HOSTAGE SITUATIONS PACES
                          **USE KTMODCLS--ASAP**
ORI 002   00624   TAC   11/08/04 P 001.50     8.00 PRESERVICE PROGRAM OBJECT
                          **USE KTMODCLS--ASAP**
HLS 020   02398   TAC   11/08/04 P 001.50     6.50 TAC SUICIDE RECOGNITION &
                          **USE KTMODCLS--ASAP**
HLS 019   00826   TAC   11/08/04 P 001.00     5.00 STRESS MANAGEMENT
                          **USE KTMODCLS--ASAP**
ADM 019   08166   TAC   11/08/04 P 000.50     4.00 ACADEMY RULES POLICIES
                          **USE KTMODCLS--ASAP**
ADM 017   00536   TAC   11/08/04 P 001.50     3.50 FUNCTIONS OVERVIEW CORR I
                          **USE KTMODCLS--ASAP**
ADM 016   01391   TAC   11/08/04 P 001.50     2.00 EMPLOYEE RULES AND DISCIP
                          **USE KTMODCLS--ASAP**
ACA 015   00810   TAC   11/08/04 P 000.50     0.50 ACA ORIENTATION
                          **USE KTMODCLS--ASAP**
MIS 068   00455   LSP   02/12/01 P 000.75     0.75 COMPUTER SECURITY          USE OF
DOC COMPUTERS                      ACA MANDATORY
                                     Page 23
```

FOBBS00000095