

**BOBBY JINDAL**
GOVERNOR

# State of Louisiana

Department of Public Safety and Corrections
Elayn Hunt Correctional Center

**JAMES M. LE BLANC**
SECRETARY

DATE:     December 3, 2012

TO:       Stacey Johnson, Assistant Attorney General
          Civil Rights Division
          1885 North Third Street
          Baton Rouge, LA 70802

FROM:     Jonathan Roundtree, M.D.
          Staff Physician

RE:       Raymond Fobbs, DOC# 130215

In response to your interrogatories, Dr. Wiest issued the first duty status in August 1998. I issued a new duty status following an update of the entire duty status system in 2009. At the time, I felt that the patient would benefit from an indoor duty status which would place him away from chronic exposure to pesticides, herbicides, and dust. Additionally, the addition of, away from fumes, would keep the patient from chronic exposure to cleaning and laundry chemicals, as well as, chronic exposure to paint fumes and paint thinners, smoke exposure at the incinerator, chemicals used in silk screening and, laminates and veneers in hobbycraft. Please note that this a chronic exposure duty status which does not prevent a single incidental exposure to chemical agents used in mace by DOC security.   If the patient had been diagnosed with severe asthma (severe asthma would be a condition where the patient is hospitalized 3 or more times over one year) he would have been placed on a No Chemical Agents list to prevent usage of such agents. Thus, this patient did not qualify. Also, in review of the medical record I determined that the patient complained of upper respiratory symptoms related to his asthma only twice after the exposure to mace over the following year, neither of which required hospitalization in the LSP nursing units or an outside facility. Also, to add, away from chemicals, would have been redundant as I requested him to be away from fumes of any sort as mentioned above. To say away from chemicals can not be accomplished as the dorms and tiers where the patients are housed are being swept, painted, cleaned and refurbished. The above narrative contains opinions I will express at the trial and the basis and reasons for them.

Addendum: I reviewed the plaintiff's medical records from 2007 to present before the report was prepared. There are no exhibits attached to support my findings. I have been licensed to practice medicine in the State of Louisiana for over twenty-four (24) years. I am currently employed by the Department of Public Safety and Corrections as a staff physician at Elayn Hunt Correctional Center. I have testified in over fifteen (15) cases in the last four (4) years in the Federal Court System. The list is available in the Attorney General's for reference.

Respectfully submitted,

*Jonathan Roundtree, MD*

Jonathan Roundtree, M.D.
Staff Physician



6925 Highway 74 • Post Office Box 174 • St. Gabriel, Louisiana 70776 • (225) 642-3306 • Fax (225) 319-4596
www.doc.la.gov
An Equal Opportunity Employer



**BOBBY JINDAL**
GOVERNOR

**JAMES M. LE BLANC**
SECRETARY

# State of Louisiana

Department of Public Safety and Corrections
Elayn Hunt Correctional Center

January 7, 2013

To Whom It May Concern:

The following information is to serve as an addendum to the expert report I prepared and submitted on December 3, 2012:

I haven't authored any publications in the last 10 years. I am employed by the Department of Public Safety and Corrections. Therefore, I did not receive compensation separate and apart from my salary for preparing the report. As to the methodology used in formulating my opinion, permanent duty status orders are issued whenever a consensus has been reached by the medical director and the treating physician that a patient can not perform specific tasks due to a chronic illness or can not withstand exposure to various environmental/chemical agents without impairment due to a chronic illness.

Respectfully submitted,

Jonathan Roundtree, M.D.

6925 Highway 74 • Post Office Box 174 • St. Gabriel, Louisiana 70776 • (225) 642-3306 • Fax (225) 319-4596
www.doc.la.gov
An Equal Opportunity Employer

FOBBS00000103

# Jonathan Arlen Roundtree, M.D.
# CURRICULUM VITA

## Education:

Tulane University School of Medicine
- M.D. Degree, June 1988

Southeastern Louisiana University, College of Arts and Sciences
- B.S. with Honors in Zoology/Chemistry, December 1983

## Work Experience:

Louisiana State Penitentiary – Medical Director, November 2007 – Present

Louisiana State Penitentiary – Asst. Medical Director, January 2005 - November 2007

Louisiana State Penitentiary – Staff Physician, August 2004- January 2005

Gulf Coast Occupational Medicine, INC.- Owner/Medical Director, Oct. 2000-July 2004

HealthSouth Medical Clinic- Facility Medical Director, December 1996-September 2000

Louisiana State Penitentiary –Staff Physician, June 1995-November 1996

Dixon Correctional Institute- Emergency Room Contract Physician,
                    March 1993-January 1996

LSU Student Health Center- Staff Physician, January 1993-December 1993

Occupational Medicine Services- Emergency Room Contractor/Locum Tenums,
                    July 1991-December 1992

Ascension General Hospital- Director of Emergency Medical Services,
                    May 1991-July 1991

Ascension General Hospital-Staff Physician- ICU, E.R. and Ward Duties,
                    November 1990- May 1991

Ascension General Hospital- Emergency Room Physician, January 1990-October 1990

Solo General Practice- 1989-1990

Earl K. Long Memorial Hospital- Family Practice Residency, 1988-1989

I

FOBBS00000104

## Research Experience:

Research Assistant, Neurosurgery Project:
    Electro-Stimulatory Control of Feline Temporal Seizures

Research Assistant, Plastic Surgery Project:
    An Objective Analysis of Immediate Reconstruction in the Treatment of Primary Carcinoma of the Breast

## Honors and Awards:

Magna Cum Laude, 1983
Phi Kappa Phi, 1982
Outstanding Young Men of America, 1983
Harris Scholarship, 1979-1980
Louisiana Legislative Scholarship, 1984-1988

## Professional Societies:

American Academy of Family Practice
American Medical Association
Southern Medical Association
Phi Kappa Phi
Associated Builders and Contractors (ABC)

## Personal Data:

Date of Birth:
Place of Birth: Baton Rouge, Louisiana
Health Status: Excellent
Marital Status: Single

2

FOBBS0000010S