TO WHOM IT MAY CONCERN:

SUBJECT:    RAYMOND FOBBS – DOC#130215

I certify the attached 12 pages are true copies of the original record of the above offender as maintained in his inmate record of Rayburn Correctional Center.

Witnesses:

_____        _____
                                        LISA ARD
                                        ARDC Specialist 2

_____

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS _16 TH_ DAY OF APRIL, 2012.

_____
IVY MORRIS, #84723
EX-OFFICIO NOTARY
Department of Public Safety & Corrections

STATE'S
EXHIBIT
9

FOBBS00000113

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: | LOUISIANA STATE PENITENTIARY

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Raymond Fobbs | #130215 | 08-21-11 | approx 2:50pm |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Tiger 1 Right | Line 19 | Tiger 4 Right |

| 8. Rule Violated. | 9. Rule Number |
|---|---|
| Defiance, Aggravated Disobedience | # 3, #5 |

10. Description of Incident (Include all relevant information-"unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force.") Use Other side if necessary

On the above date and approximate time offender Raymond Fobbs was being placed in Adm. Seg. for a previous rule violation. I, Captain John Sanders escorted offender Fobbs into the shower on Tiger 1 Right and gave him several direct verbal orders to take off his clothes so that he could shookdown and placed in a jump suit. Offender Fobbs flatly refused all orders given. I then exited the tier, obtained a can of Sabre Red Phantom chemical agents and returned to the shower. I then gave offender Fobbs several more direct verbal orders take off his clothes and he again flatly refused all orders given. I was then forced to administer a one second burst of chemical agents into the shower. I then gave offender Fobbs several more direct verbal orders to take off his clothes and he again flatly refused all orders given. I was then forced to administer another one second burst of chemical agents into the shower. I then gave offender Fobbs another direct verbal order to take off his clothes to which he complied. Offender Fobbs was then shookdown, given a shower, clean jump suit, and restrained so that he could be escorted to a cell on the tier. As the shower was opened offender Fobbs attempted to head butt me and I had to take him to the ground to gain control of the situation. I then had to physically escort offender Fobbs into his cell by grabbing his arm and pushing him into the cell as he was continuously resisting. Myself and offender Fobbs were sent to the Treatment Center to be checked for possible injuries that may have occurred during this confrontation. Major Daniel Davis, Assistant Warden Chad Menzina (Duty Warden), and LTC Cassandra Temple (Duty investigator) were notified.

| 11. Offender Placed in Adm. Seg | Yes [x] | No [ ] |
|---|---|---|

| 12. Signature of Reporting Employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Capt John Sanders | John Sanders, Captain Camp C B Team |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above offender | 17. Offender's Signature: |
|---|---|---|---|
| 8-21-11 | 4:00pm | by: | Refused to s.gn |

| 18. Plea by Offender: | [ ] Not Guilty | [ ] Guilty | 19. Verdict: | [ ] Not Guilty | [✓] Guilty |
|---|---|---|---|---|---|

| 20. Date of Hearing: 8-24-11  8-26-11 | 21. Counsel Substitute: Defer for Copy of Report   DOC#: 117760 |
|---|---|

22. Motions:

23. Reasons for Disposition:
- [✓] Report is clear and precise.
- [✓] Lack of a credible defense/little or no defense.
- [ ] Based on offender's statement.
- [ ] The officer's version is determined to be more credible than the offender's
- [ ] Pled guilty/accepted guilty plea.
- [✓] Only defense is denying contents of report.
- [ ] The offender presented no evidence to refute the charges.
- [ ] The Investigative officer's testimony was deemed more truthful and accurate than the offender's
- [ ] Plea bargain.
- [ ] The offender's demeanor led the board to believe that the offender's testimony was untrue
- [✓] Other  Carlos Rufts

RECEIVED

AUG 29 2011

LSP/RECORDS

24. Reasons for Sentence
- [✓] Seriousness of offense
- [✓] The need to protect the institution, employees or other
- [ ] Poor conduct record   A total of _____ rule violation(s)  A total of _____ Schedule B violations since _____
- [ ] Other

| 25. Sentence | [ ] Suspended | [✓] Imposed | _____ Days | 26. Sentence. | [ ] Suspended | [ ] Imposed | _____ Days |
|---|---|---|---|---|---|---|---|

Cus change CpT EH W  Majenet Began

27. DISCIPLINARY BOARD  After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Dept Reg No 8-05-003 "Imposition of Restitution"

| No T Banton | Gerald Cavalin |
|---|---|
| CHAIRMAN (DISCIPLINARY OFFICER) | MEMBER  Jennifer Etter |

FOBBS00000114

## INMATE LOCATION SHEET

NAME: Raymond Fobbs                                    DOC#: 130215

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 7-21-11 NS | TCW1 | L/R trip | Wiley |
| 7-21-11 NS | TIA 4/R | L-19 | Anthony |
| 8-2-11 TD | Tig 11R | Adm | Jono |
| 8-2-11 TD | Gar 1 | Adm | eoler |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FOBBS000001