BOBBY JINDAL
Governor

JAMES M. Le BL/

Secretary

# State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

## STATE OF LOUISIANA
## WEST FELICIANA PARISH
## ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Unusual Occurrence Report Dated For 8/21/2011

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

STATE'S
EXHIBIT
11

Date: 10|3|12

Raymond Fobbs vs. Daniel Davis

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

FOBBS00000119

Form C-05-001-W-1
15 July 2011

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Category A, B, C Incidents)

R ﬆ ꙅ

**INSTITUTION:** Louisiana State Penitentiary

| NAME Raymond Fobbs | NUMBER #130215 | DORM OR CELLBLOCK Tiger 4 Right | DATE OF INCIDENT 8/21/11 | TIME OF INCIDENT Approx 2:50pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT Tiger 1 Right | | WITNESSES: Sgt Jeffery Franklin | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured in Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team/Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other - Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike – Individual
- ☐ Hunger Strike – Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation – Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Warden

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☒ Assault With No Significant Injury
  - ☒ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☒ Without Weapon
  - ☐ Throwing of Substances
- ☒ Use of Force
  - ☐ Immediate
  - ☐ Planned
  - ☒ Chemical Agents on Single Offender
  - ☐ Use of Taser
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☐ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☐ Staff on Offender
- ☐ Individual Hunger Strike

\* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time offender Raymond Fobbs was being placed in Adm. Seg. for a previous

| REPORTING OFFICER John Sanders, Captain | DATE COMPLETED 8/21/11 | TIME COMPLETED 3:30pm |
|---|---|---|

FOBBS00000120



UOR/Page 2

| Name:<br>Raymond Fobbs | Number:<br>#130215 | Dorm or Cellblock:<br>Tiger 4 Right | Date of Incident:<br>8/21/11 | Time of Incident:<br>Approx 2:50pm |
|---|---|---|---|---|
| Location of Incident:<br>Tiger 1 Right | | Witnesses: Sgt. Jeffery Franklin | | |

### (Description of Incident Continued)

rule violation. I, Captain John Sanders escorted offender Fobbs into the shower on Tiger 1 Right and gave him several direct verbal orders to take off his clothes so that he could shookdown and placed in a jump suit. Offender Fobbs flatly refused all orders given. I then exited the tier, obtained a can of Sabre Red Phantom chemical agents and returned to the shower. I then gave offender Fobbs several more direct verbal orders take off his clothes and he again flatly refused all orders given. I was then forced to administer a one second burst of chemical agents into the shower. I then gave offender Fobbs several more direct verbal orders to take off his clothes and he again flatly refused all orders given. I was then forced to administer another one second burst of chemical agents into the shower. I then gave offender Fobbs another direct verbal order to take off his clothes to which he complied. Offender Fobbs was then shookdown, given a shower, clean jump suit, and restrained so that he could be escorted to a cell on the tier. As the shower was opened offender Fobbs attempted to head butt me and I had to take him to the ground to gain control of the situation. I then had to physically escort offender Fobbs into his cell by grabbing his arm and pushing him into the cell as he was continuously resisting. Myself and offender Fobbs were sent to the Treatment Center to be checked for possible injuries that may have occurred during this confrontation. Major Daniel Davis, Assistant Warden Chad Menzina (Duty Warden), and LTC Cassandra Temple (Duty investigator) were notified.

| REPORTING OFFICER<br>John Sanders, Captain | 8/21/11<br>DATE COMPLETED | 3:30pm<br>TIME COMPLETED |
|---|---|---|

FOBBS00000121