BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

PPCT Resistance/ Control Continuum

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 11 10 14

Fobbs vs Davis Case



STATE'S
EXHIBIT
18

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

FOBBS000000212



# Defensive Tactics
# Student Manual

**PPCT Management Systems, Inc.**
7645 Magna Drive
Second Floor
Belleville, IL 62223
**(618) 234-PPCT** (7728)

FOBBS000000213

# PPCT Defensive Tactics

## Student Manual

United States Edition

Developed and Written By:
Bruce K. Siddle

Editing Committee:
Ron Bilyk
Larry Frye
Joan Pechtel

© 2005 February

PPCT Management Systems, Inc.
7645 Magna Drive
Second Floor
Belleville, IL 62223

PPCT is the sole source of this manual and protected by U.S. copyright laws.
Copying or reproduction is strictly prohibited.

FOBBS000000214



for the purpose of gaining control of a subject. As a subject escalates resistance, the officer escalates to a higher degree of control response and it must be more effective to overcome the resistance (One-plus-One Theory). As an example, a subject is placed under arrest for DUI and, as the officer attempts to handcuff him, the subject pulls away (Defensive Resistance). The subject has escalated, and the potential for injury to the officer and the subject has increased. The officer's response will be based upon this resistance and the totality of the circumstances. In this case, the officer may use Hard Empty Hand Control.

## PPCT Resistance/Control Continuum :

*The PPCT Resistance/Control Continuum* was designed as a general guide for using force in confrontational or arrest situations. The continuum will assist officers in applying the law and departmental policy in use of force situations, documenting the use of force, and presenting testimony in a court proceeding.

The PPCT Resistance/Control Continuum is designed on the philosophy of the One-Plus-One Theory of force escalation. Like most use-of-force continuums, the PPCT continuum is divided into two categories: *Levels of Resistance*, describing threatening, resistive or assaultive

behavior on behalf of a subject, and *Levels of Control*, detailing the escalating methods of subject control by the officer.

PPCT encourages officers to think of the PPCT Resistance/Control Continuum as a reactionary continuum. In other words, the Resistance/Control Continuum teaches officers to respond to a specific level of resistance with a specific level of control. For example, if an officer faces an armed subject who is about to shoot the officer, the officer does not have to escalate to deadly force by first using empty hand control or intermediate weapons. The officer simply escalates to deadly force accordingly. The use of nonlethal force is no different. The only time when the One-Plus-One Theory would not be appropriate is when a variable would affect the common sense of the officer.

In any officer/subject contact there is the potential for injury to the officer and/or the subject. As the subject's resistance or aggressive actions increase, the potential for injury to the officer increases. When the officer escalates control methods to gain control of the subject, the potential for injury to the subject increases. Injury to the officer is extremely dangerous, as it can prevent the officer from defending him/herself from further attack and/or result in the officer loosing his/her weapon.



*Levels of Resistance*         *Levels of Control*

Developed in 1995 by Bruce Siddle, PPCT Management Systems, Inc., and Steven D. Ashley

2-4 | © 1989 PPCT Management Systems, Inc.

FOBBS000000215