BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

2011 Duty Investigator Logbook Entry Dated for 8/21/2012

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 9 | 19 | 12

Raymond Fobbs #130215 vs. Daniel Davis


STATE'S
EXHIBIT
7

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer



2011 Duty Investigator
Log book

RECORD

FOBBS00000107

he was notified by MSgt Butler that Offender Michael Taylor visitor Christine Pupolo told him that he asked her to see her midriff/stomach and pulled her shirt with his hand. Lt. Hunt stated that he did NOT have any contact with Ms. Pupolo on 8/20/2011. He stated that Ms. Pupolo visit on ~~Satur~~ Friday 8/19/2011 and he went to the visiting area and ~~told~~ told Offender Taylor and her about sitting to closed and hugged up. See Case #AIS-11-0580

Cassandra Temple, Lt/Col.

8/21/11 Major Davis, Camp C called concerning confrontation with Offender Raymond Fobbs who committed a Rule #21 on the yard. Advised that Offender Fobbs was placed in shower told to come to Davis and refused. Offender Fobbs gassed. Still refused to comply. Offender Fobbs had an abrasion on toe. No other injuries seen at ASU. No employee injuries per Major Davis. C. Temple Lt/Col.

FOBBS00000108