

BOBBY JINDAL
Governor
Secretary

JAMES M. Le BL/

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

UOR written by Jeffery Franklin date 8/21/2011

*Connie M^c Cann*

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 12 | 5 | 12

Raymond Fobbs vs. Daniel Davis



STATE'S
EXHIBIT
10

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

Form C-05-001-W-1
15 July 2011

*mace x2*
*RHB*
*UOF*

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS **RECEIVED**
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

AUG 26 2011

INSTITUTION: <u>Louisiana State Penitentiary</u>

LEGAL PROGRAMS DEPARTMENT

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|------------------|
| Raymond Fobbs | #130215 | Tiger 4 Right | 8/21/11 | Approx 2:50pm |

| LOCATION OF INCIDENT | WITNESSES: |
|----------------------|-----------|
| Tiger 1 Right | N/A |

## TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured In Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team/Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike – Individual
- [ ] Hunger Strike – Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation – Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Warden

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [x] Assault With No Significant Injury
  - [x] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [x] Without Weapon
  - [ ] Throwing of Substances
- [x] Use of Force
  - [ ] Immediate
  - [ ] Planned
  - [x] Chemical Agents on Single Offender
  - [ ] Use of Taser
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [ ] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [ ] Staff on Offender
- [ ] Individual Hunger Strike

* Copy to Investigations

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time Captain John Sanders entered the Tiger ½ lobby with offender Raymond Fobbs handcuffed behind the back. Capt. Sanders walked offender Fobbs to the Tiger I Right shower while I stood at the head of the tier. Offender Fobbs was locked in the shower and Capt. Sanders took the handcuffs off of him and ordered him several times to take off his clothes, (so that he could be shookdown before being placed in Adm. Seg.) Offender Fobbs refused all of these orders. Capt. Sanders left the tier, retrieved a can of chemical agents and walked back to the shower. Capt. Sanders again ordered offender Fobbs several times to take off his clothes and he continued to refuse all off these orders. Capt. Sanders then sprayed a short burst of chemical

| *Jeffery Franklin* | 8/21/11 | 4:30pm |
|--------------------|---------|--------|
| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |
| Jeffery Franklin, Sergeant | | |

FOBBS00000117

UOR/Page 2

| Name:<br>Raymond Fobbs | Number:<br>#130215 | Dorm or Cellblock:<br>Tiger 4 Right | Date of Incident:<br>8/21/11 | Time of Incident:<br>Approx 2:50pm |
|---|---|---|---|---|
| Location of Incident:<br>Tiger 1 Right | | Witnesses: N/A | | |

### (Description of Incident Continued)

agents into the shower. Capt. Sanders then ordered offender Fobbs several more times to take off his clothes but he still refused these orders. Capt. Sanders then sprayed another short burst of chemical agents into the shower. Capt. Sanders then ordered offender Fobbs to take off his clothes and he complied with these orders. Offender Fobbs was shookdown given a shower and clean jump suit. Capt. Sanders then placed restraints on offender Fobbs and told me to open the shower so that he could escort this offender to his cell. As the shower door opened offender Fobbs tried to head butt Capt. Sanders at which time Capt. Sanders had to wrestle offender Fobbs to the ground. Capt. Sanders then had to struggle with offender Fobbs to get him to go into his cell. Shortly after offender Fobbs was taken off of the unit to go to the Treatment Center and then Camp J.

_Jeffery Franklin_
REPORTING OFFICER
Jeffery Franklin, Sergeant

8/21/11
DATE COMPLETED

4:30pm
TIME COMPLETED

FOBBS00000118