

BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Department Regulation No. B-05-001 Administrative Remedy Procedure, Disciplinary

Process/ Disciplinary Rules and Procedures For Adult Offenders

*Connie M⁻Cann*

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 11│17│14

Fobbs vs. Davis Case

STATE'S
EXHIBIT
21

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

FOBBS000000233



STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

Department Regulation
No. B-05-001                                            15 August 2008

CLASSIFICATION, SENTENCING AND SERVICE FUNCTIONS
Administrative Remedy Procedure/Disciplinary Process
Disciplinary Rules and Procedures for Adult Offenders

1.   AUTHORITY:  Secretary of the Department of Public Safety and Corrections as contained in Chapter 9 of Title 36.

2.   REFERENCES:  ACA Standards and applicable statutes; Department Regulation Nos. B-05-003 "Imposition of Restitution," B-09-001 "Offender Incentive Pay and Other Wage Compensation," C-01-006 "Institutional Policies/Procedures and Offender Posted Policies," C-01-022 "Sexual Assault and Sexual Misconduct" and C-02-008 "Offender Visitation" and the Louisiana Register dated July 20, 2008.

3.   PURPOSE:  To constitute the Department's "Disciplinary Rules and Procedures for Adult Offenders" as a regulation.

4.   APPLICABILITY: Deputy Secretary, Chief of Operations, Assistant Secretary, Regional Wardens, Wardens, Director of Probation and Parole, Director of Prison Enterprises, administrators of local jail facilities and work release programs. Each Unit Head is responsible for ensuring that appropriate unit written policy and procedures are in place to comply with the provisions of this regulation.

5.   POLICY: It is the Secretary's policy that all offenders and employees have reasonable access to and comply with the Department's "Disciplinary Rules and Procedures for Adult Offenders." They are established to help provide structure and organization for the prisons and a framework within which the offender population can expect the disciplinary system to function.

     Revisions will be accomplished through this regulation under the signature of the Secretary.

s/James M. Le Blanc
Secretary

This regulation supersedes Department Regulation No. B-05-001 dated 20 January 2005.

FOBBS000000234



# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS



# DISCIPLINARY RULES AND PROCEDURES FOR ADULT OFFENDERS

## August 2008

FOBBS000000235

Louisiana Department of Public Safety and Corrections

---

DISCIPLINARY RULES AND PROCEDURES FOR ADULT OFFENDERS                    *Page 20*

---

## VIII. DISCIPLINARY RULES

An offender found guilty of violating one or more of the rules defined below will be sanctioned according to the penalty schedule designated for the rule and the type of hearing provided.

1.    *Contraband (Schedule B)*:  No offender shall have under his immediate control any illicit drugs, any product that could be used to adulterate a urine sample, unauthorized medication, alcoholic beverage, yeast, tattoo machine, or tattoo paraphernalia, syringe or any type weapon, cellular phone or other electronic communications device, or any other item not permitted by Department Regulation or institutional posted policy to be received or possessed or any other item detrimental to the security of the facility. Money is contraband. Any item not being used for the purpose for which it was intended will be considered contraband if it is being used in a manner that is clearly detrimental to the security of the facility. Possession of cigarettes and other smoking materials, i.e. cigarette lighters, pipes, etc. are deemed to be contraband in non-smoking areas. To smuggle or attempt to smuggle prohibited items into or out of the facility will be in violation of this rule.

     The area of immediate control is an offender's person, his locker(s) or storage area, his cell, his room, his bed, his laundry bag, his hobby craft and his assigned job equipment (such as, but not limited to, his desk, his tool box or his locker at the job) or the area under his bed on the floor unless the evidence clearly indicated that it belonged to another offender. Contraband found in a cell shared by two or more offenders will be presumed to belong to all equally.

     Any offender who is tested and has a positive reading on a urinalysis or breathalyzer test will be considered in violation of this rule. An offender who refuses to be tested or to cooperate in testing, as well as an offender who alters his urine specimen, will also be found in violation of this rule (including being unable to provide a urine specimen within three hours of being ordered to do so.)

2.    *Rescinded.*

3.    *Defiance (Schedule B)*:  No offender shall commit or threaten physically or verbally to commit bodily harm upon an employee, visitor, guest or their families. This includes throwing any object, liquid or substance, or spitting or attempting to spit on an employee, visitor, guest or their families. No offender shall curse or insult an employee, visitor, guest or their families.  No offender shall threaten an employee, visitor, guest or their families in any manner; however, an offender may advise an employee of planned legal redress even during a confrontational



FOBBS000000236

Louisiana Department of Public Safety and Corrections

*Page 21*                    DISCIPLINARY RULES AND PROCEDURES FOR ADULT OFFENDERS

situation (although an offender's behavior in such a situation shall not be disrespectful or violate any other disciplinary rule.) No offender shall obstruct or resist an employee who is performing his proper duties. No offender shall try to intimidate an employee to make the employee do as the offender wants him to do. An employee, visitor, guest or their families shall not be subject to abusive or insulting conversation, correspondence, phone calls or gestures.

4. *Disobedience (Schedule A):* Offenders must obey the posted policies for the facility in which they are confined. They must obey signs or other notices of restricted activities in certain areas, safety rules or other general instructions. The only valid excuse for Disobedience or Aggravated Disobedience is when the immediate result of obedience would result in bodily injury (this includes incapacity by virtue of a certified medical reason.)

5. *Disobedience, Aggravated (Schedule B):* Offenders must obey direct verbal orders cooperatively and promptly and not debate, argue or ignore the orders before obeying. The last order received must be obeyed when orders conflict. Even orders the offender believes improper must be obeyed; grievances must be pursued through proper channels. Sanctions imposed by the Disciplinary Officer/Disciplinary Board are to be carried out by the offender. Violations of duty status will apply to this rule as will a violation of an order from the Disciplinary Board. The only valid excuse for Disobedience or Aggravated Disobedience is when the immediate result of obedience would result in bodily injury (this includes incapacity by virtue of a certified medical reason.)

6. *Disorderly Conduct (Schedule A):* All boisterous behavior is forbidden. This includes, but is not limited to, horseplay and/or disorderly conduct. Offenders shall not jump ahead or cut into lines at the canteen, recreational activities, dining/kitchen area or during group movements of offenders. Visitors and guests shall be treated courteously and not be subjected to disorderly or intrusive conduct. Offenders shall not communicate verbally into or out of cellblocks or other housing areas.

7. *Disrespect (Schedule A):* Employees, visitors, guests or their families shall not be subject to disrespectful conversation, correspondence, phone calls, actions or gestures. Offenders shall address employees, visitors, guests or their families by proper title or rank or by "Mr.," "Mrs." or "Miss" whichever is appropriate.

8. *Escape or Attempt to Escape (Schedule B):*

   a. Attempted escape: The attempt to commit a simple or aggravated escape as defined herein.

