**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**RAYMOND C. FOBBS**

                                        **CIVIL ACTION**

**VERSUS**

                                        **11-700-JWD-SCR**

**MAJOR DANIEL DAVIS,**
**CAPTAIN JOHN SANDERS,**
**SERGEANT MAYHALL,**
**DR. MOMAH TOBE**

**60-DAY ORDER OF DISMISSAL**

The parties having advised the Court that this matter has settled;

**IT IS ORDERED** that the above listed action is hereby **DISMISSED**, without prejudice to the right of either party, upon good cause shown, to reinstate the action within 60 days if the settlement is not consummated.

Signed in Baton Rouge, Louisiana, on June 19, 2015.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JURY



Donna U. Grodner                                                    dgrodner@grodnerlaw.com

June 19, 2015
via email

Attention Kristie Causey
Judge John DeGravelles

> Re:   Fobbs v. Maj. Daniel Davis, Capt. Scott Kennedy, Capt. John
>       Sanders, and Capt. James Savoy
>       Action No. 14-700-JJB-SCR        Middle District Court Civil

Dear Judge DeGravelles:

Please be advised that the above captioned matter may be removed from the docket of this Court as it was today resolved.

Sincerely,

Donna U. Grodner

CC:   Drew Blanchfield
      Stacey Johnson